# EXHIBIT 1

US006877528B2

(12) **United States Patent** (10) **Patent No.:** **US 6,877,528 B2**
Gilbert et al. (45) **Date of Patent:** **Apr. 12, 2005**

(54) **MICROFLUIDIC SYSTEM INCLUDING A BUBBLE VALVE FOR REGULATING FLUID FLOW THROUGH A MICROCHANNEL**

(75) Inventors: **John Richard Gilbert**, Brookline, MA (US); **Sebastian Böhm**, Inverness (GB); **Manish Deshpande**, Canton, MA (US)

(73) Assignee: **Cytonome, Inc.**, Watertown, MA (US)

( * ) Notice: Subject to any disclaimer, the term of this patent is extended or adjusted under 35 U.S.C. 154(b) by 0 days.

(21) Appl. No.: **10/179,586**

(22) Filed: **Jun. 24, 2002**

(65) **Prior Publication Data**

US 2003/0196714 A1 Oct. 23, 2003

**Related U.S. Application Data**

(60) Provisional application No. 60/373,256, filed on Apr. 17, 2002.

(51) **Int. Cl.**$^7$ ................................................. **F15C 1/04**
(52) **U.S. Cl.** ...................... **137/827**; 137/806; 137/807; 137/830; 137/831; 204/601
(58) **Field of Search** ................................ 137/827, 833, 137/830, 831, 806, 807; 204/601

(56) **References Cited**

U.S. PATENT DOCUMENTS

3,289,687 A  * 12/1966  Dunaway .................... 137/831

| | | | | |
|---|---|---|---|---|
| 4,426,451 A | * | 1/1984 | Columbus | 436/518 |
| 4,676,274 A | * | 6/1987 | Brown | 137/806 |
| 4,908,112 A | * | 3/1990 | Pace | 210/198.2 |
| 5,065,978 A | * | 11/1991 | Albarda et al. | 257/419 |
| 5,092,972 A | * | 3/1992 | Ghowsi | 204/454 |
| 5,777,649 A | | 7/1998 | Otsuka et al. | 347/94 |
| 5,789,045 A | * | 8/1998 | Wapner et al. | 137/807 |
| 6,048,734 A | | 4/2000 | Burns et al. | 436/180 |
| 6,062,681 A | | 5/2000 | Field et al. | 347/65 |
| 6,102,530 A | | 8/2000 | Kim et al. | 347/65 |
| 6,152,181 A | * | 11/2000 | Wapner et al. | 137/807 |
| 6,196,525 B1 | | 3/2001 | Ganan-Calvo | 261/76 |
| 6,273,553 B1 | | 8/2001 | Kim et al. | 347/48 |
| 6,360,775 B1 | | 3/2002 | Barth et al. | 137/828 |
| 6,561,224 B1 | * | 5/2003 | Cho | 137/831 |

FOREIGN PATENT DOCUMENTS

WO      WO 98/07069 A1      2/1998

* cited by examiner

*Primary Examiner*—A. Michael Chambers
(74) *Attorney, Agent, or Firm*—Lahive & Cockfield, LLP; Elizabeth A. Hanley; Anthony A. Laurentano

(57) **ABSTRACT**

A microfluidic system includes a bubble valve for regulating fluid flow through a microchannel. The bubble valve includes a fluid meniscus interfacing the microchannel interior and an actuator for deflecting the membrane into the microchannel interior to regulate fluid flow. The actuator generates a gas bubble in a liquid in the microchannel when a sufficient pressure is generated on the membrane.

**26 Claims, 8 Drawing Sheets**





*FIG. 1*

*FIG. 2*

*FIG. 3*



FIG. 4

FIG. 5A

FIG. 5B

FIG. 5C



## FIG. 6



## FIG. 7

Case 1:19-cv-00301-RGA   Document 1-1   Filed 02/12/19   Page 6 of 139 PageID #: 46



*FIG. 8A*



*FIG. 8B*



*FIG. 8C*





## FIG. 13A



## FIG. 13B



*FIG. 14*



*FIG. 15*



FIG.16

FIG.17A          FIG.17B          FIG.17C

US 6,877,528 B2

<table>
<tr><td>1</td><td>2</td></tr>
</table>

**MICROFLUIDIC SYSTEM INCLUDING A BUBBLE VALVE FOR REGULATING FLUID FLOW THROUGH A MICROCHANNEL**

### RELATED APPLICATIONS

This application claims priority to U.S. Provisional Patent Application No. 60/373,256 entitled "Microfluidic System Including a Bubble Valve for Regulating Fluid Flow Through a Microchannel" filed Apr. 17, 2002; and is related to application Ser. No. 10/665,885, entitled "Method and Apparatus for Sorting Particles", filed herewith. The contents of both applications are herein incorporated by reference.

### FIELD OF THE INVENTION

The present invention relates to microscale fluid handling devices and systems. More particularly, the present invention relates to a method and system for controlling liquid flow in a microchannel by the introduction of a gas bubble to a microfluidic system.

### BACKGROUND OF THE INVENTION

In the chemical, biomedical, bioscience and pharmaceutical industries, it has become increasingly desirable to perform large numbers of chemical operations, such as reactions, separations and subsequent detection steps, in a highly parallel fashion. The high throughput synthesis, screening and analysis of (bio)chemical compounds, enables the economic discovery of new drugs and drug candidates, and the implementation of sophisticated medical diagnostic equipment. Of key importance for the improvement of the chemical operations required in these applications are an increased speed, enhanced reproducibility, decreased consumption of expensive samples and reagents, and the reduction of waste materials.

Microfluidic devices and systems provide improved methods of performing chemical, biochemical and biological analysis and synthesis. Microfluidic devices and systems allow for the performance of multi-step, multi-species chemical operations in chip-based micro chemical analysis systems. Chip-based microfluidic systems generally comprise conventional 'microfluidic' elements, particularly capable of handling and analyzing chemical and biological specimens. Typically, the term microfluidic in the art refers to systems or devices having a network of processing nodes, chambers and reservoirs connected by channels, in which the channels have typical cross-sectional dimensions in the range between about 1.0 $\mu m$ and about 500 $\mu m$. In the art, channels having these cross-sectional dimensions are referred to as 'microchannels'.

By performing the chemical operations in a microfluidic system, potentially a number of the above-mentioned desirable improvements can be realized. Downscaling dimensions allows for diffusional processes, such as heating, cooling and passive transport of species (diffusional mass-transport), to proceed faster. One example is the thermal processing of liquids, which is typically a required step in chemical synthesis and analysis. In comparison with the heating and cooling of liquids in beakers as performed in a conventional laboratory setting, the thermal processing of liquids is accelerated in a microchannel due to reduced diffusional distances. Another example of the efficiency of microfluidic systems is the mixing of dissolved species in a liquid, a process that is also diffusion limited. Downscaling the typical dimensions of the mixing chamber thereby reduces the typical distance to be overcome by diffusional mass-transport, and consequently results in a reduction of mixing times. Like thermal processing, the mixing of dissolved chemical species, such as reagents, with a sample or precursors for a synthesis step, is an operation that is required in virtually all chemical synthesis and analysis processes. Therefore, the ability to reduce the time involved in mixing provides significant advantages to most chemical synthesis and analysis processes.

Another aspect of the reduction of dimensions is the reduction of required volumes of sample, reagents, precursors and other often very expensive chemical substances. Milliliter-sized systems typically require milliliter volumes of these substances, while microliter sized microfluidic systems only require microliters volumes. The ability to perform these processes using smaller volumes results in significant cost savings, allowing the economic operation of chemical synthesis and analysis operations. As a consequence of the reduced volume requirement, the amount of chemical waste produced during the chemical operations is correspondingly reduced.

In microfluidic systems, regulation of minute fluid flows through a microchannel is of prime importance, as the processes performed in these systems highly depend on the delivery and movement of various liquids such as sample and reagents. A flow control device may be used to regulate the flow of liquid through a microchannel. Regulation includes control of flow rate, impeding of flow, switching of flows between various input channels and output channels as well as volumetric dosing.

U.S. Pat. No. 6,062,681 describes a bubble valve for a liquid flow channel in which the flow of a liquid is controlled by the generation of a gas bubble in the channel using a heater placed in the liquid. As the heater is activated, a bubble is formed which can be enlarged or reduced in size by increasing or decreasing, respectively, the temperature of the heater. The described system presents a number of disadvantages, namely, the required power to operate the valve and the inherent requirement that liquid in the channel be heated upon passing the valve. Even small increases in liquid temperature, by only a couple of degrees, can have disastrous effects on the highly heat sensitive biochemical substances present in the liquids to be controlled in many microfluidic systems. In addition, the required on-chip electric circuitry for the heater increases the complexity of the described valve and consequently results in unacceptably high costs, particularly if the fluidic system employing the bubble valve only used for a single application.

Other valves in the prior art use electrochemical means to produce a bubble in a liquid.

### SUMMARY OF THE INVENTION

The present invention provides a bubble valve for controlling, regulating or varying fluid flow through a microfluidic system. The bubble valve regulates fluid flow through a channel using an externally operated mechanical or pneumatic actuator. The actuator causes a deflection of a fluid meniscus into the interior of the channel to regulate liquid flow. The actuator may mechanically force a gas bubble into a fluid carrying microchannel to inhibit liquid flow or to cause liquid flow by applying a sufficiently high pressure to the meniscus. The bubble valve effectively controls the flow of liquids in microfluidic systems, without heating the fluid and without complex on-chip circuitry.

The microfluidic system includes a microchannel and a sealed, gas-filled reservoir positioned adjacent to and con-

US 6,877,528 B2

**3**

nected to the microchannel. The gas filled reservoir has a movable wall and a meniscus formed by a liquid in a microchannel that forms an interface between the reservoir and the microchannel interior. The meniscus may form a portion of the side wall of the microchannel. An external mechanical actuator may be used to deflect the movable wall of the reservoir. As the movable wall is deflected, the volume of the reservoir decreases and the gas pressure inside the reservoir increases, causing the meniscus to deflect into the microchannel, thereby modifying the cross-sectional area of the microchannel and consequently varying the flow of liquid through the channel. The increased pressure in the reservoir pushes gas from the reservoir into the microchannel. The gas may result in a local gas bubble being forced into the microchannel from the gas-filled reservoir. The resulting gas bubble occupies a portion of the cross-section of the channel, allowing liquid flow through the channel to be effectively controlled by controlling the size of the gas bubble via the external actuator.

The meniscus may comprise a virtual wall formed in a side wall of the microchannel. The virtual wall is a meniscus formed by a liquid in the microchannel that fills an aperture formed in the side wall of the microchannel and essentially replaces the removed portion of the side wall without affecting the properties of liquid flow through the channel. A gas bubble can be forced into the channel by applying a gas pressure at the opening using an external pneumatic actuator. The gas pressure forces the meniscus inside the channel, which varies the flow of liquid through the channel interior.

According to one embodiment, the microchannel includes a hydrophobic patch spanning the width of the microchannel at the location where the gas bubble is introduced to enhanced on-off switching of the bubble valve. The hydrophobic patch anchors the bubble in a particular location in the microchannel. If the introduced gas bubble covers the whole area of the patch, the bubble is effectively retained by capillary forces and blocks any liquid flow up to a certain pressure difference, depending on the level of hydrophobicity of the patch.

Alternatively or in combination with a hydrophobic patch, the microchannel can be locally shaped into a cavity for receiving and anchoring the gas bubble. By providing an appropriate cavity, the bubble can be kept in place during operation, reducing the risk that the gas bubble is carried away with the liquid.

According to one aspect of the invention, a microfluidic device is provided. The microfluidic device comprises a microchannel having an interior bounded by a side wall and a valve for regulating the flow of fluid through the microchannel. The valve comprises a gas-filled reservoir, a fluid meniscus interfacing the reservoir and the interior and an actuator for varying the volume of the reservoir to increase an internal pressure of the reservoir to vary the flow of liquid through the channel.

According to another aspect, a microfluidic device is provided, comprising a first plate having a groove formed therein defining a microchannel, a second plate for enclosing the microchannel and a flexible membrane. The second plate is bonded to the first plate and has an aperture adjacent to the groove sized and dimensioned to form a meniscus when the microchannel is filled with a liquid. The aperture defines a reservoir adjacent to the microchannel, wherein the meniscus forms an interface between the microchannel and the reservoir. The flexible membrane is bonded to the second plate to seal the reservoir.

**4**

According to another aspect, a method of making a bubble valve is provided, the method comprises providing a microchannel having an interior bounded by a side wall, an aperture formed in the side wall and a valve chamber adjacent to the aperture in communication with the interior, filling the microchannel with a liquid to form a meniscus of the liquid in the aperture, whereby the step of filling traps a gas in the valve chamber and providing an actuator for increasing the pressure in the valve chamber to deflect the meniscus into the interior.

According to yet another aspect, a method of making a bubble valve is provided. The method comprises providing a microchannel having an interior bounded by a side wall, an aperture formed in the side wall and a valve chamber adjacent to the aperture in communication with the interior, filling the microchannel with a liquid to form a meniscus of the liquid in the aperture and applying and sealing an actuator comprising a chamber to a top surface of the microchannel to form a gas-filled chamber adjacent to the meniscus. The actuator varies the pressure in the gas-filled chamber to deflect the meniscus into the interior, thereby regulating fluid flow.

According to still another aspect, a microfluidic device is provided comprising a microchannel having an interior bounded by a side wall, a bubble valve for creating and injecting a bubble into the microchannel interior to regulate fluid flow through the microchannel and a hydrophobic patch for retaining the bubble in a predetermined position in the microchannel interior.

According to yet another aspect a bubble valve in a particle sorting device for separating particles having a predetermined characteristic from particles not having a predetermined characteristic is provided. The bubble valve comprises a gas-filled reservoir, a side channel in communication with a channel through which a stream of particles in a carrier fluid passes, wherein the carrier fluid forms a meniscus in the side channel adjacent to the gas-filled reservoir and an actuator for deflecting the meniscus to create a pressure pulse to selectively deflect a particle having the predetermined characteristic from the stream of particles.

According to still another aspect, a method of varying an electrical resistance in a microchannel is provided. The method comprises generating a bubble and injecting the bubble into a liquid in the microchannel, whereby the bubble varies the electrical resistance of the microchannel.

According to yet another aspect, an electrophoretic system is provided, comprising an electrokinetically operated microchannel, a sample well for providing a sample to the microchannel, a voltage source and a bubble valve for injecting a bubble into the microchannel to vary the electrical resistance of the microchannel.

According to a final aspect of the invention, an electrokinetic column to column switch is provided, comprising a first electrokinetically operated microchannel, a second electrokinetically operated microchannel in communication with the first electrokinetically operated microchannel and a bubble valve for selectively blocking flow from the first electrokinetically operated microchannel to the second electrokinetically operated microchannel by selectively injecting a bubble into a microchannel.

### BRIEF DESCRIPTION OF THE DRAWINGS

FIG. **1** is a schematic view of a microfluidic system suitable for implementing the illustrative embodiment of the invention.

5

FIG. 2 shows an exploded view of a bubble valve according to an illustrative embodiment of the present invention.

FIG. 3 shows an isometric view of the bubble valve of FIG. 2.

FIG. 4 shows a top view of the bubble valve of FIG. 2.

FIGS. 5a–c are cross-sectional views of the bubble valve of FIG. 2 in operation.

FIG. 6 shows an exploded view of an alternative embodiment of a bubble valve according to the present invention.

FIG. 7 shows a top view of the bubble valve of FIG. 6.

FIGS. 8a–c are cross-sectional view of the bubble valve of FIG. 6 in operation.

FIG. 9 shows an application of the bubble valve of an illustrative embodiment of the present invention in a microchannel.

FIG. 10 shows a Y-intersection in a microfluidic system of an embodiment of the invention that implements a bubble valve to control liquid flow according to the teachings of the present invention.

FIG. 11 shows a Y-intersection in a microfluidic system of another embodiment of the invention that implements a bubble valve to control liquid flow according to the teachings of the present invention.

FIGS. 12a–c shows an electrophoresis system that implements a bubble valve to control electrical current during electrokinetic injection according to the teachings of the present invention.

FIG. 13a shows an electrokinetic column-column switch implementing a bubble valve according to the teachings of the present invention.

FIG. 13b shows an alternate electrokinetic column-column switch implementing a bubble valve according to another embodiment of the present invention.

FIG. 14 shows a selective resistance circuit that employs a bubble valve to control electrical current according to the teachings of the present invention.

FIG. 15 shows an alternative selective resistance circuit that employs a bubble valve to control electrical current according to the teachings of the present invention.

FIG. 16 shows a particle sorting system that implements a bubble valve of the present invention to produce fluid impulses to sort particles.

FIGS. 17a, 17b and 17c illustrate the operation of the particle sorting system of FIG. 16.

DETAILED DESCRIPTION OF THE INVENTION

The present invention provides an improved bubble valve for controlling fluid flow through a microchannel in a microfluidic system. The invention further provides a method of forming the bubble valve. The bubble valve of the present invention can be applied in numerous microfluidic systems for controlling and switching fluid flows. Examples of suitable applications include, but are not limited to: flow cytometry, column switching, 2-D separations, cell or particle sorting applications on a chip, regulating pressurized fluid flows including on-off switching, regulating electrokinetic fluid flows and electrokinetically induced processes including on-off switching and electrokinetic sample injection and channel to channel switching.

FIG. 1 illustrates a microfluidic system suitable for implementing the illustrative embodiment of the present invention. The illustrative microfluidic system 100 comprises a substrate 101 having one or more microchannels 21 dis-

6

posed therein. The microchannels transport fluid through the microfluidic system 100 for processing, handling, and/or performing any suitable operation on a liquid sample. As used herein, the term "microfluidic" refers to a system or device for handling, processing, ejecting and/or analyzing a fluid sample including at least one channel having microscale dimensions. The term "channel" as used herein refers to a pathway formed in or through a medium that allows for movement of fluids, such as liquids and gases. The term "microchannel" refers to a channel preferably formed in a microfluidic system or device having cross-sectional dimensions in the range between about 1.0 μm and about 500 μm, preferably between about 25 μm and about 250 μm and most preferably between about 50 μm and about 100 μm. One of ordinary skill in the art will be able to determine an appropriate volume and length of the microchannel. The ranges are intended to include the above-recited values as upper or lower limits. The microchannel can have any selected shape or arrangement, examples of which include a linear or non-linear configuration and a U-shaped configuration. The microfluidic system 100 may comprise any suitable number of microchannels 21 for transporting fluids through the microfluidic system 100.

The microfluidic system 100 includes a bubble valve 10, 10' shown in FIGS. 2–8c for controlling liquid flow through a microchannel of the system. According to the illustrative embodiment, the microchannel is defined by a side wall having any suitable shape enclosing at least a portion of the interior of the channel. The bubble valve may be formed by a gas-filled reservoir positioned adjacent to the microchannel including a meniscus that forms the interface between the reservoir and the microchannel interior. The meniscus may form a portion of the side wall of the microchannel. The bubble valve includes an actuator for modifying the pressure in the reservoir to deflect the meniscus into the channel interior, thereby modifying the cross-sectional area of the microchannel and consequently varying the flow of liquid through the channel.

According to an alternate embodiment, the bubble valve is formed by a meniscus in a separate side channel that communicates with and intersects a microchannel through which a liquid to be controlled flows. One skilled in the art will recognize that the meniscus can be located at any location relative to the microchannel through which liquid flows.

The gas-filled reservoir may be formed when filling the microchannel having an aperture in a side wall and a reservoir formed adjacent to the aperture. An empty microchannel may be filled with liquid, forming the meniscus in the aperture, which traps the gas that forms the gas bubble and forms a gas pocket in the reservoir adjacent to the meniscus. The creation of the gas pocket on filling provides a sterile gas bubble and reduces contaminants in the system. Alternatively, the air pocket may be created by introducing a gas to the reservoir after filling of the microchannel.

FIG. 2 shows an exploded view of an embodiment of an illustrative bubble valve 10 of the present invention. The microfluidic system may be formed by a plurality of stacked layers. As shown in FIG. 2, the illustrative microfluidic system 100 includes a first plate 20 in which a groove defining the microchannel 21 is provided. A hydrophobic patch 22 may be applied to an inner wall of the microchannel 21. A second plate 30 for enclosing the microchannel is bonded to the first plate 20 and includes an aperture 31. A third plate 40 is bonded on top of second plate 30 to close and seal the stacked structure. The aperture 31 of the intermediate second plate 30 defines a void in the system adjacent to the microchannel 21.

US 6,877,528 B2

7                                                                8

FIGS. 3 and 4 illustrates the assembled bubble valve 10. As shown, the stacked first plate 20, second plate 30 and third plate 40 define a closed, gas filled gas reservoir 70, which can be actuated with a displacement actuator 50. According to the illustrative embodiment, the aperture 31 defining the reservoir 70 comprises a main body 31a and a slot 31b extending from the main body 31a. When the microfluidic system 10 is assembled, the slot 31b of the aperture 31 defines a gap in the side wall of the microchannel 21 that provides access to and communicates with the interior of the microchannel 21.

The bubble valve 10 operates to control the flow of liquid through the microchannel 21. A meniscus is formed in the aperture 31, which interfaces with and separates the microchannel interior from the reservoir 70. According to the embodiment shown in FIGS. 2–8c, the meniscus is formed by a liquid filling the microchannel in the slot 31b. One skilled in the art will recognize that other suitable devices may be used to form the meniscus. The liquid in the slot 31b is retained in the microchannel by capillary forces. The actuator 50 deflects the upper wall of the reservoir, defined by plate 40, which decreases the volume of the reservoir 70. The actuator 50 may comprise any suitable device for deflecting the wall, such as an electromagnetic actuator or a piezoelectric element. The plate 40 may comprises a flexible membrane. The decreased volume consequently increases the pressure of the reservoir 70 and causes the meniscus 80 to deflect into the channel interior to create a constriction in the channel, thereby impeding fluid flow or pushing fluid away from the meniscus. If a sufficient pressure is applied to the meniscus, the actuator generates and enlarges a bubble in the liquid of the microchannel, which blocks fluid flow. The hydrophobic patch 22 provides an anchor for the bubble and retains the bubble at a selected location in the microchannel.

After the microchannel is filled with a liquid 60, the bubble valve 10 is ready for operation. FIG. 5a–c illustrate the operation of the bubble valve according to the teachings of the invention. FIG. 5a shows the bubble valve in an 'open' state. According to the embodiment of FIGS. 5a–5c, the meniscus between the reservoir and the interior of the microchannel is defined by the meniscus 80, formed by the liquid 60 in the slot 31b in the second plate 30. In the 'open' state, liquid flows freely through the microchannel 21 and the valve does not impose any additional flow resistance in the channel.

The slot 31b may be sized and dimensioned to form a "virtual wall" in the microchannel. As used herein, "virtual wall" refers to the meniscus 80 formed by the first liquid 60 in the aperture formed in the side wall of the microchannel 20, which essentially replaces the removed portion of the side wall without affecting the properties of the microchannel. The meniscus surface can be, although not required, substantially co-planar with the wall of the microchannel in which the meniscus is formed. The word "virtual" is chosen to express the effect that the overall liquid flow through the microchannel 21 of the microfluidic system 100 is not influenced by the virtual wall, i.e. the flow of liquid in the microfluidic system having a virtual wall is substantially identical to the flow of liquid through an identical microfluidic system in which no virtual wall is present. One of ordinary skill will recognize that the meniscus may be convex or concave, depending on the appropriate system pressure.

When the actuator 50 is actuated, the bubble valve 10 switches to a "pinched" state, as shown in FIG. 5b, to inhibit fluid flow through the channel interior. In the 'pinched' state, the actuator 50 deflects the top of the gas reservoir 70 for a

certain fraction, increasing the pressure in the reservoir 70 and forcing the meniscus 80 down into the channel 21. The deflection of the meniscus locally reduces the cross-section of the channel 21 and introduces an additional flow resistance to the liquid flow. The degree of reduction in fluid flow through the microchannel corresponds to the amplitude, frequency and duration of the displacement of the meniscus 80, which are controllable by the actuator 50. One skilled in the art will recognize that any suitable means for varying the pressure within the reservoir 70 may be used to deflect the meniscus 80, thereby regulating fluid flow.

When the actuator is fully actuated, the bubble valve 10 is switched to a closed state, as illustrated in FIG. 5c. As shown, in the closed state, the meniscus 80 deflects fully to form and introduce a gas bubble 81 into the microchannel 21. The gas bubble 81 is retained by the hydrophobic patch 22 formed in the channel wall opposite the slot 31b. As a result, the liquid flow in the channel is substantially blocked. By reducing the pressure on the meniscus 80, the bubble valve 10 can be brought from the 'closed' state of FIG. 5c via the 'pinched' state of FIG. 5b back to the 'open' state of FIG. 5a.

According to one embodiment, the bubble valve 10 may be used as a check valve for regulating pressure in the microchannel. When the pressure in the microchannel exceeds a maximum breaking pressure, the bubble collapses, opening the valve and allowing fluid to flow through the channel, thereby reducing the pressure in the microchannel. The breaking pressure depends on the hydrophobicity of the hydrophobic patch 22, as well as the geometry of the microchannel.

Alternatively or in combination with the hydrophobic patch 22, the microchannel 21 can be locally shaped into a cavity for receiving and anchoring the gas bubble 81. By providing an appropriate cavity, the bubble can be kept in place during operation, reducing the risk that the gas bubble is carried away with the liquid.

According to the embodiments shown in FIGS. 2–5c, the actuator 50 is integrated in the microfluidic chip 100. However, one skilled in the art will recognize that an external, reusable actuator may also be used to control formation of a gas bubble in the microchannel.

FIG. 6 shows an alternative embodiment of a microfluidic system 100' including a bubble valve 10' having an external actuator 90 according to the teachings of the invention. In the embodiment shown in FIG. 6, the microfluidic system 100' includes a first plate 200 including a groove defining the microchannel 210 and a second plate 300 bonded to the first plate 200 for enclosing the microchannel 210 and in which a virtual wall opening 32 is formed. The virtual wall opening 32 is sized and dimensioned to form a "virtual wall" when the microchannel 210 is filled with a liquid.

Upon filling of the microchannel 21 with a liquid, a virtual wall 32a is formed in virtual wall opening 32. As shown in FIGS. 7, 8a–8c, the microfluidic system further includes an external actuator, illustrated as pressurizer 90, pressed and sealed onto the top of the second plate 300 to form a tight seal. The external pressurizer 90 defines a sealed pressurizing chamber 92 adjacent to the virtual wall 32a. The pressurizer varies the pressure within the pressurizing chamber 92 to control liquid flow through the microchannel 210 by modifying the position of the virtual wall. The pressurizer 90 may include a source of pressurized gas (not shown) and a gas inlet 91 to allow a gas pressure to be applied to the virtual wall 32a in order to move the virtual wall. The pressurizer may alternatively include a flexible wall that

US 6,877,528 B2

9

deflects to vary the volume of the chamber **92** upon activation of an actuator, such as a piezoelectric element or electromagnetic actuator.

FIG. **8**a shows a cross-section of the bubble valve **10**' of FIGS. **6** and **7** in the 'open' state. As shown, when the microchannel **210** is filled with liquid **600**, a virtual wall **32**a, defined by a meniscus **800**, is formed within the virtual wall opening **32**. The meniscus essentially replaces the absent portion of the side wall of the microchannel and allows liquid to flow through the channel interior unimpeded and uninfluenced by the virtual wall.

FIG. **8**b depicts the 'pinched' state of the bubble valve, when the pressurizer **90** is activated. As shown, activation of the pressurizer **90** increases the internal pressure within the pressurizing chamber **92**. The increased pressure moves the meniscus **800** down the channel height and into the microchannel interior, thereby regulating liquid flow. The pressurized controls the level of the internal pressure in order to control the amount of deflection of the meniscus and therefore the rate of fluid flow.

To switch the valve to a 'closed' state, as shown in FIG. **8**c, the pressurizer **90** applies a large pressure that is sufficient to form and introduce a gas bubble **810** into the channel **210**. The hydrophobic patch **220** retains the gas bubble **810** in place. As a result, the liquid flow in the channel is blocked up to a 'breaking pressure', which depends on the hydrophobicity of hydrophobic patch **220**. A higher hydrophobicity results in a larger breaking pressure. By reducing the pressure on the meniscus **800** the bubble valve **10**' can be brought from the 'closed' state of FIG. **8**c via the 'pinched' state of FIG. **8**b back to the 'open' state of FIG. **8**a.

FIG. **9** shows an application of a bubble valve **10** for flow regulation in a microchannel **121** according to one embodiment of the invention. During typical operation of a microfluidic system, a pressure difference is applied over the length of a microchannel **121**. A bubble valve **10** can be employed to regulate the flow through the microchannel between zero and a maximum flow rate, depending on the applied pressure difference.

FIG. **10** shows a portion of a microfluidic system according to an embodiment of the invention forming a Y-intersection comprising two inlet microchannels **121**a and **121**b and an outlet channel **121**c that combines the fluids flowing through the two inlet microchannels. The first microchannel **121**a carries a first liquid and the second microchannel **121**b carries a second liquid. The microchannels **121**a and **121**b are each controlled by a corresponding bubble valve, **10**a and **10**b, respectively, for regulating the combined composition and flow rate through the outlet microchannel **121**c. One skilled in the art will recognize that that the number of inlet channels is not limited to two, but is presented here merely as an example.

FIG. **11** shows a Y-intersection of a microfluidic system according to another embodiment of the invention. As shown the Y-intersection comprises an inlet microchannel **221**c and two outlet microchannels **221**a and **221**b for splitting the incoming liquid flow from the inlet microchannel **221**c. The flow of each outlet channel is regulated by a corresponding bubble valve **200**a and **200**b, respectively. The incoming liquid flow from the inlet microchannel **221**c can be split between microchannel **221**a and microchannel **221**b in any required ratio. One skilled in the art will recognize that that the number of inlet channels is not limited to two, but is presented here merely as an example.

FIG. **12**a–**12**b shows the implementation of an electrophoresis system **110** comprising five bubble valves, **10**a–e of

10

the present invention, arranged with a crossed microchannel configuration. Regulation of the bubble valve **10**a regulates the electric current through the associated electrokinetically operated microchannel **115**a. The pinching of the liquid in the electrokinetically operated microchannel **115**a by a bubble valve will result in an increased electrical resistance in the microchannel **115**a. As a result, the migration of charged species and electro-osmotic flow in the electrokinetically operated microchannel **115**a can be regulated. A voltages difference for the injection of sample from a well storing a supply of a sample **125** between the bubble valve **10**a and the crossing point **111** of the microchannels and consecutive separation are provided via wells V+ and V0. Electrodes are placed in the V+ and V0 wells and energized with a constant voltage difference during the operation of the electrophoresis system.

In the injection phase, valves **10**a, **10**b, **10**c and **10**d are substantially in the open position, allowing passage of electrical current up to a required level for injection (FIG. **12**b shows direction of current/sample), while bubble valve **10**e is closed. The valves are kept in this position long enough for the sample to move from the sample well **125** towards and past the central injection crossing **111**. Varying the opening ratio of valves **10**a, **10**b and **10**d can be adjusted to confine the sample to a narrow flow through the injection cross **111**, as shown in FIG. **12**c (i.e. 'pinched injection').

Immediately after the injection phase, a plug of sample is injected and separated in the separation column **115**a (microchannel which runs horizontally in figure) by closing bubble valves **10**a, **10**d and **10**c and opening valves **10**b and **10**e. Now the total voltage difference is applied longitudinally over the separation channel, resulting in the separation of the constituents in the sample (FIG. **12**c).

FIG. **13**a illustrates another application of the bubble valve of the present invention implemented in a column-column switch **130** for electrokinetically transferring a substance from a first electrokinetically operated microchannel **215**a to a second electrokinetically operated microchannel **215**b. The column-column switch **130** comprises a bubble valve **10**b of the present invention that connects the first electrokinetically operated microchannel **215**a to the second electrokinetically operated microchannel **215**b. Both electrokinetically operated microchannel **215**a and electrokinetically operated microchannel **215**b are connected to corresponding wells well **220**a–d. In the following example, it is assumed that the substances electrokinetically move from a positive electric potential to ground and that well **120**c and well **120**b are provided with a positive potential whilst well **120**a and well **120**d are grounded.

At first, the two electrokinetically operated microchannel **215**a and electrokinetically operated microchannel **215**b are operated independently and the connecting bubble valve **10**b is in the 'closed' state whilst bubble valve **10**a and bubble valve **10**c are in the 'open' state. To electrokinetically transfer substance from electrokinetically operated microchannel **215**a to the electrokinetically operated microchannel **215**b, bubble valve **10**a and bubble valve **10**c are switched to the closed state, and the connecting bubble valve **10**b is opened momentarily to allow passage of an amount of substance from the electrokinetically operated microchannel **215**a to the electrokinetically operated microchannel **215**b. The amount transferred depends directly upon the time bubble valve **10**b is opened. After the required amount of substance is transferred, the connecting bubble valve **10**b is closed and the bubble valve **10**a and bubble valve **10**b are opened again.

FIG. **13**b illustrates the implementation of another column to column switch **130**' to exchange liquid from a first column

US 6,877,528 B2

**11**

215a' selectively into a second column 215b'. The first column and the second column are each crossed by a transfer column 250, operated by a first bubble valve 10a arranged on one end of the transfer column 250 and a second bubble valve 10b arranged on the opposite end of the transfer column 250. The first one of the bubble valves is attached to the first column 215a' and is actuated upon transiently by an external actuator for increasing the pressure within the bubble valve reservoir. Increasing the pressure on the bubble valve will deflect the meniscus 80, inducing a transient flow in the transfer column 250 from the pressurized bubble valve 10a towards the second bubble valve 10b, which comprises a compressible volume of gas. This transient flow effectively transfers a liquid volume from the first column 215a' to the second column 215b'. Upon deactivation of the external actuator, the flow in the transfer column 250 reverses as the compressed gas volume in the second bubble valve 10b exerts a pressure on the liquid in the transfer column 250.

FIG. 14 shows a selective resistance circuit employing a bubble valve of the present invention for selectively including a predefined electrical resistance in an electrokinetic circuit. The circuit 140 comprises an inlet microchannel 321, which splits into two paths. The first path 322 includes a fluidic resistor 240a and a bubble valve 10a, the second parallel path 323 includes a fluidic resistor 240b and a bubble valve 10b. The fluidic resistors 240a–b comprise a channel of appropriate length to results in a certain electrical resistance. The bubble valve 10a and the bubble valve 10b can be switched each to either on to allow fluid flow through the associated microchannel or off to block fluid flow through the associated microchannel. As a result, the overall electrical resistance of the electrokinetic circuit can be switched between four values: infinite (both bubble valves 10a–b are off), the resistance of fluidic resistor 240a (bubble valve 10a on, bubble valve 10b off), the resistance of fluidic resistor 240b (bubble valve 10a off, bubble valve 10b on) and the parallel resistance of fluidic resistor 24a–b (both bubble valves 10a and 10b on).

FIG. 15 shows an alternative resistance circuit 150 according to another application of the invention, now for the selective application of a voltage. By opening either the bubble valve 10a or bubble valve 10b, the voltage imposed on an outgoing channel 523 can be selected. Fluidic resistor 245a and 245b function to limit the electric current in either of the two states to a predetermined value.

FIG. 16 illustrates another application of the bubble valve 10 of the present invention in a particle sorting application, wherein the bubble valve is positioned in a side channel that communicates with a channel through which particles in suspension flow. According to one application of the present invention, a particle sorter 160 comprises a closed channel system of capillary size for sorting particles, such as cells. The channel system comprises a first supply duct 162 for introducing a stream of particles and a second supply duct 164 for supplying a carrier liquid. The first supply duct 162 ends in a nozzle, and a stream of particles is introduced into the flow of carrier liquid. The first supply duct 162 and the second supply duct 164 enter a measurement duct 166, which branches into a first branch 172a and a second branch 172b at a branch point 171. A measurement region 182a is defined in the measurement duct 166 and is associated with a detector 182b to sense a predetermined characteristic of particles in the measurement region 182a. Two opposed bubble valves 10a and 10b are positioned in communication with the measurement duct 166 and are spaced opposite each other. The bubble valves 10a, 10b communicate with the measurement duct 166 through a pair of opposed side

**12**

passages 174a and 174b, respectively. Liquid is allowed to partly fill these side passages 174a and 174b to form a meniscus 175 therein. An external actuator 176 is also provided for actuating the bubble valves 10a, 10b, which momentarily causes a flow disturbance in the duct to deflect the flow therein when activated by the actuator 176.

In a suspension introduced by the first supply duct 162, two types of particles can be distinguished, normal particles 180a and particles of interest 180b. The flow rates in both branches 172a and 172b are adjusted so that the stream of particles normally flows through the second branch 172b. Upon sensing the predetermined characteristic in the particles in the measurement region 182a, the detector 182b raises a signal. The external actuator 176 activates the bubble valves 10a, 10b when signaled by the detector 182b in response to sensing the predetermined characteristic, to create a flow disturbance in the measurement duct 166 between the sideway passages 174a, 174b, to deflect the particle having the predetermined characteristic so that it flows down the first branch duct 172a rather than the second branch duct 172b. The detector communicates with the actuator 176, so that when the detector 182b senses a predetermined characteristic in a particle, the actuator activates the first bubble valve 10a to cause pressure variations in the reservoir 70 of the first bubble valve. The activation of the first bubble valves causes a transient pressure variation in the first side passage 174a. The second side passage 174b and the second bubble valve 10b absorb the transient pressure variations in the measurement duct 166 induced via the actuator 176. Basically, the reservoir 70b of the second bubble valve 10b is a chamber having a resilient wall or contains a compressible fluid such as a gas. The resilient properties allow the flow of liquid from the measurement duct into the second side passage 174b.

FIGS. 17a–17c illustrate the operation of the particle sorting system 160 of FIG. 16. In FIG. 17a, the detector raises a signal to activate the actuator. Upon activation of the actuator, the pressure within the reservoir of the first bubble valve 10a is increased, causing a transient discharge of liquid from the first side passage 174a as indicated by the arrow. The sudden pressure increase caused at this point in the duct causes liquid to flow into the second side passage 174b because of the resilient properties of the reservoir of the second bubble valve 10b. This movement of liquid into the second side passage 174b is indicated with an arrow. Resultingly, as can be seen in the figure, the flow through the duct is deflected causing the selected particle of interest 178b located between the first side passage 174a and the second side passage 174b to be shifted perpendicular to its flow direction in the normal state. The flow resistances to the measurement duct 166, the first branch 172a and the second branch 172b is chosen so that the preferred direction of the flow to and from the first side passage 174a and the second side passage 174b has an appreciable component perpendicular to the normal flow through the measurement duct 166. This goal can for instance be reached by the first branch 172a and the second branch 172b so that their resistances to flow is large in comparison with the flow resistances of the first side passage 174a and the second side passage 174b.

FIG. 17b shows the particle sorting system 160 during the relief of the first bubble valve reservoir when the particle of interest 178b has left the volume between the first side passage 174a and the second side passage 174b. The actuator 176 is deactivated, causing the pressure inside the reservoir to return to the normal pressure. During this relief phase there is a negative pressure difference between the two reservoirs of the bubble valves, causing a liquid flow

US 6,877,528 B2

13

through the first side passage **174**a and the second side passage **174**b opposite to the liquid flow shown in the previous figure and is indicated by the arrows.

FIG. **17**c shows the particle sorting system **160** after completion of the switching sequence. The pressures inside the reservoirs of the bubble valves has been equalized so the flow through the measurement duct **166** is normalized. As the particle of interest **178**b has been displaced radially, it will flow into the first branch **172**a as was the objective of the switching operation.

According to yet another embodiment, the cross-sectional dimensions of a microchannel including a bubble valve according to the teachings of the present invention may be varied locally to affect the pressure within the microchannel interior. For example, the microchannel may be narrowed or widened at certain locations to increase or decrease the capillary forces acting on a fluid in the microchannel interior. One of ordinary skill in the art will be able to determine a suitable cross-sectional dimension to achieve a desired pressure within the microchannel interior.

The bubble valve of the present invention may be implemented in a variety of microfluidic devices used for many applications. In a particular application, the bubble valve is implemented in a flow-cytometer based instrument for sorting or physically separating particles of interest from a sample or for measuring selected physical and chemical characteristics of cells or particles in suspension as they travel past a particular site. The bubble valve may also be employed in devices for sequencing or manipulating DNA, medical diagnostic instruments, devices for drug discovery, chemical analysis and so on.

The present invention provides an improved system and method for regulating fluid flow in a microchannel for a variety of applications. The bubble valve of the present invention is easy to operate and control, simple to manufacture and economical. In addition, the bubble valve does not adversely affect the liquid in the microchannel. The bubble valve effectively controls the flow of liquids in microfluidic systems, without heating the fluid and without complex on-chip circuitry.

The present invention has been described relative to an illustrative embodiment. Since certain changes may be made in the above constructions without departing from the scope of the invention, it is intended that all matter contained in the above description or shown in the accompanying drawings be interpreted as illustrative and not in a limiting sense.

It is also to be understood that the following claims are to cover all generic and specific features of the invention described herein, and all statements of the scope of the invention which, as a matter of language, might be said to fall therebetween.

Having described the invention, what is claimed as new and protected by Letters Patent is:

What is claimed is:

1. A microfluidic device, comprising:

a microchannel having an interior bounded by a side wall;

a valve for regulating the flow of fluid through the microchannel, the valve comprising a gas-filled first reservoir, a fluid meniscus interfacing the reservoir and the interior and an actuator for varying the volume of the first reservoir to increase an internal pressure of the first reservoir to vary the flow of fluid through the microchannel; and

a second reservoir for absorbing a pressure variation in the microchannel induced by the actuator.

14

2. The microfluidic device of claim 1, wherein the actuator deflects the meniscus into the microchannel interior to regulate the flow of fluid through the microchannel.

3. The microfluidic device of claim 1, wherein the meniscus comprises a virtual wall formed in an aperture in the side wall of the microchannel when the microchannel is filled with a liquid.

4. The microfluidic device of claim 1, wherein the actuator generates a gas bubble in the microchannel.

5. The microfluidic device of claim 4, further comprising a hydrophobic patch attached to an inner wall of the microchannel for anchoring the gas bubble.

6. The microfluidic device of claim 4, wherein the microchannel defines a cavity for retaining the gas bubble.

7. The microfluidic device of claim 1, wherein the gas filled first reservoir comprises a movable membrane.

8. The microfluidic device of claim 7, wherein the actuator deflects the movable membrane to create a bubble in the microchannel interior.

9. A microfluidic device comprising:

a first plate having a groove formed therein defining a microchannel;

a second plate for enclosing the microchannel bonded to the first plate having a first aperture formed on a first side of the groove sized and dimensioned to form a meniscus when the microchannel is filled with a liquid, the first aperture defining a first reservoir adjacent to the microchannel, wherein the meniscus forms an interface between the microchannel and the reservoir and a second reservoir formed on a second side of the groove opposite the first reservoir for absorbing pressure variations in the groove; and

a flexible membrane bonded to the second plate to seal the first reservoir.

10. The microfluidic device of claim 9, further comprising an actuator for deflecting the flexible membrane, wherein the deflection of the membrane increases the pressure in the reservoir and deflects the meniscus into the microchannel to regulate liquid flow therethrough.

11. The microfluidic device of claim 10, wherein the actuator comprises one of an electromagnetic element and a piezoelectric element.

12. The microfluidic device of claim 9, further comprising a hydrophobic patch attached to the groove.

13. The microfluidic device of claim 9, wherein the meniscus forms a bubble in the microchannel to block liquid flow.

14. The microfluidic device of claim 13, wherein the groove includes a cavity formed therein for retaining the bubble.

15. A microfluidic device, comprising:

a microchannel having an interior bounded by a side wall;

a first bubble valve for creating and injecting a bubble into the microchannel interior to regulate fluid flow through the microchannel;

a buffer in communication with the microchannel for absorbing a pressure variation in the microchannel caused by the bubble; and

a hydrophobic patch for retaining the bubble in a predetermined position in the microchannel interior.

16. The microfluidic device of claim 15, wherein the bubble valve comprises an aperture in the side wall, wherein a fluid in the microchannel forms a meniscus in the aperture, a sealed chamber formed adjacent to the aperture and an actuator for deflecting the meniscus into the interior by increasing the pressure in the chamber.

US 6,877,528 B2

## 15

17. In a particle sorting device a bubble valve for separating particles having a predetermined characteristic from particles not having a predetermined characteristic, the bubble valve comprising:

a first gas-filled reservoir;

a channel in communication with a channel through which a stream of particles in a carrier fluid passes, wherein the carrier fluid forms a meniscus in the side channel adjacent to the gas-filled reservoir;

an actuator for deflecting the meniscus to create a pressure pulse to selectively deflect a particle having the predetermined characteristic from the stream of particles; and

a second reservoir for absorbing the pressure pulse.

18. A microfluidic device, comprising:

a channel for conveying a stream of particles in a carrier fluid;

an actuator for selectively applying a pressure pulse to the stream to deflect a particle in the stream of particles from the stream of particles; and

a buffer for absorbing the pressure pulse.

19. The device of claim 18, wherein the channel comprises an inlet, a first outlet and a second outlet, wherein the particles normally flow from the inlet into the first outlet.

20. The device of claim 19, wherein the pressure pulse deflects a particle in the stream of particles into the second outlet when a predetermined characteristic of the particle is detected.

## 16

21. The device of claim 18, further comprising a sensor for sensing a predetermined characteristic in a particle.

22. A microfluidic device, comprising:

a primary channel for conveying a stream of particles in a carrier fluid;

a first side channel in communication with the primary channel;

an actuator connected to the first side channel for applying a pressure pulse to the stream of particles to deflect a particle in the stream of particles from the stream of particles;

a second side channel in communication with the side channel; and

a buffer in communication with the second side channel for absorbing the pressure pulse.

23. The microfluidic device of claim 22, wherein the actuator comprises a flexible membrane.

24. The microfluidic device of claim 22, wherein the buffer comprises a flexible membrane.

25. The microfluidic device of claim 22, wherein the actuator comprises air trapped in a sealed reservoir.

26. The microfluidic device of claim 22, wherein the buffer comprises air trapped in a sealed reservoir.

\*    \*    \*    \*    \*

# EXHIBIT 2

US008623295B2

(12) **United States Patent**
Gilbert et al.

(10) Patent No.: **US 8,623,295 B2**
(45) Date of Patent: **Jan. 7, 2014**

(54) **MICROFLUIDIC SYSTEM INCLUDING A BUBBLE VALVE FOR REGULATING FLUID FLOW THROUGH A MICROCHANNEL**

(75) Inventors: **John Richard Gilbert**, Brookline, MA (US); **Sebastian Böhm**, Inverness (GB); **Manish Deshpande**, Canton, MA (US)

(73) Assignee: **Cytonome/ST, LLC**, Boston, MA (US)

( * ) Notice: Subject to any disclaimer, the term of this patent is extended or adjusted under 35 U.S.C. 154(b) by 49 days.

(21) Appl. No.: **13/245,331**

(22) Filed: **Sep. 26, 2011**

(65) **Prior Publication Data**

US 2012/0015442 A1     Jan. 19, 2012

**Related U.S. Application Data**

(63) Continuation of application No. 11/433,781, filed on May 12, 2006, now Pat. No. 8,210,209, which is a continuation of application No. 11/021,251, filed on Dec. 21, 2004, now Pat. No. 7,069,943, which is a continuation of application No. 10/179,586, filed on Jun. 24, 2002, now Pat. No. 6,877,528.

(60) Provisional application No. 60/373,256, filed on Apr. 17, 2002.

(51) **Int. Cl.**
*G01N 15/10*          (2006.01)
*G01N 33/48*          (2006.01)

(52) **U.S. Cl.**
USPC ............................ **422/503**; 422/504; 422/509

(58) **Field of Classification Search**
USPC ........................................ 422/537, 502–504
See application file for complete search history.

(56) **References Cited**

U.S. PATENT DOCUMENTS

| 3,289,687 | A | 12/1966 | Dunaway |
| 3,370,538 | A | 2/1968 | Iliacs |
| 3,508,654 | A | 4/1970 | Glaetti |
| 3,560,754 | A | 2/1971 | Kamentsky |
| 3,791,517 | A | 2/1974 | Friedman |
| 3,827,555 | A | 8/1974 | Kamentsky et al. |
| 3,984,307 | A | 10/1976 | Kamentsky et al. |
| 4,153,855 | A | 5/1979 | Feingold |
| 4,175,662 | A | 11/1979 | Zold |
| 4,426,451 | A | 1/1984 | Columbus |

(Continued)

FOREIGN PATENT DOCUMENTS

| EP | A 0 177 718 | 4/1986 |
| EP | A 0 745 682 | 12/1996 |

(Continued)

OTHER PUBLICATIONS

International Search Report issued in International Application No. PCT/US2003/12368, dated Aug. 21, 2003.

(Continued)

*Primary Examiner* — Paul Hyun
(74) *Attorney, Agent, or Firm* — McCarter & English, LLP; David R. Burns

(57) **ABSTRACT**

A microfluidic system includes a bubble valve for regulating fluid flow through a microchannel. The bubble valve includes a fluid meniscus interfacing the microchannel interior and an actuator for deflecting the membrane into the microchannel interior to regulate fluid flow. The actuator generates a gas bubble in a liquid in the microchannel when a sufficient pressure is generated on the membrane.

**18 Claims, 8 Drawing Sheets**



US 8,623,295 B2
Page 2

(56)                **References Cited**

U.S. PATENT DOCUMENTS

| 4,581,624 | A | 4/1986 | O'Connor |
| 4,636,149 | A | 1/1987 | Brown |
| 4,676,274 | A | 6/1987 | Brown |
| 4,756,427 | A | 7/1988 | Gohde et al. |
| 4,908,112 | A | 3/1990 | Pace |
| 5,065,978 | A | 11/1991 | Albarda et al. |
| 5,092,972 | A | 3/1992 | Ghowsi |
| 5,101,978 | A | 4/1992 | Marcus |
| 5,265,327 | A | 11/1993 | Faris et al. |
| 5,777,649 | A | 7/1998 | Otsuka et al. |
| 5,789,045 | A | 8/1998 | Wapner et al. |
| 5,837,200 | A | 11/1998 | Diessel et al. |
| 5,876,187 | A | 3/1999 | Afromowitz et al. |
| 5,988,522 | A | 11/1999 | Glezer et al. |
| 6,033,191 | A | 3/2000 | Kamper et al. |
| 6,048,328 | A | 4/2000 | Haller et al. |
| 6,048,734 | A | 4/2000 | Burns et al. |
| 6,062,681 | A | 5/2000 | Field et al. |
| 6,102,530 | A | 8/2000 | Kim et al. |
| 6,152,181 | A | 11/2000 | Wapner et al. |
| 6,196,525 | B1 | 3/2001 | Ganan-Calvo |
| 6,203,291 | B1 | 3/2001 | Stemme et al. |
| 6,221,654 | B1 | 4/2001 | Quake et al. |
| 6,273,553 | B1 | 8/2001 | Kim et al. |
| 6,360,775 | B1 | 3/2002 | Barth et al. |
| 6,432,630 | B1 | 8/2002 | Blankenstein |
| 6,561,224 | B1 | 5/2003 | Cho |
| 6,592,821 | B1 | 7/2003 | Wada et al. |
| 6,597,438 | B1 | 7/2003 | Cabuz et al. |
| 6,629,820 | B2 | 10/2003 | Korselsen |
| 6,802,342 | B2 | 10/2004 | Fernandes et al. |
| 6,877,528 | B2 | 4/2005 | Gilbert et al. |
| 7,069,943 | B2 | 7/2006 | Gilbert et al. |
| 8,210,209 | B2 | 7/2012 | Gilbert et al. |
| 2006/0278288 | A1 | 12/2006 | Gilbert et al. |

FOREIGN PATENT DOCUMENTS

| EP | 1 065 378 A2 | * | 1/2001 |
| WO | WO 91/15750 | | 10/1991 |
| WO | WO 98/07069 | | 2/1998 |
| WO | WO 98/10267 | | 3/1998 |
| WO | WO 00/70080 | | 11/2000 |

OTHER PUBLICATIONS

International Preliminary Examination Report issued in International Application No. PCT/US2003/12368, dated Aug. 25, 2004.

International Search Report issued in International Application No. PCT/US2003/12360, dated Oct. 30, 2003.

International Preliminary Examination Report issued in International Application No. PCT/US2003/12360, dated Jul. 21, 2004.

International Search Report issued in International Application No. PCT/US2003/12359, dated Sep. 2, 2003.

International Preliminary Examination Report issued in International Application No. PCT/US2003/12359, dated Sep. 5, 2004.

Supplementary European Search Report issued in European Application No. 03726391.0-2204, dated Oct. 6, 2009.

Communication pursuant to Article 94(3) EPC issued in European Application No. 03726391.0-2204, dated Apr. 12, 2010.

Search Information Statement issued in Australian Application No. 2010200179, dated Mar. 21, 2011.

Examiner's Report issued in Australian Application No. 2010200179, dated Mar. 22, 2011.

* cited by examiner



*Fig. 1*

*Fig. 2*

*Fig. 3*



*Fig. 4*

*Fig. 5A*

*Fig. 5B*

*Fig. 5C*



*Fig. 6*



*Fig. 7*



*Fig. 8A*



*Fig. 8B*



*Fig. 8C*



*Fig. 9*

*Fig. 10*

*Fig. 11*

*Fig. 12B*     *Fig. 12C*

*Fig. 12A*



## Fig. 13A



## Fig. 13B



## Fig. 14

*Fig. 15*



*Fig. 16*



*Fig. 17A   Fig. 17B   Fig. 17C*

US 8,623,295 B2

1

## MICROFLUIDIC SYSTEM INCLUDING A BUBBLE VALVE FOR REGULATING FLUID FLOW THROUGH A MICROCHANNEL

### RELATED APPLICATIONS

This application is a continuation of U.S. patent application Ser. No. 11/433,781 filed May 12, 2006 which, in turn, is a continuation of U.S. patent application Ser. No. 11/021,251 filed Dec. 21, 2004 which, in turn, is a continuation of U.S. patent application Ser. No. 10/179,586 filed Jun. 24, 2002, which claims priority to U.S. Provisional Patent Application No. 60/373,256 entitled "Microfluidic System Including a Bubble Valve for Regulating Fluid Flow Through a Microchannel" filed Apr. 17, 2002; and is related to U.S. patent application Ser. No. 10/179,488, entitled "Method and Apparatus for Sorting Particles", filed Jun. 24, 2002. Each of the above applications are incorporated herein by reference in their entirety.

### FIELD OF THE INVENTION

The present invention relates to microscale fluid handling devices and systems. More particularly, the present invention relates to a method and system for controlling liquid flow in a microchannel by the introduction of a gas bubble to a microfluidic system.

### BACKGROUND OF THE INVENTION

In the chemical, biomedical, bioscience and pharmaceutical industries, it has become increasingly desirable to perform large numbers of chemical operations, such as reactions, separations and subsequent detection steps, in a highly parallel fashion. The high throughput synthesis, screening and analysis of (bio)chemical compounds, enables the economic discovery of new drugs and drug candidates, and the implementation of sophisticated medical diagnostic equipment. Of key importance for the improvement of the chemical operations required in these applications are an increased speed, enhanced reproducibility, decreased consumption of expensive samples and reagents, and the reduction of waste materials.

Microfluidic devices and systems provide improved methods of performing chemical, biochemical and biological analysis and synthesis. Microfluidic devices and systems allow for the performance of multi-step, multi-species chemical operations in chip-based micro chemical analysis systems. Chip-based microfluidic systems generally comprise conventional 'microfluidic' elements, particularly capable of handling and analyzing chemical and biological specimens. Typically, the term microfluidic in the art refers to systems or devices having a network of processing nodes, chambers and reservoirs connected by channels, in which the channels have typical cross-sectional dimensions in the range between about 1.0 μm and about 500 μm. In the art, channels having these cross-sectional dimensions are referred to as 'microchannels'.

By performing the chemical operations in a microfluidic system, potentially a number of the above-mentioned desirable improvements can be realized. Downscaling dimensions allows for diffusional processes, such as heating, cooling and passive transport of species (diffusional mass-transport), to proceed faster. One example is the thermal processing of liquids, which is typically a required step in chemical synthesis and analysis. In comparison with the heating and cooling of liquids in beakers as performed in a conventional labora-

2

tory setting, the thermal processing of liquids is accelerated in a microchannel due to reduced diffusional distances. Another example of the efficiency of microfluidic systems is the mixing of dissolved species in a liquid, a process that is also diffusion limited. Downscaling the typical dimensions of the mixing chamber thereby reduces the typical distance to be overcome by diffusional mass-transport, and consequently results in a reduction of mixing times. Like thermal processing, the mixing of dissolved chemical species, such as reagents, with a sample or precursors for a synthesis step, is an operation that is required in virtually all chemical synthesis and analysis processes. Therefore, the ability to reduce the time involved in mixing provides significant advantages to most chemical synthesis and analysis processes.

Another aspect of the reduction of dimensions is the reduction of required volumes of sample, reagents, precursors and other often very expensive chemical substances. Milliliter-sized systems typically require milliliter volumes of these substances, while microliter sized microfluidic systems only require microliters volumes. The ability to perform these processes using smaller volumes results in significant cost savings, allowing the economic operation of chemical synthesis and analysis operations. As a consequence of the reduced volume requirement, the amount of chemical waste produced during the chemical operations is correspondingly reduced.

In microfluidic systems, regulation of minute fluid flows through a microchannel is of prime importance, as the processes performed in these systems highly depend on the delivery and movement of various liquids such as sample and reagents. A flow control device may be used to regulate the flow of liquid through a microchannel. Regulation includes control of flow rate, impeding of flow, switching of flows between various input channels and output channels as well as volumetric dosing.

U.S. Pat. No. 6,062,681 describes a bubble valve for a liquid flow channel in which the flow of a liquid is controlled by the generation of a gas bubble in the channel using a heater placed in the liquid. As the heater is activated, a bubble is formed which can be enlarged or reduced in size by increasing or decreasing, respectively, the temperature of the heater. The described system presents a number of disadvantages, namely, the required power to operate the valve and the inherent requirement that liquid in the channel be heated upon passing the valve. Even small increases in liquid temperature, by only a couple of degrees, can have disastrous effects on the highly heat sensitive biochemical substances present in the liquids to be controlled in many microfluidic systems. In addition, the required on-chip electric circuitry for the heater increases the complexity of the described valve and consequently results in unacceptably high costs, particularly if the fluidic system employing the bubble valve only used for a single application.

Other valves in the prior art use electrochemical means to produce a bubble in a liquid.

### SUMMARY OF THE INVENTION

The present invention provides a bubble valve for controlling, regulating or varying fluid flow through a microfluidic system. The bubble valve regulates fluid flow through a channel using an externally operated mechanical or pneumatic actuator. The actuator causes a deflection of a fluid meniscus into the interior of the channel to regulate liquid flow. The actuator may mechanically force a gas bubble into a fluid carrying microchannel to inhibit liquid flow or to cause liquid flow by applying a sufficiently high pressure to the meniscus.

US 8,623,295 B2

3

The bubble valve effectively controls the flow of liquids in microfluidic systems, without heating the fluid and without complex on-chip circuitry.

The microfluidic system includes a microchannel and a sealed, gas-filled reservoir positioned adjacent to and connected to the microchannel. The gas filled reservoir has a movable wall and a meniscus formed by a liquid in the microchannel that forms an interface between the reservoir and the microchannel interior. The meniscus may form a portion of the side wall of the microchannel. An external mechanical actuator may be used to deflect the movable wall of the reservoir. As the movable wall is deflected, the volume of the reservoir decreases and the gas pressure inside the reservoir increases, causing the meniscus to deflect into the microchannel, thereby modifying the cross-sectional area of the microchannel and consequently varying the flow of liquid through the channel. The increased pressure in the reservoir pushes gas from the reservoir into the microchannel. The gas may result in a local gas bubble being forced into the microchannel from the gas-filled reservoir. The resulting gas bubble occupies a portion of the cross-section of the channel, allowing liquid flow through the channel to be effectively controlled by controlling the size of the gas bubble via the external actuator.

The meniscus may comprise a virtual wall formed in a side wall of the microchannel. The virtual wall is a meniscus formed by a liquid in the microchannel that fills an aperture formed in the side wall of the microchannel and essentially replaces the removed portion of the side wall without affecting the properties of liquid flow through the channel. A gas bubble can be forced into the channel by applying a gas pressure at the opening using an external pneumatic actuator. The gas pressure forces the meniscus inside the channel, which varies the flow of liquid through the channel interior.

According to one embodiment, the microchannel includes a hydrophobic patch spanning the width of the microchannel at the location where the gas bubble is introduced to enhanced on-off switching of the bubble valve. The hydrophobic patch anchors the bubble in a particular location in the microchannel. If the introduced gas bubble covers the whole area of the patch, the bubble is effectively retained by capillary forces and blocks any liquid flow up to a certain pressure difference, depending on the level of hydrophobicity of the patch.

Alternatively or in combination with a hydrophobic patch, the microchannel can be locally shaped into a cavity for receiving and anchoring the gas bubble. By providing an appropriate cavity, the bubble can be kept in place during operation, reducing the risk that the gas bubble is carried away with the liquid.

According to one aspect of the invention, a microfluidic device is provided. The microfluidic device comprises a microchannel having an interior bounded by a side wall and a valve for regulating the flow of fluid through the microchannel. The valve comprises a gas-filled reservoir, a fluid meniscus interfacing the reservoir and the interior and an actuator for varying the volume of the reservoir to increase an internal pressure of the reservoir to vary the flow of liquid through the channel.

According to another aspect, a microfluidic device is provided, comprising a first plate having a groove formed therein defining a microchannel, a second plate for enclosing the microchannel and a flexible membrane. The second plate is bonded to the first plate and has an aperture adjacent to the groove sized and dimensioned to form a meniscus when the microchannel is filled with a liquid. The aperture defines a reservoir adjacent to the microchannel, wherein the meniscus

4

forms an interface between the microchannel and the reservoir. The flexible membrane is bonded to the second plate to seal the reservoir.

According to another aspect, a method of making a bubble valve is provided, the method comprises providing a microchannel having an interior bounded by a side wall, an aperture formed in the side wall and a valve chamber adjacent to the aperture in communication with the interior, filling the microchannel with a liquid to form a meniscus of the liquid in the aperture, whereby the step of filling traps a gas in the valve chamber and providing an actuator for increasing the pressure in the valve chamber to deflect the meniscus into the interior.

According to yet another aspect, a method of making a bubble valve is provided. The method comprises providing a microchannel having an interior bounded by a side wall, an aperture formed in the side wall and a valve chamber adjacent to the aperture in communication with the interior, filling the microchannel with a liquid to form a meniscus of the liquid in the aperture and applying and sealing an actuator comprising a chamber to a top surface of the microchannel to form a gas-filled chamber adjacent to the meniscus. The actuator varies the pressure in the gas-filled chamber to deflect the meniscus into the interior, thereby regulating fluid flow.

According to still another aspect, a microfluidic device is provided comprising a microchannel having an interior bounded by a side wall, a bubble valve for creating and injecting a bubble into the microchannel interior to regulate fluid flow through the microchannel and a hydrophobic patch for retaining the bubble in a predetermined position in the microchannel interior.

According to yet another aspect a bubble valve in a particle sorting device for separating particles having a predetermined characteristic from particles not having a predetermined characteristic is provided. The bubble valve comprises a gas-filled reservoir, a side channel in communication with a channel through which a stream of particles in a carrier fluid passes, wherein the carrier fluid forms a meniscus in the side channel adjacent to the gas-filled reservoir and an actuator for deflecting the meniscus to create a pressure pulse to selectively deflect a particle having the predetermined characteristic from the stream of particles.

According to still another aspect, a method of varying an electrical resistance in a microchannel is provided. The method comprises generating a bubble and injecting the bubble into a liquid in the microchannel, whereby the bubble varies the electrical resistance of the microchannel.

According to yet another aspect, an electrophoretic system is provided, comprising an electrokinetically operated microchannel, a sample well for providing a sample to the microchannel, a voltage source and a bubble valve for injecting a bubble into the microchannel to vary the electrical resistance of the microchannel.

According to a final aspect of the invention, an electrokinetic column to column switch is provided, comprising a first electrokinetically operated microchannel, a second electrokinetically operated microchannel in communication with the first electrokinetically operated microchannel and a bubble valve for selectively blocking flow from the first electrokinetically operated microchannel to the second electrokinetically operated microchannel by selectively injecting a bubble into a microchannel.

BRIEF DESCRIPTION OF THE DRAWINGS

FIG. 1 is a schematic view of a microfluidic system suitable for implementing the illustrative embodiment of the invention.

US 8,623,295 B2

5

6

FIG. **2** shows an exploded view of a bubble valve according to an illustrative embodiment of the present invention.

FIG. **3** shows an isometric view of the bubble valve of FIG. **2**.

FIG. **4** shows a top view of the bubble valve of FIG. **2**.

FIGS. **5***a-c* are cross-sectional views of the bubble valve of FIG. **2** in operation.

FIG. **6** shows an exploded view of an alternative embodiment of a bubble valve according to the present invention.

FIG. **7** shows a top view of the bubble valve of FIG. **6**.

FIGS. **8***a-c* are cross-sectional view of the bubble valve of FIG. **6** in operation.

FIG. **9** shows an application of the bubble valve of an illustrative embodiment of the present invention in a microchannel.

FIG. **10** shows a Y-intersection in a microfluidic system of an embodiment of the invention that implements a bubble valve to control liquid flow according to the teachings of the present invention.

FIG. **11** shows a Y-intersection in a microfluidic system of another embodiment of the invention that implements a bubble valve to control liquid flow according to the teachings of the present invention.

FIGS. **12***a-c* shows an electrophoresis system that implements a bubble valve to control electrical current during electrokinetic injection according to the teachings of the present invention.

FIG. **13***a* shows an electrokinetic column-column switch implementing a bubble valve according to the teachings of the present invention.

FIG. **13***b* shows an alternate electrokinetic column-column switch implementing a bubble valve according to another embodiment of the present invention.

FIG. **14** shows a selective resistance circuit that employs a bubble valve to control electrical current according to the teachings of the present invention.

FIG. **15** shows an alternative selective resistance circuit that employs a bubble valve to control electrical current according to the teachings of the present invention.

FIG. **16** shows a particle sorting system that implements a bubble valve of the present invention to produce fluid impulses to sort particles.

FIGS. **17***a*, **17***b* and **17***c* illustrate the operation of the particle sorting system of FIG. **16**.

DETAILED DESCRIPTION OF THE INVENTION

The present invention provides an improved bubble valve for controlling fluid flow through a microchannel in a microfluidic system. The invention further provides a method of forming the bubble valve. The bubble valve of the present invention can be applied in numerous microfluidic systems for controlling and switching fluid flows. Examples of suitable applications include, but are not limited to: flow cytometry, column switching, 2-D separations, cell or particle sorting applications on a chip, regulating pressurized fluid flows including on-off switching, regulating electrokinetic fluid flows and electrokinetically induced processes including on-off switching and electrokinetic sample injection and channel to channel switching.

FIG. **1** illustrates a microfluidic system suitable for implementing the illustrative embodiment of the present invention. The illustrative microfluidic system **100** comprises a substrate **101** having one or more microchannels **21** disposed therein. The microchannels transport fluid through the microfluidic system **100** for processing, handling, and/or performing any suitable operation on a liquid sample. As used herein, the term "microfluidic" refers to a system or device for handling, processing, ejecting and/or analyzing a fluid sample including at least one channel having microscale dimensions. The term "channel" as used herein refers to a pathway formed in or through a medium that allows for movement of fluids, such as liquids and gases. The term "microchannel" refers to a channel preferably formed in a microfluidic system or device having cross-sectional dimensions in the range between about 1.0 μm and about 500 μm, preferably between about 25 μm and about 250 μm and most preferably between about 50 μm and about 100 μm. One of ordinary skill in the art will be able to determine an appropriate volume and length of the microchannel. The ranges are intended to include the above-recited values as upper or lower limits. The microchannel can have any selected shape or arrangement, examples of which include a linear or non-linear configuration and a U-shaped configuration. The microfluidic system **100** may comprise any suitable number of microchannels **21** for transporting fluids through the microfluidic system **100**.

The microfluidic system **100** includes a bubble valve **10**, **10'** shown in FIGS. **2-8***c* for controlling liquid flow through a microchannel of the system. According to the illustrative embodiment, the microchannel is defined by a side wall having any suitable shape enclosing at least a portion of the interior of the channel. The bubble valve may be formed by a gas-filled reservoir positioned adjacent to the microchannel including a meniscus that forms the interface between the reservoir and the microchannel interior. The meniscus may form a portion of the side wall of the microchannel. The bubble valve includes an actuator for modifying the pressure in the reservoir to deflect the meniscus into the channel interior, thereby modifying the cross-sectional area of the microchannel and consequently varying the flow of liquid through the channel.

According to an alternate embodiment, the bubble valve is formed by a meniscus in a separate side channel that communicates with and intersects the microchannel through which a liquid to be controlled flows. One skilled in the art will recognize that the meniscus can be located at any location relative to the microchannel through which liquid flows.

The gas-filled reservoir may be formed when filling the microchannel having an aperture in a side wall and a reservoir formed adjacent to the aperture. An empty microchannel may be filled with liquid, forming the meniscus in the aperture, which traps the gas that forms the gas bubble and forms a gas pocket in the reservoir adjacent to the meniscus. The creation of the gas pocket on filling provides a sterile gas bubble and reduces contaminants in the system. Alternatively, the air pocket may be created by introducing a gas to the reservoir after filling of the microchannel.

FIG. **2** shows an exploded view of an embodiment of an illustrative bubble valve **10** of the present invention. The microfluidic system may be formed by a plurality of stacked layers. As shown in FIG. **2**, the illustrative microfluidic system **100** includes a first plate **20** in which a groove defining the microchannel **21** is provided. A hydrophobic patch **22** may be applied to an inner wall of the microchannel **21**. A second plate **30** for enclosing the microchannel is bonded to the first plate **20** and includes an aperture **31**. A third plate **40** is bonded on top of second plate **30** to close and seal the stacked structure. The aperture **31** of the intermediate second plate **30** defines a void in the system adjacent to the microchannel **21**.

FIGS. **3** and **4** illustrates the assembled bubble valve **10**. As shown, the stacked first plate **20**, second plate **30** and third plate **40** define a closed, gas filled gas reservoir **70**, which can be actuated with a displacement actuator **50**. According to the

US 8,623,295 B2

7                                                              8

illustrative embodiment, the aperture 31 defining the reservoir 70 comprises a main body 31a and a slot 31b extending from the main body 31a. When the microfluidic system 10 is assembled, the slot 31b of the aperture 31 defines a gap in the side wall of the microchannel 21 that provides access to and communicates with the interior of the microchannel 21.

The bubble valve 10 operates to control the flow of liquid through the microchannel 21. A meniscus is formed in the aperture 31, which interfaces with and separates the microchannel interior from the reservoir 70. According to the embodiment shown in FIGS. 2-8c, the meniscus is formed by a liquid filling the microchannel in the slot 31b. One skilled in the art will recognize that other suitable devices may be used to form the meniscus. The liquid in the slot 31b is retained in the microchannel by capillary forces. The actuator 50 deflects the upper wall of the reservoir, defined by plate 40, which decreases the volume of the reservoir 70. The actuator 50 may comprise any suitable device for deflecting the wall, such as an electromagnetic actuator or a piezoelectric element. The plate 40 may comprises a flexible membrane. The decreased volume consequently increases the pressure of the reservoir 70 and causes the meniscus 80 to deflect into the channel interior to create a constriction in the channel, thereby impeding fluid flow or pushing fluid away from the meniscus. If a sufficient pressure is applied to the meniscus, the actuator 50 generates and enlarges a bubble in the liquid of the microchannel, which blocks fluid flow. The hydrophobic patch 22 provides an anchor for the bubble and retains the bubble at a selected location in the microchannel.

After the microchannel is filled with a liquid 60, the bubble valve 10 is ready for operation. FIGS. 5a-c illustrate the operation of the bubble valve according to the teachings of the invention. FIG. 5a shows the bubble valve in an 'open' state. According to the embodiment of FIGS. 5a-5c, the meniscus between the reservoir and the interior of the microchannel is defined by the meniscus 80, formed by the liquid 60 in the slot 31b in the second plate 30. In the 'open' state, liquid flows freely through the microchannel 21 and the valve does not impose any additional flow resistance in the channel.

The slot 31b may be sized and dimensioned to form a "virtual wall" in the microchannel. As used herein, "virtual wall" refers to the meniscus 80 formed by the first liquid 60 in the aperture formed in the side wall of the microchannel 21, which essentially replaces the removed portion of the side wall without affecting the properties of the microchannel. The meniscus surface can be, although not required, substantially co-planar with the wall of the microchannel in which the meniscus is formed. The word "virtual" is chosen to express the effect that the overall liquid flow through the microchannel 21 of the microfluidic system 100 is not influenced by the virtual wall, i.e. the flow of liquid in the microfluidic system having a virtual wall is substantially identical to the flow of liquid through an identical microfluidic system in which no virtual wall is present. One of ordinary skill will recognize that the meniscus may be convex or concave, depending on the appropriate system pressure.

When the actuator 50 is actuated, the bubble valve 10 switches to a "pinched" state, as shown in FIG. 5b, to inhibit fluid flow through the channel interior. In the 'pinched' state, the actuator 50 deflects the top of the gas reservoir 70 for a certain fraction, increasing the pressure in the reservoir 70 and forcing the meniscus 80 down into the channel 21. The deflection of the meniscus locally reduces the cross-section of the channel 21 and introduces an additional flow resistance to the liquid flow. The degree of reduction in the liquid flow through the microchannel corresponds to the amplitude, frequency and duration of the displacement of the meniscus 80,

which are controllable by the actuator 50. One skilled in the art will recognize that any suitable means for varying the pressure in the reservoir 70 may be used to deflect the meniscus 80, thereby regulating fluid flow.

When the actuator is fully actuated, the bubble valve 10 is switched to a closed state, as illustrated in FIG. 5c. As shown, in the closed state, the meniscus 80 deflects fully to form and introduce a gas bubble 81 into the microchannel 21. The gas bubble 81 is retained by the hydrophobic patch 22 formed in the channel wall opposite the slot 31b. As a result, the liquid flow in the channel is substantially blocked. By reducing the pressure on the meniscus 80, the bubble valve 10 can be brought from the 'closed' state of FIG. 5c via the 'pinched' state of FIG. 5b back to the 'open' state of FIG. 5a.

According to one embodiment, the bubble valve 10 may be used as a check valve for regulating pressure in the microchannel. When the pressure in the microchannel exceeds a maximum breaking pressure, the bubble collapses, opening the valve and allowing fluid to flow through the channel, thereby reducing the pressure in the microchannel. The breaking pressure depends on the hydrophobicity of the hydrophobic patch 22, as well as the geometry of the microchannel.

Alternatively or in combination with the hydrophobic patch 22, the microchannel 21 can be locally shaped into a cavity for receiving and anchoring the gas bubble 81. By providing an appropriate cavity, the bubble can be kept in place during operation, reducing the risk that the gas bubble is carried away with the liquid.

According to the embodiments shown in FIGS. 2-5c, the actuator 50 is integrated in the microfluidic chip 100. However, one skilled in the art will recognize that an external, reusable actuator may also be used to control formation of a gas bubble in the microchannel.

FIG. 6 shows an alternative embodiment of a microfluidic system 100' including a bubble valve 10' having an external actuator 90 according to the teachings of the invention. In the embodiment shown in FIG. 6, the microfluidic system 100' includes a first plate 200 including a groove defining the microchannel 210 and a second plate 300 bonded to the first plate 200 for enclosing the microchannel 210 and in which a virtual wall opening 32 is formed. The virtual wall opening 32 is sized and dimensioned to form a "virtual wall" when the microchannel 210 is filled with a liquid.

Upon filling of the microchannel 21 with a liquid, a virtual wall 32a is formed in virtual wall opening 32. As shown in FIGS. 7, 8a-8c, the microfluidic system further includes an external actuator, illustrated as pressurizer 90, pressed and sealed onto the top of the second plate 300 to form a tight seal. The external pressurizer 90 defines a sealed pressurizing chamber 92 adjacent to the virtual wall 32a. The pressurizer varies the pressure within the pressurizing chamber 92 to control liquid flow through the microchannel 210 by modifying the position of the virtual wall. The pressurizer 90 may include a source of pressurized gas (not shown) and a gas inlet 91 to allow a gas pressure to be applied to the virtual wall 32a in order to move the virtual wall. The pressurizer may alternatively include a flexible wall that deflects to vary the volume of the chamber 92 upon activation of an actuator, such as a piezoelectric element or electromagnetic actuator.

FIG. 8a shows a cross-section of the bubble valve 10' of FIGS. 6 and 7 in the 'open' state. As shown, when the microchannel 210 is filled with liquid 600, a virtual wall 32a, defined by a meniscus 800, is formed within the virtual wall opening 32. The meniscus essentially replaces the absent

US 8,623,295 B2

9

portion of the side wall of the microchannel and allows liquid to flow through the channel interior unimpeded and uninfluenced by the virtual wall.

FIG. 8b depicts the 'pinched' state of the bubble valve, when the pressurizer 90 is activated. As shown, activation of the pressurizer 90 increases the internal pressure within the pressurizing chamber 92. The increased pressure moves the meniscus 800 down the channel height and into the microchannel interior, thereby regulating liquid flow. The pressurized controls the level of the internal pressure in order to control the amount of deflection of the meniscus and therefore the rate of fluid flow.

To switch the valve to a 'closed' state, as shown in FIG. 8c, the pressurizer 90 applies a large pressure that is sufficient to form and introduce a gas bubble 810 into the channel 200. The hydrophobic patch 220 retains the gas bubble 810 in place. As a result, the liquid flow in the channel is blocked up to a 'breaking pressure', which depends on the hydrophobicity of hydrophobic patch 220. A higher hydrophobicity results in a larger breaking pressure. By reducing the pressure on the meniscus 800 the bubble valve 10' can be brought from the 'closed' state of FIG. 8c via the 'pinched' state of FIG. 8b back to the 'open' state of FIG. 8a.

FIG. 9 shows an application of a bubble valve 10 for flow regulation in a microchannel 121 according to one embodiment of the invention. During typical operation of a microfluidic system, a pressure difference is applied over the length of a microchannel 121. A bubble valve 10 can be employed to regulate the flow through the microchannel between zero and a maximum flow rate, depending on the applied pressure difference.

FIG. 10 shows a portion of a microfluidic system according to an embodiment of the invention forming a Y-intersection comprising two inlet microchannels 121a and 121b and an outlet channel 121c that combines the fluids flowing through the two inlet microchannels. The first microchannel 121a carries a first liquid and the second microchannel 121b carries a second liquid. The microchannels 121a and 121b are each controlled by a corresponding bubble valve, 10a and 10b, respectively, for regulating the combined composition and flow rate through the outlet microchannel 121c. One skilled in the art will recognize that that the number of inlet channels is not limited to two, but is presented here merely as an example.

FIG. 11 shows a Y-intersection of a microfluidic system according to another embodiment of the invention. As shown the Y-intersection comprises an inlet microchannel 221c and two outlet microchannels 221a and 221b for splitting the incoming liquid flow from the inlet microchannel 221c. The flow of each outlet channel is regulated by a corresponding bubble valve 200a and 200b, respectively. The incoming liquid flow from the inlet microchannel 221c can be split between microchannel 221a and microchannel 221b in any required ratio. One skilled in the art will recognize that the number of inlet channels is not limited to two, but is presented here merely as an example.

FIG. 12a-12c shows the implementation of an electrophoresis system 110 comprising five bubble valves, 10a-e of the present invention, arranged with a crossed microchannel configuration. Regulation of the bubble valve 10a regulates the electric current through the associated electrokinetically operated microchannel 115a. The pinching of the liquid in the electrokinetically operated microchannel 115a by a bubble valve will result in an increased electrical resistance in the microchannel 115a. As a result, the migration of charged species and electro-osmotic flow in the electrokinetically operated microchannel 115a can be regulated. A voltages difference for the injection of sample from a well storing a

10

supply of a sample 125 between the bubble valve 10a and the crossing point 111 of the microchannels and consecutive separation are provided via wells V+ and V0. Electrodes are placed in the V+ and V0 wells and energized with a constant voltage difference during the operation of the electrophoresis system.

In the injection phase, valves 10a, 10b, 10c and 10d are substantially in the open position, allowing passage of electrical current up to a required level for injection (FIG. 12b shows direction of current/sample), while bubble valve 10e is closed. The valves are kept in this position long enough for the sample to move from the sample well 125 towards and past the central injection crossing 111. Varying the opening ratio of valves 10a, 10b and 10d can be adjusted to confine the sample to a narrow flow through the injection cross 111, as shown in FIG. 12c (i.e. 'pinched injection').

Immediately after the injection phase, a plug of sample is injected and separated in the separation column 115a (microchannel which runs horizontally in figure) by closing bubble valves 10a, 10d and 10c and opening valves 10b and 10e. Now the total voltage difference is applied longitudinally over the separation channel, resulting in the separation of the constituents in the sample (FIG. 12c).

FIG. 13a illustrates another application of the bubble valve of the present invention implemented in a column-column switch 130 for electrokinetically transferring a substance from a first electrokinetically operated microchannel 215a to a second electrokinetically operated microchannel 215b. The column-column switch 130 comprises a bubble valve 10b of the present invention that connects the first electrokinetically operated microchannel 215a to the second electrokinetically operated microchannel 215b. Both electrokinetically operated microchannel 215a and electrokinetically operated microchannel 215b are connected to corresponding wells well 220a-d. In the following example, it is assumed that the substances electrokinetically move from a positive electric potential to ground and that well 120c and well 120b are provided with a positive potential whilst well 120a and well 120d are grounded.

At first, the two electrokinetically operated microchannel 215a and electrokinetically operated microchannel 215b are operated independently and the connecting bubble valve 10b is in the 'closed' state whilst bubble valve 10a and bubble valve 10c are in the 'open' state. To electrokinetically transfer substance from electrokinetically operated microchannel 215a to the electrokinetically operated microchannel 215b, bubble valve 10a and bubble valve 10c are switched to the closed state, and the connecting bubble valve 10b is opened momentarily to allow passage of an amount of substance from the electrokinetically operated microchannel 215a to the electrokinetically operated microchannel 215b. The amount transferred depends directly upon the time bubble valve 10b is opened. After the required amount of substance is transferred, the connecting bubble valve 10b is closed and the bubble valve 10a and bubble valve 10b are opened again.

FIG. 13b illustrates the implementation of another column to column switch 130' to exchange liquid from a first column 215a' selectively into a second column 215b'. The first column and the second column are each crossed by a transfer column 250, operated by a first bubble valve 10a arranged on one end of the transfer column 250 and a second bubble valve 10b arranged on the opposite end of the transfer column 250. The first one of the bubble valves is attached to the first column 215a' and is actuated upon transiently by an external actuator for increasing the pressure within the bubble valve reservoir. Increasing the pressure on the bubble valve will deflect the meniscus 80, inducing a transient flow in the

US 8,623,295 B2

11

transfer column 250 from the pressurized bubble valve 10*a* towards the second bubble valve 10*b*, which comprises a compressible volume of gas. This transient flow effectively transfers a liquid volume from the first column 215*a'* to the second column 215*b'*. Upon deactivation of the external actuator, the flow in the transfer column 250 reverses as the compressed gas volume in the second bubble valve 10*b* exerts a pressure on the liquid in the transfer column 250.

FIG. 14 shows a selective resistance circuit employing a bubble valve of the present invention for selectively including a predefined electrical resistance in an electrokinetic circuit. The circuit 140 comprises an inlet microchannel 321, which splits into two paths. The first path 322 includes a fluidic resistor 240*a* and a bubble valve 10*a*, the second parallel path 323 includes a fluidic resistor 240*b* and a bubble valve 10*b*. The fluidic resistors 240*a*-*b* comprise a channel of appropriate length to results in a certain electrical resistance. The bubble valve 10*a* and the bubble valve 10*b* can be switched each to either on to allow fluid flow through the associated microchannel or off to block fluid flow through the associated microchannel. As a result, the overall electrical resistance of the electrokinetic circuit can be switched between four values: infinite (both bubble valves 10*a*-*b* are off), the resistance of fluidic resistor 240*a* (bubble valve 10*a* on, bubble valve 10*b* off), the resistance of fluidic resistor 240*b* (bubble valve 10*a* off, bubble valve 10*b* on) and the parallel resistance of fluidic resistor 24*a*-*b* (both bubble valves 10*a* and 10*b* on).

FIG. 15 shows an alternative resistance circuit 150 according to another application of the invention, now for the selective application of a voltage. By opening either the bubble valve 10*a* or bubble valve 10*b*, the voltage imposed on an outgoing channel 523 can be selected. Fluidic resistor 245*a* and 245*b* function to limit the electric current in either of the two states to a predetermined value.

FIG. 16 illustrates another application of the bubble valve 10 of the present invention in a particle sorting application, wherein the bubble valve is positioned in a side channel that communicates with a channel through which particles in suspension flow. According to one application of the present invention, a particle sorter 160 comprises a closed channel system of capillary size for sorting particles, such as cells. The channel system comprises a first supply duct 162 for introducing a stream of particles and a second supply duct 164 for supplying a carrier liquid. The first supply duct 162 ends in a nozzle, and a stream of particles is introduced into the flow of carrier liquid. The first supply duct 162 and the second supply duct 164 enter a measurement duct 166, which branches into a first branch 172*a* and a second branch 172*b* at a branch point 171. A measurement region 182*a* is defined in the measurement duct 166 and is associated with a detector 182*b* to sense a predetermined characteristic of particles in the measurement region 182*a*. Two opposed bubble valves 10*a* and 10*b* are positioned in communication with the measurement duct 166 and are spaced opposite each other. The bubble valves 10*a*, 10*b* communicate with the measurement duct 166 through a pair of opposed side passages 174*a* and 174*b*, respectively. Liquid is allowed to partly fill these side passages 174*a* and 174*b* to form a meniscus 175 therein. An external actuator 176 is also provided for actuating the bubble valves 10*a*, 10*b*, which momentarily causes a flow disturbance in the duct to deflect the flow therein when activated by the actuator 176.

In a suspension introduced by the first supply duct 162, two types of particles can be distinguished, normal particles 180*a* and particles of interest 180*b*. The flow rates in both branches 172*a* and 172*b* are adjusted so that the stream of particles normally flows through the second branch 172*b*. Upon sens-

12

ing the predetermined characteristic in the particles in the measurement region 182*a*, the detector 182*b* raises a signal. The external actuator 176 activates the bubble valves 10*a*, 10*b* when signaled by the detector 182*b* in response to sensing the predetermined characteristic, to create a flow disturbance in the measurement duct 166 between the sideway passages 174*a*, 174*b*, to deflect the particle having the predetermined characteristic so that it flows down the first branch duct 172*a* rather than the second branch duct 172*b*. The detector communicates with the actuator 176, so that when the detector 182*b* senses a predetermined characteristic in a particle, the actuator activates the first bubble valve 10*a* to cause pressure variations in the reservoir 70 of the first bubble valve. The activation of the first bubble valves causes a transient pressure variation in the first side passage 174*a*. The second side passage 174*b* and the second bubble valve 10*b* absorb the transient pressure variations in the measurement duct 166 induced via the actuator 176. Basically, the reservoir 70*b* of the second bubble valve 10*b* is a chamber having a resilient wall or contains a compressible fluid such as a gas. The resilient properties allow the flow of liquid from the measurement duct into the second side passage 174*b*.

FIGS. 17*a*-17*c* illustrate the operation of the particle sorting system 160 of FIG. 16. In FIG. 17*a*, the detector raises a signal to activate the actuator. Upon activation of the actuator, the pressure within the reservoir of the first bubble valve 10*a* is increased, causing a transient discharge of liquid from the first side passage 174*a* as indicated by the arrow. The sudden pressure increase caused at this point in the duct causes liquid to flow into the second side passage 174*b* because of the resilient properties of the reservoir of the second bubble valve 10*b*. This movement of liquid into the second side passage 174*b* is indicated with an arrow. Resultingly, as can be seen in the figure, the flow through the duct is deflected causing the selected particle of interest 178*b* located between the first side passage 174*a* and the second side passage 174*b* to be shifted perpendicular to its flow direction in the normal state. The flow resistances to the measurement duct 166, the first branch 172*a* and the second branch 172*b* is chosen so that the preferred direction of the flow to and from the first side passage 174*a* and the second side passage 174*b* has an appreciable component perpendicular to the normal flow through the measurement duct 166. This goal can for instance be reached by the first branch 172*a* and the second branch 172*b* so that their resistances to flow is large in comparison with the flow resistances of the first side passage 174*a* and the second side passage 174*b*.

FIG. 17*b* shows the particle sorting system 160 during the relief of the first bubble valve reservoir when the particle of interest 178*b* has left the volume between the first side passage 174*a* and the second side passage 174*b*. The actuator 176 is deactivated, causing the pressure inside the reservoir to return to the normal pressure. During this relief phase there is a negative pressure difference between the two reservoirs of the bubble valves, causing a liquid flow through the first side passage 174*a* and the second side passage 174*b* opposite to the liquid flow shown in the previous figure and is indicated by the arrows.

FIG. 17*c* shows the particle sorting system 160 after completion of the switching sequence. The pressures inside the reservoirs of the bubble valves has been equalized so the flow through the measurement duct 166 is normalized. As the particle of interest 178*b* has been displaced radially, it will flow into the first branch 172*a* as was the objective of the switching operation.

According to yet another embodiment, the cross-sectional dimensions of a microchannel including a bubble valve

US 8,623,295 B2

13

according to the teachings of the present invention may be varied locally to affect the pressure within the microchannel interior. For example, the microchannel may be narrowed or widened at certain locations to increase or decrease the capillary forces acting on a fluid in the microchannel interior. One of ordinary skill in the art will be able to determine a suitable cross-sectional dimension to achieve a desired pressure within the microchannel interior.

The bubble valve of the present invention may be implemented in a variety of microfluidic devices used for many applications. In a particular application, the bubble valve is implemented in a flow-cytometer based instrument for sorting or physically separating particles of interest from a sample or for measuring selected physical and chemical characteristics of cells or particles in suspension as they travel past a particular site. The bubble valve may also be employed in devices for sequencing or manipulating DNA, medical diagnostic instruments, devices for drug discovery, chemical analysis and so on.

The present invention provides an improved system and method for regulating fluid flow in a microchannel for a variety of applications. The bubble valve of the present invention is easy to operate and control, simple to manufacture and economical. In addition, the bubble valve does not adversely affect the liquid in the microchannel. The bubble valve effectively controls the flow of liquids in microfluidic systems, without heating the fluid and without complex on-chip circuitry.

The present invention has been described relative to an illustrative embodiment. Since certain changes may be made in the above constructions without departing from the scope of the invention, it is intended that all matter contained in the above description or shown in the accompanying drawings be interpreted as illustrative and not in a limiting sense.

It is also to be understood that the following claims are to cover all generic and specific features of the invention described herein, and all statements of the scope of the invention which, as a matter of language, might be said to fall therebetween.

Having described the invention, what is claimed as new and protected by Letters Patent is:

1. A microfluidic system comprising:
a microfluidic flow channel formed in a substrate and adapted to facilitate analysis or processing of a sample having one or more particles suspended in a suspension medium flowing through the flow channel;
a first reservoir operatively associated with the flow channel and adapted for dampening or absorbing a pressure pulse propagated across the flow channel; and
a second reservoir operatively associated with the flow channel and adapted for generating the pressure pulse based on a change in volume or pressure in the second reservoir;
wherein the flow channel defines a first aperture for connecting the flow channel relative to the first reservoir and

14

a second aperture for connecting the flow channel relative to the second reservoir, wherein the first aperture is substantially opposite the second aperture.

2. The system of claim 1 further comprising an actuator or pressurizer operatively associated with the second reservoir and adapted for generating the pressure pulse by varying the volume or pressure in the second reservoir.

3. The system of claim 1, wherein the flow channel includes a branched portion, wherein the pressure pulse is used to sort one or more particles into a selected branch of the branched portion.

4. The system of claim 1, wherein the first reservoir includes a gas pocket, wherein compression of the gas facilitates the dampening or absorbing of the pressure pulse.

5. The system of claim 4, further comprising a fluid filled region interfacing with the flow channel and the gas pocket.

6. The system of claim 5, wherein the fluid filled region includes a portion of the first reservoir.

7. The system of claim 5, wherein the fluid filled region includes a side channel connecting the first reservoir to the flow channel.

8. The system of claim 5, wherein the fluid filled region prevents the gas from the gas pocket from leaking into the flow channel.

9. The system of claim 1, wherein the first reservoir includes a resilient wall for facilitating dampening or absorbing of the pressure pulse.

10. The system of claim 1, wherein the second reservoir includes a gas pocket, wherein compression of the gas facilitates the generating of the pressure pulse.

11. The system of claim 10 further comprising a fluid filled region interfacing with the flow channel and the gas pocket.

12. The system of claim 11, wherein the fluid filled region includes a portion of the second reservoir.

13. The system of claim 11, wherein the fluid filled region includes a side channel connecting the second reservoir to the flow channel.

14. The system of claim 11, wherein the fluid filled region prevents the gas from the gas pocket from leaking into the flow channel.

15. The system of claim 11, wherein the fluid filled region forms a meniscus with the gas pocket.

16. The system of claim 15, wherein the change in volume or pressure in the second reservoir deflects the meniscus into the flow channel.

17. The system of claim 1, wherein the second reservoir includes a deflectable flexible membrane wherein deflection of the membrane increases the pressure in the second reservoir.

18. The system of claim 1, wherein the change in volume or pressure in the second reservoir is a transient change in volume or pressure.

*   *   *   *   *

# EXHIBIT 3

US009011797B2

(12) **United States Patent**
Gilbert et al.

(10) Patent No.: **US 9,011,797 B2**
(45) **Date of Patent:** **Apr. 21, 2015**

(54) **MICROFLUIDIC SYSTEM INCLUDING A BUBBLE VALVE FOR REGULATING FLUID FLOW THROUGH A MICROCHANNEL**

(75) Inventors: **John R. Gilbert**, Brookline, MA (US);
**Sebastian Böhm**, Iverness (GB);
**Manish Deshpande**, Canton, MA (US)

(73) Assignee: **Cytonome/ST, LLC**, Boston, MA (US)

( * ) Notice: Subject to any disclaimer, the term of this patent is extended or adjusted under 35 U.S.C. 154(b) by 0 days.

(21) Appl. No.: **13/527,331**

(22) Filed: **Jun. 19, 2012**

(65) **Prior Publication Data**

US 2012/0261013 A1    Oct. 18, 2012

**Related U.S. Application Data**

(63) Continuation of application No. 11/433,781, filed on May 12, 2006, now Pat. No. 8,210,209, which is a continuation of application No. 11/021,251, filed on Dec. 21, 2004, now Pat. No. 7,069,943, which is a continuation of application No. 10/179,586, filed on Jun. 24, 2002, now Pat. No. 6,877,528.

(60) Provisional application No. 60/373,256, filed on Apr. 17, 2002.

(51) **Int. Cl.**
**B81B 3/00**    (2006.01)
**B01L 3/00**    (2006.01)
(Continued)

(52) **U.S. Cl.**
CPC ..... **B01L 3/502738** (2013.01); **B01L 3/502761** (2013.01); **B01L 3/502776** (2013.01); **B01L 2200/0636** (2013.01); **B01L 2200/0647** (2013.01); **B01L 2300/0816** (2013.01); **B01L 2300/0864** (2013.01); **B01L 2300/089** (2013.01); **B01L 2400/0415** (2013.01); **B01L 2400/06** (2013.01); **B01L 2400/0688** (2013.01); **B01L 2400/082** (2013.01); **B07C 5/34**

(2013.01); **F16K 99/0001** (2013.01); **F16K 99/0017** (2013.01); **F16K 99/0019** (2013.01);
(Continued)

(58) **Field of Classification Search**
CPC ................ B01L 2200/0636; B01L 2300/0864; B01L 2400/082; B01L 3/502761; G01N 2015/149
USPC .................. 422/502–505; 251/61.1; 436/177
See application file for complete search history.

(56) **References Cited**

U.S. PATENT DOCUMENTS

3,289,687 A    12/1966   Dunaway
3,370,538 A    2/1968   Iliacs
(Continued)

FOREIGN PATENT DOCUMENTS

EP    A 0 177 718    4/1986
EP    A 0 745 682    12/1996
(Continued)

OTHER PUBLICATIONS

International Search Report issued in International Application No. PCT/US2003/12368, dated Aug. 21, 2003.
(Continued)

*Primary Examiner* — Paul Hyun
(74) *Attorney, Agent, or Firm* — McCarter & English, LLP; David R. Burns

(57)    **ABSTRACT**

A microfluidic system includes a bubble valve for regulating fluid flow through a microchannel. The bubble valve includes a fluid meniscus interfacing the microchannel interior and an actuator for deflecting the membrane into the microchannel interior to regulate fluid flow. The actuator generates a gas bubble in a liquid in the microchannel when a sufficient pressure is generated on the membrane.

**19 Claims, 8 Drawing Sheets**



**US 9,011,797 B2**

Page 2

(51) **Int. Cl.**
  *B07C 5/34*          (2006.01)
  *F16K 99/00*         (2006.01)
  *G01N 15/14*         (2006.01)
(52) **U.S. Cl.**
  CPC ......... *F16K99/0034* (2013.01); *F16K 99/0036*
    (2013.01); *F16K 99/004* (2013.01); *F16K*
    *99/0046* (2013.01); *F16K 99/0048* (2013.01);
    *F16K 2099/0074* (2013.01); *F16K 2099/008*
    (2013.01); *F16K 2099/0084* (2013.01); *G01N*
    *2015/149* (2013.01)

(56)          **References Cited**

U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 3,508,654 | A | 4/1970 | Glaettli |
| 3,560,754 | A | 2/1971 | Kamentsky |
| 3,791,517 | A | 2/1974 | Friedman |
| 3,827,555 | A | 8/1974 | Kamnetsky |
| 3,984,307 | A | 10/1976 | Kamnetsky |
| 4,153,855 | A | 5/1979 | Feingold |
| 4,175,662 | A | 11/1979 | Zold |
| 4,426,451 | A | 1/1984 | Columbus |
| 4,581,624 | A | 4/1986 | O'Connor |
| 4,636,149 | A | 1/1987 | Brown |
| 4,676,274 | A | 6/1987 | Brown |
| 4,756,427 | A | 7/1988 | Gohde et al. |
| 4,908,112 | A | 3/1990 | Pace |
| 5,065,978 | A | 11/1991 | Albarda et al. |
| 5,092,972 | A | 3/1992 | Ghowsi |
| 5,101,978 | A | 4/1992 | Marcus |
| 5,265,327 | A | 11/1993 | Faris et al. |
| 5,777,649 | A | 7/1998 | Otsuka et al. |
| 5,789,045 | A | 8/1998 | Wapner et al. |
| 5,837,200 | A | 11/1998 | Diessel et al. |
| 5,876,187 | A | 3/1999 | Afromowitz et al. |
| 5,988,522 | A | 11/1999 | Glezer et al. |
| 6,033,191 | A | 3/2000 | Kamper et al. |
| 6,048,328 | A | 4/2000 | Haller et al. |
| 6,048,734 | A | 4/2000 | Burns et al. |
| 6,062,681 | A | 5/2000 | Field et al. |
| 6,102,530 | A | 8/2000 | Kim et al. |
| 6,152,181 | A | 11/2000 | Wapner et al. |
| 6,196,525 | B1 | 3/2001 | Ganan-Calvo |
| 6,203,291 | B1 | 3/2001 | Stemme et al. |
| 6,221,654 | B1 | 4/2001 | Quake et al. |
| 6,273,553 | B1 | 8/2001 | Kim et al. |
| 6,360,775 | B1 | 3/2002 | Barth et al. |
| 6,432,630 | B1 | 8/2002 | Blankenstein |
| 6,561,224 | B1 | 5/2003 | Cho |
| 6,592,821 | B1 | 7/2003 | Wada et al. |
| 6,597,438 | B1 | 7/2003 | Cabuz et al. |
| 6,629,820 | B2 | 10/2003 | Korselsen |
| 6,802,342 | B2 | 10/2004 | Fernandes et al. |
| 6,877,528 | B2 | 4/2005 | Gilbert et al. |
| 7,069,943 | B2 | 7/2006 | Gilbert et al. |
| 8,210,209 | B2 | 7/2012 | Gilbert et al. |
| 2002/0166585 | A1 * | 11/2002 | O'Connor et al. ......... 137/87.01 |
| 2006/0278288 | A1 | 12/2006 | Gilbert et al. |
| 2012/0015442 | A1 | 1/2012 | Gilbert et al. |

FOREIGN PATENT DOCUMENTS

| | | |
|---|---|---|
| WO | WO 91/15750 | 10/1991 |
| WO | WO 98/07069 | 2/1998 |
| WO | WO 98/10267 | 3/1998 |
| WO | WO 00/70080 | 11/2000 |

OTHER PUBLICATIONS

International Preliminary Examination Report issued in International Application No. PCT/US2003/12368, dated Aug. 25, 2004.
International Search Report issued in International Application No. PCT/US2003/12360, dated Oct. 3, 2003.
International Preliminary Examination Report issued in International Application No. PCT/US2003/12360, dated Jul. 21, 2004.
International Search Report issued in International Application No. PCT/US2003/12359, dated Sep. 2, 2003.
International Preliminary Examination Report issued in International Application No. PCT/US2003/12359, dated Sep. 5, 2004.
Supplementary European Search Report issued in European Application No. 03726391.0-2204, dated Oct. 6, 2009.
Communication pursuant to Article 94(3) EPC issued in European Application No. 03726391.0-2204, dated Apr. 12, 2010.
Search Information Statement issued in Australian Application No. 2010200179, dated Mar. 21, 2011.
Examiner's Report issued in Australian Application No. 2010200179, dated Mar. 22, 2011.

* cited by examiner



*FIG. 1*

*FIG. 2*

*FIG. 3*



*FIG. 4*

*FIG. 5A*

*FIG. 5B*

*FIG. 5C*



*FIG. 6*



*FIG. 7*



*FIG. 8A*



*FIG. 8B*



*FIG. 8C*





FIG. 12A



FIG. 13A



FIG. 13B

Case 1:19-cv-00301-RGA   Document 1-1   Filed 02/12/19   Page 46 of 139 PageID #: 86



*FIG. 14*



*FIG. 15*



FIG.16

FIG.17A          FIG.17B          FIG.17C

US 9,011,797 B2

<table>
<tr><td>1</td><td>2</td></tr>
</table>

# MICROFLUIDIC SYSTEM INCLUDING A BUBBLE VALVE FOR REGULATING FLUID FLOW THROUGH A MICROCHANNEL

## RELATED APPLICATIONS

This application is a continuation of U.S. patent application Ser. No. 11/433,781, entitled "Microfluidic System Including a Bubble Valve for Regulating Fluid Flow Through A Microchannel", filed on May 12, 2006, which is a continuation of U.S. patent application Ser. No. 11/021,251 filed Dec. 21, 2004 which, in turn, is a continuation of U.S. patent application Ser. No. 10/179,586 filed Jun. 24, 2002, which claims priority to U.S. Provisional Patent Application No. 60/373,256 filed Apr. 17, 2002; and is related to U.S. patent application Ser. No. 10/179,488, entitled "Method and Apparatus for Sorting Particles", filed Jun. 24, 2002. The contents of all of the above-referenced applications are herein incorporated by reference in their entirety.

## FIELD OF THE INVENTION

The present invention relates to microscale fluid handling devices and systems. More particularly, the present invention relates to a method and system for controlling liquid flow in a microchannel by the introduction of a gas bubble to a microfluidic system.

## BACKGROUND OF THE INVENTION

In the chemical, biomedical, bioscience and pharmaceutical industries, it has become increasingly desirable to perform large numbers of chemical operations, such as reactions, separations and subsequent detection steps, in a highly parallel fashion. The high throughput synthesis, screening and analysis of (bio)chemical compounds, enables the economic discovery of new drugs and drug candidates, and the implementation of sophisticated medical diagnostic equipment. Of key importance for the improvement of the chemical operations required in these applications are an increased speed, enhanced reproducibility, decreased consumption of expensive samples and reagents, and the reduction of waste materials.

Microfluidic devices and systems provide improved methods of performing chemical, biochemical and biological analysis and synthesis. Microfluidic devices and systems allow for the performance of multi-step, multi-species chemical operations in chip-based micro chemical analysis systems. Chip-based microfluidic systems generally comprise conventional 'microfluidic' elements, particularly capable of handling and analyzing chemical and biological specimens. Typically, the term microfluidic in the art refers to systems or devices having a network of processing nodes, chambers and reservoirs connected by channels, in which the channels have typical cross-sectional dimensions in the range between about 1.0 μm and about 500 μm. In the art, channels having these cross-sectional dimensions are referred to as 'microchannels'.

By performing the chemical operations in a microfluidic system, potentially a number of the above-mentioned desirable improvements can be realized. Downscaling dimensions allows for diffusional processes, such as heating, cooling and passive transport of species (diffusional mass-transport), to proceed faster. One example is the thermal processing of liquids, which is typically a required step in chemical synthesis and analysis. In comparison with the heating and cooling of liquids in beakers as performed in a conventional labora-

tory setting, the thermal processing of liquids is accelerated in a microchannel due to reduced diffusional distances. Another example of the efficiency of microfluidic systems is the mixing of dissolved species in a liquid, a process that is also diffusion limited. Downscaling the typical dimensions of the mixing chamber thereby reduces the typical distance to be overcome by diffusional mass-transport, and consequently results in a reduction of mixing times. Like thermal processing, the mixing of dissolved chemical species, such as reagents, with a sample or precursors for a synthesis step, is an operation that is required in virtually all chemical synthesis and analysis processes. Therefore, the ability to reduce the time involved in mixing provides significant advantages to most chemical synthesis and analysis processes.

Another aspect of the reduction of dimensions is the reduction of required volumes of sample, reagents, precursors and other often very expensive chemical substances. Milliliter-sized systems typically require milliliter volumes of these substances, while microliter sized microfluidic systems only require microliters volumes. The ability to perform these processes using smaller volumes results in significant cost savings, allowing the economic operation of chemical synthesis and analysis operations. As a consequence of the reduced volume requirement, the amount of chemical waste produced during the chemical operations is correspondingly reduced.

In microfluidic systems, regulation of minute fluid flows through a microchannel is of prime importance, as the processes performed in these systems highly depend on the delivery and movement of various liquids such as sample and reagents. A flow control device may be used to regulate the flow of liquid through a microchannel. Regulation includes control of flow rate, impeding of flow, switching of flows between various input channels and output channels as well as volumetric dosing.

U.S. Pat. No. 6,062,681 describes a bubble valve for a liquid flow channel in which the flow of a liquid is controlled by the generation of a gas bubble in the channel using a heater placed in the liquid. As the heater is activated, a bubble is formed which can be enlarged or reduced in size by increasing or decreasing, respectively, the temperature of the heater. The described system presents a number of disadvantages, namely, the required power to operate the valve and the inherent requirement that liquid in the channel be heated upon passing the valve. Even small increases in liquid temperature, by only a couple of degrees, can have disastrous effects on the highly heat sensitive biochemical substances present in the liquids to be controlled in many microfluidic systems. In addition, the required on-chip electric circuitry for the heater increases the complexity of the described valve and consequently results in unacceptably high costs, particularly if the fluidic system employing the bubble valve only used for a single application.

Other valves in the prior art use electrochemical means to produce a bubble in a liquid.

## SUMMARY OF THE INVENTION

The present invention provides a bubble valve for controlling, regulating or varying fluid flow through a microfluidic system. The bubble valve regulates fluid flow through a channel using an, externally operated mechanical or pneumatic actuator. The actuator causes a deflection of a fluid meniscus into the interior of the channel to regulate liquid flow. The actuator may mechanically force a gas bubble into a fluid carrying microchannel to inhibit liquid flow or to cause liquid flow by applying a sufficiently high pressure to the meniscus.

US 9,011,797 B2

3

The bubble valve effectively controls the flow of liquids in microfluidic systems, without heating the fluid and without complex on-chip circuitry.

The microfluidic system includes a microchannel and a sealed, gas-filled reservoir positioned adjacent to and connected to the microchannel. The gas filled reservoir has a movable wall and a meniscus formed by a liquid in the microchannel that forms an interface between the reservoir and the microchannel interior. The meniscus may form a portion of the side wall of the microchannel. An external mechanical actuator may be used to deflect the movable wall of the reservoir. As the movable wall is deflected, the volume of the reservoir decreases and the gas pressure inside the reservoir increases, causing the meniscus to deflect into the microchannel, thereby modifying the cross-sectional area of the microchannel and consequently varying the flow of liquid through the channel. The increased pressure in the reservoir pushes gas from the reservoir into the microchannel. The gas may result in a local gas bubble being forced into the microchannel from the gas-filled reservoir. The resulting gas bubble occupies a portion of the cross-section of the channel, allowing liquid flow through the channel to be effectively controlled by controlling the size of the gas bubble via the external actuator.

The meniscus may comprise a virtual wall formed in a side wall of the microchannel. The virtual wall is a meniscus formed by a liquid in the microchannel that fills an aperture formed in the side wall of the microchannel and essentially replaces the removed portion of the side wall without affecting the properties of liquid flow through the channel. A gas bubble can be forced into the channel by applying a gas pressure at the opening using an external pneumatic actuator. The gas pressure forces the meniscus inside the channel, which varies the flow of liquid through the channel interior.

According to one embodiment, the microchannel includes a hydrophobic patch spanning the width of the microchannel at the location where the gas bubble is introduced to enhanced on-off switching of the bubble valve. The hydrophobic patch anchors the bubble in a particular location in the microchannel. If the introduced gas bubble covers the whole area of the patch, the bubble is effectively retained by capillary forces and blocks any liquid flow up to a certain pressure difference, depending on the level of hydrophobicity of the patch.

Alternatively or in combination with a hydrophobic patch, the microchannel can be locally shaped into a cavity for receiving and anchoring the gas bubble. By providing an appropriate cavity, the bubble can be kept in place during operation, reducing the risk that the gas bubble is carried away with the liquid.

According to one aspect of the invention, a microfluidic device is provided. The microfluidic device comprises a microchannel having an interior bounded by a side wall and a valve for regulating the flow of fluid through the microchannel. The valve comprises a gas-filled reservoir, a fluid meniscus interfacing the reservoir and the interior and an actuator for varying the volume of the reservoir to increase an internal pressure of the reservoir to vary the flow of liquid through the channel.

According to another aspect, a microfluidic device is provided, comprising a first plate having a groove formed therein defining a microchannel, a second plate for enclosing the microchannel and a flexible membrane. The second plate is bonded to the first plate and has an aperture adjacent to the groove sized and dimensioned to form a meniscus when the microchannel is filled with a liquid. The aperture defines a reservoir adjacent to the microchannel, wherein the meniscus

4

forms an interface between the microchannel and the reservoir. The flexible membrane is bonded to the second plate to seal the reservoir.

According to another aspect, a method of making a bubble valve is provided, the method comprises providing a microchannel having an interior bounded by a side wall, an aperture formed in the side wall and a valve chamber adjacent to the aperture in communication with the interior, filling the microchannel with a liquid to form a meniscus of the liquid in the aperture, whereby the step of filling traps a gas in the valve chamber and providing an actuator for increasing the pressure in the valve chamber to deflect the meniscus into the interior.

According to yet another aspect, a method of making a bubble valve is provided. The method comprises providing a microchannel having an interior bounded by a side wall, an aperture formed in the side wall and a valve chamber adjacent to the aperture in communication with the interior, filling the microchannel with a liquid to form a meniscus of the liquid in the aperture and applying and sealing an actuator comprising a chamber to a top surface of the microchannel to form a gas-filled chamber adjacent to the meniscus. The actuator varies the pressure in the gas-filled chamber to deflect the meniscus into the interior, thereby regulating fluid flow.

According to still another aspect, a microfluidic device is provided comprising a microchannel having an interior bounded by a side wall, a bubble valve for creating and injecting a bubble into the microchannel interior to regulate fluid flow through the microchannel and a hydrophobic patch for retaining the bubble in a predetermined position in the microchannel interior.

According to yet another aspect a bubble valve in a particle sorting device for separating particles having a predetermined characteristic from particles not having a predetermined characteristic is provided. The bubble valve comprises a gas-filled reservoir, a side channel in communication with a channel through which a stream of particles in a carrier fluid passes, wherein the carrier fluid forms a meniscus in the side channel adjacent to the gas-filled reservoir and an actuator for deflecting the meniscus to create a pressure pulse to selectively deflect a particle having the predetermined characteristic from the stream of particles.

According to still another aspect, a method of varying an electrical resistance in a microchannel is provided. The method comprises generating a bubble and injecting the bubble into a liquid in the microchannel, whereby the bubble varies the electrical resistance of the microchannel.

According to yet another aspect, an electrophoretic system is provided, comprising an electrokinetically operated microchannel, a sample well for providing a sample to the microchannel, a voltage source and a bubble valve for injecting a bubble into the microchannel to vary the electrical resistance of the microchannel.

According to a final aspect of the invention, an electrokinetic column to column switch is provided, comprising a first electrokinetically operated microchannel, a second electrokinetically operated microchannel in communication with the first electrokinetically operated microchannel and a bubble valve for selectively blocking flow from the first electrokinetically operated microchannel to the second electrokinetically operated microchannel by selectively injecting a bubble into a microchannel.

BRIEF DESCRIPTION OF THE DRAWINGS

FIG. **1** is a schematic view of a microfluidic system suitable for implementing the illustrative embodiment of the invention.

US 9,011,797 B2

5

FIG. **2** shows an exploded view of a bubble valve according to an illustrative embodiment of the present invention.

FIG. **3** shows an isometric view of the bubble valve of FIG. **2**.

FIG. **4** shows a top view of the bubble valve of FIG. **2**.

FIGS. **5***a-c* are cross-sectional views of the bubble valve of FIG. **2** in operation.

FIG. **6** shows an exploded view of an alternative embodiment of a bubble valve according to the present invention.

FIG. **7** shows a top view of the bubble valve of FIG. **6**.

FIGS. **8***a-c* are cross-sectional view of the bubble valve of FIG. **6** in operation.

FIG. **9** shows an application of the bubble valve of an illustrative embodiment of the present invention in a microchannel.

FIG. **10** shows a Y-intersection in a microfluidic system of an embodiment of the invention that implements a bubble valve to control liquid flow according to the teachings of the present invention.

FIG. **11** shows a Y-intersection in a microfluidic system of another embodiment of the invention that implements a bubble valve to control liquid flow according to the teachings of the present invention.

FIGS. **12***a-c* shows an electrophoresis system that implements a bubble valve to control electrical current during electrokinetic injection according to the teachings of the present invention.

FIG. **13***a* shows an electrokinetic column-column switch implementing a bubble valve according to the teachings of the present invention.

FIG. **13***b* shows an alternate electrokinetic column-column switch implementing a bubble valve according to another embodiment of the present invention.

FIG. **14** shows a selective resistance circuit that employs a bubble valve to control electrical current according to the teachings of the present invention.

FIG. **15** shows an alternative selective resistance circuit that employs a bubble valve to control electrical current according to the teachings of the present invention.

FIG. **16** shows a particle sorting system that implements a bubble valve of the present invention to produce fluid impulses to sort particles.

FIGS. **17***a*, **17***b* and **17***c* illustrate the operation of the particle sorting system of FIG. **16**.

DETAILED DESCRIPTION OF THE INVENTION

The present invention provides an improved bubble valve for controlling fluid flow through a microchannel in a microfluidic system. The invention further provides a method of forming the bubble valve. The bubble valve of the present invention can be applied in numerous microfluidic systems for controlling and switching fluid flows. Examples of suitable applications include, but are not limited to: flow cytometry, column switching, 2-D separations, cell or particle sorting applications on a chip, regulating pressurized fluid flows including on-off switching, regulating electrokinetic fluid flows and electrokinetically induced processes including on-off switching and electrokinetic sample injection and channel to channel switching.

FIG. **1** illustrates a microfluidic system suitable for implementing the illustrative embodiment of the present invention. The illustrative microfluidic system **100** comprises a substrate **101** having one or more microchannels **21** disposed therein. The microchannels transport fluid through the microfluidic system **100** for processing, handling, and/or performing any suitable operation on a liquid sample. As used

6

herein, the term "microfluidic" refers to a system or device for handling, processing, ejecting and/or analyzing a fluid sample including at least one channel having microscale dimensions. The term "channel" as used herein refers to a pathway formed in or through a medium that allows for movement of fluids, such as liquids and gases. The term "microchannel" refers to a channel preferably formed in a microfluidic system or device having cross-sectional dimensions in the range between about 1.0 μm and about 500 μm, preferably between about 25 μm and about 250 μm and most preferably between about 50 μm and about 100 μm. One of ordinary skill in the art will be able to determine an appropriate volume and length of the microchannel. The ranges are intended to include the above-recited values as upper or lower limits. The microchannel can have any selected shape or arrangement, examples of which include a linear or non-linear configuration and a U-shaped configuration. The microfluidic system **100** may comprise any suitable number of microchannels **21** for transporting fluids through the microfluidic system **100**.

The microfluidic system **100** includes a bubble valve **10**, **10'** shown in FIGS. **2**-**8***c* for controlling liquid flow through a microchannel of the system. According to the illustrative embodiment, the microchannel is defined by a side wall having any suitable shape enclosing at least a portion of the interior of the channel. The bubble valve may be formed by a gas-filled reservoir positioned adjacent to the microchannel including a meniscus that forms the interface between the reservoir and the microchannel interior. The meniscus may form a portion of the side wall of the microchannel. The bubble valve includes an actuator for modifying the pressure in the reservoir to deflect the meniscus into the channel interior, thereby modifying the cross-sectional area of the microchannel and consequently varying the flow of liquid through the channel.

According to an alternate embodiment, the bubble valve is formed by a meniscus in a separate side channel that communicates with and intersects the microchannel through which a liquid to be controlled flows. One skilled in the art will recognize that the meniscus can be located at any location relative to the microchannel through which liquid flows.

The gas-filled reservoir may be formed when filling the microchannel having an aperture in a side wall and a reservoir formed adjacent to the aperture. An empty microchannel may be filled with liquid, forming the meniscus in the aperture, which traps the gas that forms the gas bubble and forms a gas pocket in the reservoir adjacent to the meniscus. The creation of the gas pocket on filling provides a sterile gas bubble and reduces contaminants in the system. Alternatively, the air pocket may be created by introducing a gas to the reservoir after filling of the microchannel.

FIG. **2** shows an exploded view of an embodiment of an illustrative bubble valve **10** of the present invention. The microfluidic system may be formed by a plurality of stacked layers. As shown in FIG. **2**, the illustrative microfluidic system **100** includes a first plate **20** in which a groove defining the microchannel **21** is provided. A hydrophobic patch **22** may be applied to an inner wall of the microchannel **21**. A second plate **30** for enclosing the microchannel is bonded to the first plate **20** and includes an aperture **31**. A third plate **40** is bonded on top of second plate **30** to close and seal the stacked structure. The aperture **31** of the intermediate second plate **30** defines a void in the system adjacent to the microchannel **21**.

FIGS. **3** and **4** illustrates the assembled bubble valve **10**. As shown, the stacked first plate **20**, second plate **30** and third plate **40** define a closed, gas filled gas reservoir **70**, which can be actuated with a displacement actuator **50**. According to the

US 9,011,797 B2

7                                                                  8

illustrative embodiment, the aperture 31 defining the reservoir 70 comprises a main body 31a and a slot 31b extending from the main body 31a. When the microfluidic system 10 is assembled, the slot 31b of the aperture 31 defines a gap in the side wall of the microchannel 21 that provides access to and communicates with the interior of the microchannel 21.

The bubble valve 10 operates to control the flow of liquid through the microchannel 21. A meniscus is formed in the aperture 31, which interfaces with and separates the microchannel interior from the reservoir 70. According to the embodiment shown in FIGS. 2-8c, the meniscus is formed by a liquid filling the microchannel in the slot 31b. One skilled in the art will recognize that other suitable devices may be used to form the meniscus. The liquid in the slot 31b is retained in the microchannel by capillary forces. The actuator 50 deflects the upper wall of the reservoir, defined by plate 40, which decreases the volume of the reservoir 70. The actuator 50 may comprise any suitable device for deflecting the wall, such as an electromagnetic actuator or a piezoelectric element. The plate 40 may comprises a flexible membrane. The decreased volume consequently increases the pressure of the reservoir 70 and causes the meniscus 80 to deflect into the channel interior to create a constriction in the channel, thereby impeding fluid flow or pushing fluid away from the meniscus. If a sufficient pressure is applied to the meniscus, the actuator generates and enlarges a bubble in the liquid of the microchannel, which blocks fluid flow. The hydrophobic patch 22 provides an anchor for the bubble and retains the bubble at a selected location in the microchannel.

After the microchannel is filled with a liquid 60, the bubble valve 10 is ready for operation. FIG. 5a-c illustrate the operation of the bubble valve according to the teachings of the invention. FIG. 5a shows the bubble valve in an 'open' state. According to the embodiment of FIGS. 5a-5c, the meniscus between the reservoir and the interior of the microchannel is defined by the meniscus 80, formed by the liquid 60 in the slot 31b in the second plate 30. In the 'open' state, liquid flows freely through the microchannel 21 and the valve does not impose any additional flow resistance in the channel.

The slot 31b may be sized and dimensioned to form a "virtual wall" in the microchannel. As used herein, "virtual wall" refers to the meniscus 80 formed by the first liquid 60 in the aperture formed in the side wall of the microchannel 21, which essentially replaces the removed portion of the side wall without affecting the properties of the microchannel. The meniscus surface can be, although not required, substantially co-planar with the wall of the microchannel in which the meniscus is formed. The word "virtual" is chosen to express the effect that the overall liquid flow through the microchannel 21 of the microfluidic system 100 is not influenced by the virtual wall, i.e. the flow of liquid in the microfluidic system having a virtual wall is substantially identical to the flow of liquid through an identical microfluidic system in which no virtual wall is present. One of ordinary skill will recognize that the meniscus may be convex or concave, depending on the appropriate solution pressure.

When the actuator 50 is actuated, the bubble valve 10 switches to a "pinched" state, as shown in FIG. 5b, to inhibit fluid flow through the channel interior. In the 'pinched' state, the actuator 50 deflects the top of the gas reservoir 70 for a certain fraction, increasing the pressure in the reservoir 70 and forcing the meniscus 80 down into the channel 21. The deflection of the meniscus locally reduces the cross-section of the channel 21 and introduces an additional flow resistance to the liquid flow. The degree of reduction in the liquid flow through the microchannel corresponds to the amplitude, frequency and duration of the displacement of the meniscus 80,

which are controllable by the actuator 50. One skilled in the art will recognize that any suitable means for varying the pressure within the reservoir 70 may be used to deflect the meniscus 80, thereby regulating fluid flow.

When the actuator is fully actuated, the bubble valve 10 is switched to a closed state, as illustrated in FIG. 5c. As shown, in the closed state, the meniscus 80 deflects fully to form and introduce a gas bubble 81 into the microchannel 21. The gas bubble 81 is retained by the hydrophobic patch 22 formed in the channel wall opposite the slot 31b. As a result, the liquid flow in the channel is substantially blocked. By reducing the pressure on the meniscus 80, the bubble valve 10 can be brought from the 'closed' state of FIG. 5c via the 'pinched' state of FIG. 5b back to the 'open' state of FIG. 5a.

According to one embodiment, the bubble valve 10 may be used as a check valve for regulating pressure in the microchannel. When the pressure in the microchannel exceeds a maximum breaking pressure, the bubble collapses, opening the valve and allowing fluid to flow through the channel, thereby reducing the pressure in the microchannel. The breaking pressure depends on the hydrophobicity of the hydrophobic patch 22, as well as the geometry of the microchannel.

Alternatively or in combination with the hydrophobic patch 22, the microchannel 21 can be locally shaped into a cavity for receiving and anchoring the gas bubble 81. By providing an appropriate cavity, the bubble can be kept in place during operation, reducing the risk that the gas bubble is carried away with the liquid.

According to the embodiments shown in FIGS. 2-5c, the actuator 50 is integrated in the microfluidic chip 100. However, one skilled in the art will recognize that an external, reusable actuator may also be used to control formation of a gas bubble in the microchannel.

FIG. 6 shows an alternative embodiment of a microfluidic system 100' including a bubble valve 10' having an external actuator 90 according to the teachings of the invention. In the embodiment shown in FIG. 6, the microfluidic system 100' includes a first plate 200 including a groove defining the microchannel 210 and a second plate 300 bonded to the first plate 200 for enclosing the microchannel 210 and in which a virtual wall opening 32 is formed. The virtual wall opening 32 is sized and dimensioned to form a "virtual wall" when the microchannel 210 is filled with a liquid.

Upon filling of the microchannel 21 with a liquid, a virtual wall 32a is formed in virtual wall opening 32. As shown in FIGS. 7, 8a-8c, the microfluidic system further includes an external actuator, illustrated as pressurizer 90, pressed and sealed onto the top of the second plate 300 to form a tight seal. The external pressurizer 90 defines a sealed pressurizing chamber 92 adjacent to the virtual wall 32a. The pressurizer varies the pressure within the pressurizing chamber 92 to control liquid flow through the microchannel 210 by modifying the position of the virtual wall. The pressurizer 90 may include a source of pressurized gas (not shown) and a gas inlet 91 to allow a gas pressure to be applied to the virtual wall 32a in order to move the virtual wall. The pressurizer may alternatively include a flexible wall that deflects to vary the volume of the chamber 92 upon activation of an actuator, such as a piezoelectric element or electromagnetic actuator.

FIG. 8a shows a cross-section of the bubble valve 10' of FIGS. 6 and 7 in the 'open' state. As shown, when the microchannel 210 is filled with liquid 600, a virtual wall 32a, defined by a meniscus 800, is formed within the virtual wall opening 32. The meniscus essentially replaces the absent

US 9,011,797 B2

9

portion of the side wall of the microchannel and allows liquid to flow through the channel interior unimpeded and uninfluenced by the virtual wall.

FIG. **8**b depicts the 'pinched' state of the bubble valve, when the pressurizer **90** is activated. As shown, activation of the pressurizer **90** increases the internal pressure within the pressurizing chamber **92**. The increased pressure moves the meniscus **800** down the channel height and into the microchannel interior, thereby regulating liquid flow. The pressurized controls the level of the internal pressure in order to control the amount of deflection of the meniscus and therefore the rate of fluid flow.

To switch the valve to a 'closed' state, as shown in FIG. **8**c, the pressurizer **90** applies a large pressure that is sufficient to form and introduce a gas bubble **810** into the channel **210**. The hydrophobic patch **220** retains the gas bubble **810** in place. As a result, the liquid flow in the channel is blocked up to a 'breaking pressure', which depends on the hydrophobicity of hydrophobic patch **220**. A higher hydrophobicity results in a larger breaking pressure. By reducing the pressure on the meniscus **800** the bubble valve **10'** can be brought from the 'closed' state of FIG. **8**c via the 'pinched' state of FIG. **8**b back to the 'open' state of FIG. **8**a.

FIG. **9** shows an application of a bubble valve **10** for flow regulation in a microchannel **121** according to one embodiment of the invention. During typical operation of a microfluidic system, a pressure difference is applied over the length of a microchannel **121**. A bubble valve **10** can be employed to regulate the flow through the microchannel between zero and a maximum flow rate, depending on the applied pressure difference.

FIG. **10** shows a portion of a microfluidic system according to an embodiment of the invention forming a Y-intersection comprising two inlet microchannels **121**a and **121**b and an outlet channel **121**c that combines the fluids flowing through the two inlet microchannels. The first microchannel **121**a carries a first liquid and the second microchannel **121**b carries a second liquid. The microchannels **121**a and **121**b are each controlled by a corresponding bubble valve, **10**a and **10**b, respectively, for regulating the combined composition and flow rate through the outlet microchannel **121**c. One skilled in the art will recognize that that the number of inlet channels is not limited to two, but is presented here merely as an example.

FIG. **11** shows a Y-intersection of a microfluidic system according to another embodiment of the invention. As shown the Y-intersection comprises an inlet microchannel **221**c and two outlet microchannels **221**a and **221**b for splitting the incoming liquid flow from the inlet microchannel **221**c. The flow of each outlet channel is regulated by a corresponding bubble valve **200**a and **200**b, respectively. The incoming liquid flow from the inlet microchannel **221**c can be split between microchannel **221**a and microchannel **221**b in any required ratio. One skilled in the art will recognize that the number of inlet channels is not limited to two, but is presented here merely as an example.

FIG. **12**a-**12**c shows the implementation of an electrophoresis system **110** comprising five bubble valves, **10**a-e of the present invention, arranged with a crossed microchannel configuration. Regulation of the bubble valve **10**a regulates the electric current through the associated electrokinetically operated microchannel **115**a. The pinching of the liquid in the electrokinetically operated microchannel **115**a by a bubble valve will result in an increased electrical resistance in the microchannel **115**a. As a result, the migration of charged species and electro-osmotic flow in the electrokinetically operated microchannel **115**a can be regulated. A voltages difference for the injection of sample from a well storing a

10

supply of a sample **125** between the bubble valve **10**a and the crossing point **111** of the microchannels and consecutive separation are provided via wells V+ and V0. Electrodes are placed in the V+ and V0 wells and energized with a constant voltage difference during the operation of the electrophoresis system.

In the injection phase, valves **10**a, **10**b, **10**c and **10**d are substantially in the open position, allowing passage of electrical current up to a required level for injection (FIG. **12**b shows direction of current/sample), while bubble valve **10**e is closed. The valves are kept in this position long enough for the sample to move from the sample well **125** towards and past the central injection crossing **111**. Varying the opening ratio of valves **10**a, **10**b and **10**d can be adjusted to confine the sample to a narrow flow through the injection cross **111**, as shown in FIG. **12**c (i.e. 'pinched injection').

Immediately after the injection phase, a plug of sample is injected and separated in the separation column **115**a (microchannel which runs horizontally in figure) by closing bubble valves **10**a, **10**d and **10**c and opening valves **10**b and **10**e. Now the total voltage difference is applied longitudinally over the separation channel, resulting in the separation of the constituents in the sample (FIG. **12**c).

FIG. **13**a illustrates another application of the bubble valve of the present invention implemented in a column-column switch **130** for electrokinetically transferring a substance from a first electrokinetically operated microchannel **215**a to a second electrokinetically operated microchannel **215**b. The column-column switch **130** comprises a bubble valve **10**b of the present invention that connects the first electrokinetically operated microchannel **215**a to the second electrokinetically operated microchannel **215**b. Both electrokinetically operated microchannel **215**a and electrokinetically operated microchannel **215**b are connected to corresponding wells well **220**a-d. In the following example, it is assumed that the substances electrokinetically move from a positive electric potential to ground and that well **120**c and well **120**b are provided with a positive potential whilst well **120**a and well **120**d are grounded.

At first, the two electrokinetically operated microchannel **215**a and electrokinetically operated microchannel **215**b are operated independently and the connecting bubble valve **10**b is in the 'closed' state whilst bubble valve **10**a and bubble valve **10**c are in the 'open' state. To electrokinetically transfer substance from electrokinetically operated microchannel **215**a to the electrokinetically operated microchannel **215**b, bubble valve **10**a and bubble valve **10**c are switched to the closed state, and the connecting bubble valve **10**b is opened momentarily to allow passage of an amount of substance from the electrokinetically operated microchannel **215**a to the electrokinetically operated microchannel **215**b. The amount transferred depends directly upon the time bubble valve **10**b is opened. After the required amount of substance is transferred, the connecting bubble valve **10**b is closed and the bubble valve **10**a and bubble valve **10**b are opened again.

FIG. **13**b illustrates the implementation of another column to column switch **130'** to exchange liquid from a first column **215'**a selectively into a second column **215'**b. The first column and the second column are each crossed by a transfer column **250**, operated by a first bubble valve **10**a arranged on one end of the transfer column **250** and a second bubble valve **10**b arranged on the opposite end of the transfer column **250**. The first one of the bubble valves is attached to the first column **215'**a and is actuated upon transiently by an external actuator for increasing the pressure within the bubble valve reservoir. Increasing the pressure on the bubble valve will deflect the meniscus **80**, inducing a transient flow in the

US 9,011,797 B2

11                                                                12

transfer column **250** from the pressurized bubble valve **10***a* towards the second bubble valve **10***b*, which comprises a compressible volume of gas. This transient flow effectively transfers a liquid volume from the first column **215***a*' to the second column **215***b*'. Upon deactivation of the external actuator, the flow in the transfer column **250** reverses as the compressed gas volume in the second bubble valve **10***b* exerts a pressure on the liquid in the transfer column **250**.

FIG. **14** shows a selective resistance circuit employing a bubble valve of the present invention for selectively including a predefined electrical resistance in an electrokinetic circuit. The circuit **140** comprises an inlet microchannel **321**, which splits into two paths. The first path **322** includes a fluidic resistor **240***a* and a bubble valve **10***a*, the second parallel path **323** includes a fluidic resistor **240***b* and a bubble valve **10***b*. The fluidic resistors **240***a*-*b* comprise a channel of appropriate length to results in a certain electrical resistance. The bubble valve **10***a* and the bubble valve **10***b* can be switched each to either on to allow fluid flow through the associated microchannel or off to block fluid flow through the associated microchannel. As a result, the overall electrical resistance of the electrokinetic circuit can be switched between four values: infinite (both bubble valves **10***a*-*b* are off), the resistance of fluidic resistor **240***a* (bubble valve **10***a* on, bubble valve **10***b* off), the resistance of fluidic resistor **240***b* (bubble valve **10***a* off, bubble valve **10***b* on) and the parallel resistance of fluidic resistor **24***a*-*b* (both bubble valves **10***a* and **10***b* on).

FIG. **15** shows an alternative resistance circuit **150** according to another application of the invention, now for the selective application of a voltage. By opening either the bubble valve **10***a* or bubble valve **10***b*, the voltage imposed on an outgoing channel **523** can be selected. Fluidic resistor **245***a* and **245***b* function to limit the electric current in either of the two states to a predetermined value.

FIG. **16** illustrates another application of the bubble valve **10** of the present invention in a particle sorting application, wherein the bubble valve is positioned in a side channel that communicates with a channel through which particles in suspension flow. According to one application of the present invention, a particle sorter **160** comprises a closed channel system of capillary size for sorting particles, such as cells. The channel system comprises a first supply duct **162** for introducing a stream of particles and a second supply duct **164** for supplying a carrier liquid. The first supply duct **162** ends in a nozzle, and a stream of particles is introduced into the flow of carrier liquid. The first supply duct **162** and the second supply duct **164** enter a measurement duct **166**, which branches into a first branch **172***a* and a second branch **172***b* at a branch point **171**. A measurement region **182***a* is defined in the measurement duct **166** and is associated with a detector **182***b* to sense a predetermined characteristic of particles in the measurement region **182***a*. Two opposed bubble valves **10***a* and **10***b* are positioned in communication with the measurement duct **166** and are spaced opposite each other. The bubble valves **10***a*, **10***b* communicate with the measurement duct **166** through a pair of opposed side passages **174***a* and **174***b*, respectively. Liquid is allowed to partly fill these side passages **174***a* and **174***b* to form a meniscus **175** therein. An external actuator **176** is also provided for actuating the bubble valves **10***a*, **10***b*, which momentarily causes a flow disturbance in the duct to deflect the flow therein when actived by the actuator **176**.

In a suspension introduced by the first supply duct **162**, two types of particles can be distinguished, normal particles **180***a* and particles of interest **180***b*. The flow rates in both branches **172***a* and **172***b* are adjusted so that the stream of particles normally flows through the second branch **172***b*. Upon sens-

ing the predetermined characteristic in the particles in the measurement region **182***a*, the detector **182***b* raises a signal. The external actuator **176** activates the bubble valves **10***a*, **10***b* when signaled by the detector **182***b* in response to sensing the predetermined characteristic, to create a flow disturbance in the measurement duct **166** between the sideway passages **174***a*, **174***b*, to deflect the particle having the predetermined characteristic so that it flows down the first branch duct **172***a* rather than the second branch duct **172***b*. The detector communicates with the actuator **176**, so that when the detector **182***b* senses a predetermined characteristic in a particle, the actuator activates the first bubble valve **10***a* to cause pressure variations in the reservoir **70** of the first bubble valve. The activation of the first bubble valves causes a transient pressure variation in the first side passage **174***a*. The second side passage **174***b* and the second bubble valve **10***b* absorb the transient pressure variations in the measurement duct **166** induced via the actuator **176**. Basically, the reservoir **70***b* of the second bubble valve **10***b* is a chamber having a resilient wall or contains a compressible fluid such as a gas. The resilient properties allow the flow of liquid from the measurement duct into the second side passage **174***b*.

FIGS. **17***a*-**17***c* illustrate the operation of the particle sorting system **160** of FIG. **16**. In FIG. **17***a*, the detector raises a signal to activate the actuator. Upon activation of the actuator, the pressure within the reservoir of the first bubble valve **10***a* is increased, causing a transient discharge of liquid from the first side passage **174***a* as indicated by the arrow. The sudden pressure increase caused at this point in the duct causes liquid to flow into the second side passage **174***b* because of the resilient properties of the reservoir of the second bubble valve **10***b*. This movement of liquid into the second side passage **174***b* is indicated with an arrow. Resultingly, as can be seen in the figure, the flow through the duct is deflected causing the selected particle of interest **178***b* located between the first side passage **174***a* and the second side passage **174***b* to be shifted perpendicular to its flow direction in the normal state. The flow resistances to the measurement duct **166**, the first branch **172***a* and the second branch **172***b* is chosen so that the preferred direction of the flow to and from the first side passage **174***a* and the second side passage **174***b* has an appreciable component perpendicular to the normal flow through the measurement duct **166**. This goal can for instance be reached by the first branch **172***a* and the second branch **172***b* so that their resistances to flow is large in comparison with the flow resistances of the first side passage **174***a* and the second side passage **174***b*.

FIG. **17***b* shows the particle sorting system **160** during the relief of the first bubble valve reservoir when the particle of interest **178***b* has left the volume between the first side passage **174***a* and the second side passage **174***b*. The actuator **176** is deactivated, causing the pressure inside the reservoir to return to the normal pressure. During this relief phase there is a negative pressure difference between the two reservoirs of the bubble valves, causing a liquid flow through the first side passage **174***a* and the second side passage **174***b* opposite to the liquid flow shown in the previous figure and is indicated by the arrows.

FIG. **17***c* shows the particle sorting system **160** after completion of the switching sequence. The pressures inside the reservoirs of the bubble valves has been equalized so the flow through the measurement duct **166** is normalized. As the particle of interest **178***b* has been displaced radially, it will flow into the first branch **172***a* as was the objective of the switching operation.

According to yet another embodiment, the cross-sectional dimensions of a microchannel including a bubble valve

US 9,011,797 B2

13

according to the teachings of the present invention may be varied locally to affect the pressure within the microchannel interior. For example, the microchannel may be narrowed or widened at certain locations to increase or decrease the capillary forces acting on a fluid in the microchannel interior. One of ordinary skill in the art will be able to determine a suitable cross-sectional dimension to achieve a desired pressure within the microchannel interior.

The bubble valve of the present invention may be implemented in a variety of microfluidic devices used for many applications. In a particular application, the bubble valve is implemented in a flow-cytometer based instrument for sorting or physically separating particles of interest from a sample or for measuring selected physical and chemical characteristics of cells or particles in suspension as they travel past a particular site. The bubble valve may also be employed in devices for sequencing or manipulating DNA, medical diagnostic instruments, devices for drug discovery, chemical analysis and so on.

The present invention provides an improved system and method for regulating fluid flow in a microchannel for a variety of applications. The bubble valve of the present invention is easy to operate and control, simple to manufacture and economical. In addition, the bubble valve does not adversely affect the liquid in the microchannel. The bubble valve effectively controls the flow of liquids in microfluidic systems, without heating the fluid and without complex on-chip circuitry.

The present invention has been described relative to an illustrative embodiment. Since certain changes may be made in the above constructions without departing from the scope of the invention, it is intended that all matter contained in the above description or shown in the accompanying drawings be interpreted as illustrative and not in a limiting sense.

It is also to be understood that the following claims are to cover all generic and specific features of the invention described herein, and all statements of the scope of the invention which, as a matter of language, might be said to fall therebetween.

What is claimed is:

1. A method for facilitating analysis or processing of a sample, the method comprising:
   flowing a sample through a microfluidic flow channel formed in a substrate;
   propagating a pressure pulse across the microfluidic flow channel in a crosswise direction; and
   dampening or absorbing the pressure pulse using a first reservoir in fluid communication with the microfluidic flow channel,
   wherein the pressure pulse is used to sort one or more particles suspended within the sample.

2. The method of claim 1, wherein the pressure pulse is used to selectively control or otherwise affect the flow of the sample through the flow channel.

3. The method of claim 1, wherein the first reservoir includes a gas pocket, wherein compression of the gas facilitates the dampening or absorbing of the pressure pulse.

4. The method of claim 1, wherein the first reservoir includes a resilient wall for facilitating dampening or absorbing of the pressure pulse.

14

5. A microfluidic device adapted to facilitate analysis or processing of a sample, the microfluidic device comprising:
   a microfluidic flow channel formed in a substrate, the flow channel having a width and a length that exceeds the width; and
   a first reservoir in fluid communication with the flow channel adapted for dampening or absorbing a pressure pulse propagated across the width of the flow channel, wherein the first reservoir is otherwise sealed from an exterior environment.

6. The device of claim 5, wherein the first reservoir includes resilient properties which enable the dampening or absorbing the pressure.

7. The device of claim 6, wherein the resilient properties of the first reservoir include a gas pocket, wherein compression of the gas facilitates the dampening or absorbing of the pressure pulse.

8. The device of claim 7, further comprising a fluid filled region interfacing with the flow channel and the gas pocket.

9. The device of claim 8, wherein the fluid filled region includes a portion of the first reservoir.

10. The device of claim 8, wherein the fluid filled region includes a side channel connecting the first reservoir to the flow channel.

11. The device of claim 8, wherein the fluid filled region prevents the gas from the gas pocket from leaking into the flow channel.

12. The device of claim 6, wherein the resilient properties of the first reservoir include a resilient wall for facilitating dampening or absorbing of the pressure pulse.

13. The device of claim 5, further comprising an actuator or pressurizer operatively associated with flow channel and adapted for generating the pressure pulse across the width of the flow channel.

14. The device of claim 5, further comprising a second reservoir operatively associated with the flow channel and adapted for generating the pressure pulse based on a change in volume or pressure in the second reservoir.

15. The device of claim 14, wherein the second reservoir includes a gas pocket, wherein compression of the gas facilitates the generating of the pressure pulse.

16. The device of claim 5, wherein the flow channel includes a branched portion, wherein the pressure pulse is used to sort one or more particles suspended within the sample into a selected branch of the branched portion.

17. The device of claim 5, wherein the first reservoir is adjacent to an aperture in a sidewall of the flow channel.

18. A method comprising:
   providing the microfluidic device of claim 5;
   flowing a sample through the microfluidic flow channel;
   propagating the pressure pulse across the width of the flow channel; and
   dampening or absorbing the pressure pulse using the first reservoir in fluid communication with the flow channel.

19. The method of claim 18, wherein the pressure pulse is used to sort one or more particles suspended within the sample.

*   *   *   *   *

# Exhibit 4

US009339850B2

(12) **United States Patent**
Deshpande et al.

(10) **Patent No.:** **US 9,339,850 B2**
(45) **Date of Patent:** **May 17, 2016**

(54) **METHOD AND APPARATUS FOR SORTING PARTICLES**

(71) Applicant: **CYTONOME/ST, LLC**, Boston, MA (US)

(72) Inventors: **Manish Deshpande**, Canton, MA (US); **John R. Gilbert**, Brookline, MA (US)

(73) Assignee: **CYTONOME/ST, LLC**, Boston, MA (US)

( * ) Notice: Subject to any disclaimer, the term of this patent is extended or adjusted under 35 U.S.C. 154(b) by 0 days.

(21) Appl. No.: **14/828,238**

(22) Filed: **Aug. 17, 2015**

(65) **Prior Publication Data**

US 2015/0352599 A1      Dec. 10, 2015

**Related U.S. Application Data**

(60) Continuation of application No. 14/281,303, filed on May 19, 2014, which is a continuation of application No. 13/245,132, filed on Sep. 26, 2011, now Pat. No. 8,727,131, which is a continuation of application No.

(Continued)

(51) **Int. Cl.**
**B01L 3/00** (2006.01)
**B07C 5/36** (2006.01)
(Continued)

(52) **U.S. Cl.**
CPC .............. **B07C 5/36** (2013.01); **B01L 3/50273** (2013.01); **B01L 3/502715** (2013.01);
(Continued)

(58) **Field of Classification Search**
None
See application file for complete search history.

(56) **References Cited**

U.S. PATENT DOCUMENTS

| 3,289,687 A | 12/1966 | Dunaway |
| 3,506,654 A | 4/1970 | Fried |

(Continued)

FOREIGN PATENT DOCUMENTS

| EP | A 0 177 718 | 4/1986 |
| EP | A 0 745 682 | 12/1996 |

(Continued)

OTHER PUBLICATIONS

A Survey of Ferromagnetic Liquid Applications, M.P. Perry, p. 219-230, Thermomechanics of Magnetic Fluids, Theory and Applications, Edited by B. Berkovsky, Science Sector, UNESCO, Proceedings of the International Advanced Course and Workshop onThermomechanics of Magnetic Fluids Organized by the International Centre for Mechanical Sciences,cited reference to "Magnetic Fluids: Magnetic Forces and Pumping Mechanisms", C.W. Miller, Sibley School of Mechanical and Aerospace Engineering, Cornell University, Ithaca, New york, Final Technical Report, Sep. 1973.

*Primary Examiner* — Melanie Y Brown
*Assistant Examiner* — Rebecca Martinez
(74) *Attorney, Agent, or Firm* — McCarter & English, LLP; David R. Burns

(57) **ABSTRACT**

A method and apparatus for sorting particles moving through a closed channel system of capillary size comprises a bubble valve for selectively generating a pressure pulse to separate a particle having a predetermined characteristic from a stream of particles. The particle sorting system may further include a buffer for absorbing the pressure pulse. The particle sorting system may include a plurality of closely coupled sorting modules which are combined to further increase the sorting rate. The particle sorting system may comprise a multi-stage sorting device for serially sorting streams of particles, in order to decrease the error rate.

**12 Claims, 7 Drawing Sheets**



## US 9,339,850 B2

Page 2

### Related U.S. Application Data

12/499,254, filed on Jul. 8, 2009, now Pat. No. 8,567, 608, which is a continuation of application No. 11/101, 038, filed on Apr. 6, 2005, now Pat. No. 7,569,788, which is a division of application No. 10/329,008, filed on Dec. 23, 2002, now Pat. No. 6,976,590, which is a continuation-in-part of application No. 10/179,488, filed on Jun. 24, 2002, now Pat. No. 6,808,075.

(60) Provisional application No. 60/411,058, filed on Sep. 16, 2002, provisional application No. 60/373,256, filed on Apr. 17, 2002.

(51) **Int. Cl.**

| | |
|---|---|
| *G01N 15/10* | (2006.01) |
| *B07C 5/34* | (2006.01) |
| *F15C 5/00* | (2006.01) |
| *F16K 99/00* | (2006.01) |
| *G01N 15/14* | (2006.01) |
| *B07C 5/02* | (2006.01) |

(52) **U.S. Cl.**
CPC ........... *B01L 3/502761* (2013.01); *B07C 5/02* (2013.01); *B07C 5/34* (2013.01); *F15C 5/00* (2013.01); *F16K 99/0001* (2013.01); *F16K 99/0019* (2013.01); *F16K 99/0028* (2013.01); *F16K 99/0046* (2013.01); *F16K 99/0048* (2013.01); *G01N 15/10* (2013.01); *G01N 15/14* (2013.01); *B01L 3/5027* (2013.01); *B01L 2200/0652* (2013.01); *B01L 2300/0654* (2013.01); *B01L 2300/0816* (2013.01); *B01L 2300/0877* (2013.01); *B01L 2400/0487* (2013.01); *G01N 2015/1075* (2013.01); *G01N 2015/1081* (2013.01); *G01N 2015/149* (2013.01); *G01N 2015/1477* (2013.01); *G01N 2015/1497* (2013.01); *Y10S 209/906* (2013.01); *Y10S 209/932* (2013.01)

(56) **References Cited**

#### U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 3,508,654 | A | 4/1970 | Glaettli |
| 3,508,655 | A | 4/1970 | Kamentsky |
| 3,560,754 | A | 2/1971 | Kamentsky |
| 3,791,517 | A | 2/1974 | Friedman |
| 3,827,555 | A | 8/1974 | Kamentsky et al. |
| 3,906,415 | A | 9/1975 | Baker |
| 3,984,307 | A | 10/1976 | Kamentsky et al. |
| 3,984,621 | A | 10/1976 | Propst |
| 4,050,851 | A | 9/1977 | Haavik |
| 4,147,621 | A | 4/1979 | Giddings |
| 4,175,662 | A | 11/1979 | Zold |
| 4,318,483 | A | 3/1982 | Lombardo et al. |
| 4,361,400 | A | 11/1982 | Gray et al. |
| 4,365,719 | A | 12/1982 | Kelly |
| 4,426,451 | A | 1/1984 | Columbus |
| 4,445,696 | A | 5/1984 | Raj et al. |
| 4,526,276 | A | 7/1985 | Shoor et al. |
| 4,554,427 | A | 11/1985 | Flick et al. |
| 4,572,664 | A | 2/1986 | Hanson |
| 4,579,173 | A | 4/1986 | Rosensweig et al. |
| 4,676,274 | A | 6/1987 | Brown |
| 4,756,427 | A | 7/1988 | Gohde et al. |
| 4,808,079 | A | 2/1989 | Crowley et al. |
| 4,908,112 | A | 3/1990 | Pace |
| 4,936,465 | A | 6/1990 | Zold |
| 4,939,081 | A | 7/1990 | Figdor et al. |
| 5,005,639 | A | 4/1991 | Leland |
| 5,030,002 | A | 7/1991 | North, Jr. |
| 5,065,978 | A | 11/1991 | Albarda et al. |
| 5,092,972 | A | 3/1992 | Ghowsi |
| 5,101,978 | A | 4/1992 | Marcus |
| 5,193,688 | A | 3/1993 | Giddings |
| 5,213,479 | A | 5/1993 | Dardis et al. |
| 5,275,787 | A | 1/1994 | Yuguchi et al. |
| 5,395,588 | A | 3/1995 | North, Jr. et al. |
| 5,541,072 | A | 7/1996 | Wang et al. |
| 5,622,831 | A | 4/1997 | Liberti et al. |
| 5,637,496 | A | 6/1997 | Thaler et al. |
| 5,777,649 | A | 7/1998 | Otsuka et al. |
| 5,783,446 | A | 7/1998 | Saul et al. |
| 5,789,045 | A | 8/1998 | Wapner et al. |
| 5,795,727 | A | 8/1998 | Bierre et al. |
| 5,837,200 | A | 11/1998 | Diessel et al. |
| 5,885,470 | A | 3/1999 | Parce et al. |
| 5,932,100 | A | 8/1999 | Yager et al. |
| 5,976,336 | A | 11/1999 | Dubrow et al. |
| 5,979,664 | A | 11/1999 | Brodeur |
| 5,998,212 | A | 12/1999 | Corio et al. |
| 6,046,056 | A | 4/2000 | Parce et al. |
| 6,048,734 | A | 4/2000 | Burns et al. |
| 6,057,111 | A | 5/2000 | Deiss et al. |
| 6,062,681 | A | 5/2000 | Field et al. |
| 6,102,530 | A | 8/2000 | Kim et al. |
| 6,120,666 | A | 9/2000 | Jacobson et al. |
| 6,145,247 | A | 11/2000 | McKinnis |
| 6,152,181 | A | 11/2000 | Wapner et al. |
| 6,196,525 | B1 | 3/2001 | Ganan-Calvo |
| 6,214,556 | B1 | 4/2001 | Olek et al. |
| 6,221,654 | B1 | 4/2001 | Quake et al. |
| 6,273,553 | B1 | 8/2001 | Kim et al. |
| 6,280,967 | B1 | 8/2001 | Ransom et al. |
| 6,318,970 | B1 | 11/2001 | Backhouse |
| 6,360,775 | B1 | 3/2002 | Barth et al. |
| 6,431,212 | B1 | 8/2002 | Hayenga et al. |
| 6,432,630 | B1 | 8/2002 | Blankenstein |
| 6,454,862 | B1 | 9/2002 | Yoshida et al. |
| 6,455,280 | B1 | 9/2002 | Edwards et al. |
| 6,481,453 | B1 | 11/2002 | O'Connor et al. |
| 6,482,652 | B2 | 11/2002 | Furlong et al. |
| 6,524,790 | B1 | 2/2003 | Kopf-Sill et al. |
| 6,540,895 | B1 | 4/2003 | Spence et al. |
| 6,561,224 | B1 | 5/2003 | Cho |
| 6,592,821 | B1 | 7/2003 | Wada et al. |
| 6,597,438 | B1 | 7/2003 | Cabuz et al. |
| 6,657,730 | B2 | 12/2003 | Pfau et al. |
| 6,739,576 | B2 | 5/2004 | O'Connor et al. |
| 6,803,194 | B1 | 10/2004 | Keck et al. |
| 6,808,075 | B2 | 10/2004 | Bohm et al. |
| 6,821,484 | B1 | 11/2004 | Gregersen |
| 6,877,528 | B2 | 4/2005 | Gilbert et al. |
| 6,976,590 | B2 | 12/2005 | Deshpande et al. |
| 7,024,281 | B1 | 4/2006 | Unno |
| 7,075,652 | B1 | 7/2006 | Sarvazyan et al. |
| 7,104,405 | B2 | 9/2006 | Bohm et al. |
| 7,157,274 | B2 | 1/2007 | Bohm et al. |
| 7,157,275 | B2 | 1/2007 | Guarino et al. |
| 7,220,594 | B2 | 5/2007 | Foster et al. |
| 7,258,774 | B2 | 8/2007 | Chou et al. |
| 7,303,727 | B1 | 12/2007 | Dubrow et al. |
| 7,389,879 | B2 | 6/2008 | Tyvoll et al. |
| 7,452,725 | B2 | 11/2008 | Leary et al. |
| 7,497,334 | B2 | 3/2009 | Tyvoll et al. |
| 7,569,788 | B2 | 8/2009 | Deshpande et al. |
| 7,584,857 | B2 | 9/2009 | Bohm et al. |
| 7,820,427 | B2 | 10/2010 | Unger et al. |
| 7,863,035 | B2 | 1/2011 | Clemens et al. |
| 7,963,399 | B2 | 6/2011 | Bohm et al. |
| 8,123,044 | B2 | 2/2012 | Johnson et al. |
| 8,252,604 | B2 | 8/2012 | Rigler |
| 8,691,164 | B2 | 4/2014 | Butler et al. |
| 8,844,571 | B2 | 9/2014 | Golling et al. |
| 8,895,311 | B1 | 11/2014 | Handique et al. |
| 2002/0005354 | A1 | 1/2002 | Spence et al. |
| 2002/0058332 | A1 | 5/2002 | Quake et al. |
| 2002/0093641 | A1 | 7/2002 | Ortyn et al. |
| 2003/0027225 | A1 | 2/2003 | Wada et al. |
| 2004/0037739 | A1 | 2/2004 | McNeely et al. |
| 2004/0180426 | A1 | 9/2004 | Maher et al. |
| 2004/0233424 | A1 | 11/2004 | Lee et al. |

# US 9,339,850 B2

Page 3

(56)        **References Cited**

U.S. PATENT DOCUMENTS

| | | |
|---|---|---|
| 2006/0170912 A1 | 8/2006 | Mueth et al. |
| 2006/0177348 A1 | 8/2006 | Yasuda et al. |
| 2007/0065808 A1 | 3/2007 | Bohm et al. |
| 2008/0070311 A1 | 3/2008 | Li |
| 2009/0283452 A1 | 11/2009 | Lean et al. |
| 2010/0032350 A1 | 2/2010 | Deshpande et al. |
| 2010/0133151 A1 | 6/2010 | Bohm et al. |
| 2011/0005978 A1 | 1/2011 | Bohm et al. |
| 2012/0006727 A1 | 1/2012 | Bohm et al. |
| 2012/0102508 A1 | 1/2012 | Deshpande et al. |
| 2012/0258488 A1 | 10/2012 | Abilez et al. |
| 2013/0083315 A1 | 4/2013 | Lo et al. |

FOREIGN PATENT DOCUMENTS

| | | |
|---|---|---|
| GB | 2140128 A | 11/1984 |
| GB | 2229649 A | 10/1990 |
| JP | S49-046274 | 5/1974 |
| JP | S61-137062 | 6/1986 |
| JP | S63-259466 | 10/1988 |
| JP | H01-170853 | 7/1989 |
| JP | H03-043070 | 2/1991 |
| JP | H05-506180 | 9/1993 |
| JP | H06-507241 | 8/1994 |
| JP | H08-332074 | 12/1996 |
| JP | H09-141124 | 6/1997 |
| JP | H11-508182 | 7/1999 |
| JP | 2001-521755 A | 11/2001 |
| JP | 2002-503334 A | 1/2002 |
| JP | 2004-505272 A | 2/2004 |
| WO | WO-91/14505 A1 | 10/1991 |
| WO | WO-91/15750 A1 | 10/1991 |
| WO | WO-98/07069 A1 | 2/1998 |
| WO | WO-98/10267 A1 | 3/1998 |
| WO | WO-98/52691 A1 | 11/1998 |
| WO | WO-99/23471 A1 | 5/1999 |
| WO | WO-0070080 A1 | 11/2000 |
| WO | WO-02/10713 A2 | 2/2002 |
| WO | WO-02/44689 A2 | 6/2002 |

OTHER PUBLICATIONS

Communication issued in European Application No. 03 726 391.0-2204, dated Apr. 12, 2010.
Development of an Electromagnetically Actuated Mercury Microvalve, Douglas R. Adkins and C. Channy Wong, DSC—vol. 66, Micro-Electro-Mechanical Systems (MEMS)—1998 (ASME 1998), pp. 133-137.
Examination Report issued in Australian Application No. 2003228630, dated Feb. 11, 2008.
Examination Report issued in Australian Application No. 2003270722, dated Aug. 26, 2009.
Examination Report issued in Australian Application No. 2010200179, dated Mar. 22, 2011.
Examination Report issued in Indian Application No. 1587/KOLNP/2004, dated Jul. 15, 2010.
First Office Action issued in Chinese Application No. 03825178.7, dated Jun. 27, 2008.
International Preliminary Examination Report issued in International Application No. PCT/US03/12359, dated Nov. 12, 2003.
International Preliminary Examination Report issued in International Application No. PCT/US03/12368, dated Aug. 25, 2004.
International Preliminary Examination Report issued in International Application No. PCT/US03/29198, dated Feb. 21, 2006.
International Search Report issued in International Application No. PCT/US03/12359, dated Jun. 28, 2003.
International Search Report issued in International Application No. PCT/US03/12368, dated Aug. 21, 2003.
International Search Report issued in International Application No. PCT/US03/29198, dated Jun. 10, 2005.
LookSmart computer search for "ferrofluid" indicating The Design of a Ferrofluid Magnetic Pipette, Sep. 3, 1998, 3 pages.

Magnetic Fluids, Magnetic Forces and Pumping Mechanisms, by Constance Warren Miller, Jan. 1974, cover page and p. 91-109.
Magnetic Fluids: Magnetic Forces and Pumping Mechanisms, Constance Warren Miller, Jan. 1974, p. 1 (pp. 91-109 of this reference were previously disclosed).
Microactuation by Continuous Electrowetting Phenomenon and Silicon Deep Rie Process, Junghoon Lee and Chang-Jin "CJ" Kim, DSC—vol. 66, Micro-Electro-Mechanical Systems (MEMS)—1998 (ASME 1998), pp. 475-480.
Notice of Allowance issued in U.S. Appl. No. 12/821,790, mailed Apr. 14, 2015.
Office Action in Japanese Application No. 2004-536583, dated Sep. 29, 2009.
Office Action issued in Canadian Application No. 2,482,869, dated Dec. 17, 2010.
Office Action issued in Canadian Application No. 2,482,869, dated Feb. 16, 2010.
Office Action issued in Canadian Application No. 2,482,869, dated Jul. 26, 2012.
Office Action issued in Canadian Application No. 2,482,869, dated Sep. 13, 2011.
Office Action issued in Chinese Application No. 03814212.0, dated Apr. 25, 2008.
Office Action issued in Chinese Application No. 03814212.0, dated Feb. 20, 2009.
Office Action issued in Chinese Application No. 200910168699.1, dated Jun. 21, 2012.
Office Action issued in Israeli Application No. 167266, dated Sep. 28, 2010.
Office Action issued in Japanese Application No. 2003-585899, dated Jan. 11, 2008.
Office Action issued in Japanese Application No. 2003-585899, dated Jun. 6, 2007.
Office Action issued in Japanese Application No. 2007-315437, dated May 11, 2011.
Office Action issued in Japanese Application No. 2007-315437, dated May 12, 2010.
Office Action issued in U.S. Appl. No. 10/329,008, dated May 23, 2005.
Office Action issued in U.S. Appl. No. 10/329,008, dated Nov. 30, 2004.
Office Action issued in U.S. Appl. No. 10/664,587, dated Feb. 9, 2006.
Office Action issued in U.S. Appl. No. 10/664,587, dated Jun. 13, 2005.
Office Action issued in U.S. Appl. No. 10/664,587, dated Nov. 30, 2004.
Office Action issued in U.S. Appl. No. 11/101,038, dated Feb. 22, 2008.
Office Action issued in U.S. Appl. No. 11/101,038, dated Jul. 9, 2007.
Office Action issued in U.S. Appl. No. 11/101,038, dated Jun. 5, 2006.
Office Action issued in U.S. Appl. No. 12/499,254, dated Jan. 11, 2012.
Office Action issued in U.S. Appl. No. 12/499,254, dated Jul. 26, 2012.
Office Action issued in U.S. Appl. No. 12/499,254, dated Mar. 9, 2010.
Office Action issued in U.S. Appl. No. 12/821,790, dated Dec. 2, 2013.
Office Action issued in U.S. Appl. No. 12/821,790, dated Jun. 6, 2012.
Office Action issued in U.S. Appl. No. 12/821,790, dated Oct. 1, 2012.
Office Action issued in U.S. Appl. No. 12/821,790, dated Oct. 1, 2014.
Office Action issued in U.S. Appl. No. 13/245,132, dated Jun. 10, 2013.
Office Action issued in U.S. Appl. No. 13/245,132, dated Nov. 6, 2012.

**US 9,339,850 B2**

Page 4

(56)         **References Cited**

OTHER PUBLICATIONS

Office Action issued in U.S. Appl. No. 13/849,365, dated Jan. 2, 2015.

Office Action issued in U.S. Appl. No. 11/603,444, dated Dec. 23, 2009.

Office Action issued in U.S. Appl. No. 12/537,802 dated Jun. 18, 2010.

Second Office Action issued in Chinese Application No. 03825178.7, dated Mar. 20, 2009.

Study of MHD (Magnetohydrodynamic) Micropump, Kazuo Hosokawa, Isao Shimoyama and Hirohumi Miura, Paper No. 92-0446, 1993, pp. 205-210, with attached translation (8 pages).

Supplementary European Search Report issued in European Application No. 03726391.0-2204, dated Oct. 6, 2009.

Supplementary European Search Report issued in European Application No. 03752432.9, dated Aug. 14, 2009.

The Design of a Ferrofluid-Magnetic Pipet by Nancy E. Greivell, Jun. 1995, cover page and p. 3-5 and 21-56.

Third Office Action issued in Chinese Application No. 03825178.7, dated Sep. 18, 2009.

Written Opinion issued in Singapore Application No. 200701943-3, dated Dec. 1, 2009.



*Fig. 1*

*Fig. 2*          *Fig. 3*          *Fig. 4*



*Fig. 5*

*Fig. 6*



*Fig. 7*



*Fig. 8*

*Fig. 9*



*Fig. 10*



*Fig. 11*

*Fig. 12*

*Fig. 13*



*Fig. 14a*



*Fig. 14b*



*Fig. 15*



*Fig. 16*



*Fig. 17*

US 9,339,850 B2

1

## METHOD AND APPARATUS FOR SORTING PARTICLES

### RELATED APPLICATIONS

This application is a Continuation of U.S. patent application Ser. No. 14/281,303 entitled "Method and Apparatus for Sorting Particles" filed May 19, 2014, which, in turn, is a Continuation of U.S. patent application Ser. No. 13/245,132, filed Sep. 26, 2011, which, in turn, is a continuation of U.S. patent application Ser. No. 12/499,254 filed Jul. 8, 2009 which, in turn, is a continuation of U.S. patent application Ser. No. 11/101,038, filed Apr. 6, 2005, which, in turn, is a divisional of Ser. No. 10/329,008, filed Dec. 23, 2002, which claims priority to U.S. Provisional Patent Application Ser. No. 60/411,058, filed Sep. 16, 2002, and is a continuation-in-part of U.S. patent application Ser. No. 10/179,488, filed Jun. 24, 2002, which claims priority to U.S. Provisional Patent Application No. 60/373,256, filed Apr. 17, 2002, the contents of each application is incorporated herein by reference in their entirety.

### FIELD OF THE INVENTION

The invention relates to a method and apparatus for the sorting of particles in a suspension, where the input flow path of a sorting module can be split into several output channels. More particular, the invention relates to a particle sorting system in which a plurality of sorting modules are interconnected as to yield an increased particle throughput.

### BACKGROUND OF THE INVENTION

In the fields of biotechnology, and especially cytology and drug screening, there is a need for high throughput sorting of particles. Examples of particles that require sorting are various types of cells, such as blood platelets, white blood cells, tumorous cells, embryonic cells and the like. These particles are especially of interest in the field of cytology. Other particles are (macro) molecular species such as proteins, enzymes and poly-nucleotides. This family of particles is of particular interest in the field of drug screening during the development of new drugs.

Methods and apparatus for particle sorting are known, and the majority described in the prior art work in the condition where the particles are suspended in a liquid flowing through a channel network having at least a branch point downstream and are operated according to the detect-decide-deflect principle. The moving particle is first analyzed for a specific characteristic, such as optical absorption, fluorescent intensity, size etc. Depending on the outcome of this detection phase, it is decided how the particle will be handled further downstream. The outcome of the decision is then applied to deflect the direction of specific particle towards a predetermined branch of the channel network.

Of importance is the throughput of the sorting apparatus, i.e. how many particles can be sorted per unit of time. Typical sorting rates for sorters employing flows of particle suspension in closed channels are in the range from a few hundred particles per second to thousands of particles per second, for a single sorting unit.

An example of a sorting device is described in U.S. Pat. No. 4,175,662, the contents of which are herein incorporated by reference (hereinafter referred to as the '662 patent). In the '662 patent, a flow of particles, cells in this case, flows through the center of a straight channel, which branches into two perpendicular channels at a branching point downstream

2

(T-branch). The entering particles are surrounded by a sheath of compatible liquid, keeping the particles confined to the center of the channel. In normal conditions, the flow ratio through the two branches is adjusted so that the particles automatically flow through one of the branches. In a section of the channel a characteristic of the particles is determined using a detector, which can be an optical system (detection phase). The detector generates a signal when the detector detects a particle possessing a predetermined characteristic in the decision phase. Once a particle is detected, a deflector is activated for deflecting the particle in a deflection phase. In this case, the deflector comprises an electrode pair, positioned in the branch of the channel where the particles normally flow through in the inactivated state of the deflector. By the application of current pulses, the aqueous liquid is electrolysed, yielding a gas bubble evolving between the electrode pair. As the gas bubble increases in size, the flow rate through this branch is reduced during the evolving phase. After the current pulse is applied, the bubble growth stops and the gas bubble is carried along with the flow. As a result, the flow through the specific branch is momentarily reduced and the particle of interest changes paths and flows down the other branch.

The device of the '662 patent is effective for sorting particles. However one serious drawback is that gas bubbles are created which potentially can accumulate at certain points of the fluidic network. This bubble generation can clog the flow channels, yielding erroneous sorting. Another drawback is that the generated gasses (mostly oxygen and hydrogen) and ionic species (mostly $OH^-$ and $H^+$) influence the particles flowing through the branch with the electrode pair. In addition, cells and delicate proteins such as enzymes are very fragile and can be destroyed by the fouling constituents co-generated with the gas bubble. Another drawback is the complexity of the overall sorting apparatus. In particular, the micro electrode construction is very complex to mount and assemble in the small channels of the system. As a result, the cost of a sorting unit is relatively large.

Another example of a particle sorting system of the prior art is disclosed in U.S. Pat. No. 3,984,307, the contents of which are herein incorporated by reference (hereinafter the '307 patent). In the '307 patent, the particles are flowing, confined by a flowing sheath liquid, through the center of a channel. After passing a detector section, the channel branches into two channels forming an acute angle therebetween (e.g., Y-branch). Just before the branching point, an electrically activated transducer is located in the channel for deflecting a specific particle having an appropriate, predetermined characteristic. The transducer described is a piezo actuator or ultrasonic transducer, yielding upon electrical activation a pressure wave in the channel. The generated pressure wave momentarily disturbs the flow in one branch thus deflecting the particle of interest into the other branch.

In the device of the '307 patent, as in the previous discussed device, the deflector is incorporated within the channel system, resulting in relatively large construction costs. Another drawback of this device is the deflector principle used. The generated pressure waves are not confined to the branching point, but rather propagate upstream into the detector section, as well as down both branches. This influences the overall flow through the channel. This is particularly a drawback if sorters of this type are connected either in series or in parallel, as is typically done to construct a high throughput sorting system. Pressure waves generated in one sorter can then influence the flows and deflection of particles in neighboring sorter units.

Another sorter is described in U.S. Pat. No. 4,756,427, the contents of which are herein incorporated by reference. This

US 9,339,850 B2

3

sorter is analogous to the sorter in the '662 patent. In this case, however, the flow in one branch is disturbed by momentarily changing the resistance of the branch. The resistance is changed by changing the height of the branch channel by an external actuator. In the preferred embodiment, this external actuator is a piezo disc glued on top of the channel, causing it to move downwards upon activation.

Although the construction of the sorter described in the '427 patent is less complex than the previously described sorter structures, it is still problematic to couple multiple sorter modules of the described type together to increase the sorting rate. This is, as in the sorter described in the '307 patent because of the generated pressure waves causing interference with other sorter modules.

Another particle sorting device is described in U.S. Pat. No. 5,837,200, the contents of which are herein incorporated by reference. The '200 patent describes a sorting device that uses a magnetic deflection module to classify or select particles based on their magnetic properties. The '200 patent further describes processing and separating individual particle streams in parallel.

### SUMMARY OF THE INVENTION

The present invention provides a method and apparatus for sorting particles moving through a closed channel system of capillary size. The particle sorting system of the invention provides a sorting module that can be assembled at low cost while providing an accurate means of sorting large amounts of particles per unit of time. The particle sorting system may include a plurality of closely coupled sorting modules which are combined to further increase the sorting rate. The particle sorting system may comprise a multi-stage sorting device for serially sorting streams of particles, in order to decrease the error rate.

The particle sorting system implements an improved fluidic particle switching method and switching device according to the present invention. The particle sorting system comprises a closed channel system of capillary size for sorting particles. The channel system comprises a first supply duct for introducing a stream of particles and a second supply duct for supplying a carrier liquid. The first supply duct forms a nozzle to introduce a stream of particles into the flow of carrier liquid. The first supply duct and the second supply duct are in fluid communication with a measurement duct, which branches into a first branch and a second branch at a branch point. A measurement region is defined in the measurement duct and is associated with a detector to sense a predetermined characteristic of particles in the measurement region. Two opposed bubble valves are positioned in communication with the measurement duct and are spaced opposite each other. The bubble valves communicate with the measurement duct through a pair of opposed side passages. Liquid is allowed to partly fill these side passages to form a meniscus therein which interfaces the carrier liquid with the reservoir of the bubble valves. An external actuator is also provided for actuating one of the bubble valves. When the external actuator is activated, the pressure in the reservoir of the activated bubble valve increases, deflecting the meniscus and causing a flow disturbance in the measurement duct to deflect the flow therein.

When a sensor located in the measuring region senses a predetermined characteristic in a particle flowing through the measurement region, the sensor produces a signal in response to the sensed characteristic. The external actuator is responsive to the sensor to cause a pressure pulse in a compression chamber of a first bubble valve to deflect the particle with the

4

predetermined characteristic, causing the selected particle to flow down the second branch duct.

In one aspect, the invention comprises a method of sorting particles including the steps of providing a measurement duct having an inlet and a branching point at which the duct separates into two branch ducts, and conducting a stream of fluid into the duct inlet with a stream of particles suspended therein, such that the particles normally flow through a first one of the branch ducts and providing upstream from the branching point two opposing side passages for momentarily deflecting the stream in the duct. A first one of the side passages is hydraulically connected to a compression chamber of a first bubble valve, which is acted upon by an external actuator for varying the pressure therein. A second of the side passages is hydraulically connected with a buffer chamber of a second bubble valve for absorbing pressure variations. The method further comprises providing a measurement station along the measurement duct upstream of the side passages for sensing a predetermined characteristic of particles in the stream and for producing a signal when the predetermined characteristic is sensed. The method further comprises the step of, in response to sensing the predetermined characteristic, activating the external actuator for creating a flow disturbance in the duct between the side passages, thereby deflecting the particle having the predetermined characteristics and causing the selected particle to flow down the second branch duct.

In further aspects of the invention, the particle sort rate is respectively increased or the type of particles sorted being increased, by respectively connecting a plurality of sorting modules in parallel or serially connecting a plurality of sorting modules in a binary tree like configuration.

According to one aspect of the invention, a particle sorting system is provided. The particles sorting system comprises a first duct for conveying a stream of suspended particles confined in a carrier liquid, comprising an inlet, a first outlet and a second outlet, a sensor for sensing a predetermined characteristic in a particle, a side channel in communication with the first duct, a sealed chamber positioned adjacent to the side channel, wherein the carrier fluid forms a meniscus in the side channel to separate the sealed chamber from the carrier fluid; and an actuator. The actuator modifies the pressure in the sealed chamber to deflect the meniscus when the sensor senses the predetermined characteristic. The deflection of the meniscus causes the particle having the predetermined characteristic to flow into the second outlet while particles that do not have the predetermined characteristic flow into the first outlet.

### BRIEF DESCRIPTION OF THE DRAWINGS

FIG. **1** is a schematic view of a particle sorting system according to an illustrative embodiment of the invention.

FIGS. **2** through **4** illustrate the operation of the particle sorting system of FIG. **1**.

FIG. **5** illustrates a particle sorting system showing alternate positions for the actuator chamber and the buffer chamber.

FIG. **6** illustrates the particle sorting system according to another embodiment of the invention.

FIG. **7** illustrates a bubble valve suitable for use in the particle sorting system of the present invention.

FIG. **8** is a schematic diagram of the particle sorting system of an illustrative embodiment of the present invention.

FIG. **9** shows one embodiment of a particle sorting system for sorting parallel streams of particles according to the teachings of the present invention.

US 9,339,850 B2

5

FIG. **10** shows one embodiment of a particle sorting system configured in a binary tree-like configuration of sorting modules according to the teachings of the present invention.

FIG. **11** illustrates another embodiment of a multi-stage particle sorting system for sorting parallel streams of particles in multiple stages.

FIG. **12** illustrates a parallel particle sorting system according to an alternate embodiment of the present invention.

FIG. **13** illustrates a parallel particle sorting system according to another embodiment of the present invention.

FIGS. **14***a* and **14***b* illustrate a particle sorting system according to another embodiment of the invention, including an optical mask to allow measurement of a particle size and/or velocity.

FIG. **15** illustrates a parallel sorting system having variable channels according to another embodiment of the present invention.

FIG. **16** illustrates a variable array design of a parallel sorting system according to another embodiment of the present invention.

FIG. **17** illustrates a parallel sorting system according to another embodiment of the present invention.

DETAILED DESCRIPTION OF THE INVENTION

The present invention provides a particle sorting system for sorting particles suspended in a liquid. The particle sorting system provides high-throughput, low error sorting of particles based on a predetermined characteristic. The present invention will be described below relative to illustrative embodiments. Those skilled in the art will appreciate that the present invention may be implemented in a number of different applications and embodiments and is not specifically limited in its application to the particular embodiments depicted herein.

The terms "duct" "channel" and "flow channel" as used herein refers to a pathway formed in or through a medium that allows for movement of fluids, such as liquids and gases. The channel in the microfluidic system preferably have cross-sectional dimensions in the range between about 1.0 μm and about 500 μm, preferably between about 25 μm and about 250 μm and most preferably between about 50 μm and about 150 μm. One of ordinary skill in the art will be able to determine an appropriate volume and length of the flow channel. The ranges are intended to include the above-recited values as upper or lower limits. The flow channel can have any selected shape or arrangement, examples of which include a linear or non-linear configuration and a U-shaped configuration.

The term "particle" refers to a discrete unit of matter, including, but not limited to cells.

The term "sensor" as used herein refers to a device for measuring a characteristic of an object, such as a particle.

The term "bubble valve" as used herein refers to a device that generates pressure pulses to control flow through a channel.

The term "carrier fluid" as used herein refers to a sheath of compatible liquid surrounding a particle for carrying one or more particles through a duct or channel.

FIG. **1** is a schematic depiction of a particle sorting system **10** according to the teachings of the present invention. According to one application of the present invention, the particle sorting system **10** comprises a closed channel system of capillary size for sorting particles. The channel system comprises a first supply duct **12** for introducing a stream of particles **18** and a second supply duct **14** for supplying a carrier liquid. The first supply duct **12** forms a nozzle **12***a*, and a stream of particles is introduced into the flow of the carrier

6

liquid. The first supply duct **12** and the second supply duct **14** are in fluid communication with a measurement duct **16** for conveying the particles suspended in the carrier liquid. The measurement duct branches into a first branch channel **22***a* and a second branch channel **22***b* at a branch point **21**. A measurement region **20** is defined in the measurement duct **16** and is associated with a detector **19** to sense a predetermined characteristic of the particles passing through the measurement region **20**. Two opposed bubble valves **100***a* and **100***b* are positioned relative to the measurement duct and disposed in fluid communication therewith. The valves are spaced opposite each other, although those of ordinary skill will realize that other configurations can also be used. The bubble valves **100***a* and **100***b* communicate with the measurement duct **16** through a pair of opposed side passages **24***a* and **24***b*, respectively. Liquid is allowed to partly fill these side passages **24***a* and **24***b* to form a meniscus **25** therein. The meniscus defines an interface between the carrier liquid and another fluid, such as a gas in the reservoir of the associated bubble valve **100**. An actuator **26** is also provided for actuating either bubble valve, which momentarily causes a flow disturbance in the duct to deflect the flow therein when activated by the actuator **26**. As illustrated, the actuator is coupled to the bubble valve **100***b*. The second bubble valve **100***a* serves as a buffer for absorbing the pressure pulse created by the first bubble valve **100***b*.

The first side passage **24***b* is hydraulically connected to a compression chamber **70***b* in the first bubble valve **100***b*, so that if the pressure in this chamber is increased, the flow in the measurement duct near the side passage is displaced inwards, substantially perpendicular to the normal flow in the duct. The second side passage **24***a*, positioned opposite of the first side passage **24***b* is hydraulically connected to a buffer chamber **70***a* in the second bubble valve **100***a* for absorbing pressure transients. This first side passage **24***b* co-operates with the second side passage **24***a* to direct the before mentioned liquid displacement caused by pressurizing the compression chamber **70***b*, so that the displacement has a component perpendicular to the normal flow of the particles through the measurement duct.

Upon pressurizing the compression chamber **70***b* an amount of liquid is transiently discharged from the first side passage **24***b*. The resiliency of the second side passage **24***a* results upon a pressurized discharge, in a transient flow of the liquid in the duct into the second side passage **24***a*. The co-operation of the two side passages and the fluidic structures they interconnect causes the flow through the measurement duct **16** to be transiently moved sideways back and forth upon pressurizing and depressurising of the compression chamber **70***b* induced by the external actuator **26** in response to the signal raised by the detection means **19**. This transient liquid displacement, having a component perpendicular to the normal flow in the duct, can be applied in deflecting particles having predetermined characteristics to separate them from the remaining particles in the mixture.

As shown, the measurement duct **16** branches at the branch point **21** into two branches **22***a*, **22***b* and the flow rates in these branches are adjusted so that the particles normally stream through the second of the two branches **22***b*. The angle between the branches **22***a*, **22***b* is between 0 and 180 degrees, and preferably between 10 and 45 degrees. However, the angle can even be 0 degrees, which corresponds to two parallel ducts with a straight separation wall between them.

The particles to be sorted are preferably supplied to a measurement position in a central liquid current, which is surrounded by a particle free liquid sheath. The process of confining a particle stream is known, and often referred to as

US 9,339,850 B2

7

a 'sheath flow' configuration. Normally, confinement is achieved by injecting a stream of suspended particles through a narrow outlet nozzle into a particle free carrier liquid flowing in the duct **16**. By adjusting the ratio of flow rates of the suspension and carrier liquid, the radial confinement in the duct as well as the inter particle distance can be adjusted. A relatively large flow rate of the carrier liquid results in a more confined particle stream having a large distance between the particles.

In a suspension introduced by the first supply duct **12**, two types of particles can be distinguished, normal particles **18***a* and particles of interest **18***b*. Upon sensing the predetermined characteristic in a particle **18***b* in the measurement region **20**, the detector **19** raises a signal. The external actuator **26** activates the first actuator bubble valve **100***b*, when signaled by the detector **19** in response to sensing the predetermined characteristic, to create a flow disturbance in the measurement duct **16** between the side passages **24***a*, **24***b*. The flow disturbance deflects the particle **18***b* having the predetermined characteristic so that it flows down the first branch duct **22***a* rather than the second branch duct **22***b*. The detector communicates with the actuator **26**, so that when the detector **19** senses a predetermined characteristic in a particle, the actuator activates the first bubble valve **100***b* to cause pressure variations in the reservoir **70***b* of the first bubble valve. The activation of the first bubble valves deflects the meniscus **25***b* in the first bubble valve **100***b* and causes a transient pressure variation in the first side passage **24***b*. The second side passage **24***a* and the second bubble valve **100***a* absorb the transient pressure variations in the measurement duct **16** induced via the actuator **26**. Basically, the reservoir **70***a* of the second bubble valve **100***a* is a buffer chamber having a resilient wall or containing a compressible fluid, such as a gas. The resilient properties allow the flow of liquid from the measurement duct into the second side passage **24***a*, allowing the pressure pulse to be absorbed and preventing disturbance to the flow of the non-selected particles in the stream of particles.

At the measurement region **20**, individual particles are inspected, using a suitable sensor **19**, for a particular characteristic, such as size, form, fluorescent intensity, as well as other characteristics obvious to one of ordinary skill. Examples of applicable sensor, known in the art, are various types of optical detection systems such as microscopes, machine vision systems and electronic means for measuring electronic properties of the particles. Particularly well known systems in the field are systems for measuring the fluorescent intensity of particles. These systems comprise a light source having a suitable wavelength for inducing fluorescence and a detection system for measuring the intensity of the induced fluorescent light. This approach is often used in combination with particles that are labelled with a fluorescent marker, i.e. an attached molecule that upon illuminating with light of a particular first wavelength produces light at another particular second wavelength (fluorescence). If this second wavelength light is detected, the characteristic is sensed and a signal is raised.

Other examples include the measurement of light scattered by particles flowing through the measurement region. Interpreting the scattering yield information on the size and form of particles, which can be adopted to raise a signal when a predetermined characteristic is detected.

The actuator **26** for pressurizing the compression chamber of the first bubble valve can comprise an external actuator that responds to a signal from the sensor that a particle has a selected predetermined characteristic. There are two classes of external actuators that are suitable for increasing the pressure. The first class directly provides a gas pressure to the

8

liquid in the first side passage **24***b*. For example, the actuator may comprise a source of pressurized gas connected with a switching valve to the liquid column in the side passage **24***b*. Activation of the switch connects the passage to the source of pressurized gas, which deflects the meniscus in the liquid. Upon deactivation, the switch connects the passage **24***b* back to the normal operating pressure.

Alternatively, a displacement actuator may be used in combination with a closed compression chamber having a movable wall. When the displacement actuator displaces the wall of the compression chamber inward, the pressure inside increases. If the movable wall is displaced back to the original position, the pressure is reduced back to the normal operating pressure. An example of a suitable displacement actuator is an electromagnetic actuator, which causes displacement of a plunger upon energizing a coil. Another example is the use of piezoelectric material, for example in the form of a cylinder or a stack of disks, which upon the application of a voltage produces a linear displacement. Both types of actuators engage the movable wall of the compression chamber **70** to cause pressure variations therein.

FIGS. **2** through **4** illustrate the switching operation of switch **40** in the particle sorting system **10** of FIG. **1**. In FIG. **2**, the detector **19** senses the predetermined characteristic in a particle and generates a signal to activate the actuator **26**. Upon activation of the actuator, the pressure within the reservoir **70***b* of the first bubble valve **100***b* is increased, deflecting the meniscus **25***b* and causing a transient discharge of liquid from the first side passage **24***b*, as indicated by the arrow. The sudden pressure increase caused at this point in the duct causes liquid to flow into the second side passage **24***a*, because of the resilient properties of the reservoir of the second bubble valve **100***a*. This movement of liquid into the second side passage **24***a* is indicated with an arrow. As a result, as can be seen in the figure, the flow through the measurement duct **16** is deflected, causing the selected particle of interest **18***b* located between the first side passage **24***b* and the second side passage **24***a* to be shifted perpendicular to its flow direction in the normal state. The flow resistances to the measurement duct **16**, the first branch **22***a* and the second branch **22***b* is chosen so that the preferred direction of the flow to and from the first side passage **24***b* and the second side passage **24***a* has an appreciable component perpendicular to the normal flow through the measurement duct **16**. This goal can for instance be reached by the first branch **22***a* and the second branch **22***b* so that their resistances to flow is large in comparison with the flow resistances of the first side passage **24***b* and the second side passage **24***a*.

FIG. **3** shows the particle sorting system **10** during the relief of the first bubble valve reservoir when the particle of interest **18***b* has left the volume between the first side passage **24***b* and the second side passage **24***a*. The actuator **26** is deactivated, causing the pressure inside the reservoirs **70***a*, **70***b* to return to the normal pressure. During this relief phase there is a negative pressure difference between the two reservoirs **70***a*, **70***b* of the bubble valves, causing a liquid flow through the first side passage **24***b* and the second side passage **24***a* opposite to the liquid flow shown in the previous figure and as indicated by the arrows.

FIG. **4** illustrates the particle sorting system **10** after completion of the switching sequence. The pressures inside the reservoirs of the bubble valves are equalized, allowing the flow through the measurement duct **16** to normalize. As the particle of interest **18***b* has been displaced radially, it will flow into the first branch **22***a*, while the other particle continue to flow into the second branch **22***b*, thereby separating the particles based on the predetermined characteristic.

US 9,339,850 B2

9

This process of detecting and selective deflecting of particles may be repeated many times per second for sorting particles at a high rate. Adopting the fluid switching as described, switching operations may be executed up to around several thousand switching operations per second, yielding sorting rates in the order of million sorted particles per hour.

According to another embodiment of the invention, the actuator bubble valve 100$b$ and the buffer bubble valve 100$a$ may be placed in different positions. For example, as shown in FIG. 5, the actuator bubble valve 100$b$ and the first side passage 24$b$ and/or the buffer bubble valve 100$a$ and the second side passage 24$a$ may be place upstream from the branch point 21. The components may be placed in any suitable location, such that the flow resistance between the actuator chamber 70$b$ and the buffer chamber 70$a$ is less than the flow resistance between any of these latter components and other pressure sources. More particularly, the actuator chamber 70$b$ and the buffer chamber 70$a$ may be placed such that the flow resistance between them is less than the flow resistance between a selected particle and a subsequent particle in the stream of particles. The positioning of the components in this manner thus prevents a pressure wave generated by the above-described method of deflecting a single selected particle, from travelling upstream or downstream and affecting the flow of the remaining particles in the stream of particles. A larger difference in flow resistances results in a higher level of isolation of the fluidic switching operation with associated pressure transients from the flow characteristics in the rest of the system. Moreover, the in-situ dampening of generated pressure pulses applied for sorting allows the implementation of sorting networks comprising a plurality of switches 40, each of which is hydraulically and pneumatically isolated from the others.

According to another embodiment, shown in FIG. 6, the particle sorting system of the present invention may use any suitable pressure wave generator (in place of a bubble valve) in combination one or more bubble valves serving as a buffer, such as valve 100$b$. For example, the pressure wave generator 260 may comprise an actuator such as a piezoelectric column or a stepper motor, provided with a plunger that can act upon the flowing liquid, either directly or via deflection of the channel system, to selectively deflect particles when the actuator is activated by a signal. Other suitable pressure wave generators include electromagnetic actuators, thermopneumatic actuators and a heat pulse generator for generating vapor bubbles in the flowing liquid by applying heat pulses. The buffer bubble valve 100$b$ is positioned to absorb the pressure wave created by the pressure wave generator 260 to prevent flow disturbance in the other particles of the particle stream. The spring constant of the buffer 100$b$ may be varied according to the particular requirements by varying the volume of the buffer chamber 70$b$, the cross-sectional area of the side passage 24$b$ and/or the stiffness or the thickness of a flexible membrane (reference 72 in FIG. 7) forming the buffer chamber 70$b$.

FIG. 7 illustrates an embodiment of a valve 100 suitable for creating a pressure pulse to separate particles of interest from other particles in a stream of particles and/or acting as a buffer for absorbing a pressure pulse according to the teachings of the present invention. As shown, the valve 100 is formed adjacent to a side passage 24$a$ or 24$b$ formed in a substrate which leads to the measurement duct 16. The side passage 24$a$ includes a fluid interface port 17 formed by an aperture in the side wall of the passage. A sealed compression chamber 70 is positioned adjacent to the side passage 24$a$ and communicates with the side passage through the fluid interface

10

port. The illustrative chamber 70 is formed by a seal 71 and a flexible membrane 72. The carrier fluid in the side passage 24$a$ forms a meniscus 25 at the interface between the side passage and the chamber. The actuator 26 depresses the flexible membrane to increase the pressure in the chamber, which deflects the meniscus and causes a pressure pulse in the carrier fluid.

FIG. 8 shows a sorting module 50 having an appropriate supply duct 52 for providing a stream of particles to be sorted as well as a first outlet duct 54 and a second outlet duct 56, either of which can carry the particles sorted in the sorting module 50. The sorting module 50 comprises a detector system 19 for sensing particles entering the sorting module 50 via the supply duct 52 can be operationally connected to a switch 40 for providing the required switching capabilities to sort particles. The first branch 22$b$ and the second branch 22$a$, FIG. 1, can be disposed in fluidic connection with the outlet duct 54 and the second outlet duct 56.

FIG. 9 shows a particle sorting system 500 according to an alternate embodiment of the invention, comprising a plurality of sorting modules 50 that can be coupled together in any appropriate configuration. For example, the modules 50 in this embodiment are coupled in parallel. The outlet ducts 54 of the sorting modules 50 are coupled to a first combined outlet 58, the second outlet ducts 56 are coupled to a second combined outlet 60. The parallel arrangement of sorting modules yields a system of combined sorting module 50 having an overall sorting rate of N times the sorting rate of an individual sorting module 50, where N is the number of parallel connected sorting module 50.

FIG. 10 shows a particle sorting system 550 according to another embodiment, comprising a first sorting module 50$a$ in series with a second sorting module 50$b$. The second sorting module 50$b$ may be equipped for sorting particles having a predetermined characteristic the same or different than the predetermined characteristic of the particles sorted by the first sorting module 50$a$. The particle stream enters the first sorting module 50$a$ through the supply duct 52 and may contain at least two types of particles. A first type of particle is sorted in the first sorting module 50$a$ and exits through the first outlet duct 54$a$. The remaining particles exit the first sorting module 50$a$ through second outlet duct 56$a$ and are introduced into the second sorting module 50$b$ via the second supply duct 52$b$. From this stream of particles, particles having the other predetermined characteristic are sorted and exit through the second outlet duct 54$b$. Particles that posses neither of the two predetermined characteristics exit the second sorting module 50$b$ via the second outlet duct 56$b$. Those of ordinary skill will readily recognize that any suitable type of sorting module 50 can be used, and can be coupled together in a variety of ways, depending upon the desired results.

FIG. 11 shows a hierarchical architecture for high throughput-low error sorting according to another embodiment of the present invention. The illustrated embodiment is a two-stage particle sorting system 800 for sorting a plurality of parallel particles streams in a first stage, aggregating the outputs of the first stage and then performing a secondary sorting process on the output of the first stage. An input stream of particles in suspension 80 from a particle input chamber 88 is split among N single sorting channels 81$a$-81$n$, each channel being capable of sorting a selected number of particles per second. Each channel 81 includes a detection region 84 for examining the particles and identifying particles that have a predetermined characteristic, and a switching region 82 for separating the particles having the predetermined characteristic from the other particles in the stream, as described above. The switching region 82 produces two output streams of particles: a

US 9,339,850 B2

11

"selected" stream and a "rejected" stream in its switching region **82** based on the measured particle characteristics at the detection region **84**. The "selected" streams from each channel are aggregated in an aggregation region **86** into one stream to be sorted again in a secondary sorting channel **810**. As shown, the secondary sorting channel **810** repeats the sorting process of detecting and sorting based on a predetermined characteristic.

Given that each single channel sorting process produces some error (y) rate (y is a probability less than one of a particle being "selected" by mistake) of mistaken selections, the hierarchical architecture produces an lower error rate of $y^2$ for a 2-stage hierarchy as drawn or $y''$ for an n-stage hierarchy. For example, if the single channel error rate is 1% the 2-stage error rate is 0.01% or one part in $10^4$.

Alternatively, the architecture could have M primary sets of N sorting channels per secondary channel. Given that the application wants to capture particles that have a presence in the input at rate z and single channel sorters have a maximum sorting rate x particles per second. The system throughput is M\*N\*x in particles per second. The number of particles aggregated in N channels per second is N\*x\*z and so N\*z must be less than 1 so that all particles aggregated from N channels can be sorted by a single secondary channel. To increase throughput above N=1/z one must add parallel groups of N primary+1 secondary channels. Overall throughput then comes from M\*N\*x with M secondary channels.

FIG. **12** show a parallel-serial particle sorting system **160** according to another embodiment of the invention. The parallel-serial particle sorting system **160** includes a first parallel sorting module **161** and a second parallel sorting module **162**. The first sorting module **161** is applied in multiple marked particles and particles having both markers are sorted out and conveyed through the exit channel **165**.

FIG. **13** shows another parallel-serial particle sorting system **170**. The first parallel sorting module **171** separates particles having a first marker, collects the particles from the different channels and conveys the particles having the first marker through the first exit channel **175**. All other particles are then fed into a second parallel sorter **172** for sorting particles having a second marker. The particles having the second marker are collected and conveyed through a second exit channel **176**. Particles having neither the first marker nor the second marker are conveyed through a third exit channel **177**.

According to one embodiment of the invention, shown in FIGS. **14***a* and **14***b*, the particle sorting system may include sensors for measuring velocity, location and/or size of particles. The measurement of velocity, location and/or size may be made simultaneously with classification of the particles for sorting or at a different time. In parallel channel based systems, as shown in FIG. **11**, the different channels may have different flow resistances, causing the velocity of the particles or cells in each channel to be different. In systems where the detection region **84** is separated from the switching region **82** by a distance L, the velocity of the particles in the channel **81** must be known in order to set the switching time delay T (i.e., the time to delay switch actuation relative to the moment of detection of a target particle).

In most optical systems for detecting cells or particles, the region in which the cell creates light on the photo detector in the detection region will have a much greater size than the size of a cell diameter. Therefore, when light is detected in the detection region, the cell may be anywhere in the region, making it difficult to pinpoint the exact location of the cell. To provide more accurate detection, many pixels of an optical

12

detector could be packed across the detection region, but this would have a large cost and require complex support electronics.

According to an illustrative embodiment of the invention, an optical mask **140** may be added to the detection region to provide accurate velocity detection by depositing a "masking pattern" directly on the detection chip. The masking patterns can be deposited so that an edge in the masking pattern is precisely located (to <1 um precision with current technology) relative to the cell sorting actuator region **82**. A single optical detector catching light from the cell in the detection region **84** will see light when the cell is not masked. The duration of the light being turned off by one of the connected opaque parts "bars" of the mask of known length gives a measurement of velocity.

A mask pattern that has several bars **141** of size ranging from 10 um to 30 um in 1 um steps results in only bars of size larger than the cell minimizing the signal from the cell. Therefore, such a pattern can also be used to measure the size of the cell independently of its signal. Such a 'gradient mask' also produces a pattern in the optical detector that can be analyzed to measure velocity several times for reducing the variance in the velocity estimate. The pattern in the light induced by the mask **140** also allows the detector to identify each edge in the mask **140**. If the bars **141** were all the same, the light signal for each bar would be the same, and one could only tell them apart by sequence. A gradient mask pattern will allow a single detector looking at a broad region (several times the size of a cell) to measure the velocity of the cell, measure the exact position inside the detection region **84** with about 1 um precision relative to the channel structures and the actuator location on chip and identify the size of the cell to precision given by the gradient pattern. The gradient mask **140** allows the detector to measure these parameters independent of the magnification of the optical system or the nature of the optical detector itself.

One skilled in the art will recognize that other devices for measuring the size, position and or velocity of a particle in the sorting system in accordance with the teachings of the invention. Suitable devices are readily available and known to those of ordinary skill in the art.

According to another embodiment, shown in FIG. **15**, the particle sorting system comprises an array **8000** of non-identical sorting channels. The use of a parallel array comprising a series of non-identical sorter channels **810***a*-**810***n* is more efficient in terms of space, use of optical power and adaptation to optimal external actuators. Since the velocity of particles can be accurately sensed using a sensor as described above, the channels do not require a fixed delay between the detection of a property and actuation of a switch to deflect a particle having the detected property. Therefore, certain parameters of the channel, such as the distance L between a detector **84** and a switch **82** or the shape of the path between the detector **84** and the switch **82** can be varied.

Using a single laser for each wavelength optical illumination directed perpendicular to the chip, the laser is required to illuminate an area defined by: (number of channels)×((channel width at detection region)+(inter channel spacing C)) (See FIG. **15**). However, the active area where light can be absorbed to create fluorescence is only the area of the channels: (number of channels)×(channel width), which leaves a fill factor of: (channel width)/(channel width+C). The fill factor is preferably close to 100% to avoid wasting available input light.

Therefore, minimizing the interchannel spacing in a parallel sorting system is important to the optical detection region and optical system efficiency. In the variable array design of

US 9,339,850 B2

13

the present invention, shown in FIG. **16**, the spacing of the channels in the detection region **84** approaches the width of the channels, so that light utilization approaches about 50%. The channel spacing in the actuation region **82** may be larger, as shown in FIG. **16**. The location of actuators **26** along the channel may also be varied to make a larger available radius for external driver actuators.

The variable array **8000** may also include meanders in selected channels for balancing flow resistances of all the channels so that given a constant pressure drop across all the channels the velocities of particles are nearly matched. These can be added either upstream or downstream of the illustrated system, i.e., on in the region between the detectors and actuators. As the lengths Li between each channel's detection region **821** and its actuator **26***i* is known from the design, the measurement of the particle velocity at the same time as the determination regarding which particles to keep provides an improved cell sorting system.

FIG. **17** illustrates a particle sorting system **1700** according to yet another embodiment of the invention. The particle sorting system **1700** includes a plurality of sorting modules **1701** operating in parallel. The system **1700** includes an input region **1710** for introducing samples to each sorting module and a detection region **1720** for measuring a predetermined characteristic of particles each sorting channel **1702** in the detection region. The system also includes a switch region **1730**, including an actuator in each sorting module for separating particles having a predetermined characteristic from particles that do not have the predetermined characteristic. As shown, in the embodiment of FIG. **17**, the sorting channels **1702** distance between each sorting channel in the detection region **1720** is less than the inter-channel distance in the switch region **1730**. The close spacing in the detection region enables cost saving when a laser is used to detect the particles, while the more distant separation in the switch region **1730** accommodates various sized actuators.

The particle sorting system **1700** may also include a secondary sorting module **1740** for repeating the sorting process of detecting and sorting based on a predetermined characteristic to increase the accuracy of the sorting process. According to one embodiment, the system may include an enrichment region **1750** between the array of primary sorting modules **1701** and the secondary sorting module **1740** for transitioning the particles from the primary sorting process to the secondary sorting process. According to an illustrative embodiment, the enrichment region **1750** transitions the particles by removing excess carrier fluid from the particles before passing the particles to the secondary sorting module **1740**. The enrichment region **1750** may also include a hydration device for adding secondary sheet fluid to the particles after enrichment. The enrichment region **1750** may comprise a membrane inserted into outlet channel **1703**, an enrichment channel intersecting the outlet channel **1703** and a membrane separating the outlet channel from the enrichment channel. Excess carrier fluid is removed from the stream of selected particles in the outlet channel **1703** through the membrane and into the enrichment channel before passing the selected particles into the secondary sorting module **1740**.

A suitable system for forming the enrichment region is described in U.S. Ser. No. 10/329,018, filed on Dec. 23, 2002, the contents of which are herein incorporated by reference.

According to the illustrative embodiment, the removed carrier fluid may be recycled and fed back into the inlet of the primary channels. A recycling channel or other device may connect the enrichment region to the primary channel to allow re-use of the carrier fluid for subsequent sorting process. Alternatively, the carrier fluid may be removed from rejected

14

particles and introduced into the primary channel inlets prior to discarding the rejected particles.

The present invention has been described relative to an illustrative embodiment. Since certain changes may be made in the above constructions without departing from the scope of the invention, it is intended that all matter contained in the above description or shown in the accompanying drawings be interpreted as illustrative and not in a limiting sense.

It is also to be understood that the following claims are to cover all generic and specific features of the invention described herein, and all statements of the scope of the invention which, as a matter of language, might be said to fall therebetween.

Having described the invention, what is claimed as new and protected by Letters Patent is:

**1**. A particle sorting system, comprising:

a duct for conveying a stream of particles, comprising an inlet, and a plurality of outlets including a first outlet and a second outlet, wherein the particles normally flow from the inlet into the first outlet;

an actuator for selectively applying a pressure pulse to deflect a selected particle in the stream of particles into the second outlet when a predetermined characteristic is detected; and

a buffer configured to fluidically co-operate with the actuator for absorbing or dampening the pressure pulse to allow other particles in the stream of particles to normally flow into the first outlet while the deflected particle flows into the second outlet.

**2**. The particle sorting system of claim **1**, wherein the actuator comprises one of a piezoelectric actuator, a stepper motor, an electromagnetic actuator, a thermopneumatic actuator and a heat pulse generator for generating vapour bubbles in the flowing liquid.

**3**. The particle sorting system of claim **1**, wherein the actuator comprises a side channel in communication with the duct, a sealed chamber positioned adjacent to the side channel, wherein the carrier liquid forms a meniscus in the side channel to separate the sealed chamber from the carrier liquid, and an actuator for modifying the pressure in the sealed chamber to deflect the meniscus causing the particle having the predetermined characteristic to flow into the second outlet while particles that do not have the predetermined characteristic flow into the first outlet.

**4**. The particle sorting system of claim **1**, wherein the buffer comprises a chamber in communication with the duct, and wherein the stream forms a meniscus to separate the stream from the chamber.

**5**. The particle sorting system of claim **1**, wherein the buffer has a movable wall.

**6**. The particle sorting system of claim **1**, further comprising a sensor configured to measure a velocity of the particle.

**7**. The particle sorting system of claim **1**, wherein the pressure pulse is applied across the duct.

**8**. The particle sorting system of claim **1**, wherein the pressure pulse does not halt or disrupt flow volume through the plurality of outlets.

**9**. The particle sorting system of claim **1**, wherein the buffer is in fluid communication with the duct upstream of the plurality of outlets.

**10**. The particle sorting system of claim **1**, wherein the actuator comprises a non-flow-through chamber in fluid communication with the duct.

**11**. The particle sorting system of claim **1**, wherein the buffer comprises a non-flow-through chamber in fluid communication with the duct.

US 9,339,850 B2

15

16

**12**. The particle sorting system of claim **1**, wherein the buffer is positioned across from a propagation direction of the pressure pulse.

\*   \*   \*   \*   \*

# EXHIBIT 5



US010029263B2

(12) **United States Patent**
    Böhm et al.

(10) **Patent No.:**     **US 10,029,263 B2**
(45) **Date of Patent:**      **Jul. 24, 2018**

(54) **METHOD AND APPARATUS FOR SORTING PARTICLES**

(71) Applicant: **CYTONOME/ST, LLC**, Boston, MA (US)

(72) Inventors: **Sebastian Böhm**, Inverness (GB); **John R. Gilbert**, Brookline, MA (US); **Manish Deshpande**, Canton, MA (US)

(73) Assignee: **CYTONOME/ST, LLC**, Bedford, MA (US)

( * ) Notice: Subject to any disclaimer, the term of this patent is extended or adjusted under 35 U.S.C. 154(b) by 0 days.

(21) Appl. No.: **13/849,365**

(22) Filed: **Mar. 22, 2013**

(65) **Prior Publication Data**

    US 2013/0313170 A1      Nov. 28, 2013

**Related U.S. Application Data**

(60) Continuation of application No. 13/158,960, filed on Jun. 13, 2011, now Pat. No. 8,408,399, which is a
    (Continued)

(51) **Int. Cl.**
    ***B07C 5/34***           (2006.01)
    ***B03B 5/00***           (2006.01)
    (Continued)

(52) **U.S. Cl.**
    CPC ................. ***B03B 5/00*** (2013.01); ***B07C 5/34*** (2013.01); ***F15C 5/00*** (2013.01); ***F16K 99/0001*** (2013.01);
    (Continued)

(58) **Field of Classification Search**
    CPC ... B07C 5/34; F16K 99/0046; F16K 99/0048; F16K 99/0061; F16K 99/0084;
    (Continued)

(56) **References Cited**

U.S. PATENT DOCUMENTS

2,015,522 A       9/1935   Hoffman
2,646,882 A       7/1953   Frost
    (Continued)

FOREIGN PATENT DOCUMENTS

EP      0 177 718 A2      4/1986
EP      0 745 682 A1     12/1996
    (Continued)

OTHER PUBLICATIONS

Office Action issued in Canadian Application No. 2,482,869, dated Jul. 26, 2012.
    (Continued)

*Primary Examiner* — Joseph C Rodriguez
(74) *Attorney, Agent, or Firm* — McCarter & English, LLP; David R. Burns

(57)                **ABSTRACT**

A method and apparatus for sorting particles moving through a closed channel system of capillary size comprises a bubble valve for selectively generating a pressure pulse to separate a particle having a predetermined characteristic from a stream of particles. The particle sorting system may further include a buffer for absorbing the pressure pulse. The particle sorting system may include a plurality of closely coupled sorting modules which are combined to further increase the sorting rate. The particle sorting system may comprise a multi-stage sorting device for serially sorting streams of particles, in order to decrease the error rate.

**21 Claims, 5 Drawing Sheets**



**US 10,029,263 B2**

Page 2

### Related U.S. Application Data

continuation of application No. 12/537,802, filed on Aug. 7, 2009, now Pat. No. 7,963,399, which is a continuation of application No. 11/499,953, filed on Aug. 7, 2006, now Pat. No. 7,584,857, which is a continuation of application No. 10/940,143, filed on Sep. 13, 2004, now Pat. No. 7,104,405, which is a division of application No. 10/179,488, filed on Jun. 24, 2002, now Pat. No. 6,808,075.

(60) Provisional application No. 60/373,256, filed on Apr. 17, 2002.

(51) **Int. Cl.**
| | |
|---|---|
| *F15C 5/00* | (2006.01) |
| *F16K 99/00* | (2006.01) |
| *G01N 15/14* | (2006.01) |
| *B01L 3/00* | (2006.01) |

(52) **U.S. Cl.**
CPC ...... *F16K 99/0028* (2013.01); *F16K 99/0046* (2013.01); *F16K 99/0048* (2013.01); *F16K 99/0061* (2013.01); *G01N 15/14* (2013.01); *B01L 3/5027* (2013.01); *F16K 2099/0084* (2013.01); *G01N 2015/149* (2013.01); *Y10S 209/906* (2013.01); *Y10S 209/932* (2013.01)

(58) **Field of Classification Search**
CPC ...... G01N 2015/1081; G01N 2015/149; B01L 3/5027; B01L 3/502761; B01L 3/50273; B01L 3/502753
USPC ......... 209/155, 552, 576, 906; 422/502–504, 422/507, 509, 513
See application file for complete search history.

(56) **References Cited**

#### U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 2,787,453 A | | 4/1957 | Hibshman et al. |
| 2,850,940 A | | 9/1958 | Opperman |
| 2,923,410 A | | 2/1960 | Florian |
| 3,289,687 A | * | 12/1966 | Dunaway ..................... 137/831 |
| 3,362,421 A | * | 1/1968 | Schaffer ................. F15C 1/04 |
| | | | 137/828 |
| 3,370,538 A | | 2/1968 | Hines et al. |
| 3,495,253 A | | 2/1970 | Richards |
| 3,506,654 A | | 4/1970 | Fried |
| 3,508,654 A | | 4/1970 | Glaettli |
| 3,508,655 A | * | 4/1970 | Kamentsky ..................... 210/85 |
| 3,560,754 A | | 2/1971 | Kamentsky |
| 3,785,390 A | * | 1/1974 | Taylor .................... F15C 1/14 |
| | | | 137/13 |
| 3,791,517 A | | 2/1974 | Friedman |
| 3,827,555 A | | 8/1974 | Kamentsky et al. |
| 3,906,415 A | | 9/1975 | Baker |
| 3,984,307 A | | 10/1976 | Kamentsky et al. |
| 3,984,621 A | | 10/1976 | Propst |
| 4,050,851 A | | 9/1977 | Haavik |
| 4,147,621 A | | 4/1979 | Giddings |
| 4,153,855 A | | 5/1979 | Feingold |
| 4,175,662 A | * | 11/1979 | Zold ........................... 209/552 |
| 4,284,499 A | | 8/1981 | Moudgil et al. |
| 4,318,483 A | | 3/1982 | Lombardo et al. |
| 4,344,844 A | | 8/1982 | Townley |
| 4,361,400 A | | 11/1982 | Gray et al. |
| 4,365,719 A | | 12/1982 | Kelly |
| 4,426,451 A | | 1/1984 | Columbus |
| 4,445,696 A | | 5/1984 | Raj et al. |
| 4,526,276 A | | 7/1985 | Shoor et al. |
| 4,554,427 A | | 11/1985 | Flick et al. |
| 4,572,664 A | | 2/1986 | Hanson |
| 4,579,173 A | | 4/1986 | Rosensweig et al. |
| 4,581,624 A | | 4/1986 | O'Connor |
| 4,636,149 A | | 1/1987 | Brown |
| 4,676,274 A | | 6/1987 | Brown |
| 4,756,427 A | * | 7/1988 | Gohde et al. .................. 209/3.1 |
| 4,808,079 A | | 2/1989 | Crowley et al. |
| 4,863,588 A | | 9/1989 | Herron |
| 4,908,112 A | | 3/1990 | Pace |
| 4,936,465 A | * | 6/1990 | Zold ............................ 209/3.1 |
| 4,939,081 A | | 7/1990 | Figdor et al. |
| 4,963,498 A | | 10/1990 | Hillman et al. |
| 5,005,639 A | | 4/1991 | Leland |
| 5,030,002 A | | 7/1991 | North, Jr. |
| 5,065,978 A | | 11/1991 | Albarda et al. |
| 5,092,972 A | | 3/1992 | Ghowsi |
| 5,101,978 A | * | 4/1992 | Marcus .................. B07C 5/342 |
| | | | 209/3.1 |
| 5,193,688 A | | 3/1993 | Giddings |
| 5,265,327 A | | 11/1993 | Faris et al. |
| 5,271,724 A | | 12/1993 | van Lintel |
| 5,275,787 A | | 1/1994 | Yuguchi et al. |
| 5,277,556 A | | 1/1994 | van Lintel |
| 5,395,588 A | | 3/1995 | North, Jr. et al. |
| 5,486,335 A | | 1/1996 | Wilding et al. |
| 5,498,392 A | | 3/1996 | Wilding et al. |
| 5,617,955 A | | 4/1997 | Tanner |
| 5,632,935 A | | 5/1997 | Yeoman et al. |
| 5,637,496 A | | 6/1997 | Thaler et al. |
| 5,699,157 A | | 12/1997 | Parce |
| 5,726,026 A | | 3/1998 | Wilding et al. |
| 5,726,404 A | | 3/1998 | Brody |
| 5,777,649 A | | 7/1998 | Otsuka et al. |
| 5,783,446 A | | 7/1998 | Saul et al. |
| 5,789,045 A | | 8/1998 | Wapner et al. |
| 5,795,727 A | | 8/1998 | Bierre et al. |
| 5,837,200 A | | 11/1998 | Diessel et al. |
| 5,858,195 A | | 1/1999 | Ramsey |
| 5,876,187 A | | 3/1999 | Forster et al. |
| 5,885,470 A | | 3/1999 | Parce et al. |
| 5,932,100 A | | 8/1999 | Yager et al. |
| 5,976,336 A | * | 11/1999 | Dubrow et al. .............. 204/453 |
| 5,979,664 A | | 11/1999 | Brodeur |
| 5,988,522 A | | 11/1999 | Glezer et al. |
| 5,998,212 A | | 12/1999 | Corio et al. |
| 6,033,191 A | | 3/2000 | Kamper et al. |
| 6,046,056 A | | 4/2000 | Parce et al. |
| 6,048,328 A | | 4/2000 | Haller et al. |
| 6,048,734 A | | 4/2000 | Burns et al. |
| 6,057,111 A | | 5/2000 | Deiss et al. |
| 6,062,681 A | | 5/2000 | Field et al. |
| 6,068,752 A | | 5/2000 | Dubrow et al. |
| 6,086,740 A | | 7/2000 | Kennedy |
| 6,102,530 A | | 8/2000 | Kim et al. |
| 6,120,666 A | | 9/2000 | Jacobson et al. |
| 6,145,247 A | | 11/2000 | McKinnis |
| 6,152,181 A | | 11/2000 | Wapner et al. |
| 6,196,525 B1 | | 3/2001 | Ganan-Calvo |
| 6,203,291 B1 | | 3/2001 | Stemme et al. |
| 6,214,556 B1 | | 4/2001 | Olek et al. |
| 6,221,654 B1 | | 4/2001 | Quake et al. |
| 6,273,553 B1 | | 8/2001 | Kim et al. |
| 6,280,967 B1 | | 8/2001 | Ransom et al. |
| 6,318,970 B1 | | 11/2001 | Backhouse |
| 6,337,740 B1 | | 1/2002 | Parce |
| 6,360,775 B1 | | 3/2002 | Barth et al. |
| 6,431,212 B1 | | 8/2002 | Hayenga et al. |
| 6,432,630 B1 | | 8/2002 | Blankenstein |
| 6,454,862 B1 | | 9/2002 | Yoshida et al. |
| 6,455,280 B1 | | 9/2002 | Edwards et al. |
| 6,481,453 B1 | * | 11/2002 | O'Connor et al. ........ 137/15.04 |
| 6,482,652 B2 | | 11/2002 | Furlong et al. |
| 6,507,391 B2 | | 1/2003 | Riley et al. |
| 6,524,790 B1 | | 2/2003 | Kopf-Sill et al. |
| 6,532,061 B2 | | 3/2003 | Ortyn et al. |
| 6,540,895 B1 | | 4/2003 | Spence et al. |
| 6,561,224 B1 | | 5/2003 | Cho |
| 6,592,821 B1 | | 7/2003 | Wada et al. |
| 6,597,438 B1 | | 7/2003 | Cabuz et al. |
| 6,629,820 B2 | | 10/2003 | Kornelsen |
| 6,657,730 B2 | | 12/2003 | Pfau et al. |
| 6,739,576 B2 | | 5/2004 | O'Connor et al. |

## US 10,029,263 B2

Page 3

(56)                **References Cited**

### U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 6,799,681 | B1 | 10/2004 | Warren |
| 6,802,342 | B2 | 10/2004 | Fernandes et al. |
| 6,803,194 | B1 | 10/2004 | Keck et al. |
| 6,808,075 | B2 | 10/2004 | Bohm et al. |
| 6,821,484 | B1 | 11/2004 | Gregersen |
| 6,830,936 | B2 * | 12/2004 | Anderson ........... B01F 11/0071 |
| | | | 422/504 |
| 6,877,528 | B2 | 4/2005 | Gilbert et al. |
| 6,976,590 | B2 | 12/2005 | Deshpande et al. |
| 7,024,281 | B1 | 4/2006 | Unno |
| 7,069,943 | B2 | 7/2006 | Gilbert et al. |
| 7,075,652 | B1 | 7/2006 | Sarvazyan et al. |
| 7,080,664 | B1 * | 7/2006 | Ayer ...................... F15C 1/008 |
| | | | 137/826 |
| 7,104,405 | B2 | 9/2006 | Bohm et al. |
| 7,118,910 | B2 | 10/2006 | Unger et al. |
| 7,157,274 | B2 | 1/2007 | Bohm et al. |
| 7,157,275 | B2 | 1/2007 | Guarino et al. |
| 7,220,594 | B2 | 5/2007 | Foster et al. |
| 7,258,774 | B2 | 8/2007 | Chou et al. |
| 7,303,727 | B1 | 12/2007 | Dubrow et al. |
| 7,355,699 | B2 | 4/2008 | Gilbert et al. |
| 7,389,879 | B2 | 6/2008 | Tyvoll et al. |
| 7,452,725 | B2 * | 11/2008 | Leary et al. ................. 436/63 |
| 7,497,334 | B2 | 3/2009 | Tyvoll et al. |
| 7,569,788 | B2 | 8/2009 | Deshpande et al. |
| 7,584,857 | B2 * | 9/2009 | Bohm et al. ................. 209/155 |
| 7,612,355 | B2 | 11/2009 | Wu et al. |
| 7,820,427 | B2 | 10/2010 | Unger et al. |
| 7,863,035 | B2 | 1/2011 | Clemens et al. |
| 7,963,399 | B2 | 6/2011 | Bohm et al. |
| 7,964,078 | B2 | 6/2011 | Lee et al. |
| 8,123,044 | B2 * | 2/2012 | Johnson et al. ............. 209/559 |
| 8,210,209 | B2 | 7/2012 | Gilbert et al. |
| 8,252,604 | B2 | 8/2012 | Rigler |
| 8,268,245 | B2 | 9/2012 | Wahl |
| 8,408,399 | B2 | 4/2013 | Bohm et al. |
| 8,567,608 | B2 | 10/2013 | Deshpande et al. |
| 8,609,039 | B2 | 12/2013 | Zhou et al. |
| 8,623,294 | B2 | 1/2014 | Asogawa et al. |
| 8,623,295 | B2 | 1/2014 | Gilbert et al. |
| 8,678,192 | B1 | 3/2014 | Pung et al. |
| 8,691,164 | B2 * | 4/2014 | Butler et al. ................. 422/505 |
| 8,723,140 | B2 | 5/2014 | Kiesel et al. |
| 8,727,131 | B2 | 5/2014 | Deshpande et al. |
| 8,844,571 | B2 * | 9/2014 | Golling ................. B64C 21/025 |
| | | | 137/487.5 |
| 8,895,311 | B1 * | 11/2014 | Handique ........... B01J 19/0093 |
| | | | 422/502 |
| 9,011,797 | B2 | 4/2015 | Gilbert et al. |
| 9,074,978 | B2 | 7/2015 | Lo et al. |
| 9,149,806 | B2 * | 10/2015 | Collins .............. G01N 15/1031 |
| 9,194,786 | B2 * | 11/2015 | Foster .............. B01L 3/502761 |
| 9,339,850 | B2 | 5/2016 | Deshpande et al. |
| 9,448,157 | B2 | 9/2016 | Ito |
| 9,550,215 | B2 | 1/2017 | Deshpande et al. |
| 2002/0005354 | A1 | 1/2002 | Spence et al. |
| 2002/0058332 | A1 | 5/2002 | Quake et al. |
| 2002/0093641 | A1 | 7/2002 | Ortyn et al. |
| 2002/0166585 | A1 | 11/2002 | O'Connor et al. |
| 2003/0027225 | A1 | 2/2003 | Wada et al. |
| 2004/0037739 | A1 * | 2/2004 | McNeely et al. .............. 422/58 |
| 2004/0180426 | A1 | 9/2004 | Maher et al. |
| 2004/0233424 | A1 | 11/2004 | Lee et al. |
| 2006/0170912 | A1 | 8/2006 | Mueth et al. |
| 2006/0177348 | A1 * | 8/2006 | Yasuda et al. ................. 422/73 |
| 2006/0278288 | A1 | 12/2006 | Gilbert et al. |
| 2007/0065808 | A1 | 3/2007 | Bohm et al. |
| 2008/0070311 | A1 * | 3/2008 | Li ................................ 436/63 |
| 2008/0213821 | A1 | 9/2008 | Liu et al. |
| 2009/0283452 | A1 * | 11/2009 | Lean et al. ................... 209/155 |
| 2010/0032350 | A1 | 2/2010 | Deshpande et al. |
| 2010/0133151 | A1 | 6/2010 | Bohm et al. |
| 2011/0005978 | A1 | 1/2011 | Bohm et al. |
| 2011/0030808 | A1 | 2/2011 | Chiou et al. |

| | | | |
|---|---|---|---|
| 2012/0006727 | A1 | 1/2012 | Bohm et al. |
| 2012/0012508 | A1 * | 1/2012 | Deshpande et al. ........... 209/10 |
| 2012/0015442 | A1 | 1/2012 | Gilbert et al. |
| 2012/0153185 | A1 | 6/2012 | Ito et al. |
| 2012/0258488 | A1 | 10/2012 | Abilez et al. |
| 2013/0083315 | A1 * | 4/2013 | Lo et al. ......................... 356/73 |
| 2014/0251879 | A1 | 9/2014 | Deshpande et al. |
| 2014/0339445 | A1 | 11/2014 | Sharpe et al. |
| 2015/0298122 | A1 | 10/2015 | Zeng et al. |
| 2015/0352597 | A1 | 12/2015 | Deshpande et al. |
| 2015/0375227 | A1 * | 12/2015 | Quake ................ B01L 3/502784 |
| | | | 422/502 |
| 2016/0040226 | A1 | 2/2016 | Mehta et al. |
| 2016/0158758 | A1 | 6/2016 | Johnson et al. |

### FOREIGN PATENT DOCUMENTS

| | | |
|---|---|---|
| EP | 1065378 A2 | 1/2001 |
| GB | 2229649 A | 10/1990 |
| JP | S49-046274 | 5/1974 |
| JP | S61-137062 A | 6/1986 |
| JP | S63-259466 A | 10/1988 |
| JP | H01-170853 A | 7/1989 |
| JP | H03-043070 | 2/1991 |
| JP | H05-506180 A | 9/1993 |
| JP | H06-507241 | 8/1994 |
| JP | H08-332074 A | 12/1996 |
| JP | H09-141124 A | 6/1997 |
| JP | H11-508182 A | 7/1999 |
| JP | 2001-521755 A | 11/2001 |
| JP | 2002-503334 A | 1/2002 |
| JP | 2004-505272 A | 2/2004 |
| WO | 91/14505 A1 | 10/1991 |
| WO | 91/15750 A1 | 10/1991 |
| WO | 98/07069 A1 | 2/1998 |
| WO | 98/10267 A1 | 3/1998 |
| WO | 98/52691 A1 | 11/1998 |
| WO | 99/23471 A1 | 5/1999 |
| WO | 0070080 A1 | 11/2000 |
| WO | 02/10713 A2 | 2/2002 |
| WO | 02/44689 A2 | 6/2002 |
| WO | 2003089158 A1 | 10/2003 |

### OTHER PUBLICATIONS

Communication issued in European Application No. 03 726 391. 0-2204, dated Apr. 12, 2010.
Supplementary European Search Report issued in European Application No. 03726391.0-2204, dated Oct. 6, 2009.
Office Action issued in Chinese Application No. 03814212.0, dated Feb. 20, 2009.
Office Action issued in Chinese Application No. 03814212.0, dated Apr. 25, 2009.
Office Action in Japanese Application No. 2004-536583, dated Sep. 29, 2009.
Written Opinion issued in Singapore Application No. 200701943-3, dated Dec. 1, 2009.
International Preliminary Examination Report issued in International Application No. PCT/US03/29198, dated Feb. 21, 2006.
International Search Report issued in International Application No. PCT/US03/29198, dated Jun. 10, 2005.
International Preliminary Examination Report issued in International Application No. PCT/US03/12368, dated Aug. 25, 2004.
International Search Report issued in International Application No. PCT/US03/12368, dated Aug. 21, 2003.
Supplementary European Search Report issued in European Application No. 03752432.9, dated Aug. 14, 2009.
International Preliminary Examination Report issued in International Application No. PCT/US03/12359, dated Nov. 12, 2003.
International Search Report issued in International Application No. PCT/US03/12359, dated Jun. 28, 2003.
Examination Report issued in Australian Application No. 2003228630, dated Feb. 11, 2008.
First Office Action issued in Chinese Application No. 03825178.7, dated Jun. 27, 2008.

## US 10,029,263 B2

Page 4

(56)     **References Cited**

OTHER PUBLICATIONS

Second Office Action issued in Chinese Application No. 03825178. 7, dated Mar. 20, 2009.
Third Office Action issued in Chinese Application No. 03825178.7, dated Sep. 18, 2009.
Office Action issued in Japanese Application No. 2007-315437, dated May 11, 2011.
Office Action issued in Canadian Application No. 2,482,869, dated Dec. 17, 2010.
Office Action issued in Canadian Application No. 2,482,869, dated Feb. 16, 2010.
Examination Report issued in Indian Application No. 1587/ KOLNP/2004, dated Jul. 15, 2010.
Office Action issued in Japanese Application No. 2007-315437, dated May 12, 2010.
Examination Report issued in Australian Application No. 2010200179, dated Mar. 22, 2011.
Office Action issued in Israeli Application No. 167266, dated Sep. 28, 2010.
Office Action issued in Japanese Application No. 2003-585899, dated Jan. 11, 2008.
Office Action issued in Japanese Application No. 2003-585899, dated Jun. 6, 2007.
Office Action issued in Canadian Application No. 2,482,869, dated Sep. 13, 2011.
Office Action issued in Chinese Application No. 200910168699.1, dated Jun. 21, 2012.
Office Action issued in U.S. Appl. No. 12/821,790, dated Oct. 1, 2012.
Office Action issued in U.S. Appl. No. 13/425,132, dated Nov. 6, 2012.
International Preliminary Examination Report issued in International Application No. PCT/US03/12360, dated Jul. 21, 2004.
International Search Report issued in International Application No. PCT/US03/12360, dated Oct. 30, 2003.
Notice of Allowance issued in U.S. Appl. No. 12/821,790, dated Apr. 14, 2015.
Notice of Allowance issued in U.S. Appl. No. 13/245,132, dated Jan. 2, 2014.
Office Action issued in U.S. Appl. No. 10/329,008, dated May 23, 2005.

Office Action issued in U.S. Appl. No. 10/329,008, dated Nov. 30, 2004.
Office Action issued in U.S. Appl. No. 10/664,587, dated Feb. 9, 2006.
Office Action issued in U.S. Appl. No. 10/664,587, dated Jun. 13, 2005.
Office Action issued in U.S. Appl. No. 10/664,587, dated Nov. 30, 2004.
Office Action issued in U.S. Appl. No. 11/101,038, dated Feb. 22, 2008.
Office Action issued in U.S. Appl. No. 11/101,038, dated Jul. 9, 2007.
Office Action issued in U.S. Appl. No. 11/101,038, dated Jun. 5, 2006.
Office Action issued in U.S. Appl. No. 12/499,254, dated Jan. 11, 2012.
Office Action issued in U.S. Appl. No. 12/499,254, dated Jul. 26, 2012.
Office Action issued in U.S. Appl. No. 12/499,254, dated Mar. 9, 2010.
Office Action issued in U.S. Appl. No. 12/821,790, dated Dec. 2, 2013.
Office Action issued in U.S. Appl. No. 12/821,790, dated Jun. 6, 2012.
Office Action issued in U.S. Appl. No. 12/821,790, dated Oct. 1, 2014.
Office Action issued in U.S. Appl. No. 13/245,132, dated Jun. 10, 2013.
Office Action issued in U.S. Appl. No. 13/245,132, dated Nov. 6, 2012.
Office Action issued in U.S. Appl. No. 14/281,303, dated Apr. 18, 2016.
Office Action issued in U.S. Appl. No. 11/603,444, dated Dec. 23, 2009.
Office Action issued in U.S. Appl. No. 12/537,802 dated Jun. 18, 2010.
Search Information Statement issued in Australian Application No. 2010200179, dated Mar. 22, 2011.
Examination Report by Brazilian Patent Office for Brazilian Application No. PI0309321-2 dated Aug. 9, 2016 (English translation).

* cited by examiner





FIG.5

FIG.6



FIG.7

FIG.8

FIG.9

FIG.10



FIG. 11



US 10,029,263 B2

**1**

# METHOD AND APPARATUS FOR SORTING PARTICLES

## RELATED APPLICATIONS

This application is a continuation of U.S. patent application Ser. No. 13/158,960, filed Jun. 13, 2011 and entitled "METHOD AND APPARATUS FOR SORTING PARTICLES," which is a continuation of U.S. patent application Ser. No. 12/537,802, filed Aug. 7, 2009, which is a continuation of U.S. patent application Ser. No. 11/499,953, filed Aug. 7, 2006, which is a continuation of U.S. patent application Ser. No. 10/940,143 entitled "Method and Apparatus for Sorting Particles" filed Sep. 13, 2004, which is a divisional of U.S. patent application Ser. No. 10/179,488 entitled "Method and Apparatus for Sorting Particles" filed Jun. 24, 2002 which claims priority to U.S. Provisional Patent Application Ser. No. 60/373,256 entitled "Microfluidic System Including a Bubble Valve for Regulating Fluid Flow Through a Microchannel" filed Apr. 17, 2002, the contents of each application is incorporated herein by reference in their entirety.

## FIELD OF THE INVENTION

The invention relates to a method and apparatus for the sorting of particles in a suspension, where the input flow path of a sorting module can be split into several output channels. More particular, the invention relates to a particle sorting system in which a plurality of sorting modules are interconnected as to yield an increased particle throughput.

## BACKGROUND OF THE INVENTION

In the fields of biotechnology, and especially cytology and drug screening, there is a need for high throughput sorting of particles. Examples of particles that require sorting are various types of cells, such as blood platelets, white blood cells, tumorous cells, embryonic cells and the like. These particles are especially of interest in the field of cytology. Other particles are (macro) molecular species such as proteins, enzymes and poly-nucleotides. This family of particles is of particular interest in the field of drug screening during the development of new drugs.

Methods and apparatuses for particle sorting are known, and the majority described in the prior art work in the condition where the particles are suspended in a liquid flowing through a channel network having at least a branch point downstream and are operated according the detect-decide-deflect principle. The moving particle is first analyzed for a specific characteristic, such as optical absorption, fluorescent intensity, size etc. Depending on the outcome of this detection phase, it is decided how the particle will be handled further with. The outcome of the decision is then applied to deflect the direction of specific particle towards a predetermined branch of the channel network.

Of importance is the throughput of the sorting apparatus, i.e. how many particles can be sorted per unit of time. Typical sorting rates for sorters employing flows of particle suspension in closed channels are in the range from a few hundred particles per second to thousands of particles per second, for a single sorting unit.

An example of a sorting device is described in U.S. Pat. No. 4,175,662, the contents of which are herein incorporated by reference. In the '662 patent, a flow of particles, cells in this case, flows through the center of a straight channel, which branches into two perpendicular channels at a branch-

**2**

ing point downstream (T-branch). The entering particles are surrounded by a sheath of compatible liquid, keeping the particles confined to the center of the channel. In normal conditions, the flow ratio through the two branches is adjusted so that the particles automatically flow through one of the branches. In a section of the channel a characteristic of the particles is determined using a detector, which can be an optical system (detection phase). The detector raises a signal, which is interpreted. When the detector detects a particle possessing a predetermined characteristic in the decision phase, a deflector is activated for deflecting the particle in a deflection phase. In this case, the deflector comprises an electrode pair, positioned in the branch of the channel where the particles normally flow through in the inactivated state of the deflector. By the application of current pulses, the aqueous liquid is electrolysed, yielding a gas bubble evolving between the electrode pair. As the gas bubble increases in size, the flow rate through this branch is reduced during the evolving phase. After the current pulse is applied, the bubble growth stops and the gas bubble is carried along with the flow. As a result, the flow through the specific branch is momentarily reduced and the particle of interest changes paths and flows down the other branch.

The described device is effective for sorting particles, however one serious drawback is that gas bubbles are created which potentially can accumulate at certain points of the fluidic network or clog flow channels, yielding erroneous sorting. Another drawback is that the generated gasses (mostly oxygen and hydrogen) and ionic species (mostly $OH^-$ and $H^+$) influence the particles flowing through the branch with the electrode pair. In addition, cells and delicate proteins such as enzymes are very fragile and can be destroyed by the fouling constituents co-generated with the gas bubble. Another drawback is the complexity of the overall sorting apparatus. In particular, the micro electrode construction is very complex to mount and assemble in the small channels of the system. As a result, the cost of a sorting unit is relatively large.

Another example of a particle sorting system of the prior art is disclosed in U.S. Pat. No. 3,984,307, the contents of which are herein incorporated by reference. In the '307 patent, the particles are flowing, confined by a flowing sheath liquid, through the center of a channel. After passing a detector section, the channel branches to two channels under an acute angle (Y-branch). Just before the branching point, an electrically activated transducer is located in the channel for deflecting a specific particle having an appropriate, predetermined characteristic. The transducer described is a piezo actuator or ultrasonic transducer, yielding upon electrical activation a pressure wave in the channel. The generated pressure wave momentarily disturbs the flow in one branch thus deflecting the particle of interest into the other branch

Also in this device, as in the previous discussed device, the deflector is incorporated within the channel system, resulting in relatively large costs of construction. Another drawback is the deflector principle used. The generated pressure waves are not confined to the branching point, but will propagate upstream into the detector section as well as downstream both branches and influence the overall flow through the channel. This is particularly a drawback if sorters of this type are connected either in series or in parallel as to build a sorter system with increased throughput. Pressure waves generated in one sorter can then influence the flows and deflection of particles in neighboring sorter units.

US 10,029,263 B2

3

Another disclosed sorter, U.S. Pat. No. 4,756,427, the contents of which are herein incorporated by reference, is analogous to the sorter disclosed the earlier discussed '662. In this case however, the flow in one branch is disturbed by momentarily changing the resistance of the branch. The resistance is changed by changing the height of the branch channel by an external actuator. In the preferred embodiment, this external actuator is a piezo disc glued on top of the channel, causing it to move downwards upon activation.

Although the construction of the sorter described in the '427 patent is less complex as the previous sorter structures, it is still problematic to couple multiple sorter modules of the described type together to increase the sorting rate. This is, as in the sorter described in '307 because of the generated pressure waves causing interference with other sorter modules.

Another particle sorting device is described in U.S. Pat. No. 5,837,200, the contents of which are herein incorporated by reference. The '200 patent describes a sorting device that uses a magnetic deflection module to classify or select particles based on their magnetic properties. The '200 patent further describes processing and separating individual particle streams in parallel.

## SUMMARY OF THE INVENTION

The present invention provides a method and apparatus for sorting particles moving through a closed channel system of capillary size. The particle sorting system of the invention provides a sorting module that can be assembled at low cost while providing an accurate means of sorting large amounts of particles per unit of time. The particle sorting system may include a plurality of closely coupled sorting modules which are combined to further increase the sorting rate. The particle sorting system may comprise a multi-stage sorting device for serially sorting streams of particles, in order to decrease the error rate.

The particle sorting system implements an improved fluidic particle switching method and switching device according to the current invention. The particle sorting system comprises a closed channel system of capillary size for sorting particles. The channel system comprises a first supply duct for introducing a stream of particles and a second supply duct for supplying a carrier liquid. The first supply duct forms a nozzle to introduce a stream of particles into the flow of carrier liquid. The first supply duct and the second supply duct enter a measurement duct, which branches into a first branch and a second branch at a branch point. A measurement region is defined in the measurement duct and is associated with a detector to sense a predetermined characteristic of particles in the measurement region. Two opposed bubble valves are positioned in communication with the measurement duct and are spaced opposite each other. The bubble valves communicate with the measurement duct through a pair of opposed side passages. Liquid is allowed to partly fill these side passages to form a meniscus therein which interfaces the carrier liquid with the reservoir of the bubble valves. An external actuator is also provided for actuating one of the bubble valves. When the external actuator is activated, the pressure in the reservoir of the activated bubble valve increases, deflecting the meniscus and causing a flow disturbance in the measurement duct to deflect the flow therein.

When a sensing means in the measuring region senses a predetermined characteristic in a particle flowing through the measurement region, the sensing means produces a signal in response to the sensed characteristic. The external

4

actuator is responsive to the sensing means to cause a pressure pulse in a compression chamber of a first bubble valve to deflect the particle with the predetermined characteristic, causing the selected particle to flow down the second branch duct.

In one aspect, the invention comprises a method of sorting particles including the steps of providing a measurement duct having an inlet and a branching point at which the duct separates into two branch ducts, conducting a stream of fluid into the duct inlet with a stream of particles suspended therein, such that the particles normally flow through a first one of the branch ducts and providing upstream from the branching point two opposing side passages for momentarily deflecting the stream in the duct. A first one of the side passages is hydraulically connected to a compression chamber of a first bubble valve, which is acted upon by an external actuator for varying the pressure therein. A second of the side passages is hydraulically connected with a buffer chamber of a second bubble valve for absorbing pressure variations. The method further comprises providing a measurement station along the measurement duct upstream of the side passages for sensing a predetermined characteristic of particles in the stream and for producing a signal when the predetermined characteristic is sensed. The method further comprises the step of, in response to sensing the predetermined characteristic, activating the external actuator for creating a flow disturbance in the duct between the side passages, thereby deflecting the particle having the predetermined characteristics and causing the selected particle to flow down the second branch duct.

In further aspects of the invention, the particle sort rate is respectively increased or the type of particles sorted being increased, by respectively connecting a plurality of sorting modules in parallel or serially connecting a plurality of sorting modules in a binary tree like configuration.

According to one aspect of the invention, a particle sorting system is provided. The particles sorting system comprises a first duct for conveying a stream of suspended particles confined in a carrier liquid, comprising an inlet, a first outlet and a second outlet, a sensor for sensing a predetermined characteristic in a particle, a side channel in communication with the first duct, a sealed chamber positioned adjacent to the side channel, wherein the carrier fluid forms a meniscus in the side channel to separate the sealed chamber from the carrier fluid; and an actuator. The actuator modifies the pressure in the sealed chamber to deflect the meniscus when the sensor senses the predetermined characteristic. The deflection of the meniscus causes the particle having the predetermined characteristic to flow into the second outlet while particles that do not have the predetermined characteristic flow into the first outlet.

According to another aspect of the invention, a particle sorting system is provided. The particle sorting system comprises a first duct for conveying a stream of suspended particles confined in a carrier liquid, a sensor for sensing a predetermined characteristic in a particle and a first side channel in communication with the first duct. The first duct comprises an inlet, a first outlet and a second outlet. The particle sorting system further comprises a sealed actuator chamber positioned adjacent to the first side channel, wherein the carrier fluid forms a meniscus in the first side channel to separate the sealed chamber from the carrier fluid, an actuator for modifying the pressure in the sealed actuator chamber to deflect the meniscus when the sensor senses said predetermined characteristic and a buffer. The deflection of the meniscus creates a transient flow in the first duct which deflects particle having said predetermined characteristic to

US 10,029,263 B2

5

flow into the second outlet while particles that do not have said predetermined characteristic flow into the first outlet. The buffer absorbs a transient flow in the first duct.

According to another aspect of the invention, a particle sorting system is provided. The particle sorting system comprises a duct for conveying a stream of particles in a carrier fluid, a sensor for sensing a predetermined characteristic in a particle and an actuator. The duct comprises an inlet, a first outlet and a second outlet, wherein the particles normally flow from the inlet into the first outlet. The actuator selectively applies a pressure pulse to the suspension to deflect a particle in the stream of particles into the second outlet when said predetermined characteristic is detected. The particle sorting system further comprises a buffer for absorbing the pressure pulse.

According to yet another aspect of the invention, a particle sorting system is provided. The particle sorting system comprises a duct for conveying a stream of suspended particles confined in a carrier fluid, comprising an inlet, a first outlet and a second outlet, wherein the particles normally flow from the inlet into the first outlet, a sensor for sensing a predetermined characteristic in a particle, an actuator for selectively applying a pressure pulse to the stream of suspended particles to deflect a particle in the stream of particles when said predetermined characteristic is detected, causing it to flow into the second outlet and a buffer for absorbing the pressure pulse. The buffer comprises a side channel in communication with the duct, a sealed buffer chamber adjacent to the side channel and a meniscus formed by the carrier fluid at an interface between the sealed chamber and the side channel.

According to still another aspect of the invention, a particle sorting system is provided. The particle sorting system comprises a first duct for conveying a stream of suspended particles confined in a carrier liquid, comprising an inlet, a first outlet and a second outlet, a sensor for sensing a predetermined characteristic in a particle, a side channel in communication with the first duct, a sealed chamber positioned adjacent to the side channel, wherein the carrier fluid forms a first meniscus in the side channel to separate the sealed chamber from the sealed chamber an actuator for modifying the pressure in the sealed chamber to deflect the first meniscus when the sensor senses said predetermined characteristic, whereby the deflection of the meniscus causes a particle having said predetermined characteristic to flow into the second outlet while particles that do not have said predetermined characteristic flow into the first outlet and a buffer for absorbing the pressure pulse. The buffer comprises a side channel in communication with the duct, a sealed chamber adjacent to the side channel and a first meniscus formed by the carrier fluid at an interface between the sealed chamber and the side channel.

According to another aspect of the invention, a particle sorting system for sorting particles suspended in a liquid is provided. The particle sorting system comprises an inlet duct through which flows a liquid containing particles having a predetermined characteristic and particles not having a pre-determined characteristic. The inlet duct branches into a plurality of measurement channels which are operated in parallel and simultaneously fed with the liquid, each measurement channel having a sorting module and two outlet channels, and each sorting module having a switch unit for distribution of particles having a predetermined character-istic and particles not having a predetermined characteristic to said two different outlet channel. Each switch unit comprises at least one sensor which detects and classifies the particles having the predetermined characteristic, a side

6

passage in communication with the inlet duct, a sealed chamber adjacent to and separated from the side passage by a meniscus formed by the liquid and an actuator controlled by each said sensor arranged on each said switch unit for selectively deflecting the meniscus to deflect a particle having the predetermined characteristic into one of said outlet channel. Each of the two outlet channels on each measurement channel is connected to a separate summing channel for the particles having a predetermined charac-teristic and particles not having a predetermined characteristic selectively distributed to it.

According to still another aspect of the invention, a particle sorting system for sorting particles suspended in a liquid is provided comprising an inlet duct through which flows a liquid containing particles having a predetermined characteristic and particles not having a predetermined char-acteristic. The inlet duct branches into a plurality of channels which are operated in parallel and simultaneously fed with the liquid, each channel having a sorting module and two outlet channels, and each sorting module having a switch unit for distribution of particles having a first predetermined characteristic and particles not having the first predeter-mined characteristic between said two different outlet chan-nels. Each sorting module comprises at least one sensor which detects and classifies the particles having the first predetermined characteristic, and an actuator controlled by each said sensor arranged on each said switch unit for selectively deflecting a particle having the first predeter-mined characteristic into one of said outlet channels. Each of said two outlet channels on each sorting module is con-nected to a separate summing channel for the particles having the first predetermined characteristic and particles not having the first predetermined characteristic selectively distributed to it. The system further comprises at least one secondary sorting module connected to the summing chan-nel for the particles having the first predetermined charac-teristic, each of said secondary sorting modules having a first outlet channel and a second outlet channel, a detector for sensing particles and a switch unit for selectively deflecting a particle having a second predetermined characteristic into one of said outlet channels based on a second predetermined characteristic.

According to another aspect, a particle sorting system is provided, comprising a plurality of parallel primary sorting channels through which flows a stream of suspended par-ticles confined in a carrier liquid. Each primary sorting channel has a detection region for detecting a predetermined characteristic in a particle and a switching region for sepa-rating particles having the predetermined characteristic into a first receiving channel from particles that do not have the predetermined characteristic, which flow into a second receiving channel. The system further comprises an aggre-gation region for aggregating the particles having the pre-determined characteristic from the first receiving channels, and at least one secondary sorting channel in series with the plurality of parallel primary sorting channels for collecting the selected particles from the plurality of first outlet chan-nels and separating particles in the secondary sorting chan-nel having the predetermined characteristic from other par-ticles in the secondary sorting channel.

According to a final aspect, a method of sorting small particles is provided. The method comprises the steps of providing a closed duct having an inlet and a fork at which the duct separates into two branch ducts, conducting a stream of liquid into the duct inlet with a stream of particles suspended therein, the particle stream normally flowing through a first one of the branch ducts surrounding the

US 10,029,263 B2

7

8

stream of liquid with a particle free enveloping current of liquid to produce substantially laminar flow and providing a measurement station along the closed duct upstream of the fork for sensing a predetermined property of particles in the stream and for producing a signal when the property is sensed. The method further comprises providing an actuator for applying a pressure on the liquid and providing means for buffering pressure variations in the liquid. The pressure buffering means cooperates with the pressure applying means to result in a momentary deflection of the liquid streaming through the duct substantially perpendicular to the normal direction of flow from the point where the pressure is applied towards the point where the pressure is buffered, causing the specific particle having the predetermined property to flow into the second branch duct without eliminating the laminar flow.

BRIEF DESCRIPTION OF THE DRAWINGS

FIG. 1 is a schematic view of a particle sorting system according to an illustrative embodiment of the invention.

FIGS. 2 through 4 illustrate the operation of the particle sorting system of FIG. 1.

FIG. 5 illustrates a particle sorting system showing alternate positions for the actuator chamber and the buffer chamber.

FIG. 6 illustrates the particle sorting system according to another embodiment of the invention.

FIG. 7 illustrates a bubble valve suitable for use in the particle sorting system of the invention.

FIG. 8 is a schematic diagram of the particle sorting system of an illustrative embodiment of the invention

FIG. 9 shows a particle sorting system for sorting parallel streams of particles.

FIG. 10 shows a particle sorting system binary tree-like configuration of sorting modules.

FIG. 11 illustrates a multi-stage particle sorting system for sorting parallel streams of particles in two stages.

FIG. 12 illustrates a parallel particle sorting system according to an alternate embodiment of the invention.

FIG. 13 illustrates a parallel particle sorting system according to another embodiment of the invention.

DETAILED DESCRIPTION OF THE INVENTION

The present invention provides a particle sorting system for sorting particles suspended in a liquid. The particle sorting system provides high-throughput, low error sorting of particles based on a predetermined characteristic. The present invention will be described below relative to illustrative embodiments. Those skilled in the art will appreciate that the present invention may be implemented in a number of different applications and embodiments and is not specifically limited in its application to the particular embodiments depicted herein.

FIG. 1 shows a schematic of a particle sorting system according to an illustrative embodiment of the invention. According to one application of the present invention, a particle sorting system 10 comprises a closed channel system of capillary size for sorting particles. The channel system comprises a first supply duct 12 for introducing a stream of particles 18 and a second supply duct 14 for supplying a carrier liquid. The first supply duct 12 forms a nozzle 12a, and a stream of particles is introduced into the flow of carrier liquid. The first supply duct 12 and the second supply duct 14 enter a measurement duct 16 for conveying

the particles suspended in the carrier liquid, which branches into a first branch 22a and a second branch 22b at a branch point 21. A measurement region 20 is defined in the measurement duct 16 and is associated with a detector 19 to sense a predetermined characteristic of particles in the measurement region 20. Two opposed bubble valves 100a and 100b are positioned in communication with the measurement duct 16 and are spaced opposite each other. The bubble valves 100a, 100b communicate with the measurement duct 16 through a pair of opposed side passages 24a and 24b, respectively. Liquid is allowed to partly fill these side passages 24a and 24b to form a meniscus 25 therein. The meniscus defines an interface between the carrier liquid and a gas in the reservoir of the associated bubble valve 100. An external actuator 26 is also provided for actuating the first bubble valves 100a, which momentarily causes a flow disturbance in the duct to deflect the flow therein when activated by the actuator 26. The second bubble valve 100b serves as a buffer for absorbing the pressure pulse created by the first bubble valve 100a.

The first side passage 24a is hydraulically connected to a compression chamber 70a in the first bubble valve 100a, so that if the pressure in this chamber is increased, the flow in the measurement duct near the side passage is displaced inwards, substantially perpendicular to the normal flow in the duct. The second side passage 24b, positioned opposite of the first side passage 24a is hydraulically connected to a buffer chamber 70b in the second bubble valve 100b for absorbing pressure transients. This second side passage 24b co-operates with the first side passage 24a to direct the before mentioned liquid displacement caused by pressurizing the compression chamber 70a, so that the displacement has a component perpendicular to the normal flow of the particles through the measurement duct.

Upon pressurizing the compression chamber 70a an amount of liquid is transiently discharged from the first side passage 24a. The resiliency of the second side passage 24b results upon a pressurized discharge, in a transient flow of the liquid in the duct into the second side passage 24a. The co-operation of the two side passages and the fluidic structures they interconnect causes the flow through the measurement duct 16 to be transiently moved sideways back and forth upon pressurizing and depressurising of the compression chamber 70a induced by the external actuator 26 in response to the signal raised by the detection means 19. This transient liquid displacement, having a component perpendicular to the normal flow in the duct, can be applied in deflecting particles having predetermined characteristics to separate them from the remaining particles in the mixture.

As shown, the measurement duct 16 branches at the branch point 21 into two branches 22a, 22b and the flow rates in these branches are adjusted so that the particles normally stream through the second of the two branches 22b. The angle between the branches 22a, 22b is between 0 and 180 degrees, preferably between 10 and 45 degrees. However, the angle can even be 0 degrees, which corresponds to two parallel ducts with a straight separation wall between them.

The particles to be sorted are preferably supplied to a measurement position in a central fluid current, which is surrounded by a particle free liquid sheath. The process of confining a particle stream is known, and often referred to as a 'sheath flow' configuration. Normally confinement is achieved by injecting a stream of suspended particles through a narrow outlet nozzle into a particle free carrier liquid flowing in the duct 16. By adjusting the ratio of flow rates of the suspension and carrier liquid, the radial con-

US 10,029,263 B2

9

finement in the duct as well as the inter particle distance can be adjusted. A relative large flow rate of the carrier liquid results in a more confined particle stream having a large distance between particles.

In a suspension introduced by the first supply duct 12, two types of particles can be distinguished, normal particles 18a and particles of interest 18b. Upon sensing the predetermined characteristic in a particle 18b in the measurement region 20, the detector 19 raises a signal. The external actuator 26 activates the first actuator bubble valve 100a, when signaled by the detector 19 in response to sensing the predetermined characteristic, to create a flow disturbance in the measurement duct 16 between the side passages 24a, 24b. The flow disturbance deflects the particle 18b having the predetermined characteristic so that it flows down the first branch duct 22a rather than the second branch 22b. The detector communicates with the actuator 26, so that when the detector 19 senses a predetermined characteristic in a particle, the actuator activates the first bubble valve 100a to cause pressure variations in the reservoir 70a of the first bubble valve. The activation of the first bubble valves deflects the meniscus 25a in the first bubble valve 100a and causes a transient pressure variation in the first side passage 24a. The second side passage 24b and the second bubble valve 100b absorb the transient pressure variations in the measurement duct 16 induced via the actuator 26. Basically, the reservoir 70b of the second bubble valve 100b is a buffer chamber having a resilient wall or containing a compressible fluid, such as a gas. The resilient properties allow the flow of liquid from the measurement duct into the second side passage 24b, allowing the pressure pulse to be absorbed and preventing disturbance to the flow of the non-selected particles in the stream of particles.

At the measurement region 20, individual particles are inspected, using a suitable sensor means 19, for a particular characteristic, such as size, form, fluorescent intensity etc. Examples of applicable sensing means, known in the art, are various types of optical detection systems such as microscopes, machine vision systems and electronic means for measuring electronic properties of the particles. Particularly well known systems in the field are systems for measuring the fluorescent intensity of particles. These systems comprise a light source having a suitable wavelength for inducing fluorescence and a detection system for measuring the intensity of the induced fluorescent light. This approach is often used in combination with particles that are labelled with a fluorescent marker, i.e. an attached molecule that upon illuminating with light of a particular first wavelength produces light at another particular second wavelength (fluorescence). If this second wavelength light is detected, the characteristic is sensed and a signal is raised.

Other examples include the measurement of light scattered by particles flowing through the measurement region. Interpreting the scattering yield information on the size and form of particles, which can be adopted to raise a signal when a predetermined characteristic is detected.

The actuator 26 for pressurizing the compression chamber of the first bubble valve may comprise an external actuator that responds to a signal from the sensor that a particle has a selected predetermined characteristic. There are two classes of external actuators that are suitable for increasing the pressure. The first class directly provides a gas pressure to the liquid in the first side passage 24a. For example, the actuator may comprise a source of pressurized gas connected with a switching valve to the liquid column in the side passage 24a. Activation of the switch connects the passage to the source of pressurized gas, which deflects the

10

meniscus in the liquid. Upon deactivation, the switch connects the passage 24a back to the normal operating pressure.

Alternatively, a displacement actuator may be used in combination with a closed compression chamber having a movable wall. When the displacement actuator displaces the wall of the compression chamber inward, the pressure inside increases. If the movable wall is displaced back to the original position, the pressure is reduced back to the normal operating pressure. An example of a suitable displacement actuator is an electromagnetic actuator, which causes displacement of a plunger upon energizing a coil. Another example is the use of piezoelectric material, for example in the form of a cylinder or a stack of disks, which upon the application of a voltage produces a linear displacement. Both types of actuators engage the movable wall of the compression chamber 70 to cause pressure variations therein.

FIGS. 2-4 illustrate the switching operation of switch 40 in the particle sorting system 10 of FIG. 1. In FIG. 2, the detector 19 senses the predetermined characteristic in a particle and raises a signal to activate the actuator 26. Upon activation of the actuator, the pressure within the reservoir 70a of the first bubble valve 100a is increased, deflecting the meniscus 25a and causing a transient discharge of liquid from the first side passage 24a, as indicated by the arrow. The sudden pressure increase caused at this point in the duct causes liquid to flow into the second side passage 24b, because of the resilient properties of the reservoir of the second bubble valve 100b. This movement of liquid into the second side passage 24b is indicated with an arrow. As a result, as can be seen in the figure, the flow through the measurement duct 16 is deflected, causing the selected particle of interest 18b located between the first side passage 24a and the second side passage 24b to be shifted perpendicular to its flow direction in the normal state. The flow resistances to the measurement duct 16, the first branch 22a and the second branch 22b is chosen so that the preferred direction of the flow to and from the first side passage 24a and the second side passage 24b has an appreciable component perpendicular to the normal flow through the measurement duct 16. This goal can for instance be reached by the first branch 22a and the second branch 22b so that their resistances to flow is large in comparison with the flow resistances of the first side passage 24a and the second side passage 24b.

FIG. 3 shows the particle sorting system 10 during the relief of the first bubble valve reservoir when the particle of interest 18b has left the volume between the first side passage 24a and the second side passage 24b. The actuator 26 is deactivated, causing the pressure inside the reservoirs 70a, 70b to return to the normal pressure. During this relief phase there is a negative pressure difference between the two reservoirs 70a, 70b of the bubble valves, causing a liquid flow through the first side passage 24a and the second side passage 24b opposite to the liquid flow shown in the previous figure and as indicated by the arrows.

FIG. 4 illustrates the particle sorting system 10 after completion of the switching sequence. The pressures inside the reservoirs of the bubble valves are equalized, allowing the flow through the measurement duct 16 to normalize. As the particle of interest 18b has been displaced radially, it will flow into the first branch 22a, while the other particle continue to flow into the second branch 22b, thereby separating the particles based on the predetermined characteristic.

This process of detecting and selective deflecting of particles may be repeated many times per second for sorting

US 10,029,263 B2

11

particles at a high rate. Adopting the fluid switching as described, switching operations may be executed up to around several thousand switching operations per second, yielding sorting rates in the order of million sorted particles per hour.

According to another embodiment of the invention, the actuator bubble valve 100a and the buffer bubble valve 100b may be placed in different positions. For example, as shown in FIG. 5, the actuator bubble valve 100a and the first side passage 24a and/or the buffer bubble valve 100b and the second side passage 24b may be place upstream from the branch point 21. The components may be placed in any suitable location, such that the flow resistance between the actuator chamber 70a and the buffer chamber 70b is less than the flow resistance between any of these latter components and other pressure sources. More particularly, the actuator chamber 70a and the buffer chamber 70b may be placed such that the flow resistance between them is less than the flow resistance between a selected particle and a subsequent particle in the stream of particles. The positioning of the components in this manner thus prevents a pressure wave generated by the above described method of deflecting a single selected particle, from travelling upstream or downstream and affecting the flow of the remaining particles in the stream of particles. The larger the difference in flow resistances, the larger the level of isolation of the fluidic switching operation with associated pressure transients from the flow characteristics in the rest of the system. Moreover, the in-situ dampening of generated pressure pulses applied for sorting allows the implementation of sorting networks comprising a plurality of switches 40, each of which is hydraulically and pneumatically isolated from the others.

According to another embodiment, shown in FIG. 6, the particle sorting system of the invention may use any suitable pressure wave generator (in place of a bubble valve) in combination with the buffer bubble valve 100b. For example, the pressure wave generator 260 may comprise an actuator such as a piezoelectric column or a stepper motor, provided with a plunger that can act upon the flowing liquid, either directly or via deflection of the channel system, to selectively deflect particles when the actuator is activated by a signal. Other suitable pressure wave generators include electromagnetic actuators, thermopneumatic actuators and a heat pulse generator for generating vapor bubbles in the flowing liquid by applying heat pulses. The buffer bubble valve 100b is positioned to absorb the pressure wave created by the pressure wave generator 260 to prevent flow disturbance in the other particles of the particle stream. The spring constant of the buffer 100b may be varied according to the particular requirements by varying the volume of the buffer chamber 70b, the cross-sectional area of the side passage 24b and/or the stiffness or the thickness of a flexible membrane (reference 72 in FIG. 7) forming the buffer chamber 70b.

FIG. 7 illustrates an embodiment of a bubble valve 100 suitable for creating a pressure pulse to separate particles of interest from other particles in a stream of particles and/or acting as a buffer for absorbing a pressure pulse according to the teachings of the present invention. As shown, the bubble valve 100 is formed adjacent to a side passage 24a or 24b formed in a substrate which leads to the measurement duct 16. The side passage 24a includes a fluid interface port 17 formed by an aperture in the side wall of the passage. A sealed compression chamber 70 is positioned adjacent to the side passage 24a and communicates with the side passage through the fluid interface port. The illustrative chamber 70

12

is formed by a seal 71 and a flexible membrane 72. The carrier fluid in the side passage 24a forms a meniscus 25 at the interface between the side passage and the chamber. The actuator 26 depresses the flexible membrane to increase the pressure in the chamber, which deflects the meniscus and causes a pressure pulse in the carrier fluid.

FIG. 8 shows a sorting module 50 having an appropriate supply duct 52 for providing a stream of particles to be sorted as well as an outlet duct 54 and a second outlet duct 56 carrying the particles sorted in the sorting module 50. The sorting module 50 comprises detector system 19 for sensing particles entering the sorting module 50 via the supply duct 52 operationally connected to a switch 40 for providing the required switching capabilities to sort particles. The first branch 22b and second branch 22a are in fluidic connection with the outlet duct 54 and second outlet duct 56.

FIG. 9 shows a particle sorting system 500 according to an alternate embodiment of the invention, comprising a plurality of sorting module 50 operating in parallel. The individual outlet duct 54 of the sorting module 50 are forwarded to a first combined outlet 58, the individual second outlet duct 56 are forwarded to a second combined outlet 60. The parallel arrangement of sorting modules yields a system of combined sorting module 50 having an overall sorting rate of N times the sorting rate of an individual sorting module 50, where N is the number of parallel connected sorting module 50.

FIG. 10 shows a particle sorting system 550 according to another embodiment, comprising a first sorting module 50a and a second sorting module 50b in series with the first sorting module 50a. The second sorting module 50b may be equipped for sorting out particles having a predetermined characteristic different than the predetermined characteristic of the particles sorted out by the first sorting module 50a. The particle stream enters the first sorting module 50a through the supply duct 52 and may contain at least two types of particles. A first type of particles is sorted out in the first sorting module 50a and leaves through the first outlet duct 54a. The remaining particles leave the first sorting module 50a through second outlet duct 56a and are fed into the second sorting module 50b via the second supply duct 52b. From this stream of particles, particles having the other predetermined characteristic are sorted out and leave through the second outlet duct 54b. Particles that posses neither of the two predetermined characteristics leave the second sorting module 50b via the second outlet duct 56b.

FIG. 11 shows a hierarchical architecture for high throughput-low error sorting according to another embodiment of the invention. The embodiment shown is a two-stage particle sorting system 800 for sorting a plurality of parallel particles streams in a first stage, aggregating the outputs of the first stage and then performing a secondary sorting process on the output of the first stage. An input stream of particles in suspension 80 from a particle input chamber 88 is split among N single sorting channels 81a-81n, each channel being capable of sorting a selected number of particles per second. Each channel 81 includes a detection region 84 for examining the particles and identifying particles that have a predetermined characteristic and a switching region 82 for separating the particles having the predetermined characteristic from the other particles in the stream, as described above. The switching region 82 produces two output streams of particles: a "selected" stream and a "rejected" stream in its switching region 82 based on the measured particle characteristics at the detection region 84. The "selected" streams from each channel are aggregated in an aggregation region 86 into one stream to be

US 10,029,263 B2

13

14

sorted again in a secondary sorting channel **810**. As shown, the secondary sorting channel **810** repeats the sorting process of detecting and sorting based on a predetermined characteristic.

Given that each single channel sorting process produces some error (y) rate (y is a probability less than one of a particle being "selected" by mistake) of mistaken selections, the hierarchical architecture produces an lower error rate of $y^2$ for a 2-stage hierarchy as drawn or $y^n$ for an n-stage hierarchy. For example, if the single channel error rate is 1% the 2-stage error rate is 0.01% or one part in $10^4$.

Alternatively, the architecture could have M primary sets of N sorting channels per secondary channel. Given that the application wants to capture particles that have a presence in the input at rate z and single channel sorters have a maximum sorting rate x particles per second. The system throughput is M*N*x in particles per second. The number of particles aggregated in N channels per second is N*x*z and so N*z must be less than 1 so that all particles aggregated from N channels can be sorted by a single secondary channel. To increase throughput above N=1/z one must add parallel groups of N primary+1 secondary channels. Overall throughput then comes from M*N*x with M secondary channels.

FIG. **12** show a parallel-serial particle sorting system **160** according to another embodiment of the invention. The parallel-serial particle sorting system **160** includes a first parallel sorting module **161** and a second parallel sorting module **162**. The first sorting module **161** is applied in multiple marked particles and particles having both markers are sorted out and conveyed through the exit channel **165**.

FIG. **13** shows another parallel-serial particle sorting system **170**. The first parallel sorting module **171** separates particles having a first marker, collects the particles from the different channels and conveys the particles having the first marker through the first exit channel **175**. All other particles are then fed into a second parallel sorter **172** for sorting particles having a second marker. The particles having the second marker are collected and conveyed through a second exit channel **176**. Particles having neither the first marker nor the second marker are conveyed through a third exit channel **177**.

The present invention has been described relative to an illustrative embodiment. Since certain changes may be made in the above constructions without departing from the scope of the invention, it is intended that all matter contained in the above description or shown in the accompanying drawings be interpreted as illustrative and not in a limiting sense.

It is also to be understood that the following claims are to cover all generic and specific features of the invention described herein, and all statements of the scope of the invention which, as a matter of language, might be said to fall therebetween.

Having described the invention, what is claimed as new and protected by Letters Patent is:

**1**. A microfluidic system for sorting particles, the microfluidic system comprising:

a first microfluidic flow channel formed in a particle processing component substrate having an upstream inlet configured to introduce a fluidic stream having a plurality of particles into the first microfluidic flow channel and downstream outlets configured to output portions of the fluidic stream of particles;

a detection region located downstream of the inlet, the detection region configured to allow a particle having a

predetermined characteristic to be sensed, the sensed particle being one of the plurality of particles in the fluidic stream; and

a switching device located downstream of the detection region, the switching device operatively coupled to the first microfluidic flow channel to deliver a transient pressure pulse in a direction substantially perpendicular to a flow direction of the fluidic stream of particles,

wherein the transient pressure pulse displaces and separates a selected single sensed particle from the fluidic stream of particles,

wherein the selected particle is displaced and separated from the fluidic stream of particles in a switching region,

wherein the fluidic stream of unselected particles flows into a first downstream outlet configured to output a first portion of the fluidic stream of particles,

wherein the selected particle flows into a second downstream outlet configured to output a second portion of the fluidic stream of particles,

wherein the transient pressure pulse is not generated downstream of the switching region,

wherein the switching device, when activated, does not block or partially block flow of the fluidic stream of particles, and

wherein the particle processing component substrate includes a reservoir adapted for dampening or absorbing the transient pressure pulse propagated across the microfluidic channel.

**2**. The microfluidic system of claim **1**,

wherein the switching device is integrally provided on the particle processing component substrate, and

wherein the switching device is configured to be activated by a first external actuator.

**3**. The system of claim **2**, further comprising a second actuator, external to and operatively associated with the first microfluidic flow channel, for processing the sample on a particle-by-particle basis.

**4**. The system of claim **3**, wherein the first external actuator is adapted for directing particles into a first of the one or more downstream outlets and the second external actuator is adapted for directing particles into a second of the one or more downstream outlets.

**5**. The system of claim **1**, wherein the particle processing component substrate includes a reservoir operatively associated with the switching device and adapted for originating the transient pressure pulse.

**6**. The microfluidic system of claim **1**, wherein

the switching device introduces liquid into the microfluidic flow channel such that the transient pressure pulse is a transient hydraulic pressure pulse.

**7**. The system of claim **1**, wherein the switching device further includes first and second side channels in fluid communication with the first microfluidic flow channel, the second side channel positioned opposite to the first side channel.

**8**. The system of claim **1**, further including an actuator for activating the switching device and wherein the actuator is a piezoelectric actuator.

**9**. The system of claim **1**, further including an actuator for activating the switching device and wherein the actuator is an electromagnetic actuator.

**10**. The system of claim **1**, further including an actuator for activating the switching device and wherein the actuator is a thermopneumatic actuator.

US 10,029,263 B2

15

**11**. The system of claim **1**, further including an actuator for activating the switching device and wherein the actuator is a heat pulse generator.

**12**. The system of claim **1**, wherein the switching device is integrally provided on the particle processing component substrate and is configured for an external actuator to operatively engage and activate the switching device.

**13**. The system of claim **1**, wherein the switching device is configured to direct the selected particle out of the fluidic stream of particles without generating a pressure wave that travels upstream of the switching device.

**14**. The system of claim **1**, wherein the fluidic stream of particles maintains a laminar flow when the selected particle is displaced and separated from the fluidic stream of particles.

**15**. A microfluidic method for producing a particle product from a sample having particles, the method comprising:

flowing the sample as a fluidic stream of particles from an upstream inlet along a first flow path through a first microfluidic flow channel formed in a substrate of a microfluidic particle processing component;

processing the sample on a particle-by-particle basis to produce a particle product;

outputting a first portion of the processed sample via a first downstream outlet of the first microfluidic flow channel; and

outputting a second portion of the processed sample via a second downstream outlet of the first microfluidic flow channel,

wherein the step of processing includes:

activating a switch component;

redirecting a single selected particle out of the first flow path of the fluidic stream of particles at a switching region and into a second flow path flowing downstream into the second downstream outlet, and

deactivating the switch component,

wherein activating the switch component does not generate a pressure wave that travels upstream to the switching region,

wherein activating the switch component does not shift the remainder of the fluidic stream of unselected particles from the first flow path flowing downstream into the first downstream outlet, and

wherein activating the switch component includes using an actuator external to and operatively associated with the microfluidic particle processing component, to activate the switch component; and

further comprising using a reservoir operatively associated with the first microfluidic flow channel to dampen or absorb a transient pressure pulse propagated across the microfluidic channel.

**16**. The method of claim **15**, wherein the step of processing further includes using a reservoir operatively associated with the first microfluidic flow channel to originate the transient pressure pulse propagated across the first micro-

16

fluidic flow channel for sorting particles on a particle-by-particle basis into the second downstream outlet.

**17**. The method of claim **15**, wherein activating the switch component includes flexing the switch component.

**18**. The method of claim **15**, wherein the switch component is located in a side channel and wherein the side channel is not a flow through channel.

**19**. A microfluidic system for sorting particles, the microfluidic system comprising:

a first microfluidic flow channel formed in a particle processing component substrate having an upstream inlet configured to introduce a fluidic stream having a plurality of particles into the first microfluidic flow channel and downstream outlets configured to output portions of the fluidic stream of particles;

a detection region located downstream of the inlet, the detection region configured to allow a particle having a predetermined characteristic to be sensed, the sensed particle being one of the plurality of particles in the fluidic stream;

a switching device located downstream of the detection region, the switching device operatively coupled to the first microfluidic flow channel to deliver a transient pressure pulse in a direction substantially perpendicular to a flow direction of the fluidic stream of particles,

wherein the transient pressure pulse displaces and separates a selected single sensed particle from the fluidic stream of particles,

wherein the selected particle is displaced and separated from the fluidic stream of particles in a switching region,

wherein the fluidic stream of unselected particles flows into a first downstream outlet configured to output a first portion of the fluidic stream of particles,

wherein the selected particle flows into a second downstream outlet configured to output a second portion of the fluidic stream of particles,

wherein the transient pressure pulse is not generated downstream of the switching region, and

further including an actuator for activating the switching device and wherein the actuator is a piezoelectric actuator,

wherein the particle processing component substrate includes a reservoir adapted for dampening or absorbing the transient pressure pulse propagated across the microfluidic channel.

**20**. The system of claim **19**, wherein the particle processing component substrate includes a reservoir operatively associated with the switching device and adapted for originating the transient pressure pulse.

**21**. The system of claim **19**, wherein the switching device further includes first and second side channels in fluid communication with the first microfluidic flow channel, the second side channel positioned opposite to the first side channel.

* * * * *

EXHIBIT 6



US010029283B2

## (12) United States Patent
Deshpande et al.

(10) Patent No.: **US 10,029,283 B2**
(45) Date of Patent: **Jul. 24, 2018**

(54) **METHOD AND APPARATUS FOR SORTING PARTICLES**

(71) Applicant: **CYTONOME/ST, LLC**, Boston, MA (US)

(72) Inventors: **Manish Deshpande**, Canton, MA (US); **John R. Gilbert**, Brookline, MA (US)

(73) Assignee: **CYTONOME/ST, LLC**, Bedford, MA (US)

( * ) Notice: Subject to any disclaimer, the term of this patent is extended or adjusted under 35 U.S.C. 154(b) by 7 days.

(21) Appl. No.: **14/828,252**

(22) Filed: **Aug. 17, 2015**

(65) **Prior Publication Data**
US 2015/0352597 A1     Dec. 10, 2015

### Related U.S. Application Data

(60) Continuation of application No. 14/281,303, filed on May 19, 2014, now Pat. No. 9,550,215, which is a
(Continued)

(51) **Int. Cl.**
**B07C 5/36**       (2006.01)
**G01N 15/10**      (2006.01)
(Continued)

(52) **U.S. Cl.**
CPC ............ **B07C 5/36** (2013.01); **B01L 3/50273** (2013.01); **B01L 3/502715** (2013.01);
(Continued)

(58) **Field of Classification Search**
CPC ... B07C 5/342; B07C 5/3425; F16K 99/0046; F16K 99/0048; F16K 99/0061;
(Continued)

(56) **References Cited**

#### U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 2,015,522 A * | 9/1935 | Hoffman | B03B 5/32 |
| | | | 209/205 |
| 2,646,882 A * | 7/1953 | Frost, Jr. | B03D 1/06 |
| | | | 209/170 |

(Continued)

#### FOREIGN PATENT DOCUMENTS

| | | |
|---|---|---|
| EP | A 0 177 718 | 4/1986 |
| EP | A 0 745 682 | 12/1996 |

(Continued)

#### OTHER PUBLICATIONS

A Survey of Ferromagnetic Liquid Applications, M.P. Perry, p. 219-230, Thermomechanics of Magnetic Fluids, Theory and Applications, Edited by B. Berkovsky, Science Sector, UNESCO, Proceedings of the International Advanced Course and Workshop on Thermomechanics of Magnetic Fluids Organized by the International Centre for Mechanical Sciences,cited reference to "Magnetic Fluids: Magnetic Forces and Pumping Mechanisms", C.W. Miller, Sibley School of Mechanical and Aerospace Engineering, Cornell University, Ithaca, New york, Final Technical Report, Sep. 1973.

(Continued)

*Primary Examiner* — Joseph C Rodriguez
(74) *Attorney, Agent, or Firm* — McCarter & English, LLP; David R. Burns

(57) **ABSTRACT**

A method and apparatus for sorting particles moving through a closed channel system of capillary size comprises a bubble valve for selectively generating a pressure pulse to separate a particle having a predetermined characteristic from a stream of particles. The particle sorting system may further include a buffer for absorbing the pressure pulse. The particle sorting system may include a plurality of closely coupled sorting modules which are combined to further increase the sorting rate. The particle sorting system may

(Continued)



comprise a multi-stage sorting device for serially sorting streams of particles, in order to decrease the error rate.

**13 Claims, 7 Drawing Sheets**

## Related U.S. Application Data

continuation of application No. 13/245,132, filed on Sep. 26, 2011, now Pat. No. 8,727,131, which is a continuation of application No. 12/499,254, filed on Jul. 8, 2009, now Pat. No. 8,567,608, which is a continuation of application No. 11/101,038, filed on Apr. 6, 2005, now Pat. No. 7,569,788, which is a division of application No. 10/329,008, filed on Dec. 23, 2002, now Pat. No. 6,976,590, which is a continuation-in-part of application No. 10/179,488, filed on Jun. 24, 2002, now Pat. No. 6,808,075.

(60) Provisional application No. 60/411,058, filed on Sep. 16, 2002, provisional application No. 60/373,256, filed on Apr. 17, 2002.

(51) **Int. Cl.**

| | |
|---|---|
| *B01L 3/00* | (2006.01) |
| *B07C 5/34* | (2006.01) |
| *F15C 5/00* | (2006.01) |
| *F16K 99/00* | (2006.01) |
| *G01N 15/14* | (2006.01) |
| *B07C 5/02* | (2006.01) |

(52) **U.S. Cl.**
CPC .......... *B01L 3/502761* (2013.01); *B07C 5/02* (2013.01); *B07C 5/34* (2013.01); *F15C 5/00* (2013.01); *F16K 99/0001* (2013.01); *F16K 99/0019* (2013.01); *F16K 99/0028* (2013.01); *F16K 99/0046* (2013.01); *F16K 99/0048* (2013.01); *G01N 15/10* (2013.01); *G01N 15/14* (2013.01); *B01L 3/5027* (2013.01); *B01L 2200/0652* (2013.01); *B01L 2300/0654* (2013.01); *B01L 2300/0816* (2013.01); *B01L 2300/0877* (2013.01); *B01L 2400/0487* (2013.01); *G01N 2015/1075* (2013.01); *G01N 2015/1081* (2013.01); *G01N 2015/149* (2013.01); *G01N 2015/1477* (2013.01); *G01N 2015/1497* (2013.01); *Y10S 209/906* (2013.01); *Y10S 209/932* (2013.01)

(58) **Field of Classification Search**
CPC ........ F16K 99/0084; G01N 2015/1081; G01N 2015/149; G01N 15/1481; G01N 15/1484; G01N 2201/0253; B01L 3/5027; B01L 3/502715; B01L 3/50273; B01L 3/502746; B01L 3/502761; B01L 3/502792; B01L 2300/0819; B01L 2300/0861; B01L 2300/0877; B01L 2300/14
See application file for complete search history.

(56) **References Cited**

U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 2,787,453 A | * 4/1957 | Hibshman | B01D 3/24 |
| | | | 202/158 |
| 2,850,940 A | 9/1958 | Opperman | |
| 2,923,410 A | * 2/1960 | Tschmelitsch | B03B 5/06 |
| | | | 209/484 |
| 3,289,687 A | 12/1966 | Dunaway | |
| 3,362,421 A | * 1/1968 | Schaffer | F15C 1/04 |
| | | | 137/828 |
| 3,370,538 A | 2/1968 | Hines et al. | |
| 3,495,253 A | 2/1970 | Richards | |
| 3,506,654 A | 4/1970 | Fried | |
| 3,508,654 A | 4/1970 | Glaettli | |
| 3,508,655 A | 4/1970 | Kamentsky | |
| 3,560,754 A | 2/1971 | Kamentsky | |
| 3,785,390 A | * 1/1974 | Taylor | F15C 1/14 |
| | | | 137/13 |
| 3,791,517 A | 2/1974 | Friedman | |
| 3,827,555 A | 8/1974 | Kamentsky et al. | |
| 3,906,415 A | 9/1975 | Baker | |
| 3,984,307 A | 10/1976 | Kamentsky et al. | |
| 3,984,621 A | 10/1976 | Propst | |
| 4,050,851 A | 9/1977 | Haavik | |
| 4,147,621 A | 4/1979 | Giddings | |
| 4,153,855 A | 5/1979 | Feingold | |
| 4,175,662 A | 11/1979 | Zold | |
| 4,284,499 A | * 8/1981 | Moudgil | B03D 1/00 |
| | | | 209/166 |
| 4,318,483 A | 3/1982 | Lombardo et al. | |
| 4,344,844 A | * 8/1982 | Townley | B03B 1/04 |
| | | | 209/1 |
| 4,361,400 A | 11/1982 | Gray et al. | |
| 4,365,719 A | 12/1982 | Kelly | |
| 4,426,451 A | 1/1984 | Columbus | |
| 4,445,696 A | 5/1984 | Raj et al. | |
| 4,526,276 A | 7/1985 | Shoor et al. | |
| 4,554,427 A | 11/1985 | Flick et al. | |
| 4,572,664 A | 2/1986 | Hanson | |
| 4,579,173 A | 4/1986 | Rosensweig et al. | |
| 4,581,624 A | 4/1986 | O'Connor | |
| 4,636,149 A | 1/1987 | Brown | |
| 4,676,274 A | 6/1987 | Brown | |
| 4,756,427 A | 7/1988 | Gohde et al. | |
| 4,808,079 A | 2/1989 | Crowley et al. | |
| 4,863,588 A | * 9/1989 | Herron | B03B 5/26 |
| | | | 209/44 |
| 4,908,112 A | 3/1990 | Pace | |
| 4,936,465 A | 6/1990 | Zold | |
| 4,939,081 A | 7/1990 | Figdor et al. | |
| 4,963,498 A | * 10/1990 | Hillman | B01F 5/0646 |
| | | | 356/28 |
| 5,005,639 A | 4/1991 | Leland | |
| 5,030,002 A | 7/1991 | North, Jr. | |
| 5,065,978 A | 11/1991 | Albarda et al. | |
| 5,092,972 A | 3/1992 | Ghowsi | |
| 5,101,978 A | 4/1992 | Marcus | |
| 5,193,688 A | 3/1993 | Giddings | |
| 5,213,479 A | 5/1993 | Dardis et al. | |
| 5,265,327 A | 11/1993 | Faris et al. | |
| 5,271,724 A | * 12/1993 | van Lintel | F15C 5/00 |
| | | | 137/554 |
| 5,275,787 A | 1/1994 | Yuguchi et al. | |
| 5,277,556 A | * 1/1994 | van Lintel | F04B 43/046 |
| | | | 137/855 |
| 5,395,588 A | 3/1995 | North, Jr. et al. | |
| 5,486,335 A | 1/1996 | Wilding et al. | |
| 5,498,392 A | * 3/1996 | Wilding | B01D 61/18 |
| | | | 422/400 |
| 5,541,072 A | 7/1996 | Wang et al. | |
| 5,617,955 A | * 4/1997 | Tanner | B03B 5/26 |
| | | | 209/458 |
| 5,622,831 A | 4/1997 | Liberti et al. | |
| 5,632,935 A | * 5/1997 | Yeoman | B01D 3/163 |
| | | | 261/114.1 |
| 5,637,496 A | 6/1997 | Thaler et al. | |
| 5,699,157 A | 12/1997 | Parce | |
| 5,726,026 A | * 3/1998 | Wilding | B01D 67/0062 |
| | | | 366/DIG. 3 |
| 5,726,404 A | * 3/1998 | Brody | B01L 3/502738 |
| | | | 137/261 |
| 5,777,649 A | 7/1998 | Otsuka et al. | |
| 5,783,446 A | 7/1998 | Saul et al. | |
| 5,789,045 A | 8/1998 | Wapner et al. | |
| 5,795,727 A | 8/1998 | Bierre et al. | |
| 5,837,200 A | 11/1998 | Diessel et al. | |

## US 10,029,283 B2

Page 3

(56) **References Cited**

U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 5,858,195 A * | 1/1999 | Ramsey | B01F 13/0076 |
| | | | 204/450 |
| 5,876,187 A | 3/1999 | Forster et al. | |
| 5,885,470 A | 3/1999 | Parce et al. | |
| 5,932,100 A | 8/1999 | Yager et al. | |
| 5,976,336 A | 11/1999 | Dubrow et al. | |
| 5,979,664 A | 11/1999 | Brodeur | |
| 5,988,522 A | 11/1999 | Glezer et al. | |
| 5,998,212 A | 12/1999 | Corio et al. | |
| 6,033,191 A | 3/2000 | Kamper et al. | |
| 6,046,056 A | 4/2000 | Parce et al. | |
| 6,048,328 A | 4/2000 | Haller et al. | |
| 6,048,734 A | 4/2000 | Burns et al. | |
| 6,057,111 A | 5/2000 | Deiss et al. | |
| 6,062,681 A | 5/2000 | Field et al. | |
| 6,068,752 A * | 5/2000 | Dubrow | B01L 3/50273 |
| | | | 204/450 |
| 6,086,740 A * | 7/2000 | Kennedy | B01L 3/502715 |
| | | | 204/601 |
| 6,102,530 A | 8/2000 | Kim et al. | |
| 6,120,666 A | 9/2000 | Jacobson et al. | |
| 6,145,247 A | 11/2000 | McKinnis | |
| 6,152,181 A | 11/2000 | Wapner et al. | |
| 6,196,525 B1 | 3/2001 | Ganan-Calvo | |
| 6,203,291 B1 | 3/2001 | Stemme et al. | |
| 6,214,556 B1 | 4/2001 | Olek et al. | |
| 6,221,654 B1 | 4/2001 | Quake et al. | |
| 6,273,553 B1 | 8/2001 | Kim et al. | |
| 6,280,967 B1 | 8/2001 | Ransom et al. | |
| 6,318,970 B1 | 11/2001 | Backhouse | |
| 6,337,740 B1 * | 1/2002 | Parce | G01N 27/44721 |
| | | | 356/344 |
| 6,360,775 B1 | 3/2002 | Barth et al. | |
| 6,431,212 B1 | 8/2002 | Hayenga et al. | |
| 6,432,630 B1 | 8/2002 | Blankenstein | |
| 6,454,862 B1 | 9/2002 | Yoshida et al. | |
| 6,455,280 B1 | 9/2002 | Edwards et al. | |
| 6,481,453 B1 | 11/2002 | O'Connor et al. | |
| 6,482,652 B2 | 11/2002 | Furlong et al. | |
| 6,507,391 B2 | 1/2003 | Riley et al. | |
| 6,524,790 B1 | 2/2003 | Kopf-Sill et al. | |
| 6,532,061 B2 | 3/2003 | Ortyn et al. | |
| 6,540,895 B1 | 4/2003 | Spence et al. | |
| 6,561,224 B1 | 5/2003 | Cho | |
| 6,592,821 B1 | 7/2003 | Wada et al. | |
| 6,597,438 B1 | 7/2003 | Cabuz et al. | |
| 6,629,820 B2 | 10/2003 | Komelsen | |
| 6,657,730 B2 | 12/2003 | Pfau et al. | |
| 6,739,576 B2 | 5/2004 | O'Connor et al. | |
| 6,799,681 B1 * | 10/2004 | Warren | B03B 5/26 |
| | | | 209/268 |
| 6,802,342 B2 | 10/2004 | Fernandes et al. | |
| 6,803,194 B1 | 10/2004 | Keck et al. | |
| 6,808,075 B2 | 10/2004 | Bohm et al. | |
| 6,821,484 B1 | 11/2004 | Gregersen | |
| 6,830,936 B2 * | 12/2004 | Anderson | B01F 11/0071 |
| | | | 422/504 |
| 6,877,528 B2 | 4/2005 | Gilbert et al. | |
| 6,976,590 B2 | 12/2005 | Deshpande et al. | |
| 7,024,281 B1 | 4/2006 | Unno | |
| 7,069,943 B2 | 7/2006 | Gilbert et al. | |
| 7,075,652 B1 | 7/2006 | Sarvazyan et al. | |
| 7,080,664 B1 * | 7/2006 | Ayer | F15C 1/008 |
| | | | 137/826 |
| 7,104,405 B2 | 9/2006 | Bohm et al. | |
| 7,118,910 B2 * | 10/2006 | Unger | B01L 3/502707 |
| | | | 137/597 |
| 7,157,274 B2 | 1/2007 | Bohm et al. | |
| 7,157,275 B2 | 1/2007 | Guarino et al. | |
| 7,220,594 B2 | 5/2007 | Foster et al. | |
| 7,258,774 B2 | 8/2007 | Chou et al. | |
| 7,303,727 B1 | 12/2007 | Dubrow et al. | |
| 7,355,699 B2 | 4/2008 | Gilbert et al. | |
| 7,389,879 B2 | 6/2008 | Tyvoll et al. | |

| | | | |
|---|---|---|---|
| 7,452,725 B2 | 11/2008 | Leary et al. | |
| 7,497,334 B2 | 3/2009 | Tyvoll et al. | |
| 7,569,788 B2 | 8/2009 | Deshpande et al. | |
| 7,584,857 B2 | 9/2009 | Bohm et al. | |
| 7,612,355 B2 | 11/2009 | Wu et al. | |
| 7,820,427 B2 | 10/2010 | Unger et al. | |
| 7,863,035 B2 | 1/2011 | Clemens et al. | |
| 7,963,399 B2 | 6/2011 | Bohm et al. | |
| 7,964,078 B2 * | 6/2011 | Lee | B01L 3/502761 |
| | | | 204/547 |
| 8,123,044 B2 | 2/2012 | Johnson et al. | |
| 8,210,209 B2 | 7/2012 | Gilbert et al. | |
| 8,252,604 B2 | 8/2012 | Rigler | |
| 8,268,245 B2 * | 9/2012 | Wahl | B01L 3/502792 |
| | | | 422/81 |
| 8,408,399 B2 | 4/2013 | Bohm et al. | |
| 8,567,608 B2 * | 10/2013 | Deshpande | B07C 5/34 |
| | | | 209/552 |
| 8,609,039 B2 * | 12/2013 | Zhou | B01L 3/5025 |
| | | | 422/500 |
| 8,623,294 B2 * | 1/2014 | Asogawa | B01L 3/50273 |
| | | | 422/50 |
| 8,623,295 B2 | 1/2014 | Gilbert et al. | |
| 8,678,192 B1 * | 3/2014 | Pung | B03B 5/26 |
| | | | 209/18 |
| 8,691,164 B2 | 4/2014 | Butler et al. | |
| 8,723,140 B2 | 5/2014 | Kiesel et al. | |
| 8,727,131 B2 | 5/2014 | Desphande et al. | |
| 8,844,571 B2 | 9/2014 | Golling et al. | |
| 8,895,311 B1 | 11/2014 | Handique et al. | |
| 9,011,797 B2 | 4/2015 | Gilbert et al. | |
| 9,074,978 B2 | 7/2015 | Lo et al. | |
| 9,149,806 B2 * | 10/2015 | Collins | G01N 15/1031 |
| 9,194,786 B2 | 11/2015 | Foster et al. | |
| 9,448,157 B2 * | 9/2016 | Ito | B01L 3/502761 |
| 9,550,215 B2 | 1/2017 | Deshpande et al. | |
| 2002/0005354 A1 | 1/2002 | Spence et al. | |
| 2002/0058332 A1 | 5/2002 | Quake et al. | |
| 2002/0093641 A1 | 7/2002 | Ortyn et al. | |
| 2002/0166585 A1 | 11/2002 | O'Connor et al. | |
| 2003/0027225 A1 | 2/2003 | Wada et al. | |
| 2004/0037739 A1 | 2/2004 | McNeely et al. | |
| 2004/0180426 A1 | 9/2004 | Maher et al. | |
| 2004/0233424 A1 | 11/2004 | Lee et al. | |
| 2006/0170912 A1 | 8/2006 | Mueth et al. | |
| 2006/0177348 A1 | 8/2006 | Yasuda et al. | |
| 2006/0278288 A1 * | 12/2006 | Gilbert | B01L 3/502738 |
| | | | 137/827 |
| 2007/0065808 A1 | 3/2007 | Bohm et al. | |
| 2008/0070311 A1 | 3/2008 | Li | |
| 2008/0213821 A1 * | 9/2008 | Liu | B01L 3/502761 |
| | | | 435/39 |
| 2009/0283452 A1 | 11/2009 | Lean et al. | |
| 2010/0032350 A1 | 2/2010 | Deshpande et al. | |
| 2010/0133151 A1 | 6/2010 | Bohm et al. | |
| 2011/0005978 A1 | 1/2011 | Bohm et al. | |
| 2011/0030808 A1 * | 2/2011 | Chiou | B01L 3/502738 |
| | | | 137/13 |
| 2012/0006727 A1 | 1/2012 | Bohm et al. | |
| 2012/0012508 A1 | 1/2012 | Deshpande et al. | |
| 2012/0015442 A1 | 1/2012 | Gilbert et al. | |
| 2012/0153185 A1 * | 6/2012 | Ito | B01L 3/502761 |
| | | | 250/458.1 |
| 2012/0258488 A1 | 10/2012 | Abilez et al. | |
| 2013/0083315 A1 | 4/2013 | Lo et al. | |
| 2014/0251879 A1 | 9/2014 | Deshpande et al. | |
| 2014/0339445 A1 | 11/2014 | Sharpe et al. | |
| 2015/0298122 A1 * | 10/2015 | Zeng | B01L 3/502738 |
| | | | 435/309.1 |
| 2015/0375227 A1 | 12/2015 | Quake et al. | |
| 2016/0040226 A1 * | 2/2016 | Mehta | C12Q 1/6874 |
| | | | 506/2 |

## US 10,029,283 B2

Page 4

(56)            **References Cited**

U.S. PATENT DOCUMENTS

2016/0158758 A1*   6/2016   Johnson ............... C12N 5/0081
                                                                435/3

FOREIGN PATENT DOCUMENTS

| | | |
|---|---|---|
| EP | 1065378 A2 | 1/2001 |
| GB | 2140128 A | 11/1984 |
| GB | 2229649 A | 10/1990 |
| JP | S49-046274 | 5/1974 |
| JP | S61-137062 | 6/1986 |
| JP | S63-259466 | 10/1988 |
| JP | H01-170853 | 7/1989 |
| JP | H03-043070 | 2/1991 |
| JP | H05-506180 | 9/1993 |
| JP | H06-507241 | 8/1994 |
| JP | H08-332074 | 12/1996 |
| JP | H09-141124 | 6/1997 |
| JP | H11-508182 | 7/1999 |
| JP | 2001-521755 A | 11/2001 |
| JP | 2002-503334 A | 1/2002 |
| JP | 2004-505272 A | 2/2004 |
| WO | WO-91/14505 A1 | 10/1991 |
| WO | WO-91/15750 A1 | 10/1991 |
| WO | WO-98/07069 A1 | 2/1998 |
| WO | WO-98/10267 A1 | 3/1998 |
| WO | WO-98/52691 A1 | 11/1998 |
| WO | WO-99/23471 A1 | 5/1999 |
| WO | WO-2000/070080 A1 | 11/2000 |
| WO | WO-02/10713 A2 | 2/2002 |
| WO | WO-02/44689 A2 | 6/2002 |
| WO | 03/089158 A1 | 10/2003 |

OTHER PUBLICATIONS

Communication issued in European Application No. 03 726 391. 0-2204, dated Apr. 12, 2010.
Development of an Electromagnetically Actuated Mercury Microvalve, Douglas R. Adkins and C. Channy Wong, DSC—vol. 66,Micro-Electro-Mechanical Systems (MEMS)—1998 (ASME 1998), pp. 133-137.
Examination Report issued in Australian Application No. 2003228630, dated Feb. 11, 2008.
Examination Report issued in Australian Application No. 2003270722, dated Aug. 26, 2009.
Examination Report issued in Australian Application No. 2010200179, dated Mar. 22, 2011.
Examination Report issued in Indian Application No. 1587/KOLNP/2004, dated Jul. 15, 2010.
First Office Action issued in Chinese Application No. 03825178.7, dated Jun. 27, 2008.
International Preliminary Examination Report issued in International Application No. PCT/US03/12359, dated Nov. 12, 2003.
International Preliminary Examination Report issued in International Application No. PCT/US03/12368, dated Aug. 25, 2004.
International Preliminary Examination Report issued in International Application No. PCT/US03/29198, dated Feb. 21, 2006.
International Search Report issued in International Application No. PCT/US03/12359, dated Jun. 28, 2003.
International Search Report issued in International Application No. PCT/US03/12368, dated Aug. 21, 2003.
International Search Report issued in International Application No. PCT/US03/29198, dated Jun. 10, 2005.
LookSmart computer search for "ferrofluid" indicating The Design of a Ferrofluid Magnetic Pipette, Sep. 3, 1998, 3 pages.
Magnetic Fluids, Magnetic Forces and Pumping Mechanisms, by Constance Warren Miller, Jan. 1974, cover page and p. 91-109.
Magnetic Fluids: Magnetic Forces and Pumping Mechanisms, Constance Warren Miller, Jan. 1974, p. 1 (pp. 91-109 of this reference were previously disclosed).

Microactuation by Continuous Electrowetting Phenomenon and Silicon Deep Rie Process, Junghoon Lee and Chang-Jin "CJ" Kim, DSC—vol. 66, Micro-Electro-Mechanical Systems (MEMS)—1998 (ASME 1998), pp. 475-480.
Notice of Allowance issued in U.S. Appl. No. 12/821,790, dated Apr. 14, 2015.
Office Action in Japanese Application No. 2004-536583, dated Sep. 29, 2009.
Office Action issued in Canadian Application No. 2,482,869, dated Dec. 17, 2010.
Office Action issued in Canadian Application No. 2,482,869, dated Feb. 16, 2010.
Office Action issued in Canadian Application No. 2,482,869, dated Jul. 26, 2012.
Office Action issued in Canadian Application No. 2,482,869, dated Sep. 13, 2011.
Office Action issued in Chinese Application No. 03814212.0, dated Apr. 25, 2008.
Office Action issued in Chinese Application No. 03814212.0, dated Feb. 20, 2009.
Office Action issued in Chinese Application No. 200910168699.1, dated Jun. 21, 2012.
Office Action issued in Israeli Application No. 167266, dated Sep. 28, 2010.
Office Action issued in Japanese Application No. 2003-585899, dated Jan. 11, 2008.
Office Action issued in Japanese Application No. 2003-585899, dated Jun. 6, 2007.
Office Action issued in Japanese Application No. 2007-315437, dated May 11, 2011.
Office Action issued in Japanese Application No. 2007-315437, dated May 12, 2010.
Office Action issued in U.S. Appl. No. 10/329,008, dated May 23, 2005.
Office Action issued in U.S. Appl. No. 10/329,008, dated Nov. 30, 2004.
Office Action issued in U.S. Appl. No. 10/664,587, dated Feb. 9, 2006.
Office Action issued in U.S. Appl. No. 10/664,587, dated Jun. 13, 2005.
Office Action issued in U.S. Appl. No. 10/664,587, dated Nov. 30, 2004.
Office Action issued in U.S. Appl. No. 11/101,038, dated Feb. 22, 2008.
Office Action issued in U.S. Appl. No. 11/101,038, dated Jul. 9, 2007.
Office Action issued in U.S. Appl. No. 11/101,038, dated Jun. 5, 2006.
Office Action issued in U.S. Appl. No. 12/499,254, dated Jan. 11, 2012.
Office Action issued in U.S. Appl. No. 12/499,254, dated Jul. 26, 2012.
Office Action issued in U.S. Appl. No. 12/499,254, dated Mar. 9, 2010.
Office Action issued in U.S. Appl. No. 12/821,790, dated Dec. 2, 2013.
Office Action issued in U.S. Appl. No. 12/821,790, dated Jun. 6, 2012.
Office Action issued in U.S. Appl. No. 12/821,790, dated Oct. 1, 2012.
Office Action issued in U.S. Appl. No. 12/821,790, dated Oct. 1, 2014.
Office Action issued in U.S. Appl. No. 13/245,132, dated Jun. 10, 2013.
Office Action issued in U.S. Appl. No. 13/245,132, dated Nov. 6, 2012.
Office Action issued in U.S. Appl. No. 13/849,365, dated Jan. 2, 2015.
Office Action issued in U.S. Appl. No. 11/603,444, dated Dec. 23, 2009.
Office Action issued in U.S. Appl. No. 12/537,802 dated Jun. 18, 2010.

**US 10,029,283 B2**

Page 5

(56)          **References Cited**

OTHER PUBLICATIONS

Second Office Action issued in Chinese Application No. 03825178.
7, dated Mar. 20, 2009.
Study of MHD (Magnetohydrodynamic) Micropump, Kazuo
Hosokawa, Isao Shimoyama and Hirohumi Miura, Paper No.
92-0446, 1993, pp. 205-210, with attached translation (8 pages).
Supplementary European Search Report issued in European Appli-
cation No. 03726391.0-2204, dated Oct. 6, 2009.
Supplementary European Search Report issued in European Appli-
cation No. 03752432.9, dated Aug. 14, 2009.
The Design of a Ferrofluid-Magnetic Pipet by Nancy E. Greivell,
Jun. 1995, cover page and p. 3-5 and 21-56.
Third Office Action issued in Chinese Application No. 03825178.7,
dated Sep. 18, 2009.
Written Opinion issued in Singapore Application No. 200701943-3,
dated Dec. 1, 2009.
Search Information Statement issued in Australian Application No.
2010200179, dated Mar. 22, 2011.
International Search Report issued in International Application No.
PCT/US03/12360, dated Oct. 30, 2003.
International Preliminary Examination Report issued in Interna-
tional Application No. PCT/US03/12360, completed Jul. 21, 2004.
Notice of Allowance issued in U.S. Appl. No. 13/245,132, dated
Jan. 2, 2014.
International Search Report issued in International Application No.
PCT/US03/12359, dated Nov. 12, 2003.
Office Action issued in U.S. Appl. No. 14/281,303, dated Apr. 18,
2016.
Examination Report by Brazilian Patent Office for Brazilian Appli-
cation No. PI0309321-2 dated Aug. 9, 2016 (English translation).

* cited by examiner



*Fig. 1*

*Fig. 2*          *Fig. 3*          *Fig. 4*



*Fig. 5*

*Fig. 6*



*Fig. 7*



*Fig. 8*

*Fig. 9*



*Fig. 10*



*Fig. 11*

*Fig. 12*

*Fig. 13*



*Fig. 14a*



*Fig. 14b*



*Fig. 15*



*Fig. 16*



*Fig. 17*

US 10,029,283 B2

1

# METHOD AND APPARATUS FOR SORTING PARTICLES

## RELATED APPLICATIONS

This application is a Continuation of U.S. patent application Ser. No. 14/281,303, entitled "Method and Apparatus for Sorting Particles" filed May 19, 2014, which, in turn, is a Continuation of U.S. patent application Ser. No. 13/245, 132, filed Sep. 26, 2011, which, in turn, is a continuation of U.S. patent application Ser. No. 12/499,254, filed Jul. 8, 2009 which, in turn, is a continuation of U.S. patent application Ser. No. 11/101,038, filed Apr. 6, 2005, which, in turn, is a divisional of Ser. No. 10/329,008, filed Dec. 23, 2002, which claims priority to U.S. Provisional Patent Application Ser. No. 60/411,058, filed Sep. 16, 2002, and is a continuation-in-part of U.S. patent application Ser. No. 10/179,488, filed Jun. 24, 2002, which claims priority to U.S. Provisional Patent Application No. 60/373,256, filed Apr. 17, 2002, the contents of each application is incorporated herein by reference in their entirety.

## FIELD OF THE INVENTION

The invention relates to a method and apparatus for the sorting of particles in a suspension, where the input flow path of a sorting module can be split into several output channels. More particular, the invention relates to a particle sorting system in which a plurality of sorting modules are interconnected as to yield an increased particle throughput.

## BACKGROUND OF THE INVENTION

In the fields of biotechnology, and especially cytology and drug screening, there is a need for high throughput sorting of particles. Examples of particles that require sorting are various types of cells, such as blood platelets, white blood cells, tumorous cells, embryonic cells and the like. These particles are especially of interest in the field of cytology. Other particles are (macro) molecular species such as proteins, enzymes and poly-nucleotides. This family of particles is of particular interest in the field of drug screening during the development of new drugs.

Methods and apparatus for particle sorting are known, and the majority described in the prior art work in the condition where the particles are suspended in a liquid flowing through a channel network having at least a branch point downstream and are operated according to the detect-decide-deflect principle. The moving particle is first analyzed for a specific characteristic, such as optical absorption, fluorescent intensity, size etc. Depending on the outcome of this detection phase, it is decided how the particle will be handled further downstream. The outcome of the decision is then applied to deflect the direction of specific particle towards a predetermined branch of the channel network.

Of importance is the throughput of the sorting apparatus, i.e. how many particles can be sorted per unit of time. Typical sorting rates for sorters employing flows of particle suspension in closed channels are in the range from a few hundred particles per second to thousands of particles per second, for a single sorting unit.

An example of a sorting device is described in U.S. Pat. No. 4,175,662, the contents of which are herein incorporated by reference (hereinafter referred to as the '662 patent). In the '662 patent, a flow of particles, cells in this case, flows through the center of a straight channel, which branches into two perpendicular channels at a branching point downstream

2

(T-branch). The entering particles are surrounded by a sheath of compatible liquid, keeping the particles confined to the center of the channel. In normal conditions, the flow ratio through the two branches is adjusted so that the particles automatically flow through one of the branches. In a section of the channel a characteristic of the particles is determined using a detector, which can be an optical system (detection phase). The detector generates a signal when the detector detects a particle possessing a predetermined characteristic in the decision phase. Once a particle is detected, a deflector is activated for deflecting the particle in a deflection phase. In this case, the deflector comprises an electrode pair, positioned in the branch of the channel where the particles normally flow through in the inactivated state of the deflector. By the application of current pulses, the aqueous liquid is electrolysed, yielding a gas bubble evolving between the electrode pair. As the gas bubble increases in size, the flow rate through this branch is reduced during the evolving phase. After the current pulse is applied, the bubble growth stops and the gas bubble is carried along with the flow. As a result, the flow through the specific branch is momentarily reduced and the particle of interest changes paths and flows down the other branch.

The device of the '662 patent is effective for sorting particles. However one serious drawback is that gas bubbles are created which potentially can accumulate at certain points of the fluidic network. This bubble generation can clog the flow channels, yielding erroneous sorting. Another drawback is that the generated gasses (mostly oxygen and hydrogen) and ionic species (mostly OH⁻ and H⁺) influence the particles flowing through the branch with the electrode pair. In addition, cells and delicate proteins such as enzymes are very fragile and can be destroyed by the fouling constituents co-generated with the gas bubble. Another drawback is the complexity of the overall sorting apparatus. In particular, the micro electrode construction is very complex to mount and assemble in the small channels of the system. As a result, the cost of a sorting unit is relatively large.

Another example of a particle sorting system of the prior art is disclosed in U.S. Pat. No. 3,984,307, the contents of which are herein incorporated by reference (hereinafter the '307 patent). In the '307 patent, the particles are flowing, confined by a flowing sheath liquid, through the center of a channel. After passing a detector section, the channel branches into two channels forming an acute angle therebetween (e.g., Y-branch). Just before the branching point, an electrically activated transducer is located in the channel for deflecting a specific particle having an appropriate, predetermined characteristic. The transducer described is a piezo actuator or ultrasonic transducer, yielding upon electrical activation a pressure wave in the channel. The generated pressure wave momentarily disturbs the flow in one branch thus deflecting the particle of interest into the other branch.

In the device of the '307 patent, as in the previous discussed device, the deflector is incorporated within the channel system, resulting in relatively large construction costs. Another drawback of this device is the deflector principle used. The generated pressure waves are not confined to the branching point, but rather propagate upstream into the detector section, as well as down both branches. This influences the overall flow through the channel. This is particularly a drawback if sorters of this type are connected either in series or in parallel, as is typically done to construct a high throughput sorting system. Pressure waves generated in one sorter can then influence the flows and deflection of particles in neighboring sorter units.

US 10,029,283 B2

3

Another sorter is described in U.S. Pat. No. 4,756,427, the contents of which are herein incorporated by reference. This sorter is analogous to the sorter in the '662 patent. In this case, however, the flow in one branch is disturbed by momentarily changing the resistance of the branch. The resistance is changed by changing the height of the branch channel by an external actuator. In the preferred embodiment, this external actuator is a piezo disc glued on top of the channel, causing it to move downwards upon activation.

Although the construction of the sorter described in the '427 patent is less complex than the previously described sorter structures, it is still problematic to couple multiple sorter modules of the described type together to increase the sorting rate. This is, as in the sorter described in the '307 patent because of the generated pressure waves causing interference with other sorter modules.

Another particle sorting device is described in U.S. Pat. No. 5,837,200, the contents of which are herein incorporated by reference. The '200 patent describes a sorting device that uses a magnetic deflection module to classify or select particles based on their magnetic properties. The '200 patent further describes processing and separating individual particle streams in parallel.

## SUMMARY OF THE INVENTION

The present invention provides a method and apparatus for sorting particles moving through a closed channel system of capillary size. The particle sorting system of the invention provides a sorting module that can be assembled at low cost while providing an accurate means of sorting large amounts of particles per unit of time. The particle sorting system may include a plurality of closely coupled sorting modules which are combined to further increase the sorting rate. The particle sorting system may comprise a multi-stage sorting device for serially sorting streams of particles, in order to decrease the error rate.

The particle sorting system implements an improved fluidic particle switching method and switching device according to the present invention. The particle sorting system comprises a closed channel system of capillary size for sorting particles. The channel system comprises a first supply duct for introducing a stream of particles and a second supply duct for supplying a carrier liquid. The first supply duct forms a nozzle to introduce a stream of particles into the flow of carrier liquid. The first supply duct and the second supply duct are in fluid communication with a measurement duct, which branches into a first branch and a second branch at a branch point. A measurement region is defined in the measurement duct and is associated with a detector to sense a predetermined characteristic of particles in the measurement region. Two opposed bubble valves are positioned in communication with the measurement duct and are spaced opposite each other. The bubble valves communicate with the measurement duct through a pair of opposed side passages. Liquid is allowed to partly fill these side passages to form a meniscus therein which interfaces the carrier liquid with the reservoir of the bubble valves. An external actuator is also provided for actuating one of the bubble valves. When the external actuator is activated, the pressure in the reservoir of the activated bubble valve increases, deflecting the meniscus and causing a flow disturbance in the measurement duct to deflect the flow therein.

When a sensor located in the measuring region senses a predetermined characteristic in a particle flowing through the measurement region, the sensor produces a signal in response to the sensed characteristic. The external actuator

4

is responsive to the sensor to cause a pressure pulse in a compression chamber of a first bubble valve to deflect the particle with the predetermined characteristic, causing the selected particle to flow down the second branch duct.

In one aspect, the invention comprises a method of sorting particles including the steps of providing a measurement duct having an inlet and a branching point at which the duct separates into two branch ducts, and conducting a stream of fluid into the duct inlet with a stream of particles suspended therein, such that the particles normally flow through a first one of the branch ducts and providing upstream from the branching point two opposing side passages for momentarily deflecting the stream in the duct. A first one of the side passages is hydraulically connected to a compression chamber of a first bubble valve, which is acted upon by an external actuator for varying the pressure therein. A second of the side passages is hydraulically connected with a buffer chamber of a second bubble valve for absorbing pressure variations. The method further comprises providing a measurement station along the measurement duct upstream of the side passages for sensing a predetermined characteristic of particles in the stream and for producing a signal when the predetermined characteristic is sensed. The method further comprises the step of, in response to sensing the predetermined characteristic, activating the external actuator for creating a flow disturbance in the duct between the side passages, thereby deflecting the particle having the predetermined characteristics and causing the selected particle to flow down the second branch duct.

In further aspects of the invention, the particle sort rate is respectively increased or the type of particles sorted being increased, by respectively connecting a plurality of sorting modules in parallel or serially connecting a plurality of sorting modules in a binary tree like configuration.

According to one aspect of the invention, a particle sorting system is provided. The particles sorting system comprises a first duct for conveying a stream of suspended particles confined in a carrier liquid, comprising an inlet, a first outlet and a second outlet, a sensor for sensing a predetermined characteristic in a particle, a side channel in communication with the first duct, a sealed chamber positioned adjacent to the side channel, wherein the carrier fluid forms a meniscus in the side channel to separate the sealed chamber from the carrier fluid; and an actuator. The actuator modifies the pressure in the sealed chamber to deflect the meniscus when the sensor senses the predetermined characteristic. The deflection of the meniscus causes the particle having the predetermined characteristic to flow into the second outlet while particles that do not have the predetermined characteristic flow into the first outlet.

## BRIEF DESCRIPTION OF THE DRAWINGS

FIG. 1 is a schematic view of a particle sorting system according to an illustrative embodiment of the invention.

FIGS. 2 through 4 illustrate the operation of the particle sorting system of FIG. 1.

FIG. 5 illustrates a particle sorting system showing alternate positions for the actuator chamber and the buffer chamber.

FIG. 6 illustrates the particle sorting system according to another embodiment of the invention.

FIG. 7 illustrates a bubble valve suitable for use in the particle sorting system of the present invention.

FIG. 8 is a schematic diagram of the particle sorting system of an illustrative embodiment of the present invention.

5

6

FIG. **9** shows one embodiment of a particle sorting system for sorting parallel streams of particles according to the teachings of the present invention.

FIG. **10** shows one embodiment of a particle sorting system configured in a binary tree-like configuration of sorting modules according to the teachings of the present invention.

FIG. **11** illustrates another embodiment of a multi-stage particle sorting system for sorting parallel streams of particles in multiple stages.

FIG. **12** illustrates a parallel particle sorting system according to an alternate embodiment of the present invention.

FIG. **13** illustrates a parallel particle sorting system according to another embodiment of the present invention.

FIGS. **14**a and **14**b illustrate a particle sorting system according to another embodiment of the invention, including an optical mask to allow measurement of a particle size and/or velocity.

FIG. **15** illustrates a parallel sorting system having variable channels according to another embodiment of the present invention.

FIG. **16** illustrates a variable array design of a parallel sorting system according to another embodiment of the present invention.

FIG. **17** illustrates a parallel sorting system according to another embodiment of the present invention.

## DETAILED DESCRIPTION OF THE INVENTION

The present invention provides a particle sorting system for sorting particles suspended in a liquid. The particle sorting system provides high-throughput, low error sorting of particles based on a predetermined characteristic. The present invention will be described below relative to illustrative embodiments. Those skilled in the art will appreciate that the present invention may be implemented in a number of different applications and embodiments and is not specifically limited in its application to the particular embodiments depicted herein.

The terms "duct" "channel" and "flow channel" as used herein refers to a pathway formed in or through a medium that allows for movement of fluids, such as liquids and gases. The channel in the microfluidic system preferably have cross-sectional dimensions in the range between about 1.0 µm and about 500 µm, preferably between about 25 µm and about 250 µm and most preferably between about 50 µm and about 150 µm. One of ordinary skill in the art will be able to determine an appropriate volume and length of the flow channel. The ranges are intended to include the above-recited values as upper or lower limits. The flow channel can have any selected shape or arrangement, examples of which include a linear or non-linear configuration and a U-shaped configuration.

The term "particle" refers to a discrete unit of matter, including, but not limited to cells.

The term "sensor" as used herein refers to a device for measuring a characteristic of an object, such as a particle.

The term "bubble valve" as used herein refers to a device that generates pressure pulses to control flow through a channel.

The term "carrier fluid" as used herein refers to a sheath of compatible liquid surrounding a particle for carrying one or more particles through a duct or channel.

FIG. **1** is a schematic depiction of a particle sorting system **10** according to the teachings of the present inven-

tion. According to one application of the present invention, the particle sorting system **10** comprises a closed channel system of capillary size for sorting particles. The channel system comprises a first supply duct **12** for introducing a stream of particles **18** and a second supply duct **14** for supplying a carrier liquid. The first supply duct **12** forms a nozzle **12**a, and a stream of particles is introduced into the flow of the carrier liquid. The first supply duct **12** and the second supply duct **14** are in fluid communication with a measurement duct **16** for conveying the particles suspended in the carrier liquid. The measurement duct branches into a first branch channel **22**a and a second branch channel **22**b at a branch point **21**. A measurement region **20** is defined in the measurement duct **16** and is associated with a detector **19** to sense a predetermined characteristic of the particles passing through the measurement region **20**. Two opposed bubble valves **100**a and **100**b are positioned relative to the measurement duct and disposed in fluid communication therewith. The valves are spaced opposite each other, although those of ordinary skill will realize that other configurations can also be used. The bubble valves **100**a and **100**b communicate with the measurement duct **16** through a pair of opposed side passages **24**a and **24**b, respectively. Liquid is allowed to partly fill these side passages **24**a and **24**b to form a meniscus **25** therein. The meniscus defines an interface between the carrier liquid and another fluid, such as a gas in the reservoir of the associated bubble valve **100**. An actuator **26** is also provided for actuating either bubble valve, which momentarily causes a flow disturbance in the duct to deflect the flow therein when activated by the actuator **26**. As illustrated, the actuator is coupled to the bubble valve **100**b. The second bubble valve **100**a serves as a buffer for absorbing the pressure pulse created by the first bubble valve **100**b.

The first side passage **24**b is hydraulically connected to a compression chamber **70**b in the first bubble valve **100**b, so that if the pressure in this chamber is increased, the flow in the measurement duct near the side passage is displaced inwards, substantially perpendicular to the normal flow in the duct. The second side passage **24**a, positioned opposite of the first side passage **24**b is hydraulically connected to a buffer chamber **70**a in the second bubble valve **100**a for absorbing pressure transients. This first side passage **24**b co-operates with the second side passage **24**a to direct the before mentioned liquid displacement caused by pressurizing the compression chamber **70**b, so that the displacement has a component perpendicular to the normal flow of the particles through the measurement duct.

Upon pressurizing the compression chamber **70**b an amount of liquid is transiently discharged from the first side passage **24**b. The resiliency of the second side passage **24**a results upon a pressurized discharge, in a transient flow of the liquid in the duct into the second side passage **24**a. The co-operation of the two side passages and the fluidic structures they interconnect causes the flow through the measurement duct **16** to be transiently moved sideways back and forth upon pressurizing and depressurizing of the compression chamber **70**b induced by the external actuator **26** in response to the signal raised by the detection means **19**. This transient liquid displacement, having a component perpendicular to the normal flow in the duct, can be applied in deflecting particles having predetermined characteristics to separate them from the remaining particles in the mixture.

As shown, the measurement duct **16** branches at the branch point **21** into two branches **22**a, **22**b and the flow rates in these branches are adjusted so that the particles normally stream through the second of the two branches **22**b. The angle between the branches **22**a, **22**b is between 0

US 10,029,283 B2

7

and 180 degrees, and preferably between 10 and 45 degrees. However, the angle can even be 0 degrees, which corresponds to two parallel ducts with a straight separation wall between them.

The particles to be sorted are preferably supplied to a measurement position in a central fluid current, which is surrounded by a particle free liquid sheath. The process of confining a particle stream is known, and often referred to as a 'sheath flow' configuration. Normally, confinement is achieved by injecting a stream of suspended particles through a narrow outlet nozzle into a particle free carrier liquid flowing in the duct 16. By adjusting the ratio of flow rates of the suspension and carrier liquid, the radial confinement in the duct as well as the inter particle distance can be adjusted. A relatively large flow rate of the carrier liquid results in a more confined particle stream having a large distance between the particles.

In a suspension introduced by the first supply duct 12, two types of particles can be distinguished, normal particles 18*a* and particles of interest 18*b*. Upon sensing the predetermined characteristic in a particle 18*b* in the measurement region 20, the detector 19 raises a signal. The external actuator 26 activates the first actuator bubble valve 100*b*, when signaled by the detector 19 in response to sensing the predetermined characteristic, to create a flow disturbance in the measurement duct 16 between the side passages 24*a*, 24*b*. The flow disturbance deflects the particle 18*b* having the predetermined characteristic so that it flows down the first branch duct 22*a* rather than the second branch duct 22*b*. The detector communicates with the actuator 26, so that when the detector 19 senses a predetermined characteristic in a particle, the actuator activates the first bubble valve 100*b* to cause pressure variations in the reservoir 70*b* of the first bubble valve. The activation of the first bubble valve deflects the meniscus 25*b* in the first bubble valve 100*b* and causes a transient pressure variation in the first side passage 24*b*. The second side passage 24*a* and the second bubble valve 100*a* absorb the transient pressure variations in the measurement duct 16 induced via the actuator 26. Basically, the reservoir 70*a* of the second bubble valve 100*a* is a buffer chamber having a resilient wall or containing a compressible fluid, such as a gas. The resilient properties allow the flow of liquid from the measurement duct into the second side passage 24*a*, allowing the pressure pulse to be absorbed and preventing disturbance to the flow of the non-selected particles in the stream of particles.

At the measurement region 20, individual particles are inspected, using a suitable sensor 19, for a particular characteristic, such as size, form, fluorescent intensity, as well as other characteristics obvious to one of ordinary skill. Examples of applicable sensor, known in the art, are various types of optical detection systems such as microscopes, machine vision systems and electronic means for measuring electronic properties of the particles. Particularly well known systems in the field are systems for measuring the fluorescent intensity of particles. These systems comprise a light source having a suitable wavelength for inducing fluorescence and a detection system for measuring the intensity of the induced fluorescent light. This approach is often used in combination with particles that are labelled with a fluorescent marker, i.e. an attached molecule that upon illuminating with light of a particular first wavelength produces light at another particular second wavelength (fluorescence). If this second wavelength light is detected, the characteristic is sensed and a signal is raised.

Other examples include the measurement of light scattered by particles flowing through the measurement region.

8

Interpreting the scattering yield information on the size and form of particles, which can be adopted to raise a signal when a predetermined characteristic is detected.

The actuator 26 for pressurizing the compression chamber of the first bubble valve can comprise an external actuator that responds to a signal from the sensor that a particle has a selected predetermined characteristic. There are two classes of external actuators that are suitable for increasing the pressure. The first class directly provides a gas pressure to the liquid in the first side passage 24*b*. For example, the actuator may comprise a source of pressurized gas connected with a switching valve to the liquid column in the side passage 24*b*. Activation of the switch connects the passage to the source of pressurized gas, which deflects the meniscus in the liquid. Upon deactivation, the switch connects the passage 24*b* back to the normal operating pressure.

Alternatively, a displacement actuator may be used in combination with a closed compression chamber having a movable wall. When the displacement actuator displaces the wall of the compression chamber inward, the pressure inside increases. If the movable wall is displaced back to the original position, the pressure is reduced back to the normal operating pressure. An example of a suitable displacement actuator is an electromagnetic actuator, which causes displacement of a plunger upon energizing a coil. Another example is the use of piezoelectric material, for example in the form of a cylinder or a stack of disks, which upon the application of a voltage produces a linear displacement. Both types of actuators engage the movable wall of the compression chamber 70 to cause pressure variations therein.

FIGS. 2 through 4 illustrate the switching operation of switch 40 in the particle sorting system 10 of FIG. 1. In FIG. 2, the detector 19 senses the predetermined characteristic in a particle and generates a signal to activate the actuator 26. Upon activation of the actuator, the pressure within the reservoir 70*b* of the first bubble valve 100*b* is increased, deflecting the meniscus 25*b* and causing a transient discharge of liquid from the first side passage 24*b*, as indicated by the arrow. The sudden pressure increase caused at this point in the duct causes liquid to flow into the second side passage 24*a*, because of the resilient properties of the reservoir of the second bubble valve 100*a*. This movement of liquid into the second side passage 24*a* is indicated with an arrow. As a result, as can be seen in the figure, the flow through the measurement duct 16 is deflected, causing the selected particle of interest 18*b* located between the first side passage 24*b* and the second side passage 24*a* to be shifted perpendicular to its flow direction in the normal state. The flow resistances to the measurement duct 16, the first branch 22*a* and the second branch 22*b* is chosen so that the preferred direction of the flow to and from the first side passage 24*b* and the second side passage 24*a* has an appreciable component perpendicular to the normal flow through the measurement duct 16. This goal can for instance be reached by the first branch 22*a* and the second branch 22*b* so that their resistances to flow is large in comparison with the flow resistances of the first side passage 24*b* and the second side passage 24*a*.

FIG. 3 shows the particle sorting system 10 during the relief of the first bubble valve reservoir when the particle of interest 18*b* has left the volume between the first side passage 24*b* and the second side passage 24*a*. The actuator 26 is deactivated, causing the pressure inside the reservoirs 70*a*, 70*b* to return to the normal pressure. During this relief phase there is a negative pressure difference between the two reservoirs 70*a*, 70*b* of the bubble valves, causing a liquid

US 10,029,283 B2

9

10

flow through the first side passage 24b and the second side passage 24a opposite to the liquid flow shown in the previous figure and as indicated by the arrows.

FIG. 4 illustrates the particle sorting system 10 after completion of the switching sequence. The pressures inside the reservoirs of the bubble valves are equalized, allowing the flow through the measurement duct 16 to normalize. As the particle of interest 18b has been displaced radially, it will flow into the first branch 22a, while the other particle continue to flow into the second branch 22b, thereby separating the particles based on the predetermined characteristic.

This process of detecting and selective deflecting of particles may be repeated many times per second for sorting particles at a high rate. Adopting the fluid switching as described, switching operations may be executed up to around several thousand switching operations per second, yielding sorting rates in the order of million sorted particles per hour.

According to another embodiment of the invention, the actuator bubble valve 100b and the buffer bubble valve 100a may be placed in different positions. For example, as shown in FIG. 5, the actuator bubble valve 100b and the first side passage 24b and/or the buffer bubble valve 100a and the second side passage 24a may be place upstream from the branch point 21. The components may be placed in any suitable location, such that the flow resistance between the actuator chamber 70b and the buffer chamber 70a is less than the flow resistance between any of these latter components and other pressure sources. More particularly, the actuator chamber 70b and the buffer chamber 70a may be placed such that the flow resistance between them is less than the flow resistance between a selected particle and a subsequent particle in the stream of particles. The positioning of the components in this manner thus prevents a pressure wave generated by the above-described method of deflecting a single selected particle, from travelling upstream or downstream and affecting the flow of the remaining particles in the stream of particles. A larger difference in flow resistances results in a higher level of isolation of the fluidic switching operation with associated pressure transients from the flow characteristics in the rest of the system. Moreover, the in-situ dampening of generated pressure pulses applied for sorting allows the implementation of sorting networks comprising a plurality of switches 40, each of which is hydraulically and pneumatically isolated from the others.

According to another embodiment, shown in FIG. 6, the particle sorting system of the present invention may use any suitable pressure wave generator (in place of a bubble valve) in combination one or more bubble valves serving as a buffer, such as valve 100b. For example, the pressure wave generator 260 may comprise an actuator such as a piezoelectric column or a stepper motor, provided with a plunger that can act upon the flowing liquid, either directly or via deflection of the channel system, to selectively deflect particles when the actuator is activated by a signal. Other suitable pressure wave generators include electromagnetic actuators, thermopneumatic actuators and a heat pulse generator for generating vapor bubbles in the flowing liquid by applying heat pulses. The buffer bubble valve 100b is positioned to absorb the pressure wave created by the pressure wave generator 260 to prevent flow disturbance in the other particles of the particle stream. The spring constant of the buffer 100b may be varied according to the particular requirements by varying the volume of the buffer chamber 70b, the cross-sectional area of the side passage 24b and/or

the stiffness or the thickness of a flexible membrane (reference 72 in FIG. 7) forming the buffer chamber 70b.

FIG. 7 illustrates an embodiment of a valve 100 suitable for creating a pressure pulse to separate particles of interest from other particles in a stream of particles and/or acting as a buffer for absorbing a pressure pulse according to the teachings of the present invention. As shown, the valve 100 is formed adjacent to a side passage 24a or 24b formed in a substrate which leads to the measurement duct 16. The side passage 24a includes a fluid interface port 17 formed by an aperture in the side wall of the passage. A sealed compression chamber 70 is positioned adjacent to the side passage 24a and communicates with the side passage through the fluid interface port. The illustrative chamber 70 is formed by a seal 71 and a flexible membrane 72. The carrier fluid in the side passage 24a forms a meniscus 25 at the interface between the side passage and the chamber. The actuator 26 depresses the flexible membrane to increase the pressure in the chamber, which deflects the meniscus and causes a pressure pulse in the carrier fluid.

FIG. 8 shows a sorting module 50 having an appropriate supply duct 52 for providing a stream of particles to be sorted as well as a first outlet duct 54 and a second outlet duct 56, either of which can carry the particles sorted in the sorting module 50. The sorting module 50 comprises a detector system 19 for sensing particles entering the sorting module 50 via the supply duct 52 can be operationally connected to a switch 40 for providing the required switching capabilities to sort particles. The first branch 22b and the second branch 22a, FIG. 1, can be disposed in fluidic connection with the outlet duct 54 and the second outlet duct 56.

FIG. 9 shows a particle sorting system 500 according to an alternate embodiment of the invention, comprising a plurality of sorting modules 50 that can be coupled together in any appropriate configuration. For example, the modules 50 in this embodiment are coupled in parallel. The outlet ducts 54 of the sorting modules 50 are coupled to a first combined outlet 58, the second outlet ducts 56 are coupled to a second combined outlet 60. The parallel arrangement of sorting modules yields a system of combined sorting module 50 having an overall sorting rate of N times the sorting rate of an individual sorting module 50, where N is the number of parallel connected sorting module 50.

FIG. 10 shows a particle sorting system 550 according to another embodiment, comprising a first sorting module 50a in series with a second sorting module 50b. The second sorting module 50b may be equipped for sorting particles having a predetermined characteristic the same or different than the predetermined characteristic of the particles sorted by the first sorting module 50a. The particle stream enters the first sorting module 50a through the supply duct 52 and may contain at least two types of particles. A first type of particle is sorted in the first sorting module 50a and exits through the first outlet duct 54a. The remaining particles exit the first sorting module 50a through second outlet duct 56a and are introduced into the second sorting module 50b via the second supply duct 52b. From this stream of particles, particles having the other predetermined characteristic are sorted and exit through the second outlet duct 54b. Particles that posses neither of the two predetermined characteristics exit the second sorting module 50b via the second outlet duct 56b. Those of ordinary skill will readily recognize that any suitable type of sorting module 50 can be used, and can be coupled together in a variety of ways, depending upon the desired results.

US 10,029,283 B2

11

FIG. **11** shows a hierarchical architecture for high throughput-low error sorting according to another embodiment of the present invention. The illustrated embodiment is a two-stage particle sorting system **800** for sorting a plurality of parallel particles streams in a first stage, aggregating the outputs of the first stage and then performing a secondary sorting process on the output of the first stage. An input stream of particles in suspension **80** from a particle input chamber **88** is split among N single sorting channels **81***a*-**81***n*, each channel being capable of sorting a selected number of particles per second. Each channel **81** includes a detection region **84** for examining the particles and identifying particles that have a predetermined characteristic, and a switching region **82** for separating the particles having the predetermined characteristic from the other particles in the stream, as described above. The switching region **82** produces two output streams of particles: a "selected" stream and a "rejected" stream in its switching region **82** based on the measured particle characteristics at the detection region **84**. The "selected" streams from each channel are aggregated in an aggregation region **86** into one stream to be sorted again in a secondary sorting channel **810**. As shown, the secondary sorting channel **810** repeats the sorting process of detecting and sorting based on a predetermined characteristic.

Given that each single channel sorting process produces some error (y) rate (y is a probability less than one of a particle being "selected" by mistake) of mistaken selections, the hierarchical architecture produces an lower error rate of $y^2$ for a 2-stage hierarchy as drawn or $y''$ for an n-stage hierarchy. For example, if the single channel error rate is 1% the 2-stage error rate is 0.01% or one part in $10^4$.

Alternatively, the architecture could have M primary sets of N sorting channels per secondary channel. Given that the application wants to capture particles that have a presence in the input at rate z and single channel sorters have a maximum sorting rate x particles per second. The system throughput is M*N*x in particles per second. The number of particles aggregated in N channels per second is N*x*z and so N*z must be less than 1 so that all particles aggregated from N channels can be sorted by a single secondary channel. To increase throughput above N=1/z one must add parallel groups of N primary+1 secondary channels. Overall throughput then comes from M*N*x with M several secondary channels.

FIG. **12** show a parallel-serial particle sorting system **160** according to another embodiment of the invention. The parallel-serial particle sorting system **160** includes a first parallel sorting module **161** and a second parallel sorting module **162**. The first sorting module **161** is applied in multiple marked particles and particles having both markers are sorted out and conveyed through the exit channel **165**.

FIG. **13** shows another parallel-serial particle sorting system **170**. The first parallel sorting module **171** separates particles having a first marker, collects the particles from the different channels and conveys the particles having the first marker through the first exit channel **175**. All other particles are then fed into a second parallel sorter **172** for sorting particles having a second marker. The particles having the second marker are collected and conveyed through a second exit channel **176**. Particles having neither the first marker nor the second marker are conveyed through a third exit channel **177**.

According to one embodiment of the invention, shown in FIGS. **14***a* and **14***b*, the particle sorting system may include sensors for measuring velocity, location and/or size of particles. The measurement of velocity, location and/or size

12

may be made simultaneously with classification of the particles for sorting or at a different time. In parallel channel based systems, as shown in FIG. **11**, the different channels may have different flow resistances, causing the velocity of the particles or cells in each channel to be different. In systems where the detection region **84** is separated from the switching region **82** by a distance L, the velocity of the particles in the channel **81** must be known in order to set the switching time delay T (i.e., the time to delay switch actuation relative to the moment of detection of a target particle).

In most optical systems for detecting cells or particles, the region in which the cell creates light on the photo detector in the detection region will have a much greater size than the size of a cell diameter. Therefore, when light is detected in the detection region, the cell may be anywhere in the region, making it difficult to pinpoint the exact location of the cell. To provide more accurate detection, many pixels of an optical detector could be packed across the detection region, but this would have a large cost and require complex support electronics.

According to an illustrative embodiment of the invention, an optical mask **140** may be added to the detection region to provide accurate velocity detection by depositing a "masking pattern" directly on the sorting chip. The masking patterns can be deposited so that an edge in the masking pattern is precisely located (to <1 um precision with current technology) relative to the cell sorting actuator region **82**. A single optical detector catching light from the cell in the detection region **84** will see light when the cell is not masked. The duration of the light being turned off by one of the connected opaque parts "bars" of the mask of known length gives a measurement of velocity.

A mask pattern that has several bars **141** of size ranging from 10 um to 30 um in 1 um steps results in only bars of size larger than the cell minimizing the signal from the cell. Therefore, such a pattern can also be used to measure the size of the cell independently of its signal. Such a "gradient mask" also produces a pattern in the optical detector that can be analyzed to measure velocity several times for reducing the variance in the velocity estimate. The pattern in the light induced by the mask **140** also allows the detector to identify each edge in the mask **140**. If the bars **141** were all the same, the light signal for each bar would be the same, and one could only tell them apart by sequence. Therefore, a gradient mask pattern will allow a single detector looking at a broad region (several times the size of a cell) to measure the velocity of the cell, measure the exact position inside the detection region **84** with about 1 um precision relative to the channel structures and the actuator location on chip and identify the size of the cell to precision given by the gradient pattern. The gradient mask **140** allows the detector to measure these parameters independent of the magnification of the optical system or the nature of the optical detector itself.

One skilled in the art will recognize that other devices for measuring the size, position and or velocity of a particle in the sorting system in accordance with the teachings of the invention. Suitable devices are readily available and known to those of ordinary skill in the art.

According to another embodiment, shown in FIG. **15**, the particle sorting system comprises an array **8000** of non-identical sorting channels. The use of a parallel array comprising a series of non-identical sorter channels **810***a*-**810***n* is more efficient in terms of space, use of optical power and adaptation to optimal external actuators. Since the velocity of particles can be accurately sensed using a sensor as

US 10,029,283 B2

13                                                                                    14

described above, the channels do not require a fixed delay between the detection of a property and actuation of a switch to deflect a particle having the detected property. Therefore, certain parameters of the channel, such as the distance L between a detector **84** and a switch **82** or the shape of the path between the detector **84** and the switch **82** can be varied.

Using a single laser for each wavelength optical illumination directed perpendicular to the chip, the laser is required to illuminate an area defined by: (number of channels)×((channel width at detection region)+(inter channel spacing C)) (See FIG. **15**). However, the active area where light can be absorbed to create fluorescence is only the area of the channels: (number of channels)×(channel width), which leaves a fill factor of: (channel width)/(channel width+C). The fill factor is preferably close to 100% to avoid wasting available input light.

Therefore, minimizing the interchannel spacing in a parallel sorting system is important to the optical detection region and optical system efficiency. In the variable array design of the present invention, shown in FIG. **16**, the spacing of the channels in the detection region **84** approaches the width of the channels, so that light utilization approaches about 50%. The channel spacing in the actuation region **82** may be larger, as shown in FIG. **16**. The location of actuators **26** along the channel may also be varied to make a larger available radius for external driver actuators.

The variable array **8000** may also include meanders in selected channels for balancing flow resistances of all the channels so that given a constant pressure drop across all the channels the velocities of particles are nearly matched. These can be added either upstream or downstream of the illustrated system, i.e., on in the region between the detectors and actuators. As the lengths Li between each channel's detection region **821** and its actuator **26i** is known from the design, the measurement of the particle velocity at the same time as the determination regarding which particles to keep provides an improved cell sorting system.

FIG. **17** illustrates a particle sorting system **1700** according to yet another embodiment of the invention. The particle sorting system **1700** includes a plurality of sorting modules **1701** operating in parallel. The system **1700** includes an input region **1710** for introducing samples to each sorting module and a detection region **1720** for measuring a predetermined characteristic of particles each sorting channel **1702** in the detection region. The system also includes a switch region **1730**, including an actuator in each sorting module for separating particles having a predetermined characteristic from particles that do not have the predetermined characteristic. As shown, in the embodiment of FIG. **17**, the sorting channels **1702** distance between each sorting channel in the detection region **1720** is less than the inter-channel distance in the switch region **1730**. The close spacing in the detection region enables cost saving when a laser is used to detect the particles, while the more distant separation in the switch region **1730** accommodates various sized actuators.

The particle sorting system **1700** may also include a secondary sorting module **1740** for repeating the sorting process of detecting and sorting based on a predetermined characteristic to increase the accuracy of the sorting process. According to one embodiment, the system may include an enrichment region **1750** between the array of primary sorting modules **1701** and the secondary sorting module **1740** for transitioning the particles from the primary sorting process to the secondary sorting process. According to an illustrative embodiment, the enrichment region **1750** tran-

sitions the particles by removing excess carrier fluid from the particles before passing the particles to the secondary sorting module **1740**. The enrichment region **1750** may also include a hydration device for adding secondary sheet fluid to the particles after enrichment. The enrichment region **1750** may comprise a membrane inserted into outlet channel **1703**, an enrichment channel intersecting the outlet channel **1703** and a membrane separating the outlet channel from the enrichment channel. Excess carrier fluid is removed from the stream of selected particles in the outlet channel **1703** through the membrane and into the enrichment channel before passing the selected particles into the secondary sorting module **1740**.

A suitable system for forming the enrichment region is described in U.S. Ser. No. 10/329,018, filed on Dec. 23, 2002, the contents of which are herein incorporated by reference.

According to the illustrative embodiment, the removed carrier fluid may be recycled and fed back into the inlet of the primary channels. A recycling channel or other device may connect the enrichment region to the primary channel to allow re-use of the carrier fluid for subsequent sorting process. Alternatively, the carrier fluid may be removed from rejected particles and introduced into the primary channel inlets prior to discarding the rejected particles.

The present invention has been described relative to an illustrative embodiment. Since certain changes may be made in the above constructions without departing from the scope of the invention, it is intended that all matter contained in the above description or shown in the accompanying drawings be interpreted as illustrative and not in a limiting sense.

It is also to be understood that the following claims are to cover all generic and specific features of the invention described herein, and all statements of the scope of the invention which, as a matter of language, might be said to fall therebetween.

Having described the invention, what is claimed as new and protected by Letters Patent is:

1. A particle sorting chip comprising:
   a duct configured to convey particles in a stream, the duct including an inlet and a plurality of flow-through outlet channels formed in a substrate;
   a first chamber formed in the substrate, the first chamber in fluid communication with the duct via a first side opening and otherwise sealed, the first side opening positioned upstream of the plurality of flow-through outlet channels; and
   an actuator provided on the substrate and associated with the first chamber, the actuator configured to increase a pressure within the first chamber and to discharge an amount of fluid from the first side opening into the duct during a switching operation.

2. The particle sorting chip of claim **1**, wherein the actuator is a piezoelectric actuator bonded to the chip.

3. The particle sorting chip of claim **1**, wherein the actuator is a heat pulse generation actuator configured to generate a vapor bubble within the actuator chamber.

4. The particle sorting chip of claim **1**, wherein the first chamber has a flexible wall and wherein movement of the flexible wall causes the first chamber to transiently discharge an amount of fluid through the first side opening into the duct.

5. The particle sorting chip of claim **1**, further comprising a second chamber in fluid communication with the duct via a second side opening, wherein the first side opening and the

US 10,029,283 B2

15                                                              16

second side opening are positioned on opposite sides of the duct upstream of the plurality of flow-through outlet channels.

**6**. The particle sorting chip of claim **5**, wherein the second chamber is otherwise sealed.

**7**. The particle sorting chip of claim **1**, further comprising a gradient mask associated with the duct, the gradient mask configured to produce a pattern in an optical detector.

**8**. The particle sorting chip of claim **1**, further comprising an optically detectable pattern in a detection region of the duct, the optically detectable pattern configured for simultaneously transmitting signals to determine a time delay and a classification of the selected particle.

**9**. The particle sorting chip of claim **1**, further comprising an optical mask having an optical pattern extending along a length of the duct, the optical mask configured to provide information on the velocity of the selected particle.

**10**. The particle sorting system of claim **1**, further comprising a plurality of ducts, each duct configured to convey particles in a stream, each duct including an inlet and a plurality of flow-through outlet channels, wherein the par-ticles normally flow from the inlet into a first outlet channel of the plurality of flow-through outlet channels, and each duct including a first chamber configured to selectively discharge a transient pressure pulse during a switching operation via a first side opening of the duct to a selected particle having a predetermined characteristic.

**11**. The particle sorting system of claim **1**, further comprising a sensor configured to detect a measurement of velocity of the selected particle.

**12**. The particle sorting system of claim **1**, further comprising an optically detectable pattern for spatially modulating signals from a detection region of the duct, the optically detectable pattern configured for simultaneously transmitting signals to determine a time delay and a classification of the selected particle.

**13**. The particle sorting system of claim **1**, further comprising an optical mask having an optical pattern associated with a length of the duct, the optical mask configured to provide information on the velocity of the selected particle.

*     *     *     *     *

# EXHIBIT 7

US010065188B2

(12) **United States Patent** (10) Patent No.: **US 10,065,188 B2**
Johnson et al. (45) **Date of Patent:** **Sep. 4, 2018**

(54) **ACTUATION OF PARALLEL MICROFLUIDIC ARRAYS**

(71) Applicant: **CYTONOME/ST, LLC**, Boston, MA (US)

(72) Inventors: **Andrew Johnson**, Randolph, MA (US); **John R. Gilbert**, Brookline, MA (US); **Manish Deshpande**, Canton, MA (US); **Hugh Lewis**, Gravelotte (ZA); **Bernard Bunner**, Watertown, MA (US)

(73) Assignee: **CYTONOME/ST, LLC**, Bedford, MA (US)

( * ) Notice: Subject to any disclaimer, the term of this patent is extended or adjusted under 35 U.S.C. 154(b) by 0 days.

(21) Appl. No.: **15/042,996**

(22) Filed: **Feb. 12, 2016**

(65) **Prior Publication Data**

US 2016/0158758 A1    Jun. 9, 2016

**Related U.S. Application Data**

(63) Continuation of application No. 14/517,396, filed on Oct. 17, 2014, now Pat. No. 9,260,693, which is a
(Continued)

(51) **Int. Cl.**
**B07C 5/00** (2006.01)
**B01L 3/00** (2006.01)
(Continued)

(52) **U.S. Cl.**
CPC .......... **B01L 3/502761** (2013.01); **B01L 3/52** (2013.01); **B07C 5/34** (2013.01); **C12N 5/0081** (2013.01);
(Continued)

(58) **Field of Classification Search**
CPC ....... B01L 2300/021; B01L 2300/0816; B01L 2400/04; B01L 2400/0439;
(Continued)

(56) **References Cited**

U.S. PATENT DOCUMENTS

4,004,150 A    1/1977 Natelson
4,478,076 A    10/1984 Bohrer
(Continued)

FOREIGN PATENT DOCUMENTS

DE    102005054923 B3    4/2007
EP    0644417 A1    3/1995
(Continued)

OTHER PUBLICATIONS

"Applying Microfluidic Chemical Analytical Systems to Imperfect Samples", P. Yager et al., Micro Total Analysis Systems 98, D. Harrison & A. van den Berg (ed.), Kluwer Academic Publishers, Dordrecht, 207-212, 1998.
(Continued)

*Primary Examiner* — Terrell H Matthews
(74) *Attorney, Agent, or Firm* — McCarter & English, LLP; David R. Burns

(57) **ABSTRACT**

An improved actuator for use in a microfluidic particle sorting system utilizes a staggered packing scheme for a plurality of actuators used to selectively deflect a particle in an associated sorting channel from a stream of channels. An actuator block may be provided for housing a two-dimensional array of actuators, each configured to align with an actuation port in an associated sorting chip containing a plurality of sorting channels. The actuator block may include a built-in stressing means to pre-stress each actuator housed by the block. An actuator comprising a piezo-electric stack may employ contact-based electrical connection rather than soldered wires to improve packing density. The actuator may be an external actuator. That is, the external actuator is external to the substrate in which the sorting channels are formed.

**21 Claims, 13 Drawing Sheets**



### Related U.S. Application Data

continuation-in-part of application No. 14/179,760, filed on Feb. 13, 2014, now Pat. No. 9,823,252, and a continuation-in-part of application No. 13/371,277, filed on Feb. 10, 2012, now Pat. No. 8,863,962, which is a continuation of application No. 11/800,469, filed on May 4, 2007, now Pat. No. 8,123,044, said application No. 14/179,760 is a continuation of application No. 13/240,521, filed on Sep. 22, 2011, now Pat. No. 8,679,422, which is a continuation of application No. 11/295,183, filed on Dec. 5, 2005, now Pat. No. 8,277,764.

(60) Provisional application No. 60/798,154, filed on May 5, 2006, provisional application No. 60/633,396, filed on Dec. 3, 2004.

(51) **Int. Cl.**
   *C12N 5/00*          (2006.01)
   *B07C 5/34*          (2006.01)

(52) **U.S. Cl.**
   CPC ...  *B01L 2200/027* (2013.01); *B01L 2200/028* (2013.01); *B01L 2200/0636* (2013.01); *B01L 2200/0652* (2013.01); *B01L 2200/0689* (2013.01); *B01L 2300/021* (2013.01); *B01L 2300/0636* (2013.01); *B01L 2300/0816* (2013.01); *B01L 2300/0864* (2013.01); *B01L 2400/04* (2013.01); *B01L 2400/0439* (2013.01); *B01L 2400/0442* (2013.01); *B01L 2400/0487* (2013.01); *B01L 2400/0622* (2013.01)

(58) **Field of Classification Search**
   CPC ..... B01L 2400/0487; B01L 2400/0622; B01L 3/52; B01L 3/50276; G01N 33/5005
   USPC ...................................................... 209/559
   See application file for complete search history.

(56)                **References Cited**

                U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 4,478,077 A | 10/1984 | Bohrer et al. | |
| 4,498,353 A | 2/1985 | Kitade | |
| 4,498,780 A | 2/1985 | Banno et al. | |
| 4,498,782 A | 2/1985 | Proctor et al. | |
| 4,501,144 A | 2/1985 | Higashi et al. | |
| 4,560,865 A | 12/1985 | Bergstrom | |
| 4,651,564 A | 3/1987 | Johnson et al. | |
| 4,797,696 A | 1/1989 | Allen et al. | |
| 4,983,038 A | 1/1991 | Ohki et al. | |
| 4,987,432 A | 1/1991 | Landwehr | |
| 5,050,429 A | 9/1991 | Nishimoto et al. | |
| 5,082,242 A | 1/1992 | Bonne et al. | |
| 5,108,623 A | 4/1992 | Cangelosi et al. | |
| 5,176,358 A | 1/1993 | Bonne et al. | |
| 5,216,488 A | 6/1993 | Tguunanen et al. | |
| 5,244,537 A | 9/1993 | Ohnstein | |
| 5,307,144 A | 4/1994 | Hiroshi et al. | |
| 5,323,999 A | 6/1994 | Bonne et al. | |
| 5,441,597 A | 8/1995 | Bonne et al. | |
| 5,644,388 A | 7/1997 | Maekawa et al. | |
| 5,683,119 A | 11/1997 | Johnson | |
| 5,716,852 A | 2/1998 | Yager et al. | |
| 5,726,751 A | 3/1998 | Altendorf et al. | |
| 5,757,476 A | 5/1998 | Nakamoto et al. | |
| 5,799,030 A | 8/1998 | Brenner | |
| 5,822,170 A | 10/1998 | Cabuz et al. | |
| 5,836,750 A | 11/1998 | Cabuz | |
| 5,837,200 A | 11/1998 | Diessel et al. | |
| 5,851,488 A | 12/1998 | Saul et al. | |
| 5,863,502 A | 1/1999 | Southgate et al. | |
| 5,876,266 A | 3/1999 | Miller et al. | |
| 5,893,722 A | 4/1999 | Hibbs-Brenner et al. | |
| 5,922,210 A | 7/1999 | Brody et al. | |
| 5,932,100 A | 8/1999 | Yager et al. | |
| 5,948,684 A | 9/1999 | Weigl et al. | |
| 5,971,158 A | 10/1999 | Yager et al. | |
| 5,972,710 A | 10/1999 | Weigl et al. | |
| 5,974,867 A | 11/1999 | Forster et al. | |
| 6,007,775 A | 12/1999 | Yager | |
| 6,082,185 A | 7/2000 | Saaski | |
| 6,097,485 A | 8/2000 | Lievan | |
| 6,103,199 A | 8/2000 | Bjornson et al. | |
| 6,197,575 B1 | 3/2001 | Griffith et al. | |
| 6,221,226 B1 | 4/2001 | Kopf-Sill | |
| 6,316,781 B1 | 11/2001 | Nagle et al. | |
| 6,337,740 B1 | 1/2002 | Parce | |
| 6,353,475 B1 | 3/2002 | Jensen et al. | |
| 6,361,672 B1 | 3/2002 | Zhu et al. | |
| 6,440,725 B1 | 8/2002 | Pourahmadi et al. | |
| 6,496,260 B1 | 12/2002 | Hafeman et al. | |
| 6,504,607 B2 | 1/2003 | Jensen et al. | |
| 6,506,609 B1 | 1/2003 | Wada et al. | |
| 6,534,011 B1 | 3/2003 | Karthe et al. | |
| 6,567,163 B1 | 5/2003 | Sandstrom | |
| 6,592,821 B1 | 7/2003 | Wada et al. | |
| 6,597,438 B1 | 7/2003 | Cabuz et al. | |
| 6,602,702 B1 | 8/2003 | McDevitt et al. | |
| 6,616,823 B2 | 9/2003 | Kopf-Sill | |
| 6,632,400 B1 | 10/2003 | Brennen et al. | |
| 6,649,403 B1 | 11/2003 | McDevitt et al. | |
| 6,674,525 B2 | 1/2004 | Bardell et al. | |
| 6,703,205 B2 | 3/2004 | Kopf-Sill et al. | |
| 6,744,038 B2 | 6/2004 | Wang et al. | |
| 6,747,285 B2 | 6/2004 | Schueller et al. | |
| 6,756,019 B1 | 6/2004 | Dubrow et al. | |
| 6,759,662 B1 | 7/2004 | Li | |
| 6,767,706 B2 | 7/2004 | Quake et al. | |
| 6,771,421 B2 | 8/2004 | Rope et al. | |
| 6,808,075 B2 | 10/2004 | Bohm et al. | |
| 6,838,056 B2 | 1/2005 | Foster | |
| 6,930,314 B2 | 8/2005 | Jackson, III et al. | |
| 6,980,303 B2 | 12/2005 | Kume et al. | |
| 7,157,274 B2 * | 1/2007 | Bohm ...................... B07C 5/34 |
| | | | 209/172.5 |
| 7,220,594 B2 | 5/2007 | Foster et al. | |
| 7,298,478 B2 * | 11/2007 | Gilbert ............... G01N 21/6452 |
| | | | 356/318 |
| 7,312,085 B2 | 12/2007 | Chou et al. | |
| 7,355,699 B2 | 4/2008 | Gilbert et al. | |
| 7,476,363 B2 | 1/2009 | Unger et al. | |
| 7,569,788 B2 | 8/2009 | Deshpande et al. | |
| 8,277,764 B2 | 10/2012 | Gilbert et al. | |
| 8,691,164 B2 * | 4/2014 | Butler ............... B01L 3/502761 |
| | | | 422/502 |
| 9,260,693 B2 * | 2/2016 | Johnson ........... C12N 5/0081 |
| 9,757,726 B2 * | 9/2017 | Sharpe ............. B01L 3/502761 |
| 2002/0055167 A1 | 5/2002 | Pourahmadi et al. | |
| 2002/0071121 A1 | 6/2002 | Ortyn et al. | |
| 2002/0124896 A1 | 9/2002 | O'Connor et al. | |
| 2002/0177135 A1 | 11/2002 | Doung et al. | |
| 2003/0027225 A1 | 2/2003 | Wada et al. | |
| 2003/0096430 A1 | 5/2003 | Holl et al. | |
| 2003/0138941 A1 | 7/2003 | Gong et al. | |
| 2004/0011650 A1 | 1/2004 | Zenhausern et al. | |
| 2004/0017078 A1 | 1/2004 | Parikh et al. | |
| 2004/0050866 A1 | 3/2004 | Ingenhoven et al. | |
| 2004/0086672 A1 | 5/2004 | Childers et al. | |
| 2004/0115094 A1 | 6/2004 | Gumbrecht et al. | |
| 2004/0161772 A1 | 8/2004 | Bohm et al. | |
| 2005/0183995 A1 | 8/2005 | Deshpande et al. | |
| 2007/0076199 A1 | 4/2007 | Ode | |
| 2008/0030865 A1 | 2/2008 | Gilbert et al. | |
| 2008/0124779 A1 * | 5/2008 | Oh ................. B01L 3/502761 |
| | | | 435/173.9 |
| 2008/0180666 A1 | 7/2008 | Gilbert et al. | |
| 2008/0182338 A1 | 7/2008 | Abraham-Fuchs et al. | |
| 2014/0273192 A1 * | 9/2014 | Sharpe ............. B01L 3/502761 |
| | | | 435/288.7 |

## US 10,065,188 B2

Page 3

(56)                **References Cited**

U.S. PATENT DOCUMENTS

| | | | | |
|---|---|---|---|---|
| 2014/0318645 | A1* | 10/2014 | Koksal | F17D 1/08 |
| | | | | 137/559 |
| 2015/0268244 | A1* | 9/2015 | Cho | G01N 15/1429 |
| | | | | 435/7.23 |
| 2015/0328637 | A1* | 11/2015 | Perrault, Jr. | B01L 3/502738 |
| | | | | 435/287.1 |

FOREIGN PATENT DOCUMENTS

| | | |
|---|---|---|
| EP | 0793098 A1 | 9/1997 |
| EP | 1001326 A1 | 5/2000 |
| FR | 2865145 A1 | 7/2005 |
| JP | 60-153023 | 8/1985 |
| JP | 07-167798 | 7/1995 |
| JP | H09-509498 A | 9/1997 |
| JP | 11-108838 | 4/1999 |
| JP | 2001515216 A | 9/2001 |
| JP | 2001520377 A | 10/2001 |
| JP | 2001527220 A | 12/2001 |
| JP | 2005-524831 A | 8/2005 |
| JP | 2005-534896 A | 11/2005 |
| JP | 2006-521786 A | 9/2006 |
| WO | 95/27199 A1 | 10/1995 |
| WO | 99/19717 A1 | 4/1999 |
| WO | 99/60397 A1 | 11/1999 |
| WO | 2000/06996 A1 | 2/2000 |
| WO | 2001/02846 A1 | 1/2001 |
| WO | 01/09598 A1 | 2/2001 |
| WO | 01/45843 A9 | 5/2002 |
| WO | 2003/089158 | 10/2003 |
| WO | 2003/104772 | 12/2003 |
| WO | 2003035229 A3 | 1/2004 |
| WO | 2004039500 A1 | 5/2004 |
| WO | 2004069983 A3 | 7/2005 |

OTHER PUBLICATIONS

"Design of Microfluidic Sample Preconditioning Systems for Detection of Biological Agents in Environmental Samples", Yager, H. et al., SPIE Proceedings, 3515, 252-259, 1998.
"Development of a Flow Cytometry Based Minature Chemical Fluid Analysis System Using Fluorescent Microbeads", M. Huang. et al., SPIE Biomedical Optics, BIOS 97, conference proceedings, 1997.
"Differential Blood Cell Counts Obtained Using a Microchannel Based Flow Cytometer", E. Altendorf et al., Solid State Sensors & Actuators, vol. 1, 531, 1997.
"Diffusion-Based Optical Chemical Detection in Silicon Flow Structures", B. Weigl et al., Analytical Methods & Instrumentation, .mu.TTAS 96 special edition, 1996.
"Fluorescence Analyte Sensing in Whole Blood Based on Diffusion Separation in Silicon-Microfabricated Flow Structures", B. Welgl et al., SPIE Proceedings, J. Lakowitz (ed.), Fluorescence Sensing Technology III, 1997.
"Fluorescence and Absorbance Analyte Sensing in Whole Blood and Plasma Based on Diffusion Separation in Silicon-Microfabricated Flow Structures (T-Sensors.TM.)", B. Weigl, et al., Biomedical Optics, vol. 6, No. 1, Jul. 1997.
"Implementation of Novel Optical Detection Methods for Clinically Important Blood Analytes Using Microfabricated Flow Structures (T-Sensors.TM.)", E. Altendorf & B. Weigl, MicroTAS 98, Banff, Canada, Apr. 1998.
"Integration of Microelectrodes With Etched Microchannels for In-Stream Electrochemical Analysis", R.Darling et al., MicroTAS 98, Banff, Canada, Apr. 1998.
"Microfabrication Technology for Research and Diagnostics, Silicon Microchannel Optical Flow Cytometry", E. Altendorf et al., SPIE Proceedings, Biomedical Optics 96, Jan. 1996.
"Microfluidic Approaches to Immunoassays", A. Hatch et al., SPIE conference on Micromachining and Microfabrication Symposium at Santa Clara, CA, Sep. 20-22, 1999.

"Microfluidic Diffusion Based Electrochemical Detection Using Microfabricated Flow Structures (T-Sensors.TM.)", B. Veigl, Analytical Chemistry, submitted 1999.
"Microfluidic Diffusion Based Separation and Detection", B. Weigl & P. Yager, Science, vol. 283, pp. 346-347, Jan. 15, 1999.
"Optical and Electrochemical Diffusion-Based Detection of Analytes in Complex Samples Using Microfabricated Flow Structures (T-SensorSTM)", B. Weigl, R. Darling, P. Yager, J. Kriebel & K. Mayes, Micro-and nanofabn'cated electro-optical mechanicalsystems for biomedical and environmental applications II-SPIE vol. 3606, Jan. 25-26, 1999.
"Rapid Sequential Chemical Analysis Using Multiple Fluorescent Reporter Beads", B. Weigl et al., .mu.TTAS 96 Conference Proceedings, 1996.
"Results Obtained Using a Prototype Microfluidics-Based Hematology Analyzer", E.Altendorf et al., SPIE Biomedical Optics 97, 1997.
"Silicon-Microfabricated Diffusion-Based Optical Chemical Sensor", B. Weigh & P. Yager, Reprint from "Sensors & Actuators" B 38-39, 452-457, 1997.
"Simultaneous Self-Referencing Analyte Determination in Complex Sample Solutions Using Microfabricated Flow Structures (T-Sensors.TM.)", B. Weigl et al., Proceedings of MicroTAS 98, 81-4, Banff, Canada, 1998.
"Whole Blood Assays Using Microfluidics-Based T-SensorSTm Technology", B. Weigl, Medical Design Online, http://news.medicaldesignonline.com/featuresarticles/19990416-5922.html, Apr. 1999.
Australian Examination Report dated Aug. 27, 2010 (2 pages).
Chinese Office Action for Application No. 200580046282.8, dated Dec. 21, 2011.
Cleopatra Cabuz et al., "Mesoscopic Sampler Based on 3D Array of Electrostatically Activated Diaphragms", The 10.sup.th Int. Conf. On Solid-State Sensors and Actuators, Transducers '99, Jun. 7-12, 1999, Sendai Japan, p. 1890-1891.
English translation of First Office Action for Chinese Application No. 200780019958.3, dated Feb. 2, 2012.
Eric Alterndorf et al., "Results Obtained Using a Prototype Microfluidics-Based Hematology Analyzer", Department of Bioengineering, University of Washington, Box 352141, Seattle, WA 98195, dated prior to Aug. 2, 2000 pp. 73-76.
European Office Action for Application No. 05853002.3, dated Jan. 19, 2009.
Extended European Search Report for App. No. 11151431.1, dated May 2, 2012.
First Examination Report for Indian Application No. 2093/KOLNP/ 2007, dated Dec. 8, 2014.
http://www.micronics.net/hfilter.htm, pp. 1-3, downloaded Jun. 14, 2000.
http://www.micronics.net/mcytometry.htm, pp. 1-4, downloaded Jun. 14, 2000.
http://www.micronics.net/orcafluidics.htm, pp. 1-4, downloaded Jun. 14, 2000.
http://www.micronics.net/tsensor.htm, pp. 1-4, downloaded Jun. 14, 2000.
International Search Report for Application No. PCT/US2005/ 043965, dated Jul. 12, 2006.
International Search Report for Application No. PCT/US2007/ 010959, dated Aug. 8, 2008.
Invitation to Pay Additional Fees for Application No. PCT/US2007/ 010959, dated Feb. 1, 2008.
Invitation to Pay Additional Fees, Partial International Search Report for Application No. PCT/US2005/043965, dated Mar. 20, 2006.
Japanese Office Action for Application No. JP 2007-544599, dated Oct. 19, 2011.
Lehman, J. et al., "High-Frequency Modulation Characteristics of Red VCSELs", Electronics Letters, Feb. 13, 1997, vol. 33(4), pp. 298-300. Copyright 1997 IEE.
Office Action issued in Canadian Application No. 2,588,753, dated Oct. 30, 2012.
Office Action issued in Canadian Application No. 2,651,250, dated Mar. 5, 2015.

**US 10,065,188 B2**

Page 4

(56)         **References Cited**

OTHER PUBLICATIONS

Office Action issued in Canadian Application No. 2,651,250, dated May 16, 2014.
Office Action issued in Japanese Application No. 2007-544599, dated Jan. 28, 2013.
Shapiro, "Practical Flow Cytometry", third edition, 1995, p. 237.
Strzelecka, E. et al., "Parallel Free-Space Optical Interconnect Based on Arrays of Vertical-Cavity Lasers and Detectors with Monolithic Microlenses", Applied Optics, v. 37(14), May 10, 1998, pp. 2811-2821. Copyright 1998 Optical Society of America.
T. Ohnstein et al., "Micromachined Silicon Microvalve", Proceedings of MEMS, 1990, IEEE Micro Electromechanical Systems, Napa Valley, California, Feb. 11-14, 1990, pp. 95-98.
United States Office Action for U.S. Appl. No. 11/285,183, dated Sep. 27, 2011.
United States Office Action for U.S. Appl. No. 13/240,521, dated Jun. 7, 2012.
Notification of First Office Action, Chinese Application No. 200780019958.3, dated Feb. 2, 2012.

* cited by examiner



*Fig. 1*



*Fig. 2*



*Fig. 3*



*Fig. 4*



*Fig. 5A*



*Fig. 5D*

cell sorted

*Fig. 5C*

displaced cell
18b

*Fig. 5B*

Switching sequence

160

154'

154

pressure
pulse



Long side pins are
every 900 microns
along this dimension
in 3 staggered rows.

*Fig. 6*

Case 1:19-cv-00301-RGA   Document 1-1   Filed 02/12/19   Page 125 of 139 PageID #: 165



*Fig. 7*



*Fig. 8*

*Fig. 9*

*Fig. 10*



*Fig. 11A*

*Fig. 11B*

*Fig. 11C*

*Fig. 11D*



*Fig. 12*



Fig. 13



*Fig. 14*



*Fig. 15*

US 10,065,188 B2

# 1

## ACTUATION OF PARALLEL MICROFLUIDIC ARRAYS

### RELATED APPLICATIONS

This application is a continuation of U.S. Ser. No. 14/517,396, filed Oct. 17, 2014, which is a continuation-in-part of U.S. Ser. No. 13/371,277, filed Feb. 10, 2012, which is a continuation of U.S. Ser. No. 11/800,469, filed May 4, 2007, which claims priority to U.S. Provisional Ser. No. 60/798, 154, filed May 5, 2006, and entitled "Actuation of Parallel Microfluidic Arrays." U.S. Ser. No. 14/517,396, filed Oct. 17, 2014 is also a continuation-in-part of U.S. Ser. No. 14/179,760, filed Feb. 13, 2014, which is a continuation of U.S. Ser. No. 13/240,521, filed Sep. 22, 2011, which is a continuation of U.S. Ser. No. 11/295,183, filed Dec. 5, 2005, which claims priority to U.S. Provisional Ser. No. 60/633, 396, filed Dec. 3, 2004, and entitled "Unitary Cartridge For Particle Processing". The contents of each application identified above is herein incorporated by reference in their entirety.

### FIELD OF THE INVENTION

The present invention relates to an actuator for use in a microfluidic particle processing system or device. In particular, the present invention relates to an actuator for use with a parallel array microfluidic sorting device for sorting particles in a plurality of parallel channels.

### BACKGROUND

Microfluidic devices may be used in a variety of applications to perform any number of microfluidic processes on particles.

In the fields of biotechnology, and especially cytology and drug screening, there is a need for high throughput sorting of particles. Examples of particles that require sorting are various types of cells, such as blood platelets, white blood cells, tumorous cells, embryonic cells and the like. These particles are especially of interest in the field of cytology. Other particles are (macro) molecular species such as proteins, enzymes and poly-nucleotides. This family of particles is of particular interest in the field of drug screening during the development of new drugs.

Methods and apparatuses for particle sorting are known, and the majority described in the prior art work in the condition where the particles are suspended in a liquid flowing through a channel network having at least a branch point downstream and are operated according the detect-decide-deflect principle. The moving particle is first analyzed for a specific characteristic, such as optical absorption, fluorescent intensity, size, or another suitable characteristic. Depending on the outcome of this detection phase, it is decided how the particle will be further handled. The outcome of the decision is then applied to deflect the direction of specific particle towards a predetermined branch of the channel network.

Of importance is the throughput of the sorting apparatus, i.e. how many particles can be sorted per unit of time. Typical sorting rates for sorters employing flows of particle suspension in closed channels are in the range from a few hundred particles per second to thousands of particles per second, for a single sorting unit.

In certain microfluidic processes, such as particle sorting, certain actuators used to actuate a process, such as separation of particles having a predetermined characteristic from

# 2

particles that do not have a predetermined characteristic, may present drawbacks. For example, certain actuators may take up a relatively large amount of space on a microfluidic chip, limiting the efficiency with which actuators can be packaged on the microfluidic chip, thereby also limiting the density or efficiency of packing of an array of parallel channels.

### SUMMARY

The present invention provides an improved actuator for use in a microfluidic particle sorting system. In one embodiment, the present invention provides a staggered packing scheme for a plurality of actuators used to selectively deflect a particle in an associated sorting channel from a stream of channels. In another embodiment, an actuator block is provided for housing a two-dimensional array of actuators, each configured to align with an actuation port in an associated sorting chip containing a plurality of sorting channels. The actuator block may include a built-in stressing means to pre-stress each actuator housed by the block. In another embodiment, an actuator comprising a piezo-electric stack may employ contact-based electrical connection rather than soldered wires to improve packing density. In one embodiment, the actuator is an external actuator. That is, the external actuator is external to the substrate in which the sorting channels are formed.

According to one aspect of the invention, a system for sorting particles, comprises a microfluidic chip containing a plurality of microsorters, each microsorter having an actuation port for interfacing with a displacement actuator for selectively actuating the microsorter to deflect a particle having a predetermined characteristic from a stream of particles, wherein at least one of the actuation ports of a first microsorter is located in a different coordinate along the chip from an actuation port of a second microsorter and a block holding a plurality of displacement actuators such that the location of each actuator in the block corresponds to the location of an associated actuator ports in the microsorter chip when the block and chip are brought together.

According to another aspect of the invention, a system for providing dense arrays of displacement actuators comprises a block assembly that holds actuators for selectively activating an associated sorter in a fixed two-dimensional array, a layer in the block assembly which compresses each actuator against an independent flexing means to provide pre-stress and a plurality of actuation pins mounted in the block.

According to still another aspect of the invention, a displacement actuator device comprises a piezoelectric stack, an actuating pin for contact with a surface to be displaced connected to a first end of the piezoelectric stack, a mounting-pin for holding the mounting the displacement actuator device coupled to a second end of the piezoelectric stack and a conductive coating disposed over the mounting-pin and extending at least partially over the piezoelectric stack to provide an electrical connection to the piezoelectric stack.

### BRIEF DESCRIPTION OF THE FIGURES

FIG. 1 illustrates a microfluidic particle sorting system according to an illustrative embodiment of the invention.

FIG. 2 is a detailed view of a region of the microfluidic particle sorting system of FIG. 1.

US 10,065,188 B2

3

FIG. **3** illustrate a particle sorting module in the micro-fluidic particle sorting system according to one embodiment of the invention.

FIG. **4** illustrates another embodiment of a particle sorting module suitable for use in the particle sorting system of the invention.

FIGS. **5a-5d** illustrate another embodiment of the particle sorting module during sorting of a stream of particles based on a predetermined characteristic.

FIG. **6** illustrates an embodiment of an actuator block for housing a plurality of external actuators used with the particle sorting system of FIG. **1** in a two-dimensional array.

FIG. **7** illustrates another embodiment of the actuator block.

FIG. **8** illustrates an embodiment of an actuator used to selectively actuate a sorting switch in the particle sorting system of FIG. **1**.

FIG. **9** illustrates another embodiment of the actuator.

FIG. **10** illustrates the actuator of FIG. **9** including contact springs to provide an electrical connection to the actuator.

FIGS. **11A-11D** illustrate the actuator of FIG. **8**.

FIG. **12** illustrates a unitary cartridge for particle process-ing according to an illustrative embodiment of the invention.

FIG. **13** illustrates a unitary cartridge for particle; sorting according to an illustrative embodiment of the invention.

FIG. **14** illustrates a unitary particle sorting cartridge of an embodiment of the invention including an aggregation filter.

FIG. **15** illustrates a unitary particle sorting cartridge of another embodiment of the invention including pumps and filters for controlling liquid level and/or the concentration of sheath fluid, as well as providing sheath recycling.

## DETAILED DESCRIPTION

The present invention provides an improved actuation system for use in a microfluidic particle sorting system that sorts particles suspended in a liquid. The particle sorting system provides high-throughput, low error sorting of par-ticles based on a predetermined characteristic. The present invention will be described below relative to illustrative embodiments. Those skilled in the art will appreciate that the present invention may be implemented in a number of different applications and embodiments and is not specifi-cally limited in its application to the particular embodiments depicted herein.

FIG. **1** illustrates a microfluidic particle processing sys-tem **10** according to an illustrative embodiment of the invention. The illustrative particle processing system com-prises a particle sorting system for sorting particles flowing through a plurality of parallel channels based on one or more predetermined characteristics. The illustrative particle pro-cessing system **10** is formed on a substrate **12** and includes a number of processing channels, illustrated as sorting channels **160**, for processing streams of an input sample in parallel. The processing system **10** includes a plurality of sample inlets **130** for inputting a sample to the system. In the illustrative embodiment, the sample inlets **130** intersect inlet channels **132**, which flow a processing fluid, such as sheath fluid through the system. The sample inlets **130** and inlet channels **132** create a sheath flow carrying particles to be processed by the system through the parallel processing channels **160**.

A suitable sheath flow system is described in U.S. patent application Ser. No. 10/979,848, filed Nov. 1, 2004, the contents of which are herein incorporated by reference. However, the invention is not limited to such a manner of inputting a sample and/or sheath flow to a particle process-ing system, and any suitable means may be used.

A detection region **120** receives the sheath flow contain-ing the particles to be processed flowing through the parallel channels **110** and analyzes the particles. In the illustrative embodiment, the detection system observes the particles to identify particles having a predetermined characteristic. The detection region includes one or a plurality of detectors for sensing a predetermined characteristic in a target particle flowing through the channels **160**.

A suitable detection system for analyzing particles is described in U.S. patent application Ser. No. 10/915,016, the contents of which are herein incorporated by reference. One skilled in the art will recognize that any suitable means of analyzing particles may be used.

In a processing region **140**, the processing system **10** performs a selected process on the particles flowing through the channels **110**. In the illustrative embodiment, the pro-cessing region contains a series **150** of switches for sepa-rating particles determined by detectors in the detection region **120** to have one or more predetermined characteris-tics from particles not having the predetermined character-istic.

FIG. **2** is a detailed view of the region D in the particle processing system **10** of FIG. **1**.

FIG. **3** illustrates a suitable switch **151** employed in the processing region of an illustrative embodiment of the invention. Each sorting channel **160** is associated with a dedicated switch **151** to perform sorting of particles within that channel As shown, the sorting channel **160** conveys the particles suspended in the carrier liquid through the switch-ing region. In the sorting region, the sorting channel **160** branches into a first branch 22a and a second branch 22b at a branch point **21**. The illustrative switch **151** separates particles by selectively applying a pressure pulse to selected particles 18b in the channel **160** identified by the detection region **120** to deflect particles having the predetermined characteristic into a first outlet 22a of the channel, while particles 18a not having the predetermined characteristic flow into a second outlet 22b of the channel **160**. The detection region **120** is defined in the sorting channel upstream of the switching region, and is associated with a detector, as described above, to sense a predetermined characteristic of particles in the detection region **20**.

According to the illustrative embodiment, each switch **151** includes a side channel **152** intersecting the sorting channel **160** in the switching region. A fluid, such as the sheath fluid, partially fills the side channel **152** to form a meniscus **153** therein. The side channel **152** extends to and terminates in a sealed chamber **154**, which is preferably filled with a fluid, such as air, other than the sheath fluid. The meniscus **153** interfaces and forms a barrier between the sheath fluid and the sealed chamber **154**. The chamber **154** preferably includes a flexible or movable wall, which, when deflected or moved inwards, creates an increase in pressure in the sealed chamber **154**. The chamber **154** serves as an actuation port to interface the sorting components formed on the substrate with an external actuator, as described below.

An actuator **158** is also provided for actuating the switch **151** when the detector in the detection region identifies a particle having a predetermined characteristic. In some embodiments, the actuator **158** is external to the switch **151**. The actuator, when actuated, momentarily causes a flow disturbance in the sorting channel **160** to deflect the flow therein. The actuator **158** selectively increases the pressure in the chamber **154**, causing the flow in the sorting channel near the side channel **152** to be displaced inwards, substan-

US 10,065,188 B2

5

tially perpendicular to the normal flow in the sorting channel 160. This transient liquid displacement, having a component perpendicular to the normal flow in the sorting, can be applied in deflecting particles having predetermined characteristics to separate them from the remaining particles in the mixture.

The actuator 158 is preferably a displacement actuator, as described below.

A buffer may optionally be provided for absorbing the pressure pulse created by the actuator.

Preferably, the actuator 158 is external to the substrate in which the sorting channels 160 are formed. The sealed chamber 154 may also be formed external to the substrate.

FIG. 4 illustrates another embodiment of a switch suitable for creating a pressure pulse to separate particles of interest from other particles in a stream of particles and/or acting as a buffer for absorbing a pressure pulse according to the teachings of the present invention. As shown, the switch 151' is formed adjacent to a side passage 152' formed in a substrate 12 which leads to the sorting channel 160. The side passage 152' includes a fluid interface port 17 formed by an aperture in the side wall of the passage. A sealed compression chamber 154' is positioned adjacent to the side passage 152' and communicates with the side passage through the fluid interface port. The illustrative chamber 154' is formed by a seal 71 and a flexible membrane 72. The carrier fluid in the side passage 152' forms a meniscus 153' at the interface between the side passage and the chamber. The actuator 158' depresses the flexible membrane to increase the pressure in the chamber, which deflects the meniscus and causes a pressure pulse in the carrier fluid.

FIGS. 5a-5d illustrate the switching operation of switch 151 in the particle sorting system 10 of FIGS. 1-4. In the embodiment of FIGS. 5a-5d, the switch 151 includes a buffer for absorbing pressure pulses created when the actuator 158 increases the pressure in the chamber 154. The buffer includes a second side passage terminating in a sealed chamber 154' formed opposite the switch side passage 154. In FIG. 5A, a detector in the detection region 120 senses the predetermined characteristic in a particle and raises a signal to activate the actuator 158. Upon activation of the actuator, the pressure within the reservoir 154 of the switch 151 is increased, deflecting the meniscus 153 and causing a transient discharge of liquid from the first side passage 152, as indicated by the arrow in FIG. 5B. The sudden pressure increase caused at this point in the sorting channel causes liquid to flow into the second side passage forming the buffer, because of the resilient properties of the second reservoir buffer. This movement of liquid into the buffer side passage is indicated with an arrow. As a result, as can be seen in FIG. 5C, the flow through the sorting channel is deflected, causing the selected particle of interest 18b located between the first side passage 154 and the buffer side passage to be shifted perpendicular to its flow direction in the normal state. The deflected particle of interest, displaced radially by the pressure pulse, then flows into the first outlet channel 22a, while unselected particles, unaffected by the pressure pulse, flow into the second outlet channel 22b, thereby separating particles having the predetermined characteristic from particles not having the predetermined characteristic, as shown in FIGS. 5A and 5D.

When the actuator 158 is deactivated, the pressure inside the reservoirs 154, 154' returns to the normal pressure, allowing for normal flow of particles into the second outlet channel 22b.

This process of detecting and selective deflecting of particles may be repeated many times per second for sorting

6

particles at a high rate. Adopting the fluid switching as described, switching operations may be executed up to around several thousand switching operations per second, yielding sorting rates in the order of million sorted particles per hour.

A suitable switching mechanism s described in U.S. Pat. Nos. 6,877,528, 6,808,075, 6,976,590 and 7,157,274 and U.S. patent application Ser. No. 11/295,183, now U.S. Pat. No. 8,277,764, the contents of which are herein incorporated by reference.

According to an illustrative embodiment of the invention, as shown in FIGS. 1 and 2 the actuators 158 for the array of sorting channels 160 are staggered on the microfluidic substrate 12 to allow dense packing of the channels on the substrate 12. For example, in the illustrative embodiment, the switching regions of the switches, where the side channels 152 intersect the sorting channels 160 in each switch, may be spaced substantially equally in region 140. The side channels 152 of the switches may have varying lengths to allow the location of the actuators 158 at the end of the side channels 152 to be staggered. Nevertheless in other embodiments of the present invention, the switches in the switching region can be staggered. Staggering the switches requires compensation for different times from detection to actuation (for each length) and possibly compensation for flow resistance matching to allow for the fact that the resistance in the sorted and unsorted channels (the y-channels post switching joint) would not all be intrinsically matched.

In the illustrative embodiment, the actuators 158 are staggered at different coordinates along the substrate in intervals of three. As used herein, the term "coordinate" refers to a longitudinal position of an element along a substrate. For example, the term coordinate may refer to the distance of an actuator and/or actuator port from a row of switches, or another row parallel to a front (input) end or back (output) end of the substrate. In this embodiment the actuation ports are staggered on chip by using asymmetric actuator port arm lengths while leaving the location of the switching joints in a line S. For example, the actuators 158 may be staggered by selectively extending the side channels of the switches to locate the actuator port and chamber 154 at staggered distances from the switching region. For example, in the illustrative embodiment shown in FIGS. 1 and 2, the channels are groups in subsets of threes. A first side channel 152a of a first switch 151a in a series of three switches has a first length A, terminating in a sealed chamber 154a forming an actuator port at line X, such that the corresponding actuator is located along line X. A second side channel 152b of a second switch 151b has a second length B, terminating in a sealed chamber 154b forming an actuator port at line Y, such that the corresponding actuator is located along line Y. A third side channel 152c of a third switch 151c has a third length C, terminating in a sealed chamber 154c forming an actuator port at line Z, such that the corresponding actuator is located along line Z, which is furthest from the switching regions, which are aligned along line S. Thus, every third actuator and associated chamber aligns along the same coordinate of the substrate (i.e., the same row). In this manner, one third of the actuators for the series of sorting channels and switches are located along line X, closest to switching line S, a second third of the actuators are located along line Y, farther from the switching line S, and the last third of the actuators are located along line Z, farthest from the switching line S.

The illustrative packing scheme thus enables dense packing of the sorting channels. In one embodiment, the sorting channels may be packed with a spacing between channels at

US 10,065,188 B2

7

8

as little as 900 microns. In contrast, were the actuators to align along the same line, more space would be required.

By using staggering actuation ports in every third channels the illustrative embodiment of the invention enables conventional piezo stacks or electroconstrictive or other type of displacement actuator that are generally too large to pack linearly.

Although the array of actuators and the corresponding actuation ports of the microfluidic particle processing system are illustrated with three staggered rows, those skilled in the art will appreciate that the array of actuators and the corresponding actuation ports of the microfluidic particle processing system of the present invention can have fewer rows, for example, two rows, or more than three rows, for example, four rows, five rows, six rows and so on.

Alternatively, the switching points in region 140 may also or alternatively be staggered, so that line S comprises several staggered lines.

In this embodiment, the actuator array and the actuator port array are designed to match spacing and reach a new minimum interchannel spacing.

According to another embodiment of the invention, the particle processing system may include a self-aligning actuator packing block containing a plurality of actuators for actuating a plurality of switches in the particle processing system. FIG. 6 illustrates an embodiment of a self-aligning actuator packing block 400 suitable for actuating switches when a detection system 120 detects a predetermined characteristic in a particle in a sorting channel 160. When coupled to the substrate 12, each actuator 158 in the block aligns with a sealed chamber at the termination of a switching side channel to associate the actuator with a selected switch and sorting channel 160. A controller selectively actuates the appropriate actuator 158 in the block when signaled by the detection system 120 to increase pressure in an associated switching chamber, causing deflecting of a meniscus in an associated switching side channel to deflect a targeted particle in the associated sorting channel. The actuator block 400 may actuate one, a plurality or all of the actuators at once, if appropriate.

The illustrative actuators include built-in pre-stressed springs, flexures or other suitable flexible devices for each actuator, such as for each actuator pin.

In the illustrative embodiment, a plurality of actuators 158 are densely packed in a two-dimensional array. Each illustrative actuator 158 includes a piezoelectric stack 1581, or other suitable displacement actuator that expands or retracts when supplied with a particular signal. Alternatively, the piezoelectric stack may comprise an electroconstrictive displacement actuator known in the art. An actuation pin 1582, or other suitable device, is mounted through any suitable means to the front side of the piezoelectric stack. The actuation pin 1582 may be mounted to the piezoelectric stack through any suitable means, including glue, cement or other bonding means. A mounting pin 1583 is mounted on the back of each piezoelectric stack 1581. The actuation pin 1582 is configured to extend from the block 400 and contact a movable wall of a sealed switching chamber when the piezoelectric stack expands to create the necessary pressure pulse to selectively deflect a targeted particle in an associated sorting channel. Together, the stacked actuation pin 1582, piezo stack 1581 and mounting pin 1583 forms a "piezo pin" unit.

The block for housing the array of piezo pins includes a back plate 1585, into which the piezo pins may be fixed. The piezo pins are preferably fixed to the back plate 1585, such that the mounting pins 1583 extend through apertures 1591

formed in the back plate. The mounting pins 1583 may conduct electricity from a source to actuate the actuator. After fixing the piezo pins, the back plate is then mounted into a front block 1584 so that the piezo pins are compressed against flexures 1586 located in the top 1587 of the front block 1584. Any suitable device may be used to provide compression of the piezo pins and the invention is not limited to the illustrative flexures 1586. The top 1587 of the front block 1584 faces the substrate 12 of the sorting system when the block is coupled to the substrate. The tips of the piezo pins, formed by the actuation pins 1582, protrude through apertures 1588 in the front block so that they may contact the actuation ports of the microsorter system without mechanical interference between the substrate 12 and the actuator block system 400.

In the illustrative embodiment, the actuator block 400 include three rows of piezo pins, shown along axis R. Each row corresponds to one of the lines X, Y and Z along which the sealed chambers at the termination of the side channels for each switch in the array of switches on the substrate are formed. In each row, the actuators are spaced along the length L of the actuator block so as to align with each sealed chamber in the subset of switches disposed along the associated line X, Y or Z. While the illustrative embodiment shows a staggering at intervals of three, one skilled in the art will recognize that the actuator side channels and associated actuators may be staggered at any suitable interval. For example, for alternate staggering, two rows of actuators would be formed in the block. The number of rows in the actuator block corresponds to the number of subsets of switches in which the staggering occurs.

The illustrative actuator block 400 implements implement a dense packing array to conserve space. In the illustrative embodiment, each actuator, i.e., piezo pin, or other suitable displacement actuator, is spaced at less than about 4 mm spacing between actuator centers, such that the actuation pins are found linearly at less than 2 mm intervals along the long side of the block and preferably less than 1 mm.

In the illustrative embodiment, the flexures 1586 are provided to maintain the actuators in a pre-stressed state to promote reliable piezoelectric stack operation over long times and many cycles. In the resting position (zero voltage applied in one embodiment) the piezo pins or other actuation devices are held in compression. When a voltage is applied to the mounting pin, the mounting pin 1583 transmits the voltage to the piezoelectric stack 1581 to expand the actuator against the compressive pressure, thereby actuating the associated switch 151.

According to another embodiment of the invention, shown in FIG. 7, an actuator block 400' for a particle processing system may employ helical springs 1596 to compress the displacement actuation device, such as a piezo pin, in a resting position to provide built-in pre-stress. A helical spring 1596 may be placed over each piezo pin 158 or other actuation device. The spring loaded piezo pins may then be compressed all together against a rigid surface 1597, which is located in the top of the actuator block 400' in the illustrative embodiment. The rigid surface 1597 may be located in any suitable location.

Referring to FIGS. 8-11d, the present invention may also or alternatively provide enhanced performance by providing the piezo-pin actuator with a contact based electrical connection, rather than employing soldered or crimped wires, thereby further improving packing density.

Piezo-stacks conventionally have wires soldered to the electrodes on opposite sides of the stack. In any dense packing implementation those wires would have to be

US 10,065,188 B2

9
10

brought out of the block and connected one at a time to the piezo driver electronics. In the illustrative electronic pin **158**, the sides of the mounting pin **1583** at the back of the piezo-pin structure are coated with a coating **1593** (or metallized or have conductors mounted) with conducting material, such as metal, for example copper, which is extended over the sides of the piezo stack **1581** itself to allow the designer to use conductive springs **1594** mounted in or below the acutator block back plate to make electrical connection by insertion, similar to a integrated circuit chip in-line package pin socket.

The integrated conductor surfaces on the illustrative piezo stack based pins (piezo-pins) enable electrical connections to be made using conductive springs—enabling insertion connections instead of soldered ones.

As shown in FIG. **8**, the actuation pin **1582** may be mounted to the piezo stack **1581** using a protrusion on the back end of the actuation pin that is received by a recess **1598** in the front end of the piezo stack **1581**. Any suitable mounting means may be used.

FIG. **12** illustrates a particle processing cartridge **100** for performing a process on a sample, having many, and preferably all, fluid contact surfaces encapsulated according to an illustrative embodiment of the invention. The illustrative unitary particle processing cartridge **100** can be designed to perform any suitable process or multiple processes on a sample. Preferably, the unitary particle processing cartridge performs a microfluidic process on a sample. The cartridge may contain one or more particle processing subsystems **110** enabling one or more unit processes to be applied to a sample, such as a suspension, loaded into the cartridge **100**. The particle processing subsystem **110** may be separately inserted into and removable from the cartridge **100**, or may be integrally formed on the cartridge substrate. For example, the cartridge substrate may have formed therein a recess or chamber for receiving the particle processing subsystem **100**. Some examples of unit processes that may be incorporated into a unitary cartridge **100** include, but are not limited to, incubation or staining of particles, washing of particles, including variants where supernatant is purified, heating or cooling of particles in a suspension, mixing cells or other particles with chemicals or beads, size-based filtering of particles, depletion or enhancement of a subset of particles in the suspension, sorting of particles, and other suitable processes known in the art.

Ideally, in order to prepare particles, such as cells for research or clinical applications, using a unitary cartridge **100** of the illustrative embodiment of the invention, a user loads the "source", such as a cell suspension, into the cartridge via a sample input port **102**, operates the cartridge using the processing subsystem **110** and extracts the final product in as finished a condition as possible via a processed sample output port **106**. If a processing means, such as a sheath fluid, solution, mixing suspension, magnetic beads and so on, is necessary, the processing means may be loaded into the cartridge **100** via a processor input port **104** and stored in a processing means source **114**. Alternatively, a single port can serve as both the sample input port and the processor input port. An extraction port **108** may be used to access byproducts of the processing subsystem **110**.

A plurality of chambers disposed between the ports and the subsystem **110** may also be provided. Preferably, at least some of the chambers are rigidly connected to each other to form the unitary cartridge **100**. As shown, the illustrative cartridge **110** includes a sample input chamber **112** for storing a sample to be processed, which may be provided by the sample input port **102**. The sample input chamber **112** is in fluid communication with the processing subsystem **110** via a fluid path **116**. A processing means input chamber **114** may store a processing means provided via processor input port **104**. A fluid path **118** fluidly connects the processing means input chamber **112** to the particle processing component **110**. A processed sample chamber, illustrated as "keep" chamber **124***a*, stores a sample processed by the processing subsystem **110**, and may be fluidly connected to the particle processing component **110** via a fluid path **126**. A sample output port, such as extraction port **106** may be used to retrieve the sample from the processed sample chamber. A byproduct output chamber, illustrated as a "keep" chamber **124***b*, may store a byproduct of the process performed using the subsystem, such as unselected particles in a sorting system, or a byproduct solution for another process, which may be provided to the byproduct output chamber **124***b* from the particle processing component **110** using another fluid path **128**. A plurality of pneumatic ports **101**, **103**, **105** and **107** in communication with the fluid paths applies pressure to facilitate fluid flow through the cartridge. In addition, a plurality of additional ports, chambers and fluid paths may be provided in the cartridge, depending on the type of process performed.

The unitary particle processing cartridge **100** may include a plurality of sample processing subsystems **110** in the cartridge. For example, two or more sample processing subsystems **110** may be disposed in series on the cartridge to allow sequential processing of a sample. An enrichment region between the serial processing subsystems may allow for resetting of sample parameters between processes. An example of a suitable enrichment region between two sample processing stages **110** is found in U.S. application Ser. No. 10/329,008. For example, the enrichment region may be formed by a filter disposed between the sample processing subsystems on the cartridge.

According to another embodiment, a unitary particle processing cartridge may be used for particle sorting. The illustrative cartridge **200** performs cell sorting, though one skilled in the art will recognize that the cartridge **200** may perform sorting on any type of particle. FIG. **13** illustrates a unitary particle sorting cartridge **200** including a microfluidic based sorting component **120** for sorting particles without an aerosol phase according to an illustrative embodiment of the invention. Upstream of the sorting component **120**, the cartridge **200** includes a cell source **112** for storing particles to be sorted, a sheath fluid source **114** storing a sheath fluid for facilitating a sorting process, a sterile filtered pneumatic port **101** for the cell source, a sample loading port **102** for the cell source, a sterile filtered pneumatic port **103** for the sheath fluid and a fluid loading port **104** for the sheath fluid reservoir **114**. The pneumatic ports **101**, **103** apply pressure to induce or facilitate fluid flow through the cartridge. Channels, illustrated as tubes **116** and **118**, connect the cell source **112** and sheath fluid reservoir **114**, respectively, to inlets of the sorting component **120**. Downstream of the sorting component **120**, the cartridge includes keep chambers **124***a*, **124** for collecting sorted particles, tubes **126**, **128** connecting the outlets of the sorting component **120** to the keep chambers **124***a*, **124***b*. The cartridge also includes an extraction port **106**, **108** for each keep chamber **124***a*, **124***b*, respectively, for extracting collected fluid from each keep chamber, and sterile fluid pneumatic ports **105**, **107**, respectively. The cartridge processes relatively large volumes (0.1 ml to 5000 ml of suspension) and equal or larger volumes of sheath fluid through the system and out into output chambers **124***a*, **124***b*.

US 10,065,188 B2

11

12

The sorting component **120** may be separately manufactured, stored, and/or shipped, and subsequently inserted into the cartridge substrate **200**, creating a flexible connection. Alternatively, the sorting component **120** may be integrally and rigidly formed on the cartridge substrate **200**.

As shown, fluidic connections from the cell source **112** or sheath reservoir **114** to the sorting component **120** and from the sorting component to the keep chambers **124***a*, **124***b*, can be made with single tubes or arrays of tubes. The tubes creating the fluid paths can be of any appropriate diameter.

An embodiment of a unitary particle processing cartridge of the present invention, such as the unitary particle processing cartridge **100** shown in FIG. **12** or the unitary particle sorting cartridge **200** of FIG. **13** has several properties that are improvements in operation of a cell or particle sorting system. For example, most, and preferably all, of the fluid contact surfaces are built into one object ("the cartridge"). The unitary cartridge including all the fluid contact surfaces can be inserted into a processing instrument (the platform containing sorting optics, electronics, control software and other subsystems the suspension never contacts) with a single operation. The unitary cartridge can also be disposed of in a single operation after use. The cartridge can be sterilized after assembly all at once. The cartridge can be shipped to the user in a sterile, ready to use form. Each cartridge (and therefore all fluid contact surfaces needed for a single processing run) can be given a barcode or other unique identification, making all of the parts that represent possible sources of product contamination fully traceable. In addition, no fluid waste needs to be removed from the cartridge in operation. Rather, fluid waste can be disposed of with the disposal of the cartridge, without requiring separate handling of the fluid waste.

Use of a unitary particle processing cartridge of the present invention can enhance operator and product isolation. To use the cartridge to perform a particle processing operation, such as particle sorting, a user can receive the cartridge sealed and sterile from the manufacturer. The user may then take a cartridge to a biosafety hood, such as a sterile laminar flow hood, and perform a sterile operation (in the manner of conventional tissue culture for that type of sample) to load cell sample and sheath reservoirs. The cartridge is preferably sealed before and after this operation. The user places the cartridge in the sorting to instrument platform. The system sorts the cells or particles in the sample into one or more of the keep chambers in the cartridge. The user removes the cartridge from the system and takes the cartridge back to the biosafety hood to remove the processed samples through their extraction ports. The user may then dispose of the used cartridge and unneeded fluids in a safe manner. Similar steps may be taken to perform other processes on a sample using a unitary particle processing cartridge.

As shown in FIG. **14**, a unitary particle processing cartridge **100'** of an embodiment of the invention may include also an aggregation filter **180** to help remove clumps of cells and prevent clogging of the sorting component. As shown, the aggregation filter **180** can be added to the fluid line(s) **116** connecting the cell source **112** to the processing component **110**. The aggregation filter **180** may comprise any suitable material suitable for filtering a sample and may be disposed in any location along a fluid flow path in the cartridge **100'**.

As shown in FIG. **15**, a unitary particle processing cartridge **100"** of another embodiment of the invention may include a component for liquid level/concentration control and sheath recycling after performing particle processing

using the processing component **110**. The illustrative cartridge **100"** includes a pump **192**, **194** and a filter **182**, **184** downstream of each processed particle chamber **124***a*, **124***b*, respectively, that receives processed particles from the processing component. The pumps **192** and **194** and filters **182**, **184** facilitate liquid level/concentration control and recycling of a processing means, such as sheath fluid, used to process the particles. The filters **182**, **184** maybe three-port flow filters, for example, hollow fiber filters, for removing fluid, such as sheath fluid, from a fluid path (i.e., the corresponding processed particle chamber **124**). The system thus removes sheath fluid from the processed particle chambers to raise the concentration of collected particles in the processed particle chambers and to control the level of liquid in each processed particle chamber **124***a*, **124***b*.

The illustrative unitary particle processing cartridge **100"** also includes a recycling component for recycling fluid collected by the filters **182**, **184**. As shown, the excess fluid may be recovered (recycled) and returned into the processing medium reservoir **114**, for example, a sheath fluid reservoir, using a recycling path **1121**, recycling reservoir **191** and a pump **190**. The recycling reservoir **191** receives the removed fluid from the filters **182** and **184**, and the pump **190** returns the extracted fluid from the filters **182** and **184** to the chamber to **114** via fluid path **1121** for reuse during subsequent particle processing procedures.

In general, a unitary particle processing cartridge of an illustrative embodiment of the invention is a single object sealed against liquid transfer either in or out of the cartridge, except at specific ports that are only used in a specific standard operating procedure (SOP) that guarantees that their use does not violate the isolation of the interior of the cartridge or leak interior samples into the exterior.

In one embodiment, the unitary particle processing cartridge is operated by being placed in a machine or system (the "Operating Machine") which may apply means of to actuation and sensing to the cartridge to perform one or more "unit process operations" on a suspension that has been loaded into the cartridge. The unit process operations performed using the cartridge may change the state of the suspension, measure some properties of the suspension, both change the state and measures selected properties of a suspension, or other perform another suitable process on a suspension loaded in the cartridge. Examples of unit processes suitable for use with the unitary cartridge of an illustrative embodiment of the invention include, but are not limited to, measuring the number of cells in a suspension, measuring the amount of liquid in a suspension, measuring the type of cells in a suspension, which may be a cytometry operation, sorting cells in the suspension, collecting a subset of the cells in a suspension, heating the cells in a suspension, filtering a suspension to increase the concentration of cells therein, and changing the liquid or its chemical components in a suspension.

The operating machine that operates on the unitary particle processing cartridge may use electrical, mechanical, pneumatic, optical, magnetic or other suitable actuation or sensing means known in the art to perform unit process operations on a suspension in the cartridge. Examples of actuation or sensing means suitable for use in an operating machine that employs the unitary cartridge of the illustrative embodiment of the invention include, but are not to, pneumatic means, mechanical means, optical means, magnetic means and electrical means. To actuate or sense using a pneumatic means, a gas may be injected through a sterile filter to drive a liquid suspension from one chamber to another or from a chamber through a component such as a

US 10,065,188 B2

13

size filter and into a second chamber. To actuate or sense using a mechanical means, a peristaltic pump head may be built into the cartridge so that an external rotor may fit into that head and by rotating it pump liquid or gas from one chamber to another. To actuate or sense using an optical means, a light beam may be disposed relative to the cartridge to pass through a microchannel in the cartridge in order to count cells or particles that pass through that microchannel and transiently block or scatter the light on its way to a photodetector. To actuate or sense using a magnetic means, a rotating magnet may be brought close to a chamber containing a conventional magnetic stir bar, causing that stir bar to rotate and stir or mix the suspension in that chamber. To actuate or sense using an electrical means, conventional silicon pressure or temperature sensors may be built into the cartridge and their electrical leads may be connected to through the means of external contact pins. The operating machine may then apply and read voltages to or from these contact pins to operate the sensors. Alternatively, using an electrical means, a data storage means, which may be part of a microcontroller or CPU, digital or analog, may be built into the cartridge if it is advisable for the cartridge itself to be given a logging function or intelligence function to support its use or standard operating procedures for handling the cartridge. Power for these devices may come from the operating machine or be derived from batteries or electrical power storage means located within the unitary cartridge. In another embodiment of a mechanical means for performing a process in a suspension loaded in a cartridge, two chambers may be connected by a tube with a region containing a soft wall to form a valve. Then, the operating machine may press on this region with a mechanical plate or other suitable means to temporarily or permanently crimp that region and selectively block liquid or gas flow from one chamber to another.

The use of the cartridge allows the operating machine to be isolated from and external to the processing subsystem and fluid contact surface. In this manner, the operating machine can be used repeatedly, while the fluid contact surfaces can be disposable.

The present invention has been described relative to an illustrative embodiment. Since certain changes may be made in the above constructions without departing from the scope of the invention, it is intended that all matter contained in the above description or shown in the accompanying drawings be interpreted as illustrative and not in a limiting sense.

It is also to be understood that the following claims are to cover all generic and specific features of the invention described herein, and all statements of the scope of the invention which, as a matter of language, might be said to fall therebetween.

Having described the invention, what is claimed as new and protected by Letters Patent is:

**1**. A particle processing assembly for sorting individual particles on a particle-by-particle basis from a stream of particles, the particle processing assembly comprising:

a microfluidic chip including at least one microsorter having a switching region and a microfluidic channel formed in the microfluidic chip fluidically coupled to a sample input a keep output, a waste output, and the switching region,

wherein the switching region interfaces with at least one actuator external to the microfluidic chip, and

wherein the switching region, when actuated by the actuator upon detection of a predetermined characteristic of a selected particle, directs a pressure pulse

14

across the microfluidic channel to deflect the selected particle from the stream of particles.

**2**. The particle processing assembly of claim **1**, further comprising:

a cartridge having fluid contact surfaces including a sample chamber, a keep chamber and a waste chamber, wherein the sample chamber of the cartridge is in fluid communication with the sample input of the microfluidic channel, wherein the keep chamber of the cartridge is in fluid communication with the keep output of the microfluidic channel, wherein the waste chamber of the cartridge is in fluid communication with the waste output of the microfluidic channel, and

wherein all the fluid contact surfaces of the particle processing assembly are enclosed and configured to be sealed against liquid transfer to an exterior environment during a sorting operation.

**3**. The particle processing assembly of claim **2**, wherein the cartridge includes a sorted sample extraction port in fluid communication with the keep chamber and configured to be unsealed after the sorting operation has ended to provide access to fluid within the keep chamber.

**4**. The particle processing assembly of claim **2**, wherein all the fluid contact surfaces needed for the sorting operation are enclosed within the particle processing assembly.

**5**. The particle processing assembly of claim **2**, wherein the particle processing assembly is configured to allow pressurized air to drive the stream of particles through the microfluidic channel.

**6**. The particle processing assembly of claim **2**, wherein the fluid contact surfaces of the cartridge include a sheath chamber configured to supply sheath fluid to the microsorter upstream of the switching region.

**7**. The particle processing assembly of claim **2**, wherein the microfluidic chip and the cartridge are provided as a unitary particle processing cartridge assembly.

**8**. The particle processing assembly of claim **7**, wherein the unitary particle processing cartridge assembly is a rigid and integral assembly.

**9**. The particle processing assembly of claim **1**, further comprising a plurality of microsorters.

**10**. The particle processing assembly of claim **1**, wherein the microfluidic channel includes a detection region wherein particle characteristics of individual particles of a sample are detected on a particle-by-particle basis during the sorting operation.

**11**. The particle processing assembly of claim **1**, wherein the particle processing assembly includes a unique identifier.

**12**. A system for sorting individual particles on a particle-by-particle basis from a stream of particles, the system comprising:

a particle processing assembly including a microfluidic chip, the microfluidic chip including at least one microsorter having a switching region, and a microfluidic channel formed in the microfluidic chip fluidically coupled to a sample input a keep output, a waste output, the switching region; and

at least one actuator configured to generate a pressure pulse in the microfluidic channel,

wherein the switching region directs the pressure pulse generated by the at least one actuator to deflect a selected particle from the stream of particles, and

wherein the at least one actuator is external to the particle processing assembly and is interfaced with the switching region of the microfluidic chip and wherein the at least one actuator is configured to be actuated in

US 10,065,188 B2

15 16

response to a desired particle characteristic of an individual particle being detected in a detection region of the microfluidic channel.

**13**. The system of claim **12**, wherein the particle processing assembly further includes a cartridge having fluid contact surfaces including a sample chamber, a keep chamber and a waste chamber, wherein the sample chamber of the cartridge is in fluid communication with the sample input of the microfluidic channel, wherein the keep chamber of the cartridge is in fluid communication with the keep output of the microfluidic channel, wherein the waste chamber of the cartridge is in fluid communication with the waste output of the microfluidic channel, and wherein all the fluid contact surfaces of the particle processing assembly are enclosed and configured to be sealed against liquid transfer to an exterior environment during a sorting operation.

**14**. The system of claim **12**, further including a plurality of microsorters and a plurality of actuators wherein each actuator is associated with one of the plurality of microsorters.

**15**. The system of claim **12**, wherein the at least one actuator is configured to supply at least one of a mechanical, electrical, pneumatic or magnetic force to at least one switch element associated with the switching region.

**16**. The system of claim **12**, wherein the operative interface between the at least one actuator and the switching region of the microfluidic chip includes a pre-stressed state between the at least one actuator and the particle processing assembly.

**17**. A method for sorting particles comprising:
obtaining a microfluidic particle sorting component including at least one microsorter having a switching region and a microfluidic channel formed in the microfluidic chip fluidically coupled to a sample input a keep output, a waste output, and the switching region;
operatively interfacing the microfluidic particle sorting component with an operating machine, including aligning the switching region of the microfluidic particle sorting component with a pressure pulse generator external to the microfluidic particle sorting component and provided by the operating machine;

operating the operating machine to process a sample having particles to be sorted, including the steps of:
flowing the sample containing particles through the microfluidic particle sorting component;
detecting whether individual particles flowing within the microfluidic particle sorting component have a predetermined characteristic;
causing the pressure pulse generator provided on the operating machine to generate a pressure pulse in the switching region of the microsorter in response to the predetermined characteristic of an individual particle being detected;
deflecting the individual particle from the particles flowing within the microfluidic particle sorting component into one of the keep output and the waste output; and
removing the microfluidic particle sorting component from the operating machine.

**18**. The method of claim **17**, further including the steps:
providing the microfluidic particle sorting component as part of a cartridge assembly, the cartridge assembly having internal fluid contact surfaces including a sample fluid input reservoir and a selected particle fluid output reservoir;
loading a sample containing particles into the sample fluid input reservoir of the cartridge assembly via a sealable sample input port;
sealing the cartridge assembly against liquid transfer into and out of the cartridge assembly.

**19**. The method of claim **18**, wherein the cartridge assembly remains sealed during the steps of operatively interfacing, operating, and removing, and wherein all fluid contact surfaces required for a microfluidic particle sorting operation are enclosed by the cartridge assembly and are isolated from exposure to an exterior environment during the microfluidic particle sorting operation.

**20**. The method of claim **18**, further comprising:
extracting a sample containing selected particles from the selected particle fluid output reservoir of the cartridge assembly via a processed sample output port.

**21**. The method of claim **18**, further comprising:
applying an external source of pressure to the sample fluid input reservoir.

* * * * *