# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CYTONOME/ST, LLC, | : |
| Plaintiff, | : |
| v. | : C. A. No. 19-301-RGA |
| NANOCELLECT BIOMEDICAL, INC., | : |
| Defendant. | : |

## ORDER GOVERNING TELEPHONIC MEDIATION CONFERENCES AND MEDIATION STATEMENTS

**THIS ORDER CONTAINS IMPORTANT INFORMATION WHICH SHOULD BE READ BY COUNSEL PRIOR TO PREPARATION OF A MEDIATION STATEMENT.**

At Wilmington this **15th** day of **May, 2020.**

IT IS ORDERED that the mediation scheduled for **June 10, 2020**, will now be conducted telephonically. The mediation will begin at **10:00 a.m. Eastern Time**. Logistics of telephonic mediation shall be as follows: unless counsel otherwise agree, Plaintiff shall arrange for a dial-in number for a joint discussion conference line for the Judge and all counsel, to use throughout the mediation process on the date and at the time when mediation is scheduled to begin. This line shall be available throughout mediation should the Judge wish to hold discussions with all counsel and parties. Plaintiff(s)' counsel shall arrange for a separate conference line for private discussion with the Judge throughout the mediation process. Defense counsel shall arrange for a separate conference line for private discussions with the Judge throughout the mediation process. These conference lines shall remain open for use by counsel and the Judge until the

mediation session is concluded. Counsel shall advise by email to Judge Thynge and Ms. Kennedy all conference numbers (for the joint line, plaintiff only line and defense only line) no later than **24 hours** prior to the scheduled mediation date and time.

Until further notice, this Order shall apply to all mediation submissions in this matter. A copy of a party's mediation submission with any exhibits shall be provided by email to Judge Thynge and Ms. Kennedy by no later than **4:00 p.m. Eastern** on the submission due date. On the same date, a copy of the mediation submission with any exhibits shall be provided to the Clerk's Office in a sealed envelope addressed consistent with paragraph 4 of the Mediation Order. Exhibits, excluding any dividers, **shall be limited** to a total of **fifty (50) pages.** Should the number of pages extend beyond the 50 page limit without obtaining prior approval from Judge Thynge, her review of the exhibits will end at the 50th page.

All other provisions of the Court's Order dated April 24, 2020, shall remain in full force and effect.

Delaware counsel are reminded of their obligations to inform out-of-state counsel of this Order. To avoid the imposition of sanctions, counsel shall advise the Court immediately of any problems regarding compliance with this Order.

/s/ Mary Pat Thynge
Chief U.S. Magistrate Judge