IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CYTONOME/ST, LLC, | ) |
|         Plaintiff, | ) |
| v. | ) C.A. No. 19-301 (RGA) |
| NANOCELLECT BIOMEDICAL, INC., | ) |
|         Defendant. | ) |

**NOTICE REGARDING STATUS OF *INTER PARTES* REVIEW PROCEEDINGS**

Defendant NanoCellect BioMedical, Inc. ("NanoCellect") has filed a stipulation that makes the scope of its patent invalidity arguments in the above-captioned litigation contingent on whether the Patent Trial and Appeal Board ("PTAB") decides to institute an *inter partes* review proceeding on the asserted patents. D.I. 94. The PTAB recently ruled on each of NanoCellect's petitions to institute an IPR proceeding, and Plaintiff Cytonome/ST, LLC hereby files this notice to apprise the Court of those outcomes.

Of the seven IPR petitions filed by NanoCellect, the PTAB denied institution as to six of them, namely:

1. U.S. Patent No. 6,877,528
2. U.S. Patent No. 8,623,295
3. U.S. Patent No. 9,011,797
4. U.S. Patent No. 9,339,850
5. U.S. Patent No. 10,029,263
6. U.S. Patent No. 10,029,283

In each instance, the Board found that NanoCellect failed to establish a reasonable likelihood that it would prevail in showing that any of the challenged claims of the patent are unpatentable.

As to the seventh patent (U.S. Patent No. 10,065,188), the PTAB instituted IPR proceedings against all the challenged claims of the '188 Patent pursuant to the rule of *SAS Institute v. Iancu*, 138 S. Ct. 1348, 1354 (2018) (requiring that an instituted IPR "*must* address *every* claim the petitioner has challenged"). As to claim 17 of the '188 Patent—the sole claim currently asserted against NanoCellect in this litigation—the Board found that NanoCellect failed to demonstrate a reasonable likelihood of prevailing on its assertion that the claim is unpatentable.

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

*/s/ Rodger D. Smith II*

Rodger D. Smith II (#3778)
Anthony D. Raucci (#5948)
1201 North Market Street
P.O. Box 1347
Wilmington, DE  19899
(302) 658-9200
rsmith@mnat.com
araucci@mnat.com

*Attorneys for Plaintiff Cytonome/ST, LLC*

OF COUNSEL:

Kirt S. O'Neill
Daniel L. Moffett
George Andrew Lever Rosbrook
Clayton N. Matheson
Dorian Ojemen
AKIN GUMP STRAUSS HAUER & FELD LLP
112 E. Pecan Street, Suite 1010
San Antonio, TX  78205
(210) 281-7000

Thomas W. Landers IV
Hannah D. Price
AKIN GUMP STRAUSS HAUER & FELD LLP
1111 Louisiana Street, 44th Floor
Houston, TX  77002
(713) 220-5800

September 2, 2020

## CERTIFICATE OF SERVICE

I hereby certify that on September 2, 2020, I caused the foregoing to be electronically filed with the Clerk of the Court using CM/ECF, which will send notification of such filing to all registered participants.

I further certify that I caused copies of the foregoing document to be served on September 2, 2020, upon the following in the manner indicated:

| | |
|---|---|
| Ian R. Liston, Esquire<br>WILSON SONSINI GOODRICH & ROSATI, P.C.<br>222 Delaware Avenue, Suite 800<br>Wilmington, DE 19801<br>   *Attorneys for Defendant*<br>   *NanoCellect Biomedical, Inc.* | *VIA ELECTRONIC MAIL* |
| Douglas H. Carsten, Esquire<br>Rhyea Malik, Esquire<br>Joshua Mack, Esquire<br>Katherine M. Pappas, Esquire<br>WILSON SONSINI GOODRICH & ROSATI, P.C.<br>12235 El Camino Real<br>San Diego, CA 92130<br>   *Attorneys for Defendant*<br>   *NanoCellect Biomedical, Inc.* | *VIA ELECTRONIC MAIL* |
| Adam Burrowbridge, Esquire<br>WILSON SONSINI GOODRICH & ROSATI, P.C.<br>1700 K Street NW, Fifth Floor<br>Washington, DC 20006<br>   *Attorneys for Defendant*<br>   *NanoCellect Biomedical, Inc.* | *VIA ELECTRONIC MAIL* |

*/s/ Rodger D. Smith II*

Rodger D. Smith II (#3778)