IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CYTONOME/ST, LLC, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) C.A. No. 19-301 (RGA) |
| | ) |
| NANOCELLECT BIOMEDICAL, INC., | ) |
| | ) |
| Defendant. | ) |

**STIPULATION AND [PROPOSED] ORDER REGARDING
SUMMARY JUDGMENT PAGE LIMITS**

WHEREAS, the Court recently adopted a new form Scheduling Order for Patent Cases (effective December 2019), which provides that "each side is limited to one forty-page opening brief, one forty-page answering brief, and one twenty-page reply brief for all of its Daubert and case dispositive motions" (¶ 11);

WHEREAS, the parties respectfully request to utilize these page limits in this case with respect to any Daubert and case dispositive motions;

IT IS HEREBY STIPULATED AND AGREED, subject to the approval of the Court, that each side shall be permitted to file: (a) one 40-page opening brief in support of its Daubert and summary judgment motions; (b) one 40-page answering brief in opposition to any Daubert and summary judgment motions; and (c) one 20-page reply brief in further support of its Daubert and summary judgment motions.

| | |
|---|---|
| MORRIS, NICHOLS, ARSHT & TUNNELL LLP | WILSON SONSINI GOODRICH & ROSATI, P.C. |
| */s/ Rodger D. Smith II* | */s/ Ian R. Liston* |
| Rodger D. Smith II (#3778)<br>Anthony D. Raucci (#5948)<br>1201 North Market Street<br>P.O. Box 1347<br>Wilmington, DE 19899<br>(302) 658-9200<br>rsmith@mnat.com<br>araucci@mnat.com | Ian R. Liston (#5507)<br>222 Delaware Avenue, Suite 800<br>Wilmington, DE 19801<br>(302) 304-7600<br>iliston@wsgr.com<br><br>*Attorneys for Defendant NanoCellect Biomedical, Inc.* |
| *Attorneys for Plaintiff Cytonome/ST, LLC* | |

September 30, 2020

SO ORDERED this 30 day of Sept 2020.

_____
United States District Judge