IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CYTONOME/ST, LLC, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) C.A. No. 19-301 (RGA) |
| | ) |
| NANOCELLECT BIOMEDICAL, INC., | ) |
| | ) |
| Defendant. | ) |

## STIPULATION AND ORDER OF DISMISSAL

IT IS HEREBY STIPULATED AND AGREED by the parties, subject to the approval of the Court, that Plaintiff Cytonome/ST, LLC's ("Cytonome") action against NanoCellect Biomedical, Inc. ("NanoCellect") and NanoCellect's counterclaims against Cytonome are hereby dismissed WITH PREJUDICE pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), with each side to bear its own costs and fees.

| | |
|---|---|
| MORRIS, NICHOLS, ARSHT & TUNNELL LLP | WILSON SONSINI GOODRICH & ROSATI, P.C. |
| */s/ Rodger D. Smith II* | */s/ Ian R. Liston* |
| Rodger D. Smith II (#3778) | Ian R. Liston (#5507) |
| Anthony D. Raucci (#5948) | 222 Delaware Avenue, Suite 800 |
| 1201 North Market Street | Wilmington, DE 19801 |
| P.O. Box 1347 | (302) 304-7600 |
| Wilmington, DE 19899 | iliston@wsgr.com |
| (302) 658-9200 | |
| rsmith@mnat.com | *Attorneys for Defendant NanoCellect* |
| araucci@mnat.com | *Biomedical, Inc.* |

*Attorneys for Plaintiff Cytonome/ST, LLC*

February 10, 2021

SO ORDERED this _____ day of February 2021.

_____
United States District Judge